**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

  of Attorneys for Debtor-in-Possession

**Douglas R. Ricks, OSB #044026**
doug@vbcattorneys.com
Vanden Bos & Chapman, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: (503) 241-4861
Fax: (503) 241-3731

  of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SUNSHINE DAIRY FOODS MANAGEMENT, LLC<br><br>  Debtor-in-Possession. | Bankruptcy Case No. 18-31644-pcm11 |
| In re:<br><br>KARAMANOS HOLDINGS, INC.<br><br>  Debtor-in-Possession. | Bankruptcy Case No. 18-31646-tmb11<br><br>MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES |

The above-captioned Debtors-in-Possession (collectively "Debtors") move the Court for entry of an Order directing joint administration of their related Chapter 11 cases. In support of this Motion, the Debtors respectfully represent:

Page 1 of 5  MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11  Doc 11  Filed 05/10/18

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 USC §§ 157 and 1334. This matter is core proceeding within the meaning of 28 USC § 157(b)(2).

2. Venue is proper in this district pursuant to 28 USC §§ 1408 and 1409.

3. The statutory basis for the relief requested are 11 USC §§101-1532 (the "Bankruptcy Code") and specifically § 105(a) and FRBP 1015(b).

## BACKGROUND

4. On May 9, 2018 (the "Petition Date"), Sunshine Dairy Foods Management, LLC ("Sunshine Dairy") and Karamanos Holdings, Inc. ("KHI") filed two (2) voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. KHI manages Sunshine Dairy and related properties as debtors-in-possession pursuant to §§1107(a) of the Bankruptcy Code. No request for appointment of an examiner has been made, no request to remove Debtors as debtors-in-possession has been made, and no committees have been appointed or designated.

5. KHI owns 94% of the outstanding membership interest of Sunshine Dairy. KHI also owns Sunshine Dairy Enterprises, Inc. ("SDE"). SDE owns the remaining 6% of Sunshine Dairy's outstanding membership interest. KHI and Sunshine Dairy are co-obligors on the claims of First Business Capital Corp., who is the major creditor in both cases.

## RELIEF REQUESTED

6. By this Motion, Debtors request entry of an order directing the joint administration of these Chapter 11 cases pursuant to FRBP 1015(b), in the form attached hereto as **Exhibit A**. Specifically, Debtors request that the Court maintain one file and one docket for the jointly-administered cases under the lead case of *In re Sunshine Dairy Foods Management, LLC* and that the cases be administered under a consolidated caption as follows:

Page 2 of 5    MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos.: |
|---|---|
| Sunshine Dairy Foods Management, LLC; and | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc. | 18-31646-pcm1111 |
| Debtors-in-Possession. | Jointly Administered Under Case No. 18-31644-pcm11 |

7. Debtors request that the Order allow them to file a joint Chapter 11 Plan.

8. Debtors request that a docket entry, substantially similar to the following, be entered on the docket of each case, to reflect the joint administration of these Chapter 11 cases:

> An order has been entered directing the joint administration of *In re Sunshine Dairy Foods Management, LLC.* (Lead Case No. 18-31644-pcm11) and *In re Karamanos Holdings, Inc.* (Case No. 18-31646-pcm11), in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers in any of the cases (**OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE**) shall be filed in, and all further docket entries shall be made in, Case No. 18-31644-pcm11. The docket in *In re Sunshine Dairy Foods Management, LLC* should be consulted for all matters affecting these Chapter 11 proceedings.

**BASIS FOR RELIEF REQUESTED**

9. FRBP 1015(b)(3) provides, in relevant part: "(i)f …two or more petitions are pending in the same court or against a debtor and an affiliate the court may order a joint administration of the estates." The debtors, Sunshine Dairy Foods Management, LLC and Karamanos Holdings, Inc., are affiliates under 11 U.S.C. §101(2)(a) and therefore under 1015(b) the Court may order the joint administration of the cases.

