IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 18-31644-pcm11 |
|---|---|
| Sunshine Dairy Foods Management, LLC | NOTICE OF HEARING |
| Debtor-in-Possession. | |

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

1. Joint Motion for Interim Order Authorizing Use of Cash Collateral of Debtors-in-Possession and Granting Adequate Protection (Dkt. No. 13)

WILL BE HELD ON **Friday, May 11, 2018** AT **3:30 pm** in **Courtroom No. #1**, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon;

   **OUT OF TOWN PARTIES** wishing to appear at the hearing by telephone may call the Toll Free Call In No. (888) 684-8852; Access Code: 1238244. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must comply with each hearing requirement listed on LBF 888. [Note: If you have problems connecting, call the court at (503) 326-1500.

   A copy of Joint Motion for Interim Order Authorizing Use of Cash Collateral of Debtors-in-Possession and Granting Adequate Protection (Dkt. No. 13) was served upon you by first class mail on May 10, 2018 with this Notice.

   On May 10, 2018 copies of this Notice were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; the U.S. Trustee; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; and any Creditors' Committee attorney and the Lien Creditors.

   SEE ATTACHED LIST.  **(The original Service List is attached to the original copy filed with the Court only.  Creditors may request a copy of the Service List by contacting the undersigned at 503-241-4869.)**

   VANDEN BOS & CHAPMAN, LLP


   By:/s/Douglas R. Ricks
      Douglas R. Ricks, OSB #044026
      Of Attorneys for Debtor-in-Possession

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

## TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself. When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

888 (12/1/13)

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11
Service List

**Debtor:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**20 Largest Unsecured Creditors:**

Andersen Plastics
c/o Linda Erickson
PO Box 310
Battle Ground, WA 98604-0310

Bev Cap Management, LLC
c/o Michelle Cummings
120 W Virginia St Suite 200
Mckinney, TX 75069

Boon Chapman
c/o Grabielle Rico
9401 Amberglen Blvd
Austin, TX 78729

Country Lane Dairy
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Country Lane Dairy
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

Danisco USA, Inc
c/o Daniel Usieto
PO Box 32020
New York, NY 10087-2020

Domino Foods, Inc.
c/o Alessia Zalambani
PO Box 79066
City of Industry, CA 91716-9066

Ernest Packaging Solutions
c/o Monique Gonzales
9255 NE Alderwood Rd.
Portland, OR 97220

First Business Capital Corp.
Attn: Mark Buchert, VP- Account Executive
401 Charmany Dr
Madison, WI 53719

Grupo Phoenix
c/o Karen Alvarado
18851 NE 29th Ave, Suite 601
Aventura, FL 33180

High Desert Milk, Inc.
c/o Steven Tarbet
1033 Idaho St
Burley, ID 83318

Larsen's Creamery, Inc.
c/o Melody Librande
16940 SE 130th Avenue
Clackamas, OR 97015

LTI, Inc.
c/o Karen McKinnon
PO Box 34206
Seattle, WA 98124-1026

Mayfield Farms, LLC
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Mayfield Farms, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

Pacific Foods Of Oregon, Inc.
c/o Ginger Pielage
19480 SW 97th Ave
Tualatin, OR 97062

Portland Water Bureau
Attn: Customer Svc - Bankruptcy
PO Box 4216
Portland, OR 97208-4216

QCS Purchasing, LLC
c/o Mary DeMarco
PO Box 87618
Chicago, IL 60680-0618

Stiebrs Farms, Inc.
c/o Dianna Stiebrs
PO Box 598
Yelm, WA 98597

Tetra Pak
c/o Bill Ballew
DEPT CH 10803
Chicago, IL 60055-0803

Valley Falls Farm, LLC
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Valley Falls Farm, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

**Lien Holders:**

Citibank, N.A.
388 Greenwich St., 25th Flr, Mail Drop 7
New York, NY 10013

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719

Elm Services
PO Box 15270
Irvine, CA 92623-5270

EverBank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

EverBank Commercial Finance, Inc.
c/o Frederick Wolfert, CEO
10 Waterview Blvd.
Parsippany, NJ 07054

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11
Service List

Banc of California, NA
18500 Von Karman Ave.
Ste 1100
Irvine, CA 92612

Banc of California, NA
c/o Doug Bowers, CEO
3 Macarthur Place
Santa Ana, CA 92707

ADS Group
PO Box 15270
Irvine, CA 92623

TCF Equipment Finance
11100 Wayzata Blvd. #801
Minnetonka, MN 55305

TCF Equipment Finance
c/o Gary A. Peterson, President/CEO
11100 Wayzata Blvd. #801
Minnetonka, MN 55305

Strada Capital Corporation
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653;

Strada Capital Corporation
c/o Christopher Parsons, R.A.
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653

LCA Bank Corporation
1375 Deer Valley Drive, Ste. 218
Park City UT 84060

LCA Bank Corporation
c/o Thomas T. Billings, Registered Agent
15 West South Temple Ste 1700
Salt Lake City, UT 84101

Multnomah Assessment & Taxation
501 SE Hawthorne,1st Floor
P.O. Box 5007
Portland, OR 97208

Multnomah County Tax Assessor Attn
Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.