IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 18-31644-pcm11 |
|---|---|
| Sunshine Dairy Foods Management, LLC | NOTICE OF HEARING |
| Debtor-in-Possession. | |

YOU ARE NOTIFIED THAT A HEARING at which testimony will not be received, **WILL BE HELD AS FOLLOWS**:

1. Motion for Authority to Pay Prepetition Payroll, Payroll Taxes and Workers' Compensation Premiums; Pay Claims Related to Employee Benefit Plan; and Continuing Use of Payroll Service (Dkt. No. 12);

    WILL BE HELD ON **Monday, May 14, 2018** AT **10:00 am** in **Courtroom No. #1**, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon.

    **OUT OF TOWN** parties wishing to appear at the hearing by telephone may call the Toll Free Call In No. (888) 684-8852; Access Code: 1238244. See attached Court's LBF 888 (Telephone Hearing Requirements). Each participant must comply with each hearing requirement listed on LBF 888. [Note: If you have problems connecting, call the court at (503) 326-1500.

    A copy of the Motion for Authority to Pay Prepetition Payroll, Payroll Taxes and Workers' Compensation Premiums; Pay Claims Related to Employee Benefit Plan; and Continuing Use of Payroll Service (Dkt. No. 12) was served upon you by first class mail on May 10, 2018 with this Notice.

    On May 10, 2018 copies of this Notice were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; the U.S. Trustee; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; and any Creditors' Committee attorney.

    SEE ATTACHED LIST. **(The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned at 503-241-4869.)**

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession

Page 1 of 1    NOTICE OF HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 18    Filed 05/10/18

# TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself. When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

888 (12/1/13)

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcw11
Service List

**Debtor:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**20 Largest Unsecured Creditors:**

Andersen Plastics
c/o Linda Erickson
PO Box 310
Battle Ground, WA 98604-0310

Bev Cap Management, LLC
c/o Michelle Cummings
120 W Virginia St Suite 200
Mckinney, TX 75069

Boon Chapman
c/o Grabielle Rico
9401 Amberglen Blvd
Austin, TX 78729

Country Lane Dairy
18555 SW Teton Ave
Tualatin, OR 97062

Country Lane Dairy
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St
Tualatin, OR 97060

Danisco USA, Inc
c/o Daniel Usieto
PO Box 32020
New York, NY 10087-2020

Domino Foods, Inc.
c/o Alessia Zalambani
PO Box 79066
City of Industry, CA 91716-9066

Ernest Packaging Solutions
c/o Monique Gonzales
9255 NE Alderwood Rd.
Portland, OR 97220

First Business Capital Corp.
Attn: Mark Buchert, VP-
Account Executive
401 Charmany Dr
Madison, WI 53719

Grupo Phoenix
c/o Karen Alvarado
18851 NE 29th Ave, Suite 601
Aventura, FL 33180

High Desert Milk, Inc.
c/o Steven Tarbet
1033 Idaho St
Burley, ID 83318

Larsen's Creamery, Inc.
c/o Melody Librande
16940 SE 130th Avenue
Clackamas, OR 97015

LTI, Inc.
c/o Karen McKinnon
PO Box 34206
Seattle, WA 98124-1026

Mayfield Farms, LLC
18555 SW Teton Ave
Tualatin, OR 97062

Mayfield Farms, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St
Tualatin, OR 97060

Pacific Foods Of Oregon, Inc.
c/o Ginger Pielage
19480 SW 97th Ave
Tualatin, OR 97062

Portland Water Bureau
Attn: Customer Svc -
Bankruptcy
PO Box 4216
Portland, OR 97208

QCS Purchasing, LLC
c/o Mary DeMarco
PO Box 87618
Chicago, IL 60680-0618

Stiebrs Farms, Inc.
c/o Dianna Stiebrs
PO Box 598
Yelm, WA 98597

Tetra Pak
c/o Bill Ballew
DEPT CH 10803
Chicago, IL 60055-0803

Valley Falls Farm, LLC
18555 SW Teton Ave
Tualatin, OR 97062

Valley Falls Farm, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St
Tualatin, OR 97060