UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )  Case No._____
)
)  NOTICE OF INTENT TO Sell Real or
)  Personal Property, Compensate Real Estate
)  Broker, and/or Pay any Secured Creditor's Fees
)  and Costs; Motion for Authority to Sell Property
)  Free and Clear of Liens; and Notice of Hearing
)  [**Note**: Do not use to sell personally identifiable
Debtor(s) )   information about individuals!]

NOTICE IS GIVEN THAT _____, the
_____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f). The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must: (1) attend the hearing set in ¶16 below and, (2) within 21 days of the later of either (a) the date next to the signature below; or (b) the service date in ¶17 below, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401): (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1. (COMPLETE ALL SECTIONS.)

1.  The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2.  Buyer's Name & Relation to Debtor:

3.  General description of the property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):



4.  A copy of the full property description or inventory may be examined or obtained at:

5.  The property may be previewed at (include time and place):

6.  Other parties to the transaction and their relationship to the debtor are:



7.  Gross sales price: $_____. All liens on the property total: $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs. Total sales costs will be: $_____. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

8.  The sale ___ is ___ is not (**mark one**) of substantially all of the debtor's assets. Terms and conditions of sale:



9.  Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

760.5 (12/1/2017) **Page 1 of 2**

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
| | | | |

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property] The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES IS SCHEDULED ON _____ AT _____ IN _____** and testimony will be received if offered and admissible. **If no timely objection is filed, the hearing may be cancelled and an order submitted. Parties are encouraged to check the hearing calendar at www.orb.uscourts.gov after the objection deadline has passed.**

17. I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and [unless movant is a chapter 7 trustee] that a copy was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties (including those requesting special notice) as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____.

DATE: _____

_____
Signature & Relation to Movant

_____
(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

760.5 (12/1/2017) **Page 2 of 2**

# Exhibit A

The purchase price for the Assets shall be calculated based on Two Percent (2%) of the gross revenue received by the Buyer on account of sales to the customers identified on **Exhibits A & B** (the "Transferred Customers") of the Agreement for Sale and Purchase of Assets of Sunshine Dairy Foods Management, LLC ("Agreement"), over a four-year period beginning on the date of the Closing (the "Purchase Price"). The Purchase Price shall be paid to the Debtor in monthly installments beginning 30 days after the Closing based on the gross revenue received from the Transferred Customers during the prior 30 days with subsequent monthly installments on the same day of each subsequent month for the requisite four-year period identified above. Alpenrose Dairy, Inc. shall provide to the Debtor a report of the gross revenues received from the Transferred Customers during the prior month at the same time as each monthly installment is paid.

Label Matrix for local noticing
0979-3
Case 18-31644-pcm11
District of Oregon
Portland
Fri May 11 12:58:07 PDT 2018

48forty Solutions, LLC
PO Box 849729
Dallas, TX 75284-9729

A & I Distributors
P O Box 1999
Billings, MT 59103-1999

A&E Conveyor Systems
121 P Rickman Industrial Drive
Canton, GA 30115-9099

ADM Corn Processing Division
PO Box 95202
Grapevine, TX 76099-9752

ADS Group
PO Box 15270
Irvine, CA 92623-5270

AR Arena Products, Inc.
2101 Mt. Read Blvd
Rochester, NY 14615-3708

AS&P Billing Services
PO Box 733746
Dallas, TX 75373-3745

AT & T
P O Box 105068
Atlanta, GA 30348-5068

Access Information Holdings, LLC
P O Box 398306
San Francisco, CA 94139-8306

Accountemps
P O Box 743295
Los Angeles, CA 90074-3295

Acranet-Clearstar
521 West Maxwell Avenue
Spokane, WA 99201-2417

Aflac Group Insurance
PO Box 84069
Columbus, GA 31908-4069

Airgas
P O Box 951873
Dallas, TX 75395-1873

Albina Fuel
801 Main Street
Vancouver, WA 98660-3133

(c)ALFORD, JOHNATHAN
19100 E BURNSIDE ST APT 336
PORTLAND OR  97233-5861

All American First Aid & Safety
16055 SW Walker Rd Ste 196
Beaverton, OR 97006-4942

