DISTRICT OF OREGON
F I L E D
May 16, 2018
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | |
|---|---|
| Sunshine Dairy Foods Management, LLC; and<br>Karamanso Holdings, Inc. | 18-31644-pcm11 (Lead Case)<br><br>18-31646-pcm11 |
| Debtors-in-Possession. | INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL |

THIS MATTER came before the Court on May 11, 2018 on the joint motion of Debtor-in-Possession, Sunshine Dairy Foods Management, LLC ("Sunshine") and Karamanos Holdings, Inc. ("Karamanos") (Proposed Joint Debtor-in-Possession – Motion Pending) (collectively "Debtors"), for interim authority to use cash collateral, due and adequate notice under the circumstances having been given, and the Court having heard the representations and argument of counsel, and being otherwise fully advised,

The Court finds that:

A. On May 9, 2018 (the "Petition Date"), Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Code"). The Debtors continue in

Page 1 of 10    INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

possession of Debtors' property and management of Debtors' businesses as debtors-in-possession, in accordance with 11 U.S.C. §§ 1107 and 1108. No trustee or examiner has been appointed. The Court has jurisdiction over this case under 28 U.S.C. §§ 157 and 1334. Venue of this case is properly in this District under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. §157(b), 11 U.S.C. §§ 105(a) and 363 of the Code, FRBP 4001 and LBR 4001-1.D.

B. Without the use of Cash Collateral, Debtors assert they have insufficient funds to meet their expenses and other payments set forth in the Budget. Debtors assert there is an immediate need to use Cash Collateral to pay Debtors' payroll and other operating expenses and to preserve the value of Debtors' business.

C. Debtors assert they will suffer immediate and irreparable harm if Debtors are not permitted to use up to $4,635,000 for the period covering May 11, 2018 through June 8, 2018, in the amount and for the purposes set forth in the Budget, to meet Debtors' necessary and ordinary course post-petition operating expenses prior to the time prescribed by FRBP 4001(b)(2) for a final hearing for authority to use Cash Collateral.

D. Debtors assert that the following creditors, (the "Lien Creditors"), appear to have security interest/liens upon the Cash Collateral as of the petition date:

| Lien Creditor | Loan No. (last 4 digits) / UCC No. | Amount Owing | Property Value | Brief Collateral Description |
|---|---|---|---|---|
| Citibank, N.A.<br>388 Greenwich St., 25th Flr, Mail Drop 7<br>New York, NY 10013 | 8248701 | Unknown. Believed to be $-0- | $2,568.00 | All right, title and interest of Debtor in and to all accounts and all other forms of obligations ("Accounts Receivable") owing to Supplier by Compass Group- USA, Inc. |
| First Business Capital Corp.<br>401 Charmany Dr.<br>Madison, WI 53719 | 91352308 | $9,027,482 | $12,740,000 * | All Assets wherever located. |

* Property value includes only real estate values, full collateral value is substantially higher.

Page 2 of 10   INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

E. Other than the Lien Creditors noted above, Debtors are not aware of any parties holding an interest in Cash Collateral. The parties below have filed UCC financing statements with the Oregon Secretary of State, but Debtors contend none of the parties below have an interest in the Cash Collateral:

