Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Carla Gowen McClurg, OSB #165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| In re | Case No. 18-31644-pcm11 |
|---|---|
| Sunshine Dairy Foods Management, LLC, | **APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** |
| Debtor. | |

Pursuant to sections 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

| Valley Falls Farm, LLC<br>c/o Bryan P. Coluccio, V.P./General Counsel<br>Keystone-Pacific, LLC<br>18555 SW Teton Avenue<br>Tualatin, OR 97062<br><br>Committee Chair | Phone: (503) 272-6049<br>Email: bryan.coluccio@keystone-pacific.com |
|---|---|
| High Desert Milk<br>c/o Steven Tarbet, CFO<br>1033 Idaho Avenue<br>Burley, ID 83318 | Phone: (208) 878-6455<br>Email: starbet@highdesertmilk.com |

| | |
|---|---|
| Electric Inc.<br>c/o Christopher C. Winston, President<br>P.O. Box 820386<br>Vancouver, WA 98682 | Phone:   (360) 903-5691<br>Email:   electricinc@msn.com |
| Ernest Packaging Solutions<br>c/o Jennifer Delgadillo<br>Director of Corp. Credit<br>5777 Smith Way St.<br>Commerce, CA 90040 | Phone:   (323) 923-3171<br>Email:   jdelgadillo@ernestpkg.com |
| Stiebrs Farms, Inc<br>c/o Janis E. Stiebrs, President<br>P.O. Box 598<br>Yelm, WA 98597 | Phone: (360) 791-1564<br>Email: yany@stiebrsfarms.com |

DATED this 18th day of May, 2018.

Respectfully submitted,
GREGORY M. GARVIN
Acting United States Trustee for Region 18


/s/ Carla Gowen McClurg
CARLA GOWEN McCLURG, OSB #165144
Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I served a copy of the foregoing

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

Sunshine Dairy Foods Management, LLC
801 NE 21st Ave
Portland, OR 97232-2280

Valley Falls Farm, LLC
c/o Bryan P. Collucio, V.P./General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

Committee Chair
High Desert Milk
c/o Steven Tarbet, CFO
1033 Idaho Avenue
Burley, ID 83318

Electric Inc.
c/o Christopher C. Winston, President
P.O. Box 820386
Vancouver, WA 98682

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St.
Commerce, CA 90040

Stiebrs Farms, Inc
c/o Janis E. Stiebrs, President
P.O. Box 598
Yelm, WA 98597

    GREGORY M. GARVIN
    Acting United States Trustee for Region 18

    /s/ Carla Gowen McClurg
    CARLA GOWEN McCLURG, OSB #165144
    Trial Attorney