Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Sunshine Dairy Foods Management, LLC
    Debtor-in-Possession

Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Attorneys for Karamanos Holdings, Inc.,
    Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC; and | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc., | 18-31646-pcm11 |
| Debtors-in-Possession. | DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES |

Debtor, Sunshine Dairy Foods Management, LLC ("Debtor"), hereby moves this Court for an order determining adequate assurance to utility companies, and in support thereof states as follows:

1.    On May 9, 2018 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

Page 1 of 4    DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

2.      Debtor has continued in possession of Debtor's property and is continuing to operate and manage Debtor's business pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the standing order of reference of the District Court.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

In connection with the operation of Debtor's business, Debtor obtains electric, gas, water, and similar services (collectively the "Utility Services") from several utility companies (the "Utility Companies").  Attached hereto as **Exhibit 1** to the proposed form of Order granting this Motion (**Exhibit A**) is a list of substantially all of the Utility Companies that provide Utility Services to the Debtor as of the Petition Date.  The relief requested herein is requested with respect to all Utility Companies providing Utility Services to Debtor and is not limited only to those entities listed on **Exhibit 1**.

4.      Pursuant to 11 U.S.C. § 366(c)(2), a Utility Company may alter, refuse, or discontinue utility service to a debtor if within 30 days after the Petition Date the debtor does not provide adequate assurance of payment for post-petition Utility Services in a form that is satisfactory to the Utility Company.  Debtor seeks an order determining the appropriate form of adequate assurance of future performance and thereby prohibiting any Utility Company from altering, refusing, or discontinuing Utility Services absent further court order.

5.      Debtor proposes to provide adequate assurance of payment in the form of a one-month deposit by Debtor to the Utility Companies which request such a deposit, in the initial amounts set forth in **Exhibit 1**.

Page 2 of 4      DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

6. The one-month deposits made upon request of each Utility Company shall be deemed to be adequate assurance of payment for purposes of 11 U.S.C. § 366 without prejudice to the Utility Companies' right to seek additional or alternative assurance of payment upon further request of this Court. Debtor requests that any Utility Company seeking additional or alternative forms of adequate assurance be prohibited from altering, refusing, or discontinuing Utility Services pending further order of this Court.

7. If Utility Companies are permitted to terminate Utility Services without notice to Debtor or an opportunity for hearing, Debtor's business could be severely impacted resulting in significant losses. The impact on Debtor's business operations, revenue and restructuring efforts could be devastating. The Debtor deals in food products, particularly dairy products, which risk becoming spoiled or ruined if utility services are terminated. Accordingly, it is important that the Utility Services remain uninterrupted.

8. In determining adequate assurance, the Court is not required to give the Utility Companies the equivalent of a guarantee of payment, but must only determine that the utility is not subject to an unreasonable risk of nonpayment for post-petition services. See *In re Caldor, Inc.* - NY, 199 B.R. 1 (SDNY 1996); *In re Santa Clara Circuits West, Inc.*, 27 BR 680, 685 (Bankr. D. Utah 1982); *In re George C. Frye Co.*, 7 BR 856, 858 (Bankr. D. Me 1980).

9. The adequate assurance proposed herein consisting of a cash deposit upon request equal to one month of service for each identified utility will provide satisfactory assurance of payment. Furthermore, requiring a court order prior to the alteration, refusal, or discontinuance of Utility Services by any Utility Company will protect Debtor's business

Page 3 of 4     DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

operations from being disrupted in the event a Utility Company unilaterally determines that the proposed adequate assurance of payment is not appropriate.

10. Debtor's proposed assurance of payment is in the best interest of Debtor and Debtor's creditors and will enable Debtor to continue to operate Debtor's business in the ordinary course.

11. Debtor has provided notice of this motion to the United States Trustee, to Debtor's secured creditors, to holders of the 20 largest unsecured claims, any party requesting special notice and, to the Utility Companies identified on **Exhibit 1** attached hereto. No unsecured creditors' committee has yet been appointed in this case. No further notice is necessary.

WHEREFORE, Debtor prays that this Court enter an Order determining that the payment of a deposit equal to one-month's average services upon request by a Utility Company in the amounts set forth in **Exhibit 1** constitutes adequate assurance of payment in accordance with 11 USC §366 unless and until further order of this Court and prohibiting any Utility Company from altering, refusing, or discontinuing Utility Services without further order of this Court or granting such other form of adequate assurance as the court may deem necessary or appropriate.

