Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| In re: | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC and Karamanos Holdings, Inc., | 18-31644-pcm11 (Lead Case) |
| Debtors-in-Possession. | 18-31646-pcm11 |
| | ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER (CBRE Group, Inc.) |

This matter having come before the Court on the Debtors' First Amended Joint Application for Authority to Employ Real Estate Broker (CBRE Group, Inc.) [ECF No 259] (the "Amended Application") for an order authorizing employment of CBRE Group, Inc.("CBRE") as real estate broker for Debtors; the Court having reviewed the motion and and accompanying statement, and being otherwise duly advised; now, therefore,

It is hereby ORDERED as follows:

1. Debtors' Amended Application is GRANTED;

Page 1 of 2 – ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER
{00087766:1}

2. Pursuant to 11 U.S.C. §§ 327(a) and 1107, Debtors are authorized to employ CBRE as Debtors' real estate broker for the purposes of listing and marketing the Debtors' interest in real property.

3. The terms of the Listing Agreement attached to the Amended Application are hereby approved.

###

Order presented by:

MOTSCHENBACHER & BLATTNER LLP

By:/s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB #074027
    Of Attorneys for Joint Debtor
    Karamanos Holdings, Inc.


VANDEN BOS & CHAPMAN, LLP

By:/s/ Douglas Ricks
    Nicholas J. Henderson, OSB #044026
    Of Attorneys for Joint Debtor
    Sunshine Dairy Foods Management, LLC

**First Class Mail:**

Sunshine Dairy Foods
Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Karamanos Holdings, Inc.
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Valley Falls Farm, LLC
c/o Bryan P. Coluccio
V.P. and General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062
(Un. Sec. Cred. Comm. Chairperson)

Scott Laboratories Inc.
Attn: Jill Skoff, Acting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system

.