Page 3 of 5    MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

10. The entry of a joint administration order in multiple related cases is common in this district and elsewhere. See *In re Hopper Bros., LLC*, Case No. 14-32621-elp12 (Bankr. D. Or. 2014); *In re Golden Northwest Aluminum Holding Co.*, Case No. 03-44107-rld11 (Bankr. D. Or. 2003); *In re TreeSource, Inc.*, Case no. 99-10937-sjs11 (Bankr. W.D. Wash. 1999).

11. Joint administration of these cases is appropriate because of the following: (1) KHI is jointly liable for the debt of First Business Capital Corp., and is the sole manager of Sunshine Dairy Foods Management, LLC.; (2) the administration of the bankruptcy will have common issues and the joint administration will provide significant administrative convenience and judicial economy; (3) all of the motions, hearings and orders that will arise in these Chapter 11 cases will jointly affect both cases; (4) joint administration will relieve the Court of the burden of entering duplicative orders, maintaining duplicative files and having multiple hearings; and (5) supervision of the administrative aspects of the Chapter 11 cases by the Office of the United States Trustee will be simplified. Joint administration of these cases will further permit Debtors to reduce fees and costs in connection with administration by avoiding duplication of efforts associated with, for example, filing multiple duplicative documents in Debtors' individual cases, providing multiple, duplicative notices to creditors, and monitoring Debtors' individual dockets and case files. In addition, the ability of parties-in-interest to monitor each case will be simplified and facilitated by having all pleadings consolidated on one docket.

12. Joint administration of these Chapter 11 cases will not adversely affect any of Debtors' respective creditors because this Motion requests only administrative and not substantive, consolidation of the cases. Creditors may still file a claim against only a particular Debtor or more than one Debtor. Individual creditors will not be harmed by the relief requested; rather they will benefit from the economical, efficient and convenient joint administration of the cases.

Page 4 of 5     MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

13. Finally, the Debtors will likely propose a joint plan of reorganization regarding the assets and liabilities of the Debtors, rather than individual plans for each Debtor. Provided, however, that separate Schedules of Assets and Liabilities, Statement of Financial Affairs, and Lists of Equity Security Holders, if applicable, shall be filed in each case.

**NOTICE**

14. Debtors have provided notice of this Motion to the Office of United States Trustee for the District of Oregon, and each of the Debtors' secured and 20 Largest Unsecured Creditors and/or their counsel, if known.

15. Once the Court grants the Motion Debtors will give notice of the joint administration of the cases and advise creditors of their right to have the Order for Joint Administration reconsidered.

WHEREFORE, for the foregoing reasons, the Debtors respectfully request entry of an order directing the joint administration of the Debtors' Chapter 11 cases and granting such other and further relief as may be just and proper.

PRESENTED BY:

| MOTSCHENBACHER & BLATTNER LLP | VANDEN BOS & CHAPMAN, LLP |
|---|---|
| By:/s/Nicholas J. Henderson<br>   Nicholas J. Henderson, OSB #074027<br>   Of Attorneys for Debtor-in-Possession<br>   Karamanos Holdings, Inc. | By:/s/Douglas R. Ricks<br>   Douglas R. Ricks, OSB #044026<br>   Of Attorneys for Debtor-in-Possession<br>   Sunshine Dairy Foods Management, LLC |
| Dated: May 10, 2018 | Dated: May 10, 2018 |

Page 5 of 5   MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SUNSHINE DAIRY FOODS MANAGEMENT, LLC<br><br>              Debtor-in-Possession. | Bankruptcy Case No. 18-31644-pcm11 |
| In re:<br><br>KARAMANOS HOLDINGS, INC.<br><br>              Debtor-in-Possession. | Bankruptcy Case No. 18-31646-pcm11<br><br>ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES |

      This MATTER having come before the Court upon the Motion for Joint Administration of Chapter 11 Cases ("Motion") filed herein by the above-captioned Debtors-in-Possession ("Debtors"); it appearing that this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 157(b)(2); this Court having determined that the relief requested is warranted and in the best interest of the Debtors, their respective estates, their creditors and other parties in interest; it appearing that no further notice of the Motion is necessary under the particular circumstances, and that good and sufficient cause appears therefore; accordingly,