Allied Purshasing
PO Box 1249
Mason City, IA 50402-1249

Alpine Food Distributing
PO Box 22529
Milwaukie, OR 97269-2529

Alpine Food Distributing, Inc.
PO Box 22529
Milwaukie

Amcane Sugar, LLC
PO Box 674996
Detroit, MI 48267-4996

American Express
P O Box 650448
Dallas, TX 75265-0448

Americold Logistics LLC
25587 Network Place
Chicago, IL 60673-1255

Ametek Brookfield
PO Box 419319
Boston, MA 02241-9319

Amundson, Lavere
11005 NE 76th St, #30
Vancouver, WA 98662-3954

Andersen Plastics
PO Box 310
Battle Ground, WA 98604-0310

Applied Industrial Technologies
PO Box 100538
Pasadena, CA 91189-0538

Arbuthnot, Stephen
15172 SW Sapphire
Beaverton, OR 97007-8305

Arenas, Damian
8000 NE HWY 99 #106
Vancouver, WA 98665-8844

Aspy, Katie
9105 SE 32ND AVE APT 15
Portland, OR 97222-5674

| | | |
|---|---|---|
| Atlasta Lock & Safe CO., Inc.<br>702 SE Grand Ave<br>Portland, OR 97214-2299 | Austin, Dale<br>10390 Sw Crestwood Ct<br>Beaverton, OR 97008-6641 | Automotive & Industrial Distributors of<br>900 1st Avenue North<br>Billings, MT 59101-2662 |
| Baez Hernandez, Carlos<br>167 NE 25th Avenue #207<br>Hillsboro, OR 97124-6368 | Balboa<br>2010 Main Street, 11th Floor<br>Irvine, Ca 92614-8250 | Banc of California, N.A.<br>18500 Von Karman Ave Ste 1100<br>Irvine, CA 92612-0546 |
| Bankdirect Capital Finance, LLC<br>P O Box 660448<br>Dallas, TX 75266-0448 | Barry Callebaut USA LLC<br>28543 Network Place<br>Chicago, IL 60673-1285 | Beaver Sports Properties, LLC<br>c/o Learfield Communications, LLC<br>P.O. Box 843038<br>Kansas City, MO 64184-3038 |
| Beck, Chris<br>22802 NE 174th St<br>Brush Prairie, WA 98606-8102 | Benefithelp Solutions<br>P O Box 5817<br>Portland, Or 97228-5817 | Bev Cap Management, LLC<br>120 W Virginia St Suite 200<br>Mckinney, TX 75069-4496 |
| Bigelow, Nicole<br>39805 Davis St<br>Sandy, OR 97055-8376 | Birley, Terrance<br>1707 NW 3rd St<br>Battleground, WA 98604-4352 | Bluetarp Financial<br>PO Box 105525<br>Atlanta, GA 30348-5525 |
| Boatman, Jon<br>18436 Southeast Yamhill Circle<br>Portland, OR 97233-5557 | Bobb, Louis<br>1259 NE Hogan Place<br>Gresham, OR 97030-4100 | Boiler & Combustion Service, Inc.<br>9350 NE Halsey<br>Portland, OR 97220-4579 |
| Boon Chapman<br>9401 Amberglen Blvd<br>Austin, TX 78729-1191 | Burbach, Michael<br>3112 St Johns Blvd<br>Vancouver, WA 98661-3723 | CHEP Pallecon Solutions<br>PO Box 7408180<br>Chicago, IL 60674-8180 |
| CIT Technology Fin Serv, Inc.<br>PO Box 100706<br>Pasadena, CA 91189-0003 | CRS Data Solutions<br>PO Box 2764<br>Portland, OR 97208-2764 | Caballero, Ernesto<br>8316 N. Lombard St. PMB 439<br>Portland, OR 97203-3727 |
| Camfil USA, Inc.<br>3302 Solutions Center<br>Chicago, IL 60677-3003 | Campa, David<br>101 SE 199th<br>Portland, OR 97233-6019 | Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 |
| Castillo, Johnny<br>1506 SE Kobus Way<br>Hillsboro, OR 97123-5367 | Cates, David<br>12212 SE Raymond St<br>Portland, OR 97236-4232 | Center, Christopher<br>5231 SE Malden Dr<br>Portland, OR 97206-0842 |

| | | |
|---|---|---|
| CenturyLink<br>PO Box 91155<br>Seattle, WA 98111-9255 | Chambers, Sandy<br>18200 NE Flanders<br>Portland, OR 97230-7244 | Charm Sciences, Inc.<br>659 Andover St<br>Lawrence, MA 01843-1032 |
| Chorn, James<br>2243 SE 105th AVE<br>Portland, OR 97216-3046 | Cintas Corporation - 463<br>PO Box 650838<br>Dallas, TX 75265-0838 | Citibank, N.A.<br>388 Greenwich St 25th Floor<br>Mail DRO<br>New York, NY 10013-2375 |
| Citibank, NA<br>c/o Barbara Desoer - CEO<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Clatsop Fleet Service, Inc<br>2040 SE Airport Lane<br>Warrenton, OR 97146-7401 | Clow Roofing & Siding Inc.<br>434 N Tillamook Street<br>Portland, OR 97227-1898 |
| Cole-Parmer Instrument Company, LLC<br>13927 Collections Center Drive<br>Chicago, IL 60693-0139 | Columbia Oregon 98th Ave Industrial LLC<br>PO Box 848138-076<br>Dallas, TX 75284-0001 | Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 |
| Conan Fin Org, LLC<br>17606 Sydni Ct<br>Lake Oswego, OR 97035-5588 | Country Lane Dairy<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 | Country Lane Dairy<br>c/o Keystone-Pacific, LLC<br>Kaye N. Barnes, RA<br>9955 SW Potano St<br>Tualatin, OR 97062-8619 |
| Courier Direct, Inc.<br>PO Box 3448<br>Tualatin, OR 97062-3448 | Crandall, John<br>843 SE Walnut St<br>Hillsboro, OR 97123-4533 | Crest Foods<br>PO Box 371<br>Ashton, IL 61006-0371 |
| Crollard, Dennis<br>5308 NE 68th St<br>Vancouver, WA 98661-1488 | Crollard, Travis<br>3815 NE 87th Place<br>Vancouver, WA 98662-6869 | DSM Nutritional Products, Inc.<br>3927 Collection Center Drive<br>Chicago, IL 60693-0039 |
| Daco Corporation<br>8825 S 184th Street<br>Kent, WA 98031-1232 | Dairy Connection Inc.<br>501 Tasman Street Suite B<br>Madison, WI 53714-3173 | Danielski, David<br>3006 SE 16th St<br>Gresham, OR 97080-9245 |
| Danisco USA, Inc<br>PO Box 32020<br>New York, NY 10087-2020 | Davidson, Howard<br>8923 Ne 41st Ave<br>Vancouver, WA 98665-5303 | Davis, Christopher<br>205 SE 5th Ave<br>Battle Ground, WA 98604-8320 |
| Dean, Brian<br>845 G St.<br>Washougal, WA 98671-1327 | Dejarnett Sales, Inc.<br>45 82nd Drive, Suite 49<br>Gladstone, OR 97027-2562 | Domino Foods, Inc<br>PO Box 79066<br>City Of Industry, CA 91716-9066 |