| Lien Creditor | Loan No. (last 4 digits) / UCC No. | Brief Collateral Description |
|---|---|---|
| Elm Services<br>PO Box 15270<br>Irvine, CA 92623-5270 | 90451311,<br>90548548 | All equipment and personal property, including but not limited to furniture, fixtures and equipment. |
| EverBank Commercial Finance, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | 90718706-1 | Blanket Security Agreement by Assignment from Summit Funding Group |
| Banc of California, NA<br>18500 Von Karman Ave.<br>Ste 1100<br>Irvine, CA 92612 | 90963365<br>90963776 | All equipment and personal property, including but not limited to furniture, fixtures and equipment. |
| ADS Group<br>PO Box 15270<br>Irvine, CA 92623 | 91069271 | All equipment and personal property, including but not limited to furniture, fixtures and equipment. |
| TCF Equipment Finance<br>11100 Wayzata Blvd. #801<br>Minnetonka, MN 55305 | 91069288-<br>9106288-1 | All equipment and personal property, including but not limited to furniture, fixtures and equipment by Assignment from Balboa Capital Corporation. |
| Strada Capital Corporation<br>23046 Avenida de la Carlota, Ste 350<br>Laguna Hills, CA 92653; | 91362566 | Co-Secured Party with LCA Bank Corporation. All equipment and personal property, including but not limited to furniture, fixtures and equipment |
| LCA Bank Corporation<br>1375 Deer Valley Drive,<br>Ste. 218<br>Park City UT 84060 | 91362566 | Co-Secured Party with Strada - All equipment and personal property, including but not limited to furniture, fixtures and equipment |
| Multnomah County Tax Collector | 91493028 | Machinery & Equipment Acct. R657806 for tax year 2017/18 |
| Multnomah County Tax Collector | 91493028 | Machinery & Equipment Acct. R657804 for tax year 2017/18 |
| Multnomah County Tax Collector | 91492965 | Machinery & Equipment Acct. R646168 for tax year 2017/18 |
| Multnomah County Tax Collector | 91495871 | Machinery & Equipment Acct. R657804 for tax year 2017/18 |

Page 3 of 10    INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

**NOW, THEREFORE, it is ORDERED as follows:**

1. Debtors are authorized to use Cash Collateral not to exceed $4,635,000 for the period covering May 11 2018 through June, 8, 2018 (the "Budget Period"), for the purposes specified in the Budget attached hereto as **Exhibit 1**. Debtors authority to use Cash Collateral is limited to the cumulative amounts and uses of Cash Collateral as set forth in the Budget; provided however, that Debtors may make expenditures in excess of the amounts specified in the Budget subject to the limitation that the budget variance shall not exceed ten percent (10%) of any line item expenditures under the Budget for the Budget Period. Debtors may only make expenditures on account of the line item related to "Contingency – Other" for ordinary and necessary business expenses unless otherwise approved by separate order of this Court and may not make any distributions to affiliates or insiders or make any payment prohibited by Paragraph 11 of this Order.

2. Notwithstanding anything to the contrary contained in 11 U.S.C. §552(a), as adequate protection for, and to secure payment of, an amount equal to the diminution in the value, if any, of Lien Creditors' collateral arising from Debtors' use of the Cash Collateral post-petition, the Lien Creditors are each granted the following adequate protection:

   a) A perfected lien and security interest on all property, whether now owned or hereafter acquired by Debtors, or either of them, of the same nature and kind as secured the claim of the Lien Creditor on the Petition Date (the " Replacement Lien"); provided, however, that such Replacement Lien shall not attach to avoidance or recovery actions of Debtors' estate under Chapter 5 of the Code; and provided, further, that such Replacement Lien shall be subject to all valid, properly perfected and enforceable liens and interests that existed as of the Petition Date

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

(such property on which the Replacement Lien shall attach being referred to herein as the "Replacement Collateral").

    b)    The interests of the Lien Creditors in the Replacement Collateral shall have the same relative priorities as the liens held by them as of the Petition Date.

    c)    Debtors shall timely perform and complete all actions necessary and appropriate to protect the Cash Collateral against diminution in value.

    d)    The Replacement Lien on the Replacement Collateral shall be perfected and enforceable upon entry of this Order without regard to whether such Replacement Lien is perfected under applicable non-bankruptcy law.

    e)    The Replacement Lien shall be in addition to all other liens and security interests securing the secured claims of the Lien Creditors in existence on the Petition Date. Nothing in the Order shall abridge or limit Lien Creditors' security interests in proceeds, products or profits to extent provided under Section 552 of the Bankruptcy Code.

    f)    Debtors shall keep Lien Creditors' collateral and Replacement Collateral free and clear of all other liens, encumbrances and security interests, other than those in existence on the Petition Date, and shall pay when due all taxes, levies and charges arising or accruing from and after the Petition Date.

    g)    Upon reasonable prior notice, Debtors shall allow Lien Creditors access during normal business hours to Debtors' premises to inspect or appraise their collateral.