Dated: May 18, 2018

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor-in-Possession

Page 4 of 4    DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC; and<br>Karamanos Holdings, Inc.,<br><br>Debtors-in-Possession. | 18-31644-pcm11 (Lead Case)<br><br>18-31646-pcm11<br><br>ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES |

THIS MATTER having come before the Court upon Debtor-in-Possession Sunshine Dairy Foods Management, LLC's ("Debtor") Motion for Order Determining Adequate Assurance to Utility Companies filed by the Debtor and the matter having come before the Court for hearing and the Court being duly advised in the premises and finding good cause therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED for each Utility Company that requests a deposit, payment of a deposit equal to one-month's average services to each

Page 1 of 2   ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY
              COMPANIES

Exhibit A - Page 1 of 4

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

Utility Company, as set forth in **Exhibit 1** attached hereto constitutes adequate assurance of payment in accordance with 11 USC §366 unless and until further order of this Court and all utility companies are hereby prohibited from altering, refusing, or discontinuing utility service without further order of this Court. Provided, however, that this order is without prejudice to any utility company's right to seek additional or alternative assurance of payment upon further request of this Court.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor-in-Possession
   Sunshine Dairy Foods Management, LLC

| **First Class Mail:** | **Electronic Mail:** |
|---|---|
| See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.) | The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system. |

Page 2 of 2     ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**Exhibit A - Page 2 of 4**

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

SUNSHINE DAIRY FOODS MANAGEMENT, LLC
UTILITY COMPANIES

| Name of Utility Company | Mailing Address | City, State Zip | Account # | Type of Service Provided | Current Balance due as of 5/4/17 | Total amount paid during last 12 months (5/4/17 to 5/4/18) | Deposit Amount* |
|---|---|---|---|---|---|---|---|
| AT & T | P O Box 105068 | Atlanta, GA 30348 | 030 440 5421 001 | phone | $ - | $ 637.72 | $ 53.14 |
| CenturyLink | PO Box 91155 | Seattle, WA 98111-9255 | 503-325-5867 499B | phone | $ 51.53 | $ 568.97 | $ 47.41 |
| Comcast | PO Box 34744 | Seattle, WA 98124-1744 | 8778-10-401-6064548 | Internet | $ (4.19) | $ 1,911.81 | $ 159.32 |
| Comcast | PO Box 34744 | Seattle, WA 98124-1744 | 8778-10-401-6064530 | Internet | $ 149.60 | $ 2,030.42 | $ 169.20 |
| Comcast | PO Box 34744 | Seattle, WA 98124-1744 | 8778 10 225 2346900 | Internet | $ (4.49) | $ 434.55 | $ 36.21 |
| NW Natural Gas | PO Box 6017 | Portland, OR 97228-6017 | 230235-4 | Gas | $ 1,733.60 | $ 27,110.35 | $ 2,259.20 |
| NW Natural Gas | PO Box 6017 | Portland, OR 97228-6017 | 2809564-4 | Gas | $ 15.52 | $ 1,267.83 | $ 105.65 |
| NW Natural Gas | PO Box 6017 | Portland, OR 97228-6017 | 2809552-9 | Gas | $ 118.29 | $ 799.30 | $ 66.61 |
| NW Natural Gas | PO Box 6017 | Portland, OR 97228-6017 | 2809558-6 | Gas | $ 61.75 | $ 7,159.88 | $ 596.66 |
| NW Natural Gas | PO Box 6017 | Portland, OR 97228-6017 | 45975-0 | Gas | $ 2,156.98 | $ 30,753.62 | $ 2,562.80 |
| Pacific Power | 1033 NE 6th Ave | Portland, OR 97256-0001 | 10307431-001-4 | Power | $ 839.90 | $ 2,843.58 | $ 236.97 |
| Pacific Power | 1033 NE 6th Ave | Portland, OR 97256-0001 | 06320651-001-6 | Power | $ - | $ 102,031.79 | $ 8,502.65 |
| Portland Disposal | 7202 NE 42nd Ave | Portland, OR 97218-1195 | 954 | Garbage | $ 962.71 | $ 16,928.51 | $ 1,410.71 |
| Portland Disposal | 7202 NE 42nd Ave | Portland, OR 97218-1195 | 56212 | Garbage | $ 3,570.64 | $ 38,434.71 | $ 3,202.89 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0000 89476-8916374 | Power | $ 7.57 | $ 90.33 | $ 7.53 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0003 31884-492849-0 | Power | $ 304.16 | $ 4,122.83 | $ 343.57 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 42722-15839-0 | Power | $ 1,412.85 | $ 12,288.77 | $ 1,024.06 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 42722-630496-4 | Power | $ 11,194.99 | $ 189,466.34 | $ 15,788.86 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 68209-571272-7 | Power | $ 94.44 | $ 2,089.54 | $ 174.13 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 68209-571273-5 | Power | $ 789.99 | $ 12,936.38 | $ 1,078.03 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 68209-584315-9 | Power | $ 115.74 | $ 2,063.53 | $ 171.96 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 68209-557972-0 | Power | $ 1,688.53 | $ 26,309.42 | $ 2,192.45 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 68209-308218-0 | Power | $ 5,725.73 | $ 77,269.11 | $ 6,439.09 |
| Portland General Electric | PO Box 4438 | Portland, OR 97208-4438 | 0004 89476-308218-0 | Power | $ - | $ - | $ - |
| Portland Water | PO Box 4216 | Portland, OR 97208-4216 | 298-055-720-0 | Water | $ 41,571.86 | $ 458,293.28 | $ 38,191.11 |
| Portland Water | PO Box 4216 | Portland, OR 97208-4216 | 298-051-510-0 | Water | $ 17,669.12 | $ 252,488.15 | $ 21,040.68 |