Page 1 of 4    ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES    VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**Exhibit A - Page 1 of 4**

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

NOW, THEREFORE, IT IS HEREBY ORDERED THAT

1. The following Chapter 11 cases be and hereby are procedurally consolidated and shall be jointly administered by the Court:

> *In re Sunshine Dairy Foods Management, LLC,* Case No. 18-31644-pcm11
>
> *In re Karamanos Holdings, Inc.*, Case No. 18-31646-pcm11

*2.* All pleadings, orders and other papers (OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE) shall be captioned as follows to reflect that the cases are jointly administered under the lead case, *Sunshine Dairy Foods Management, LLC; and Karamanos Holdings, Inc.*:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Bankruptcy Case Nos.: |
|---|---|
| Sunshine Dairy Foods Management, LLC; and | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
| Debtors-in-Possession. | Jointly Administered Under Case No. 18-31644-pcm11 |

3. A docket entry shall be made in each of the above captioned cases substantially as follows:

> An order has been entered directing the joint administration of *In re Sunshine Dairy Foods Management, LLC* (Lead Case No.) and *In re Karamanos Holdings, Inc.* (Case No.) in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers in any of the cases (**OTHER THAN PROOFS OF CLAIM, OBJECTIONS TO CLAIMS, SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND LISTS OF EQUITY SECURITY HOLDERS, IF APPLICABLE**) shall be filed in, and all further docket entries shall be made in, Case No. The

Page 2 of 4   ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit A - Page 2 of 4

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

docket in *In re Sunshine Dairy Foods Management, LLC* should be consulted for all matters affecting these Chapter 11 proceedings.

4. The primary docket for the jointly administered cases shall be maintained under the case number assigned to *Sunshine Dairy Foods Management, LLC*. Except as specified in paragraphs 5 through 9 below, all pleadings, orders and other papers shall be filed under that case number using the caption reflected above;

5. Counsel for Debtors shall prepare and maintain one "Consolidated Service List" which reflects all primary parties in interest of all Debtors for routine service of pleadings, and shall prepare and maintain a separate "Master Service List" for each Debtor that further meets the requirements of any order the Court may enter in these cases regarding limitation of notice (the "Master Service List" is also known as the "Creditor Mailing List" or "Matrix" which is of record for each of the debtor's cases individually);

6. Debtors shall file separate Schedules of Assets and Liabilities, Statement of Financial Affairs, and Lists of Equity Security Holders, if applicable, in each case;

7. Notwithstanding the foregoing, all creditors must observe the following:

**PROCEDURE FOR FILING PROOFS OF CLAIM**

**Proofs of claims or interests filed by creditors of any Debtor shall reflect only the cases name and case number of the Debtor to which the claim or interest relates and shall be filed in the case to which such claim or interest relates. Separate claims registers shall be maintained for each Debtor.**

8. The Debtors will file separate Financial Reports in the form(s) requested by the Unites States Trustee.

9. Counsel for Debtors shall provide Notice of the Order to all creditors and file a Certificate of Service with the Court.

Page 3 of 4    ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES    VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**Exhibit A - Page 3 of 4**

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

10. The Joint Administration Order may be reconsidered by the Court at any time upon its Motion or that of any party in interest.

11. IT IS FURTHER ORDERED that nothing in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the above-captioned cases.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

MOTSCHENBACHER & BLATTNER LLP

By:/s/ Nicholas J. Henderson
   Nicholas J. Henderson, OSB #074027
   Of Attorneys for Debtor-in-Possession
   Karamanos Holdings, Inc.

Dated: May 10, 2018

VANDEN BOS & CHAPMAN, LLP

By: /s/ Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor-in-Possession
   Sunshine Dairy Foods Management, LLC

Dated: May 10, 2018

Page 4 of 4    ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit A - Page 4 of 4

Case 18-31644-pcm11    Doc 11    Filed 05/10/18

In re Sunshine Dairy Foods Management, LLC;
Chapter 11 Bankruptcy Case No. 18-31644-pcm11;

In re Karamanos Holdings, Inc.;
Chapter 11 Bankruptcy Case No. 18-31646-tmb11

CERTIFICATE - TRUE COPY

DATE:   May 10, 2018

DOCUMENT:   MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

See Attached List.