| | | |
|---|---|---|
| Eberhards<br>P O Box 845<br>Redmond, OR 97756-0186 | Edgar A. Weber & Company<br>PO Box 546<br>Wheeling, IL 60090-0546 | Edmunson, Brian<br>15092 SE Pioneer Dr<br>Clackamas, OR 97015-6365 |
| Edwards, Kisa<br>4927 NE Grand Avenue<br>Portland, OR 97211-3925 | Electric, Inc.<br>PO Box 820386<br>Vancouver, WA 98682-0008 | Ellima Discovery, Inc<br>390 N Sepulveda Blvd Suite 2080<br>El Segundo, CA 90245-4401 |
| Elm Services<br>PO Box 15270<br>Irvine, CA 92623-5270 | Elution Technologies<br>480 Hercules Drive<br>Colchester, VT 05446-5948 | Ernest Packaging Solutions<br>9255 NE Alderwood Rd.<br>Portland, OR 97220-1343 |
| Eroad Inc.<br>7618 SW Mohawk Street<br>Tualatin, OR 97062-8121 | Eurofins DQCI, LLC<br>PO Box 11407<br>Birmingham, AL 35246-5569 | EverBank Commerical Finance<br>10 Waterview Blvd<br>Parsippany, NJ 07054-1286 |
| EverFresh Fruit Co.<br>PO Box 1177<br>Sandy, OR 97055-1177 | Evergreen Packaging Inc.<br>PO Box 845430<br>Dallas, TX 75284-5430 | Exova #774214<br>4214 Solutions Center<br>Chicago, IL 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 |
| Express Personnel Services<br>PO Box 4427<br>Portland, OR 97208-4427 | F&H Food Equipment Co.<br>PO Box 3985<br>Springfield, MO 65808-3985 | FEDEX<br>PO BOX 7221<br>Pasadena, CA 91109-7321 |
| FEDEX FREIGHT<br>PO BOX 21415<br>Pasadena, CA 91185-0001 | MICHAEL W FLETCHER<br>888 SW 5th Ave #1600<br>Portland, OR 97204-2030 | Falk, Alysha<br>14600 NE 87th Street<br>Vancouver, WA 98682-2829 |
| Far West Distributors, Inc.<br>PO BOX 39000<br>San Francisco, CA 94139-0001 | Farm Power Misty Meadow, LLC<br>1934 S Wall St<br>Mount Vernon, WA 98273-6509 | Farm Power Tillamook, LLC<br>1934 South Wall St<br>Mount Vernon, WA 98273-6509 |
| Farr, Lawrence<br>14205 NE 10th Ave<br>Vancouver, WA 98685-1301 | Fastenal<br>P O Box 1286<br>Winona, MN 55987-7286 | Firmenich Inc.<br>PO Box 7247-8502<br>Philadelphia, PA 19170-8502 |
| First Business Capital Corp.<br>c/o Tonkon Torp LLP<br>ATTN: Albert N. Kennedy<br>888 SW 5th Ave., Suite 1600<br>Portland, OR 97204-2099 | First Business Capital Corp.<br>Attn: Mark Buchert, VP-Account Executive<br>401 Charmany Dr<br>Madison, Wi 53719-1272 | First Business Capital Corp.<br>c/o Chuck Batson, President & CEO<br>401 Charmany Dr<br>Madison, Wi 53719-1272 |

| | | |
|---|---|---|
| Foodline Piping Products<br>225 Edgewood Avenue<br>West Berlin, NJ 08091-2615 | Ford Motor Credit Co.<br>PO Box 552679<br>Detroit, MI 48255-2679 | Ford Motor Credit Company LLC<br>c/o CT Corp. System, RA<br>780 Commerical St SE Ste 100<br>Salem, OR 97301-3465 |
| Forry, Brandon<br>6421 SE Morrison St.<br>Portland, OR 97215-1945 | Forsman, Pentti<br>18654 SW Shaw St.<br>Aloha, OR 97078-1211 | Fortin, Patricia<br>3111 NE 76th Ave<br>Portland, OR 97213-6501 |
| Fred, John<br>17823 SE Division St<br>Portland, OR 97236-1063 | Freewire Broadband<br>7327 SW Barnes Rd #701<br>Portland, OR 97225-6119 | Fry, Mitchell<br>3532 SW Beaverton Hillsdale Hwy<br>Portland, OR 97221-3810 |
| GNT USA, Inc.<br>660 White Plains Road<br>Tarrytown, NY 10591-5107 | Gillco Ingredients<br>1701 La Costa Meadows Drive<br>San Marcos, CA 92078-5105 | Ginger People<br>215 Reindollar Ave<br>Marina, CA 93933-3804 |
| Givaudan<br>1199 Edison Ave<br>Cincinnati, OH 45216-2265 | Glorybee Foods, Inc.<br>PO Box 2744<br>Eugene, OR 97402-0277 | Grainger<br>PO Box 419267<br>Kansas City, MO 64141-6267 |
| Graphic Packaging International Inc.<br>PO Box 404170<br>Atlanta, GA 30384-4170 | Greiner Packaging Corp.<br>225 Enterprise Way<br>Pittston, PA 18640-5035 | Grupo Phoenix<br>18851 NE 29th Ave, Suite 601<br>Aventura, FL 33180-2844 |
| Gullberg, Choei<br>4735 N Mississippi Avenue<br>Portland, OR 97217-3140 | Gutierrez, Anthony<br>4761 N. Girard St<br>Portland, OR 97203-4633 | ERIC C HARTWIG<br>Zarosinski Hartwig P.C.<br>520 SW Sixth Ave<br>Ste 1200<br>Portland, OR 97204-1510 |
| NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204-3029 | Haines, Christopher<br>3903 SW Wilbard St.<br>Portland, OR 97219-6194 | Hammer, Gary<br>12032 SW Westbury Terr<br>Tigard, OR 97223-1651 |
| Harrington Industrial Plastics<br>PO Box 5128<br>Chino, CA 91708-5128 | Harvest Food Solutions, LLC<br>501 SE Columbia Shores Boulevard, Suite<br>Vancouver, WA 98661-8099 | Hernandez, Alfredo<br>20833 SW Imperial Place<br>Beaverton, OR 97003-1847 |
| High Desert Milk, Inc.<br>1033 Idaho St<br>Burley, ID 83318-4923 | Hilton Supply Management<br>350 North Orleans Street<br>Chicago, IL 60654-1975 | Huber, Troy<br>9900 SE Lawnfield Rd, #87<br>Clackamas, OR 97015-9617 |