Page 5 of 10     INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

h) If, notwithstanding the adequate protection provided by the terms of this Order, any of the Lien Creditors has a claim allowable under 11 U.S.C. §507(a)(2) arising from the stay of action against property of Debtors under 11 U.S.C. §362, from the use, sale or lease of such property under 11 U.S.C. §363, or from the granting of the replacement lien granted herein, then such Lien Creditor's claim under 11 U.S.C. §507(a)(2) shall have priority over every other claim under such subsection as provided by 11 U.S.C. §507(b).

3. This Order shall be deemed to constitute a security agreement under the applicable provisions of the Uniform Commercial Code ("UCC") in effect in states where the Debtor (a) is domiciled, (b) operates its business, and (c) maintains its principal place of business. The Replacement Lien granted hereby shall be a valid, perfected and enforceable security interest and lien on the property of the Debtors and the Debtors' estate without further filing or recording of any document or instrument or any other action, but only to the extent of the enforceability of Lien Creditors' security interests in the Prepetition Collateral. Notwithstanding the foregoing, the Debtors are authorized and directed to execute and deliver to Lien Creditor(s) such financing statements, instruments and other documents as Lien Creditor(s) may deem necessary or desirable from time to time. To the extent necessary, the automatic stay in effect pursuant to 11 U.S.C. § 362 is hereby modified and lifted to permit the granting of the Replacement Lien as set forth herein.

4. Nothing in this Order shall be construed to (a) prejudice a right of any party in interest (including Debtors) to contest the validity, priority or extent of the liens or security interests of any party in any collateral or in the proceeds thereof, as of, on or after the Petition Date; (b) grant a security interest in the debtor-in-possession or trustee's avoidance

Page 6 of 10    INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

powers; (c) convert any pre-petition obligations into post-petition obligations; (d) require payment of any obligations on confirmation of a plan of reorganization; (e) alter, improve, limit or impair the rights, if any, of parties claiming to have rights of reclamation against Debtors, or Debtors' assets or (f) enhance the secured position of any creditor as of the Petition Date.

5. Debtors are authorized to execute and deliver to the Lien Creditors such instruments considered by them to be necessary or desirable to perfect the security interests and liens given to them herein, and said parties are authorized to receive, file and record the same.

6. On Wednesday of each week during the term of this Order, Debtors shall provide Lien Creditors and, upon appointment of any Creditors' Committee, the chairperson and counsel for such Committee with the following reports in a form reasonably satisfactory to Lien Creditors: (a) a weekly budget variance and reconciliation report that compares Debtors' actual sales, cash receipts and disbursement to the Budget, in each case both for the week through Friday of the immediately preceding the week and for the period beginning May 11, 2018, through the last day of such reporting period; (b) a weekly borrowing base report as required by Debtors' loan and security agreements with Lien Creditors; and (c) a weekly print out of all activity in Debtors' Debtor-in-Possession bank accounts with Key Bank or any other financial institution.

7. Absent further Order of the Court, Debtors' authority to use cash collateral shall terminate at 5:00 pm upon June 8, 2018 or the occurrence of any of the following: (a) the violation of the any of the terms of this Order, (b) the entry of an Order converting this case to a case under Chapter 7 of the Bankruptcy Code, (c) the termination, lapse,

Page 7 of 10    INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

expiration or reduction of insurance coverage on Lien Creditors' collateral for any reason, or (d) the appointment of a trustee in this case.

8. Nothing contained in this Order shall constitute a determination as to the amount, validity or priority of any pre-petition obligation, security interest or lien and all rights or parties in interest to claim that any pre-petition lien or security interest in Debtors' property is unperfected, unenforceable, invalid or voidable, are reserved. Additionally, nothing in this Order shall constitute an admission or acknowledgment by Debtors that any party has a valid or perfected lien in the cash of Debtors now existing or subsequently received, and the references herein to "Cash Collateral" is without prejudice to all rights, defenses and claims of Debtors to contend that any party does not have a perfected lien or security interest in such cash.