SUNSHINE DAIRY FOODS MANAGEMENT, LLC
UTILITY COMPANIES

| Name of Utility Company | Mailing Address | City, State Zip | Account # | Type of Service Provided | Current Balance due as of 5/4/17 | Total amount paid during last 12 months (5/4/17 to 5/4/18) | Deposit Amount* |
|---|---|---|---|---|---|---|---|
| Portland Water | PO Box 4216 | Portland, OR 97208-4216 | 298-266-190-0(QTRLY) | Water | $ - | $ 1,350.06 | $ 112.51 |
| Recology | 1850 NE Lafayette Ave | Mcminnville, OR 97128 | 1080069542 | Garbage | $ 161.51 | $ 1,975.23 | $ 164.60 |
| Verizon | PO Box 660108 | Dallas, TX 75266-0108 | 664245968-00001 | Cell Phone | $ 646.46 | $ 7,013.73 | $ 584.48 |
| Waste Management of Oregon | PO Box 541065 | Los Angeles, CA 90054-1065 | 00012-30605-83004 | Garbage | $ 272.08 | $ 3,005.36 | $ 250.45 |
| Windstream (Paetec) | P O Box 9001013 | Louisville, KY 40290-1013 | 5730566 | phone | $ 1,890.06 | $ 21,011.41 | $ 1,750.95 |
| TOTAL DEPOSIT AMOUNT: | | | | | | | $ 108,723.88 |
| *Deposit amount equals average monthly useage over last 12 months. | | | | | | | |

In re Sunshine Dairy Foods Management, LLC
Ch 11 Bankruptcy Case No. 18-31646-tmb11 (Lead Case); and

In re Karamanos Holdings, Inc.;
Chapter 11 Bankruptcy Case No. 18-31646-tmb11

CERTIFICATE - TRUE COPY

DATE: May 18, 2018

DOCUMENT: DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: May 18, 2018

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtors-in-Possession

Page 1 – CERTIFICATE OF SERVICE

Case 18-31644-pcm11    Doc 87    Filed 05/18/18

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11
Service List

**Debtor:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**20 Largest Unsecured Creditors:**

Andersen Plastics
c/o Linda Erickson
PO Box 310
Battle Ground, WA 98604-0310

Bev Cap Management, LLC
c/o Michelle Cummings
120 W Virginia St Suite 200
Mckinney, TX 75069

Boon Chapman
c/o Grabielle Rico
9401 Amberglen Blvd
Austin, TX 78729

Country Lane Dairy
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Country Lane Dairy
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

Danisco USA, Inc
c/o Daniel Usieto
PO Box 32020
New York, NY 10087-2020

Domino Foods, Inc.
c/o Alessia Zalambani
PO Box 79066
City of Industry, CA 91716-9066

Ernest Packaging Solutions
c/o Monique Gonzales
9255 NE Alderwood Rd.
Portland, OR 97220

First Business Capital Corp.
Attn: Mark Buchert, VP-Account Executive
401 Charmany Dr
Madison, WI 53719

Grupo Phoenix
c/o Karen Alvarado
18851 NE 29th Ave, Suite 601
Aventura, FL 33180

High Desert Milk, Inc.
c/o Steven Tarbet
1033 Idaho St
Burley, ID 83318

Larsen's Creamery, Inc.
c/o Melody Librande
16940 SE 130th Avenue
Clackamas, OR 97015