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

    Dated: May 10, 2018

    VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Christopher N. Coyle, OSB #073501
   Of Attorneys for Debtor-in-Possession

Page 1 – CERTIFICATE OF SERVICE

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11
Service List

**Debtor:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**20 Largest Unsecured Creditors:**

Andersen Plastics
c/o Linda Erickson
PO Box 310
Battle Ground, WA 98604-0310

Bev Cap Management, LLC
c/o Michelle Cummings
120 W Virginia St Suite 200
Mckinney, TX 75069

Boon Chapman
c/o Grabielle Rico
9401 Amberglen Blvd
Austin, TX 78729

Country Lane Dairy
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Country Lane Dairy
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

Danisco USA, Inc
c/o Daniel Usieto
PO Box 32020
New York, NY 10087-2020

Domino Foods, Inc.
c/o Alessia Zalambani
PO Box 79066
City of Industry, CA 91716-9066

Ernest Packaging Solutions
c/o Monique Gonzales
9255 NE Alderwood Rd.
Portland, OR 97220

First Business Capital Corp.
Attn: Mark Buchert, VP-Account Executive
401 Charmany Dr
Madison, WI 53719

Grupo Phoenix
c/o Karen Alvarado
18851 NE 29th Ave, Suite 601
Aventura, FL 33180

High Desert Milk, Inc.
c/o Steven Tarbet
1033 Idaho St
Burley, ID 83318

Larsen's Creamery, Inc.
c/o Melody Librande
16940 SE 130th Avenue
Clackamas, OR 97015

LTI, Inc.
c/o Karen McKinnon
PO Box 34206
Seattle, WA 98124-1026

Mayfield Farms, LLC
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Mayfield Farms, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

Pacific Foods Of Oregon, Inc.
c/o Ginger Pielage
19480 SW 97th Ave
Tualatin, OR 97062

Portland Water Bureau
Attn: Customer Svc - Bankruptcy
PO Box 4216
Portland, OR 97208-4216

QCS Purchasing, LLC
c/o Mary DeMarco
PO Box 87618
Chicago, IL 60680-0618

Stiebrs Farms, Inc.
c/o Dianna Stiebrs
PO Box 598
Yelm, WA 98597

Tetra Pak
c/o Bill Ballew
DEPT CH 10803
Chicago, IL 60055-0803

Valley Falls Farm, LLC
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Valley Falls Farm, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

**Secured Creditors:**

Citibank, N.A.
388 Greenwich St., 25th Flr, Mail Drop 7
New York, NY 10013

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719

Ford Motor Credit Company
PO Box 552679
Detroit, Mi 48255

Ford Motor Credit Company LLC
c/o CT Corp. System, RA
780 Commerical St SE Ste 100
Salem, OR 97301

<u>In re Sunshine Dairy Foods Management, LLC</u>;
Bankruptcy Case No. 18-31644-pcm11
Service List

Strada Capital Corporation
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653;

Strada Capital Corporation
c/o Christopher Parsons, R.A.
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653

LCA Bank Corporation
1375 Deer Valley Drive, Ste. 218
Park City UT 84060

LCA Bank Corporation
c/o Thomas T. Billings, Registered Agent
15 West South Temple Ste 1700
Salt Lake City, UT 84101

Multnomah Assessment & Taxation
501 SE Hawthorne,1st Floor
P.O. Box 5007
Portland, OR 97208

Multnomah County Tax Assessor Attn
Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716

Toyota Motor Credit Corporation
PO Box 5855
Carol Stream, Il 60197

Toyota Motor Credit Corp
6565 Headquarters Dr.
Plano, TX 75024

Toyota Motor Credit Corporation
 c/o CT Corporation System, RA
780 Commercial St SE Ste 100
Salem, OR 97301

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.