| | | |
|---|---|---|
| Huber, Tyler<br>9900 SE Lawnfield Rd APT #74<br>Clackamas, OR 97015-9616 | Huebner, Cynthia<br>4617 NE St Johns Rd #H127<br>Vancouver, WA 98661-2562 | Hygiena LLC<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-2007 |
| IGI Resources, Inc.<br>12124 Collections Center Drive<br>Chicago, IL 60693-0121 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Attn: Civil Process Clerk<br>U.S. Attorney, District of Oregon<br>1000 SW 3rd, #600<br>Portland, OR 97204-2936 |
| IRS<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Idaho Milk Products Inc.<br>2249 South Tiger Drive<br>Jerome, ID 83338-5080 | Independent Retirement Consult<br>6500 SW Macadam Avenue, Suite 185<br>Portland, OR 97239-3570 |
| Indoor Billboard/NW<br>PO Box 17555<br>Portland, OR 97217-0555 | Ingredion<br>PO Box 742206<br>Los Angeles, CA 90074-2206 | Inspired Results<br>3437 Monumentum Place<br>Chicago, IL 60689-0001 |
| J&D Refrigerated Services<br>PO Box 1605<br>Clackamas, OR 97015-1605 | Jaimes, Enrique<br>7936 SE 64th Avenue<br>Portland, OR 97206-9673 | Jenkins, Chad<br>1509 22nd Ave Apt#24<br>Forest Grove, OR 97116-1662 |
| Jogue Inc./Northville Labs<br>PO Box 190<br>Northwille, MI 48167-0190 | Johnson, Gordon<br>4556 SW 164th Pl<br>Aloha, OR 97078-2063 | Jones, Terry<br>740 NW 185th Ave, #301<br>Beaverton, OR 97006-2897 |
| Jubitz Fleet Services<br>PO Box 11251<br>Portland, OR 97211-0251 | Jubitz Travel Center<br>PO Box 11133<br>Portland, OR 97211-0133 | ALBERT N KENNEDY<br>888 SW 5th Ave #1600<br>Portland, OR 97204-2030 |
| KPA Services, LLC<br>PO Box 301526<br>Dallas, TX 75303-1526 | Kaio, Kenneth<br>12220 SE Long St<br>Portland, OR 97236-7710 | Karamanos Holdings<br>630 West Duarte Road, #208<br>Arcadia, CA 91007-7604 |
| Karamanos Holdings, Inc.<br>801 NE 21st Ave.<br>Portland, OR 97232-2209 | Karamanos, Benjamin<br>7579 SW Roanoke Dr N<br>Wilsonville, OR 97070-6821 | Karamanos, John<br>6514 SW 50th Avenue<br>Portland, OR 97221-2844 |
| Kerry Ingredients & Flavours<br>File 57038<br>Los Angeles, CA 90074-0001 | Key Bank National Association<br>11211 SW Fifth Ave., Suite 505<br>Portland, OR 97204 | Khalifa, Yusef<br>9239 NW Burntknoll Court<br>Portland, OR 97229-6551 |

| | | |
|---|---|---|
| Kidder Matthews<br>One SW Columbia St., Ste 950<br>Portland, OR 97258-2010 | Kool Pak, LLC<br>PO Box 1450<br>Minneapolis, MN 55485-7939 | Kormanos Holdings, Inc.<br>801 NE 21st Ave<br>Portland, OR 97232-2209 |
| Kunkel, Ashley<br>13926 SE Alimaria Dr<br>Clackamas, OR 97015-6349 | Kuntzmann, Christopher<br>1261 SE Olvera Place<br>Gresham, OR 97080-9133 | LCA Bank Corporation<br>1375 Deer Valley Dr #218<br>Park City, UT 84060-5236 |
| LCA Bank Corporation<br>c/o Thomas T. Billings, RA<br>15 West South Temple Ste 1700<br>Salt Lake City, UT 84101-1549 | LTI, Inc.<br>PO Box 34026<br>Seattle, WA 98124-1026 | Lamoule<br>819 SE Grant St<br>Portland, OR 97214-4524 |
| Landscape Management & Services<br>3511 NE 109th Avenue<br>Vancouver, WA 98682-7722 | Larsen's Creamery, Inc.<br>16940 SE 130th Avenue<br>Clackamas, OR 97015-8900 | Leek, Brian<br>1539 NE Vista Way<br>Gresham, OR 97030-4249 |
| Les Schwab<br>2952 NE Sandy Boulevard<br>Portland, OR 97232-2457 | Levy-Center, Jacob<br>1412 Meadowlark Pl<br>Molalla, OR 97038-8303 | Liborio, Arnold<br>9310 SE 65th Avenue<br>Milwaukie, OR 97222-2501 |
| Lochmead Dairy, Inc.<br>1120 Ivy Street<br>Junction City, OR 97448-1933 | Lockwood, Amanda<br>1973 SE 122nd Ave. #10<br>Portland, OR 97233-1344 | Loomis Armored Service, Inc.<br>Dept. Ch. 10500<br>Palantine, IL 60055-0500 |
| Love, Levi<br>1537 NE 19th Avenue<br>Portland, OR 97232-1421 | Lubrication Engineers, Inc.<br>PO Box 16025<br>Wichita, KS 67216-0025 | Lucas Foods, Inc.<br>7272 SW Durham Road, Suite 400<br>Portland, OR 97224-7569 |
| CARLA GOWEN MCCLURG<br>DOJ-Ust<br>Office of the US Trustee<br>620 SW Main Street, Room 213<br>Portland, OR 97205-3026 | MRV Dairy Solutions<br>26382 Via De Anza<br>San Juan Capistrano, CA 92675-4723 | (p)MACKENZIE ENGINEERING INC<br>1515 SE WATER AVE SUITE 100<br>PORTLAND OR 97214-3487 |
| Mallory Safety & Supply LLC<br>PO Box 2068<br>Longview, WA 98632-8190 | Mane Inc.<br>Attn: Dept Ch 16555<br>Palatine, IL 60055-6555 | Matison, Jacob<br>14406 SE Tamarack Way<br>Milwaukie, OR 97267-2035 |
| Maverick Welding Supplies Inc.<br>PO Box 1570<br>Oregon City, OR 97045-0570 | Mayfield Farms, LLC<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 | Mayfield Farms, LLC<br>c/o Keystone-Pacific, LLC<br>Kaye N. Barnes, RA<br>9955 SW Potano St<br>Tualatin, OR 97062-8619 |