9. The provisions hereof and the effect of any actions taken hereunder shall survive issuance and entry of any order: (a) confirming any plan of reorganization or liquidation; (b) appointing a trustee or examiner for the Debtors; (c) converting Debtors' case to one under Chapter 7 of the Code; or (d) dismissing Debtors' case. The priorities, liens and security interests granted herein shall continue in these or any superseding cases under the Code, and any such liens and security interests shall maintain their priority as provided herein until satisfied and discharged subject to the Code.

10. In the event any or all of the provisions of this Order are hereafter modified, amended or vacated by a subsequent order of this or any other court, no such modification, amendment or vacation shall affect the validity and enforceability of any lien or priority authorized or created hereby. Notwithstanding any such modification, amendment or vacation, any claim granted hereunder arising prior to the effective date of such

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

modification, amendment or vacation shall be governed in all respects by the original provisions of this Order.

11. This Order does not grant authority to the Debtors to pay any pre-petition obligation, expense, or debt or to pay any administrative expense claims under Section 503(b)(9). Debtors may only pay such administrative expense claims upon further order of this Court after the filing of an appropriate motion and notice of the same.

12. The final hearing on Debtors' Motion shall be held in Courtroom 1 of the United States Bankruptcy Court for the District of Oregon, 1001 SW Fifth Avenue, #700, Portland, Oregon 97204, on June 6, 2018 at 9:30 a.m.

A copy of this Order and Notice of the final hearing on Debtors' Motion shall be served within two (2) days of entry of this Order pursuant to FRBP 7004 upon: (a) Debtors' 20 largest unsecured creditors; (b) any known creditors claiming a security interest in or lien on Cash Collateral; (c) the U.S. Trustee; and (d) all persons who have requested notice pursuant to Bankruptcy Rule 2002. Objections, if any, to the relief requested in the motion shall be in writing, shall state the name of the objecting party and the nature of the claim or interest of such party, shall state with particularity the reasons for the objections to the relief requested, and shall be served upon counsel for Sunshine, Vanden Bos & Chapman, LLP, Attn: Douglas R. Ricks, 319 SW Washington St., Ste. 520, Portland, Oregon 97204, and Nicholas J Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor St., Ste. 300, Portland, Oregon 97204 and filed, together with proof of service, with the Court no later than the deadline provided in the Notice (LBF 541.1) which accompanies this Order when served.

###

/ / /

Page 9 of 10   INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession

MOTSCHENBACHER & BLATTNER LLP

By:/s/Nicholas J. Henderson
    Nicholas J. Henderson, OSB #074027
    Of Attorneys for Karamanos Holdings, Inc.

**First Class Mail:**

See Attached List.

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 10 of 10    INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 43    Filed 05/16/18

Sunshine Dairy Foods Management, LLC
DIP Cash Forecast

|  | Shrt Week 5/11/2018 | Week 5/18/2018 | Week 5/25/2018 | Week 6/1/2018 | Week 6/8/2018 |
|---|---|---|---|---|---|
| Memo Lines: | | - | - | - | - |
| Estimated Sales | 376,454 | 941,135 | 941,135 | 951,622 | 993,570 |
| | | - | - | - | - |
| Bank Balance | 496,206 | 575,459 | 459,209 | 340,459 | 314,709 |
| Collections | 250,000 | 925,000 | 1,075,000 | 975,000 | 1,200,000 |
| Available | 746,206 | 1,500,459 | 1,534,209 | 1,315,459 | 1,514,709 |
| **Payments by Vendor:** | | | | | |
| Raw Material Suppliers: | | | | | |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | 114,500 | 114,500 | 114,500 | 114,500 |
| | - | 50,000 | 200,000 | 50,000 | 200,000 |
| | - | 74,000 | 100,000 | 74,000 | 74,000 |
| Other Raw Materials | - | - | - | - | - |
| Subtotal: | - | 238,500 | 414,500 | 238,500 | 388,500 |
| Ingredient Suppliers: | | | | | |
| | - | - | 7,000 | - | 7,000 |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| Other Ingredients | 20,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Subtotal: | 20,000 | 75,000 | 82,000 | 75,000 | 82,000 |
| Resale Item Suppliers: | | | | | |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| Other Resale | 40,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Subtotal: | 40,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Employee Payroll and Benefits: | | | | | |
| FBB Health Checks Released | - | 108,000 | - | 108,000 | - |
| Guardian/VSP/AFLAC | - | 20,000 | - | 20,000 | - |
| Payroll | - | - | 170,000 | - | 170,000 |
| Payroll Taxes | - | - | 75,000 | - | 75,000 |
| Pension / Teamsters | - | 45,000 | - | 45,000 | - |
| Providence/Boon Chapman | 10,497 | - | - | - | - |
| Pre-filing Payroll and PR Tax | | | - | | |
| Other Payroll and Benefits | - | 25,000 | 25,000 | 25,000 | 25,000 |
| Subtotal: | 10,497 | 198,000 | 270,000 | 198,000 | 270,000 |
| Utilities: | | | | | |
| IGI | - | - | 7,000 | - | - |
| NW Natural | - | 3,000 | - | 3,000 | - |
| Pacific Power | - | 10,000 | - | - | - |
| PGE | - | 26,500 | - | - | - |
| Portland Disposal | - | 4,000 | - | - | - |
| Portland Water | - | - | - | - | 67,000 |
| Other Utilities | - | 2,000 | 2,000 | 2,000 | 2,000 |
| Subtotal: | - | 45,500 | 9,000 | 5,000 | 69,000 |