LTI, Inc.
c/o Karen McKinnon
PO Box 34206
Seattle, WA 98124-1026

Mayfield Farms, LLC
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Mayfield Farms, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

Pacific Foods Of Oregon, Inc.
c/o Ginger Pielage
19480 SW 97th Ave
Tualatin, OR 97062

Portland Water Bureau
Attn: Customer Svc - Bankruptcy
PO Box 4216
Portland, OR 97208-4216

QCS Purchasing, LLC
c/o Mary DeMarco
PO Box 87618
Chicago, IL 60680-0618

Stiebrs Farms, Inc.
c/o Dianna Stiebrs
PO Box 598
Yelm, WA 98597

Tetra Pak
c/o Bill Ballew
DEPT CH 10803
Chicago, IL 60055-0803

Valley Falls Farm, LLC
c/o Kaye N. Barnes
18555 SW Teton Ave
Tualatin, OR 97062

Valley Falls Farm, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St.
Tualatin, OR 97062

**Secured Creditors:**

Citibank, N.A.
388 Greenwich St., 25th Flr, Mail Drop 7
New York, NY 10013

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719

Ford Motor Credit Company
PO Box 552679
Detroit, Mi 48255

Ford Motor Credit Company LLC
c/o CT Corp. System, RA
780 Commerical St SE Ste 100
Salem, OR 97301

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11
Service List

Strada Capital Corporation
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA  92653;

Strada Capital Corporation
c/o Christopher Parsons, R.A.
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA  92653

LCA Bank Corporation
1375 Deer Valley Drive, Ste. 218
Park City UT  84060

LCA Bank Corporation
c/o Thomas T. Billings, Registered Agent
15 West South Temple Ste 1700
Salt Lake City, UT 84101

Multnomah Assessment & Taxation
501 SE Hawthorne,1st Floor
P.O. Box 5007
Portland, OR  97208

Multnomah County Tax Assessor Attn
Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716

Toyota Motor Credit Corporation
PO Box 5855
Carol Stream, Il 60197

Toyota Motor Credit Corp
6565 Headquarters Dr.
Plano, TX 75024

Toyota Motor Credit Corporation
 c/o CT Corporation System, RA
780 Commercial St SE Ste 100
Salem, OR 97301

**Utility Companies**:

AT & T
P O Box 105068
Atlanta, GA 30348

CenturyLink
PO Box 91155
Seattle, WA 98111-9255

Comcast
PO Box 34744
Seattle, WA 98124-1744

Comcast
CT Corporation Systems, R.A.
780 Commercial St. SE, Ste 100
Salem, OR 97301

NW Natural Gas
PO Box 6017
Portland, OR 97228-6017

NW Natural Gas
c/o Mardilyn Saathoff, R.A.
220 SW 22nd Ave.
Portland, OR 97209

Pacific Power
1033 NE 6th Ave
Portland, OR 97256-0001

Pacific Power
c/o C T Corporation System
780 Commercial St. SE, Ste 100
Salem, OR 97301

Portland Disposal
7202 NE 42nd Ave
Portland, OR 97218-1195

Portland Disposal
c/o Ray Salvi, R.A.
7202 NE 42nd Ave.
Portland, OR 97218

Portland General Electric
PO Box 4438
Portland, OR 97208-4438

Portland General Electric
c/o Stephen A. Redshaw, R.A.
121 SW Salmon
Portland, OR 97204

Portland Water Bureau
PO Box 4216
Portland, OR 97208-4216

Portland Water Bureau
c/o City Attorney's Office
1221 SW 4th Ave, Rm 430
Portland OR 97204-0000

Recology
1850 NE Lafayette Ave
McMinnville, OR  97128

Recology
c/o National Registered Agents, R.A.
780 Commercial St. SE, Ste 100
Salem, OR 97301

Verizon
PO Box 660108
Dallas, TX 75266-0108

Verizon Wireless, abn for
Verizon Wireless (VAW) LLC
c/o C T Corporation System
Registered Agent
780 Commercial St SE Ste 100
Salem, OR 97301

Waste Management of Oregon
PO Box 541065
Los Angeles, CA 90054-1065

Waste Management of Oregon, Inc.
c/o CT Corporation Systems, R.A.
780 Commercial St. SE, Ste 100
Salem, OR 97301

Windstream (Paetec)
P O Box 9001013
Louisville, KY 40290-1013

Windstream Communications, LLC
c/o CT Corporation Systems, R.A.
780 Commercial St. SE, Ste 100
Salem, OR 97301

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.