| | | |
|---|---|---|
| McCarthy, Tara<br>18340 SW Wheeler Crt<br>Aloha, OR 97078-1653 | McGuire Bearing Company<br>947 SE Market Street<br>Portland, OR 97214-3574 | McMaster-Carr Supply Company<br>PO Box 7690<br>Chicago, IL 60680-7690 |
| Measure-Tech, Inc.<br>PO Box 499<br>Ariel, WA 98603-0499 | Medosweet Farms of Oregon, Inc.<br>P O Box 749<br>Kent, WA 98035-0749 | Mercantum (U.S.) Corp.<br>225 Broadway, 37Th Floor<br>New York, NY 10007-3044 |
| Metro Overhead Door<br>2525 NE Columbia Boulevard<br>Portland, OR 97211-2053 | Mettler Toledo<br>22670 Network Place<br>Chicago, IL 60673-1226 | Mettler-Toledo Safeline, Inc.<br>22677 Network Place<br>Chicago, IL 60673-1226 |
| Meyer, Zachary<br>18168 Newell Crest Dr.<br>Oregon City, OR 97045-2874 | Miller Paint Company<br>PO Box 20609<br>Portland, OR 97294-0609 | Minuteman Press Lloyd Center<br>1015 NE Broadway Street<br>Portland, OR 97232-1230 |
| Mitchell Lewis & Staver Co.<br>9935 SW Commerce Circle<br>Wilsonville, OR 97070-8608 | Mocon, Inc<br>PO Box 1450 - NW 8244<br>Minneapolis, MN 55485-8244 | Moss Adams LLP<br>PO Box 101822<br>Pasadena, CA 91189-0050 |
| Multnomah County<br>501 SE Hawthorne Blvd<br>Portland, OR 97214-3587 | Multnomah County Circuit Court<br>PO Box 78<br>Portland, OR 97207-0178 | Multnomah County Division of<br>P O Box 2716<br>Portland, OR 97208-2716 |
| Multnomah County Tax Assessor<br>Attn Angelika Loomis, Agent<br>PO Box 2716<br>Portland, OR 97208-2716 | Murutes, Michael<br>6610 SE May Street<br>Milwaukie, OR 97222-2547 | NIPR LLC<br>718 Griffin Ave PMB 17<br>Enumclaw, WA 98022-3418 |
| NW Natural Gas<br>PO Box 6017<br>Portland, OR 97228-6017 | Nass, Kari<br>21322 NE Weidler Cir<br>Fairview, OR 97024-8732 | National Container Group<br>PO Box 5649<br>Carol Stream, IL 60197-5649 |
| National Food Corporation<br>808 134th Street SW, Bldg. B, Suite 116<br>Everett, WA 98204-2300 | Neilan, Brigg<br>12575 SW Pathfinder Ct<br>Tigard, OR 97223-5155 | Nelson Jameson<br>PO Box 1147<br>Marshfield, WI 54449-7147 |
| Nestle Quality Assurance Inc.<br>445 State Street<br>Fremont, MI 49413-1000 | Nestle USA<br>PO Box 841933<br>Dallas, TX 75284-1933 | Nordson Corp<br>11475 Lakefield Drive<br>Duluth, GA 30097-1557 |

| | | |
|---|---|---|
| Northwest Control Company Inc.<br>PO Box 22919<br>Portland, OR 97269-2919 | Northwest Food Processors Assoc.<br>P O Box 4300<br>Portland, OR 97208-4300 | Northwest Natural Gas Company<br>PO Box 6017<br>Portland, OR 97228-6017 |
| NuBiome, Inc.<br>PO Box 60087<br>Palo Alto, CA 94306-0087 | ODOT/MCTD<br>3930 Fairview Industrial Dr SE<br>Salem, OR 97302-1166 | ODR<br>ATTN: Bankruptcy Unit<br>955 Center St NE<br>Salem, OR 97301-2555 |
| ODR<br>c/o Ellen Rosenblum, Attorney General<br>Oregon Department of Justice<br>1162 Court St, NE<br>Salem, OR 97301-4096 | Office Depot Credit Plan<br>P O Box 78004<br>Phoenix, AZ 85062-8004 | Oil Filter Service Company<br>615 SE Market Street<br>Portland, OR 97214-3522 |
| Oilseeds<br>8 Jackson St<br>San Francisco, CA 94111-2022 | Oliveria, Christopher<br>8304 NE 136th Ave<br>Vancouver, WA 98682-3376 | Oregon Dairy Products Commission<br>10505 SW Barbur Blvd, Suite 201<br>Portland, OR 97219-6853 |
| Oregon Department Of Agriculture<br>PO Box 4395, Unit 17<br>Portland, OR 97208-4395 | Oregon Employment Department<br>875 Union Street NE<br>Salem, OR 97311-0800 | Oregon Tilth, Inc.<br>2525 SE 3rd Street<br>Corvallis, OR 97333-1641 |
| Organic West Milk, Inc.<br>129 W Main Street<br>Ripon, CA 95366-2419 | Osgood Industries, Inc.<br>P.O. Box 71745<br>Chicago, IL 60694-1745 | P & L Johnson Mechanical Inc.<br>PO Box 595<br>Astoria, OR 97103-0595 |
| PB Leiner<br>DEPT CH 19836<br>Palatine, IL 60055-0001 | PDF Seal<br>503 Acorn St<br>Deer Park, NY 11729-3601 | PPV, Inc.<br>PO Box 5935, Drawer # 2254<br>Troy, MI 48007-5935 |
| Pacific Coast Americas, LLC<br>PO Box 168<br>Monrovia, CA 91017-0168 | Pacific Foods Of Oregon, Inc.<br>19480 SW 97th Ave<br>Tualatin, OR 97062-8505 | Pacific Office Automation<br>14747 NW Greenbrier Parkway<br>Beaverton, OR 97006-5601 |
| Pacific Office Automation<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Pacific Office Automation<br>PO Box 51043<br>Los Angeles, CA 90051-5343 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Paetec<br>PO Box 9001013<br>Louisville, KY 40290-1013 | Palaoro, Jeromie<br>7760 SE Cypress Ave<br>Milwaukie, OR 97267-3403 | Paris, Christopher<br>19462 S Wild Bill Ct<br>Oregon City, OR 97045-7743 |