Sunshine Dairy Foods Management, LLC
DIP Cash Forecast

|  | Shrt Week 5/11/2018 | Week 5/18/2018 | Week 5/25/2018 | Week 6/1/2018 | Week 6/8/2018 |
|---|---|---|---|---|---|
| Leases: | | | | | |
| DC Lease | - | - | - | - | - |
| Penske | - | - | 25,000 | - | - |
| Trailer Rentals - | | | - | | 5,000 |
| Equip - | | | - | | 18,000 |
| Other Leases | - | - | - | - | 2,000 |
|   Subtotal: | - | - | 25,000 | - | 25,000 |
| Transportation: | | | | | |
| LTI | - | 15,000 | 15,000 | 15,000 | 15,000 |
| Other Transportation | - | - | - | - | - |
|   Subtotal: | - | 15,000 | 15,000 | 15,000 | 15,000 |
| Packaging, QA and Other: | | | | | |
| Minor Material Purchases | - | 5,000 | 5,000 | 5,000 | 5,000 |
| Andersen Plastics | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 |
| Bank Direct/IPFS | - | - | 5,000 | 5,000 | 5,000 |
| BevCap-Insurance | - | 15,000 | 15,000 | 15,000 | 15,000 |
| Electric Inc | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Ernest | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Groupo Phoenix | - | 91,000 | - | 91,000 | - |
| QCS | 10,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Tetra Pak | 12,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Other - Tax | - | 28,000 | - | - | - |
| Other - Packaging | - | 10,000 | 10,000 | 10,000 | 10,000 |
| Other - Ingredients | - | 25,000 | 25,000 | 25,000 | 25,000 |
| Other - Emp Life Ins | - | 5,000 | 5,000 | 5,000 | 5,000 |
| Other - Fuel and Maintenance | - | 10,000 | 10,000 | 10,000 | 10,000 |
| Other - Offsite Storage | - | 5,000 | 15,000 | 15,000 | 15,000 |
| Utility Deposits | 40,000 | 35,000 | - | - | - |
| CRO and Legal | - | - | - | - | - |
| US Trustee Fees (Qrtly + 30) | - | - | - | - | - |
| Contingency and Other | 10,000 | 87,000 | 135,000 | 135,000 | 135,000 |
|   Subtotal: | 100,250 | 369,250 | 278,250 | 369,250 | 278,250 |
| Total Disbursements | 170,747 | 1,041,250 | 1,193,750 | 1,000,750 | 1,227,750 |
| Cummulative Difference | 575,459 | 459,209 | 340,459 | 314,709 | 286,959 |
| Collections - Disbursements | 79,253 | (116,250) | (118,750) | (25,750) | (27,750) |

2018 - Cash Forecast 6-Four Week Detail 5.11.18

2 of 2

**EXHIBIT 1 - PAGE 2 OF 2**