| | | |
|---|---|---|
| Paul Brong Machine Works, Inc.<br>421 NE 12th Avenue<br>Portland, OR 97232-2786 | Pennick, Doug<br>2109 NW 12th St.<br>Gresham, OR 97030-5568 | Pennick, Evan<br>410 SE 95th Ave<br>Vancouver, WA 98664-3421 |
| Pennick, Justin<br>2606 E 26th Street<br>Vancouver, WA 98661-4502 | Pennick, Kevin<br>410 SE 95th Ave<br>Vancouver, WA 98664-3421 | Penske Truck Leasing Company LP<br>PO Box 7429<br>Pasadena, CA 91109-7429 |
| Peralta, Benjamin<br>16575 Bonaire Ave<br>Lake Oswego, OR 97035-4159 | Perez, Michael<br>230 NE 100th Ave, #16<br>Portland, OR 97220-4427 | Permacold Engineering Inc.<br>Attn: Shauna Ray<br>2945 NE Argyle Street<br>Portland, OR 97211-1948 |
| Peter Finley Fry<br>303 NW Uptown Terrace #1B<br>Portland, OR 97210-5500 | Petersen, David<br>17407 SW Inkster Dr<br>Sherwood, OR 97140-8240 | Peterson, Wayne<br>10701 SE Highway 212 Unit N8<br>Clackamas, OR 97015-9112 |
| Petes Milk Delivery, LLC<br>27441 68th Ave S<br>Kent, WA 98032-7262 | Phillips, Douglas<br>200 Main Street<br>Fairview, OR 97024-3705 | Pickens, Belinda<br>11625 SW 5th St., #1<br>Beaverton, OR 97005-2972 |
| Pierce, Michael<br>P.O. Box 6324<br>Vancouver, WA 98668-6324 | Pingo, Ryan<br>6437 SE 137th Ave<br>Portland, OR 97236-7235 | Piper, Steven<br>6437 SE 137th Ave<br>Portland, OR 97236-7235 |
| Pitney Bowes Global Financial<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | Platt Electric, Inc<br>PO Box 418759<br>Boston, MA 02241-8759 |
| Pommerening, Jordan<br>13447 SE Bush St<br>Portland, OR 97236-3323 | Portland Disposal & Recycling Inc.<br>7202 NE 42nd Avenue<br>Portland, OR 97218-1195 | Portland General Electric<br>PO Box 4438<br>Portland, OR 97208-4438 |
| (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | Prather, Dean<br>315 SE 40th St.<br>Troutdale, OR 97060-2570 | Price, James<br>782 Moneda Ct N<br>Keizer, OR 97303-5875 |
| Pro Sales, Inc.<br>917 Valley Ave NW<br>Puyallup, WA 98371-2528 | Pro-Western Plastics LTD<br>PO Box 261<br>St. Albert, AB T8N 1N3 | Provvista<br>PO Box 601154<br>Pasadena, CA 91189-1154 |

| | | |
|---|---|---|
| QCS Purchasing, LLC<br>PO Box 87618<br>Chicago, IL 60680-0618 | Quality Chekd Dairies, Inc.<br>PO Box 6500<br>Chicago, IL 60680-6500 | Quinton, Hunter<br>1331 N Sarstoga St<br>Portland, OR 97217-5438 |
| DOUGLAS R RICKS<br>319 SW Washington St #520<br>Portland, OR 97204-2620 | RMMJ Services Inc.<br>3307 Evergreen Way, Ste. 707-231<br>Washougal, WA 98671-2062 | Rardin, Edward<br>18600 NE 215th Pl<br>Brush Prairie, WA 98606-9007 |
| Raya, Stephen<br>2340 NE Rene Ave<br>Gresham, OR 97030-3204 | Recology<br>1850 NE Lafayette Ave<br>Mcminnville, OR 97128-3434 | Reddaway Inc.<br>26401 Network Place<br>Chicago, IL 60673-1264 |
| Reed, Michael<br>3675 SE Brendon Ct<br>Milwaukie, OR 97267-5642 | Regala, Reynato<br>2570 NE Timothy Ln<br>Hillsboro, OR 97124-6296 | Republic Services #472<br>PO Box 78829<br>Phoenix, AZ 85062-8829 |
| Revelle, Kayla<br>10 NE 162nd Avenue, Apt#23<br>Portland, OR 97230-5878 | Revive Brands<br>3900 Cypress Dr<br>Petaluma, CA 94954-5694 | Richards, Michael<br>2606 E. 26th St.<br>Vancouver, WA 98661-4502 |
| Rick Wolf<br>388 S 10th St<br>Kalama, WA 98625-9770 | Robertson, Mary<br>12705 SE Gladstone St<br>Portland, OR 97236-3633 | Rodda, Richard<br>7415 N Fessenden St<br>Portland, OR 97203-1723 |
| Rodriguez, Katie<br>6009 NE 39th Street<br>Vancouver, WA 98661-3221 | Rogers Machinery Company Inc.<br>PO Box 230429<br>Portland, OR 97281-0429 | Roto-Rooter<br>28655 SW Boones Ferry Road<br>Wilsonville, OR 97070-8216 |
| Rumiano Cheese Company<br>PO Box 863<br>Willows, CA 95988-0863 | Ryan, Patrick<br>7767 SE Harrison St<br>Milwaukie, OR 97222-1139 | SVZ-USA Inc.<br>1700 N Broadway Ave<br>Othello, WA 99344-8918 |
| Salvage, Joshua<br>2620 SW Hume St<br>Portland, OR 97219-3916 | Sammons, Matthew<br>22920 W Bluff Dr<br>West Linn, OR 97068-8257 | Sampson, Jack<br>42706 Hillcrest Loop Road<br>Astoria, OR 97103-8444 |
| Sanderson Safety Supply Co.<br>1101 SE 3rd Avenue<br>Portland, OR 97214-3399 | Satanand, Steven<br>4549 SE Knapp St<br>Portland, OR 97206-8331 | Scott Laboratories, Inc.<br>PO Box 398198<br>San Francisco, CA 94139-8198 |

| | | |
|---|---|---|
| Sensient Flavors LLC<br>5115 Sedge Blvd<br>Hoffman Estates, IL 60192-3708 | Separators Inc.<br>Dept CH 19595<br>Palatine, IL 60055-0001 | Shepherd, Kristina<br>887 NE 193rd St<br>Portland, OR 97233 |
| Silliker, Inc.<br>3155 Paysphere Circle<br>Chicago, IL 60674-0031 | Simplex Grinnell LP<br>Dept. Ch. 10320<br>Palatine, IL 60055-0320 | Sims, Emma<br>8121 SE Woodstock Blvd<br>Portland, OR 97206-5877 |
| Siquina, Agustin<br>18200 NE Couch St. #219<br>Portland, OR 97230-7271 | Siquina, Juan<br>8925 N Newell Ave APT #106<br>Portland, OR 97203-2863 | Smith Teamaker LLC<br>110 SE Washington St<br>Portland, OR 97214-2127 |
| Smith, Roger<br>8316 N Lombard St. PMB 296<br>Portland, OR 97203-3727 | Sorrento Lactalis, Inc.<br>2376 South Park Avenue<br>Buffalo, NY 14220-2670 | Souvanna, Luang<br>548 Bryant Hill Rd<br>Woodland, WA 98674-9278 |
| Spady, Gregory<br>20615 SW Ravenswood St<br>Beaverton, OR 97078-5434 | Speer, Michael<br>P.O. Box 87508<br>Vancouver, WA 98687-7508 | Sprague Pest Control<br>PO Box 2222<br>Tacoma, WA 98401-2222 |
| Spring Valley Dairy Inc.<br>PO Box 20970<br>Keizer, OR 97307-0970 | Springfield Creamery<br>29440 Airport Road<br>Eugene, OR 97402-9537 | Spurdy, Aaron<br>470 NW Bella Vista Dr<br>Gresham, OR 97030-6633 |
| Statco Eng. & Fabricators<br>PO Box 29901<br>Phoenix, AZ 85038-0901 | State Of Washington<br>P O Box 47464<br>Olympia, WA 98504-7464 | Stiebrs Farms, Inc.<br>PO Box 598<br>Yelm, WA 98597-0598 |
| Stoel Rives, LLP<br>760 SW Ninth Ave, Suite 3000<br>Portland, OR 97205-2587 | Strada Capital Corporation<br>23046 Avenida De La Carlota #350<br>Laguna Hills, CA 92653-1528 | Strada Capital Corporation<br>c/o Christopher Parsons, RA<br>23046 Avenida De La Carlota, #350<br>Laguna Hills, CA 92653-1528 |
| Stumptown Coffee Roasters<br>100 SE Salmon Street<br>Portland, OR 97214-3370 | Sturm Elevator, Inc.<br>PO Box 3008<br>Clackamas, OR 97015-3008 | Summit Funding Group, Inc.<br>4680 Parkway Drive #300<br>Mason, OH 45040-7979 |
| Summit Funding Group, Inc.<br>Lease Administration Group<br>PO Box 63-6488<br>Cincinnati, OH 45263-6488 | Sunshine Dairy Foods Management, LLC<br>801 NE 21st Ave<br>Portland, OR 97232-2280 | Swank & Swine, LLC<br>8630 SW Scholls Ferry Rd<br>Beaverton, OR 97008-6621 |

| | | |
|---|---|---|
| Sweet Oregon Berry Company<br>3005 Bypass Highway 18<br>Dayton, OR 97114 | Sygma-Portland<br>13019 SE Jennifer St Suite 404<br>Clackamas, OR 97015-9061 | TCF Equipment Finance<br>11100 Wayzata Blvd #801<br>Hopkins, MN 55305-5503 |
| TCF Equipment Finance<br>11100 Wayzata Blvd, Ste 801<br>Hopkins, MN 55305-5503 | Taylor-Made Labels, Inc..<br>P O Box 1000, Dept 148<br>Memphis, TN 38148-0148 | Tetra Pak<br>DEPT CH 10803<br>Chicago, IL 60055-0803 |
| The Standard Steel Companies<br>PO Box 4828<br>Portland, OR 97208-4828 | Thermo Fluids, Inc<br>PO Box 7170<br>Pasadena, CA 91109-7170 | Tic Gums, Inc.<br>4609 Richlunn Drive<br>Belcamp, MD 21017-1228 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Industries<br>Attn: Commercial Finance<br>PO Box 660926<br>Dallas, TX 75266-0926 | Toyota Lift Northwest<br>Attn: Mail Stop 98<br>PO Box 4100<br>Portland, OR 97208-4100 |
| Toyota Motor Credit Corp<br>6565 Headquarters Dr.<br>Plano, TX 75024-5965 | Toyota Motor Credit Corporation<br>PO Box 3457<br>Torrance, CA 90510-3457 | Toyota Motor Credit Corporation<br>c/o CT Corporation System, RA<br>780 Commercial St SE Ste 100<br>Salem, OR 97301-3465 |
| Toyota Motor Industries Commerical<br>Finance, Inc.<br>PO Box 9050<br>Coppell, TX 75019-9050 | Travelcard Commercial Fueling<br>PO Box 71458<br>Springfield, OR 97475-0198 | Tree Top Inc.<br>PO Box 248<br>Selah, WA 98942-0248 |
| Tribeca Transport<br>1415 Port Way<br>Woodland, WA 98674-9583 | Trogdon, Michael<br>4306 SW Spratt Way, #217<br>Beaverton, OR 97078-7535 | UHF Purchasing - MHA Inc.<br>PO Box 789<br>Florham Park, NJ 07932-0789 |
| UPS<br>PO Box 894820<br>Los Angeles, CA 90189-4820 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| Umpqua Dairy Products Co.<br>PO Box 1306<br>Roseburg, OR 97470-0320 | Unified Grocers<br>PO Box 60064<br>City Of Industry, CA 91716-0064 | United Brands, Inc.<br>170 Associated Road<br>South San Francisco, CA 94080-6016 |
| United Site Services of Nevada, Inc.<br>P O Box 53267<br>Phoenix, AZ 85072-3267 | University Of Nebraska-Lincoln<br>PO Box 886205<br>Lincoln, NE 68588-6205 | Upward Technology<br>2636 NW 26th Ave, Suite 201<br>Portland, OR 97210-1848 |

| | | |
|---|---|---|
| VMS Aseptic Filling<br>PO Box 10252<br>Largo, FL 33773-0252 | Valley Falls Farm, LLC<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 | Valley Falls Farm, LLC<br>c/o Keystone-Pacific, LLC<br>Kaye N. Barnes, RA<br>9955 SW Potano St<br>Tualatin, OR 97062-8619 |
| Ventura Foods, LLC<br>2281 Shadetree Circle<br>Brea, CA 92821-4402 | Verifract<br>5301 Blue Lagoon Drive, Suite 180<br>Miami, FL 33126-2093 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Vinyard, Michael<br>1843 NE 3rd Ave.<br>Camas, WA 98607-1702 | Vivolac Cultures Corporation<br>6108 West Stoner Drive<br>Greenfield, IN 46140-7383 | Waste Management of Oregon<br>PO Box 541065<br>Los Angeles, CA 90054-1065 |
| Weatherly, Marylyn<br>15504 NE 48th St<br>Vancouver, WA 98682-5203 | Welch, Marcus<br>15631 S Tioga Rd<br>Oregon City, OR 97045-9528 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120-7777 |
| Will H. Knox Company, Inc.<br>6034 NE 60th Avenue<br>Portland, OR 97218-2910 | Willamette View<br>13021 SE River Rd<br>Portland, OR 97222-8063 | Williams, Anthony<br>10211 SE Clinton St<br>Portland, OR 97266-1350 |
| Williams, Mattison<br>12807 SE Cooper St<br>Portland, OR 97236-8901 | Windsor, Marc<br>6635 N Columbia Way<br>Portland, OR 97203-1806 | Windstream (Paetec)<br>P O Box 9001013<br>Louisville, KY 40290-1013 |
| Winters, John<br>3136 SE 175th Place<br>Portland, OR 97236-1102 | Wolf, Richard<br>18621 Boynton St<br>Oregon City, OR 97045-3912 | Workforce QA<br>1430 South Main Street, Suite C<br>Salt Lake City, UT 84115-5338 |
| Wright, Frank<br>11220 SW Arbre Ct<br>Tigard, OR 97223-3952 | Wymore Transfer Company, Inc<br>PO Box 519<br>Clackamas, OR 97015-0519 | XPO Logistics<br>PO Box 5160<br>Portland, OR 97208-5160 |
| Xenium Resources<br>7401 SW Washo Court, Suite 200<br>Tualatin, OR 97062-8343 | Young, Troy<br>13232 SE Bush Street<br>Portland, OR 97236-3320 | Zentis North America, LLC<br>75 Remittance Drive Suite 6026<br>Chicago, IL 60675-6026 |
| iPROMOTEu<br>Dept LA 23232<br>Pasadena, CA 91185-0001 | iTi Tropicals, Inc.<br>1 Walnut Grove Drive<br>Horsham, PA 19044-2201 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Attn: Attorney General of United States<br>10th Constitution NW #4400<br>Washington, DC 20530 | Mackenzie<br>PO Box 14310<br>Portland, OR 97293 | Pacific Power<br>1033 NE 6th Avenue<br>Portland, OR 97256-0001 |
| Portland Water Bureau<br>PO Box 4216<br>Portland, OR 97208-4216 | Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197 | (d)Toyota Motor Credit Corporation<br>PO Box 5855<br>Carol Stream, Il 60197 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Alford, Johnathan
19100 E. Burnside St. APT E336
Portland, OR 97233

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Batugo, Kevin | (d)Ford Motor Credit Co.<br>PO Box 552679<br>Detroit, Mi 48255-2679 | (u)Imperfect Produce Sub Lease |

End of Label Matrix
Mailable recipients    418
Bypassed recipients      3
Total                  421