IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC, and | 18-31644-pcm11 |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
| | MONTHLY FEE STATEMENT AND REQUEST FOR PAYMENT FILED BY VANDEN BOS & CHAPMAN, LLP AND NOTICE THEREON |
| Debtors-in-Possession. | (May 10 to May 31, 2018) |

Vanden Bos & Chapman, LLP (the "Professional") hereby files its Fee Statement (copy attached as **Exhibit A**) covering the period of May 10, 2018 to May 31, 2018 with the Court and requests that Debtor make payment on the Fee Statement in accordance with that certain "**Order Establishing Procedures for Payment of Interim Professional Fees" (Dkt #255) ("Order").**

**NOTICE IS HEREBY GIVEN**, pursuant to Paragraph 3 of the Order, that unless a Notice Party objects to payment of the Fee Statement on or before a date that is **14 days** from the date of this Notice, the Debtor(s) may pay, after retainers are exhausted, the Professional 80% of the fees and 100% of the expenses shown on the Billing Statement without further court approval or order. If a timely objection is made and is not withdrawn, the dispute may be submitted to the Bankruptcy Court by any party for resolution.

Objections, if any, must be in writing, must state the amount objected to and the basis of the objection, and must be served on the Notice Parties shown on the attached **Exhibit B**.

The undersigned certifies that on 6/29/18 a copy hereof was served pursuant to the Order Establishing Procedures for Payment of Interim Professional Fees (Dkt. No. 255), on: (a) the attorneys for the Debtors, (b) the Chairperson of the Committee and attorneys for the Committee, (c) the U.S. Trustee; (d) all parties holding an interest in cash collateral; and (e) all parties requesting special notice (collectively, the "Notice Parties").

SEE SERVICE LIST attached as **Exhibit B**.

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession
    Sunshine Dairy Foods Management, LLC

Page 1 of 1   MONTHLY FEE STATEMENT AND REQUEST FOR PAYMENT FILED BY VANDEN BOS & CHAPMAN, LLP AND NOTICE THEREON (May 10 to May 31, 2018)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 286    Filed 06/29/18

# VANDEN BOS & CHAPMAN, LLP.

ATTORNEYS AT LAW

SUITE 520, THE SPALDING BUILDING

319 S.W. WASHINGTON STREET

PORTLAND, OREGON 97204-2690

ROBERT J VANDEN BOS  
ANN K. CHAPMAN

Website: www.vbcattorneys.com

Tel: (503) 241-4869  
Fax: (503) 241-3731

DOUGLAS R. RICKS*  
CHRISTOPHER N. COYLE*

*also admitted in Washington

# EXHIBIT A

___

Sunshine Dairy Foods Management, LLC  
Attn: Michael D. Anderson  
801 NE 21st Ave.  
Portland OR  97232

5/10/18 Through 05-31-18  
Printed 06-28-18

File No.   9430

___

RE: Chapter 11 Bankruptcy

| | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 05-10-18 | Review e-mail from Therese re: outstanding employee reimbursement checks; forward the same to Doug Ricks with comments re: payroll motion. ($375/Hr) | 18CC | 0.10 | 37.50 |
| 05-10-18 | Exchange messages with legal assistant (SC) regarding scheduling hearings on first day motions. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Telephone conference with Carla McClurg regarding bankruptcy filing, first day motions, and scheduling matters. ($395/Hr) | 18DR | 0.30 | 118.50 |
| 05-10-18 | Discuss scheduling matters with legal assistant (SC). (No Charge)  ($0/Hr) | 18DR | 0.40 | 0.00 |
| 05-10-18 | Telephone conference with Nick Davidson regarding Beaver Sports Properties issues. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-10-18 | Telephone conference with reporter from Capital Press regarding Chapter 11 filing. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Finalize joint administration motion for filing; Review, approve and sign same. ($395/Hr) | 18DR | 0.35 | 138.25 |
| 05-10-18 | Further review and revise cash collateral motion; Finalize same; Review, approve and sign motion and notice for filing. ($395/Hr) | 18DR | 0.45 | 177.75 |
| 05-10-18 | Further review and revise payroll motion; Finalize same; Review, approve and sign motion and notice for filing. ($395/Hr) | 18DR | 0.35 | 138.25 |
| 05-10-18 | Telephone conference with Nick Henderson regarding procedural matters and scheduling. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Exchange emails with Carla McClurg regarding scheduling initial debtor interview; Exchange emails with Dan Boverman and Therese Nelson regarding same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Exchange emails with Carla McClurg regarding motions for joint administration, payroll, and cash collateral, scheduling hearings on same, and proposed forms of orders. ($395/Hr) | 18DR | 0.30 | 118.50 |
| 05-10-18 | Telephone conference with Dan Boverman regarding fisrst day motions. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Telephone conference with Mike Anderson regarding budget information. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Exchange emails with Dan Boverman, Mike Anderson, and Therese Nelson regarding IDI scheduling and appearance. ($395/Hr) | 18DR | 0.25 | 98.75 |

**EXHIBIT A**

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-10-18 | Review and respond to email from Therese Nelson regarding DIP accounts. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-10-18 | Review email from Carla McClurg regarding cash collateral budget; Draft e-mail to Dan Boverman and Mike Anderson regarding same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Telephone conference with Dan Boverman, Mike Anderson and Therese Nelson regarding information on cash collateral budget. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Review and respond to email from Mark Conan regarding questions on budget and responses to same. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-10-18 | Telephone conference with Nick Henderson regarding application to employ Dan Boverman. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-10-18 | Exchange emails with Nick Henderson and legal assistant (SC) regarding application to employ Dan Boverman; Review application. ($395/Hr) | 18DR | 0.35 | 138.25 |
| 05-10-18 | Draft e-mail to Al Kennedy and Michael Fletcher regarding representation of FBCC and initiating discussion on cash collateral issues. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-10-18 | Telephone conference with Al Kennedy and Michael Fletcher regarding representation of FBCC and initiating discussion on cash collateral issues. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-10-18 | Review emails regarding service of first day motions. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-10-18 | Flat fee for Amendment | | 45 | .00 |
| 05-11-18 | Telephone conference with Eric, attorney for Alpine Food Distributing, requesting confirmation that cash collateral order is entered later today, unable to attend hearing. ($450/Hr) | 18AC | 0.10 | 45.00 |
| 05-11-18 | Review e-mail from legal assistant (SC) to attorney for Alpine Food Distributing re: special notice. ($450/Hr) | 18AC | 0.05 | 22.50 |
| 05-11-18 | Telephone conference with Al Kennedy regarding comments on cash collateral order. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-11-18 | Work on revisions to orders (1.0); Prepare for hearing on first day motions (1.5). ($395/Hr) | 18DR | 2.50 | 987.50 |
| 05-11-18 | Office conference with Dan Boverman, Mike Anderson, Therese Nelson, and Mark Conan regarding preparation for hearing on cash collateral and joint administration motions. ($395/Hr) | 18DR | 1.00 | 395.00 |
| 05-11-18 | Travel time to and from hearing on cash collateral and joint administration motions. ($197.5/Hr) | 18DR | 0.40 | 79.00 |
| 05-11-18 | Attend hearing on cash collateral and joint administration motions. ($395/Hr) | 18DR | 0.95 | 375.25 |
| 05-11-18 | Office conference with Dan Boverman, Mike Anderson, Therese Nelson, and Mark Conan regarding revisions to cash collateral budget and order on same. ($395/Hr) | 18DR | 1.25 | 493.75 |
| 05-11-18 | Finalize revised cash collateral budget and interim order; Draft e-mail to Carla McClurg and Al Kennedy regarding same. ($395/Hr) | 18DR | 0.35 | 138.25 |
| 05-14-18 | Review and revise Order on Payroll Motion; Draft e-mail to Carla McClurg re: the same. ($375/Hr) | 18CC | 0.70 | 262.50 |
| 05-14-18 | Attend hearing on Motion for Authority re: Payroll. ($375/Hr) | 18CC | 1.95 | 731.25 |
| 05-14-18 | Draft e-mail to Carla McClurg re: (a)(4) and (a)(5) issues. ($375/Hr) | 18CC | 0.40 | 150.00 |
| 05-14-18 | Travel to and from United States Bankruptcy Court re: hearing on payroll motion. ($187.5/Hr) | 18CC | 0.40 | 75.00 |
| 05-14-18 | Hearing preparations; travel time to hearing; attend hearing; miscellaneous other matters. ($395/Hr) | 18DR | 3.50 | 1,382.50 |
| 05-15-18 | Office conference with Douglas R. Ricks regarding revisions to payroll motion. (Office Conference - Billed at 1/2 Rate) ($187.5/Hr) | 18CC | 0.10 | 18.75 |
| 05-15-18 | Draft and revise payroll motion; Review, approve and sign the same for ECF (electronic case filing); direct legal assistant (SC) regarding filing the same. (No Charge) ($0/Hr) | 18CC | 0.10 | 0.00 |
| 05-15-18 | Review e-mail from Carla McClurg re: Boon Chapman; Left detailed voice mail message for Angie re: the same. ($375/Hr) | 18CC | 0.10 | 37.50 |

**EXHIBIT A**

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-15-18 | Review letter from the US Department of Justice re: Initial Debtor Interview; confirm docketed properly. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-15-18 | Review Letter from the US Department of Justine re: Notice of Formation Meeting for Official Committee of Unsecured Creditors. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-15-18 | Legal research regarding issue with closing sale and handling bid process; Review documents from Tully's Coffee case regarding same. ($395/Hr) | 18DR | 2.10 | 829.50 |
| 05-15-18 | Telephone conference with Dan Boverman and Mike Anderson regarding Alpenrose sale and issues related to same. ($395/Hr) | 18DR | 0.60 | 237.00 |
| 05-15-18 | Telephone conference with Ken Yadon at Medosweet regarding future deliveries and possible bid. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-15-18 | Office conference with Robert J Vanden Bos regarding handling business operations and due diligence before sale approval. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-15-18 | Telephone conference with Al Kennedy regarding FBCC deposit accounts and marketing plan. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-15-18 | Exchange emails with Dan Boverman regarding offers on customer list. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-16-18 | Office conference with legal assistant (RH) re: changes of address. ($450/Hr) | 18AC | 0.10 | 45.00 |
| 05-16-18 | Office conference with Douglas R. Ricks re: problems opening DIP account. ($450/Hr) | 18AC | 0.25 | 112.50 |
| 05-16-18 | Office conference with Douglas R. Ricks regarding re: (a)(5) claims. (Office Conference - Billed at 1/2 Rate)  ($187.5/Hr) | 18CC | 0.10 | 18.75 |
| 05-16-18 | Telephone conference with Matthew Bossier re: BevCap health, insurance, health plan. ($375/Hr) | 18CC | 0.35 | 131.25 |
| 05-16-18 | Draft e-mail to Jason Dickson re: BevCap information. ($375/Hr) | 18CC | 0.10 | 37.50 |
| 05-16-18 | Review Record of Proceedings and continued cash collateral hearing; confirm docketed properly. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-16-18 | Review Application for Special Admission Pro Hac Vice and Order Thereon for First Business Capital Corp, lawyer Timothy F. Nixon. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-16-18 | Review Order Directing Joint Administration of Chapter 11 Cases. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-16-18 | Review Record of Proceeding and continued hearing for Motion for Authority to Pay Payroll; confirm docketed properly. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-16-18 | Review  PDF File with Audio File Attachment. (No Charge) ($0/Hr) | 18DR | 0.05 | 0.00 |
| 05-16-18 | Review Order Scheduling Case Management Conference; confirm docketed properly. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-16-18 | Review PDF File with Audio File Attachment. (No Charge) ($0/Hr) | 18DR | 0.05 | 0.00 |
| 05-16-18 | Review letter from Elliott Ostrander & Preston re: Reclamation Demand by PermaCold Engineering. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-16-18 | Review emails from Therese Nelson, Nick Davidson, Dan Boverman, and Stephanie Hongel at KeyBank regarding opening DIP accounts. ($395/Hr) | 18DR | 0.25 | 98.75 |
| 05-16-18 | Telephone conference with Therese Nelson regarding federal and state marketing plans and pre-petition obligations on same. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-16-18 | Telephone conference with Nick Davidson regarding opening DIP accounts and issues related to same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-16-18 | Draft e-mail to Dan Boverman regarding signed and entered Interim Order on Cash Collateral. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-16-18 | Draft e-mail to Therese Nelson regarding questions from KeyBank on existing accounts and opening DIP accounts. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-16-18 | Telephone conference with Ken Yadon and CEO of Medosweet regarding bid process for possible sale of customer list. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-16-18 | Telephone conference with Nick Henderson regarding real estate marketing plan, DIP accounts, and contact with Canon Financial. ($395/Hr) | 18DR | 0.20 | 79.00 |

**EXHIBIT A**

Account No.   9430 (Cont.)

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 05-16-18 | Office conference with Christopher Coyle regarding health insurance issues and filing supplemental brief regarding same. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-16-18 | Telephone conference with Matt Bossier at BevCap regarding health insurance programs and sorting out obligations of client to same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-16-18 | Draft email to Terry Costello at KeyBank re: issues with opening DIP account. ($395/Hr) | 18DR | 0.60 | 237.00 |
| 05-16-18 | Research issues for operating DIP Accounts. ($395/Hr) | 18DR | 0.50 | 197.50 |
| 05-16-18 | Telephone conference with Ryan Stern at East West Bank regarding DIP accounts. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-16-18 | Telephone conference with Marchand Boyd at East West Bank regarding DIP accounts. ($395/Hr) | 18DR | 0.30 | 118.50 |
| 05-16-18 | Exchange emails with Marchand Boyd at East West Bank, Therese Nelson, and Nick Henderson regarding opening DIP accounts and information needed for same. ($395/Hr) | 18DR | 0.35 | 138.25 |
| 05-16-18 | Telephone conference with Dan Boverman regarding Wymore trucking issues; Draft e-mail to Michael Cox (Wymore's attorney) regarding post-petition deliveries and payment for same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-16-18 | Continue Drafting Draft e-mail to Terry Costello at KeyBank regarding issues with opening DIP accounts. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-16-18 | Review, approve and sign multiple (19) Change of Address for employees. (No Charge) ($0/Hr) | 18DR | 0.35 | 0.00 |
| 05-17-18 | Review materials for Supplemental Motion re: Health Care Insurance; Draft e-mail to Angela at Boon Chapman re: additional information. ($375/Hr) | 18CC | 0.40 | 150.00 |
| 05-17-18 | Review email from Sara re: replacing draft of Cash Collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Telephone conference with Oren Haker regarding possible continuation of representation of Stoel Rives as special counsel. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-17-18 | Telephone conference with Jason Dixon from BevCap regarding issues with self insured health plan. ($395/Hr) | 18DR | 0.40 | 158.00 |
| 05-17-18 | Review email from legal assistant (SC) re: Motion Cash Collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Bryan Caluccio re: payment received. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Rich Twardowski re: motion for authority on BankDirect premium financing. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Oren Haker re: engagement letter and retention. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Michael Anderson and Dan Boverman re: representation by Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Oren Haker re: representation re: environmental issues. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-17-18 | Review email from Nick Henderson re: draft motion. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Michael Anderson re: representation by Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Nick Henderson re: joint motion and authority to pay BankDirect. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Dan Boverman and Michael Anderson re: second call from Oren Haker re: Stoel Rives representation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dustin Highland re: synopsis of sale. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from legal assistant (JH) re: creditor information. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Michael Anderson re: Stoel Rives representation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: May milk. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Dusty Highland re: synopsis of sale. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-17-18 | Review email from John Kenley re: synopsis of sale. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to John Kenley re: synopsis of sale. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-17-18 | Review email from Michael Anderson re: City of Portland. ($395/Hr) | 18DR | 0.05 | 19.75 |

**EXHIBIT A**

Account No.    9430 (Cont.)

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-17-18 | Review email from Michael Anderson re: retainer from Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: lapsing policies. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Dan Boverman and Michael Anderson re: sale synopsis. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dan Boverman re: sale synopsis. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review second email from Therese Nelson re: May milk. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review third email from Therese Nelson re: milk vendor. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Michael Anderson re: sale synopsis, review synopsis. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-17-18 | Review fourth email from Therese Nelson re: milk vendor. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: estimates of 503(b)(9) claims. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Michael Anderson re: summary of sales volume in Alpenrose sale. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Rich Twardowski re: BankDirect insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Marchand Boyd re: opening account. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Carla McClurg re: info and questions. (No Charge) ($0/Hr) | 18DR | 0.05 | 0.00 |
| 05-17-18 | Review email from Therese Nelson re: checks for DIP account. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: vendor claims. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Tammy Combs re: DIP accounts. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from legal assistant (JH) re: 503(b)(9) claims. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Tammy Combs re: set up of DIP account. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-17-18 | Draft email to Dan Boverman re: organizational meeting. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Draft email to Carla McClurg re: info and questions. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-17-18 | Draft email to Therese Nelson re: vendor debts. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dan Boverman re: bid process. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dan Boverman re: lockbox funds from First Business Capital Corp. being released. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Carla McClurg re: 503(b)(9) analysis. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: notice. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Michael Anderson re: bid process and potentially interested party. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: additional question on collateral reports. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dan Boverman re: lockbox funds from First Business Capital Corporation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: collateral reports. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: possible insurance replacement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dan Boverman re: possible insurance replacement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Dan Boverman re: alternative insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Nick Henderson re: insurance with financial premiums. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Nick Henderson re: motion for BankDirect. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Therese Nelson re: fuel expense and deposit results. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Todd Lyon re: withdrawal liability. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Kevin Chapman re: health insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Jason Dixon re: health insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-17-18 | Review email from Terry Costello re: DIP accounts. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-18-18 | Review, sign and authorize for ECF (electronic case filing) with US Bankruptcy Court - Certificate of Service of Chapter 11 Notice. ($450/Hr) | 18AC | 0.05 | 22.50 |
| 05-18-18 | Review, sign and authorize for ECF (electronic case filing) with US Bankruptcy Court - Certificate of Service of Amended Notice of Intent to Sell. ($450/Hr) | 18AC | 0.05 | 22.50 |
| 05-18-18 | Telephone conference with Boon-Chapman re: insurance issues. ($375/Hr) | 18CC | 1.10 | 412.50 |

**EXHIBIT A**

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-18-18 | Draft and revise Supplemental Motion. ($375/Hr) | 18CC | 3.35 | 1,256.25 |
| 05-18-18 | Work with Therese re: 503(b)(9) claim amounts and finalizing final work product for US Trustee ($250/Hr) | 18JH | 0.25 | 62.50 |
| 05-18-18 | Initial draft of Case Management Submissions. ($250/Hr) | 18SC | 0.25 | 62.50 |
| 05-18-18 | Conference call with United States Trustee and potential committee members for organizational meeting. ($395/Hr) | 18DR | 0.40 | 158.00 |
| 05-18-18 | Telephone conference with Dan Boverman regarding sale issues, budget update, and insurance matters. ($395/Hr) | 18DR | 0.50 | 197.50 |
| 05-18-18 | Telephone conference with Nick Henderson regarding budget and possible concerns with potential buyers for East Plant. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-18-18 | Telephone conference with Mike Anderson regarding current status and issues with Alpenrose sale. ($395/Hr) | 18DR | 0.65 | 256.75 |
| 05-18-18 | Telephone conference with Angie and Nyles from Boon Chapman regarding employee health insurance. ($395/Hr) | 18DR | 0.40 | 158.00 |
| 05-18-18 | Telephone conference with Nick Davidson regarding possible concerns with potential buyers for East Plant. ($395/Hr) | 18DR | 0.60 | 237.00 |
| 05-18-18 | Work on final cash collateral motion and order. ($395/Hr) | 18DR | 1.70 | 671.50 |
| 05-21-18 | Review and revise response to United States Trustee's inquiry re: health insurance plan payments; Review and revise order re: the same. ($375/Hr) | 18CC | 0.45 | 168.75 |
| 05-21-18 | Travel to and from Initial Debtor Interview. ($187.5/Hr) | 18CC | 0.40 | 75.00 |
| 05-21-18 | Attend Initial Debtor's Interview. ($375/Hr) | 18CC | 1.20 | 450.00 |
| 05-21-18 | Prepare for initial debtor interview. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-21-18 | Travel time to and from initial debtor interview. ($197.5/Hr) | 18DR | 0.40 | 79.00 |
| 05-21-18 | Attend initial debtor interview. ($395/Hr) | 18DR | 1.20 | 474.00 |
| 05-21-18 | Telephone conference with Tony Summers regarding representation of Darigold and potential bid for customer list assets. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-21-18 | Prepare for hearing on employee benefits. ($395/Hr) | 18DR | 2.20 | 869.00 |
| 05-21-18 | Telephone conference with Tony Summers regarding representation of Darigold and potential bid for customer list assets. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-21-18 | Review email from Dan Boverman re: return of funds. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Dan Boverman re: payroll. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Dan Boverman re: Karamanos employee. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Chris to carla McClurg re: payroll motions. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Todd Lyon re: engagement agreement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Dan Boverman re: income statements and balance sheets. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Nick Henderson re: disclosure of potential claims. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Nick Henderson re: schedules. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Carla McClurg re: utility motions. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Carla McClurg re: utility motion. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Richard Twardowski re: authority to pay pre-petition debt. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Chris to Dan Boverman re: 2015 report. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Matthew Bossier re: insurance under health plan. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Carla McClurg re: utility motion. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-21-18 | Review email from Tammy Combs re: monthly operating report. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Chris to Carla McClurg re: utility motions. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Michael Anderson re: tax returns. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Michael Anderson re: financial statements. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Tony Summers re: Sunshine Dairy. ($395/Hr) | 18DR | 0.05 | 19.75 |

**EXHIBIT A**

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-21-18 | Draft email to Michael Anderson re: tax returns. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Carla McClurg re: utility motions. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-21-18 | Draft email to Matthew Bossier re: insurance, under health plan. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Tony Summers re: customer list and agreements. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Matthew Bossier re: insurance, coverage dates. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Matthew Bossier re: insurance, coverage dates. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Michael Anderson re: financial statements. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Matthew Bossier re: insurance, policy numbers. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Review email from Matthew Bossier re: property insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-21-18 | Draft email to Matthew Bossier re: insurance, cancellation policies. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-22-18 | Review email from Carla McClurg asking for information regarding employment application and rule 2014 statement of Vanden Bos and Chapman ($520/Hr) | 18RV | 0.20 | 104.00 |
| 05-22-18 | Review and prepare for Continued Hearing on Motion for Authority to Pay re: Health Insurance, including preparation of exhibits and demonstratives. ($375/Hr) | 18CC | 2.05 | 768.75 |
| 05-22-18 | Draft and revise modified order re: United States Trustee concerns. ($375/Hr) | 18CC | 0.40 | 150.00 |
| 05-22-18 | Attend hearing on Continued Hearing on Motion for Authority to Pay re: Health Insurance. ($375/Hr) | 18CC | 1.85 | 693.75 |
| 05-22-18 | Review and revise Order on Motion re: Health Plan. ($375/Hr) | 18CC | 0.25 | 93.75 |
| 05-22-18 | Review and respond to email from Carla McClurg re: Order re: Health Plan; Telephone conference with Tim Solomon regarding the same. ($375/Hr) | 18CC | 0.15 | 56.25 |
| 05-22-18 | Draft e-mail to Tammy Combs re: BevCap summary. ($375/Hr) | 18CC | 0.10 | 37.50 |
| 05-22-18 | Travel to and from Continued Hearing on Motion for Authority to Pay re: Health Insurance. ($187.5/Hr) | 18CC | 0.40 | 75.00 |
| 05-22-18 | Review Appointment of Committee of Unsecured Creditors. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-22-18 | Review letter from National Bankruptcy Services re: requesting proof that collateral property is insured. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-22-18 | Review email from Carla McClurg regarding proposed order on 507(a)(5) claims; Telephone conference with Christopher Coyle regarding same. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-22-18 | Travel time to and from hearing on 507a5 employee benefit plan claims. (No Charge) ($0/Hr) | 18DR | 0.40 | 0.00 |
| 05-22-18 | Attend hearing regarding motion to approve employee benefit plan claims. (No Charge) ($0/Hr) | 18DR | 1.50 | 0.00 |
| 05-22-18 | Office conference with Dan Boverman and Christopher Coyle regarding Alpenrose sale and other issues in case. ($395/Hr) | 18DR | 0.25 | 98.75 |
| 05-22-18 | Review and respond to email from Brandy Bond at BevCap regarding United States Trustee endorsement change. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-22-18 | Office conference with Robert J Vanden Bos regarding issues with employee benefit plan claims and addressing same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-22-18 | Telephone conference with Dave Foraker regarding possible representation of UCC in case. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-22-18 | Review email from Stephanie Davis regarding engagement agreement for Fisher & Phillips; Review agreement; Draft e-mail to Dan Boverman regarding same. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-22-18 | Review and respond to email from Mike Anderson regarding 2016 tax return; Review returns. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-22-18 | Telephone conference with Nick Davidson, Dan Boverman, and Nick Henderson regarding management pay, coordinating efforts, and next steps in case. ($395/Hr) | 18DR | 1.25 | 493.75 |
| 05-22-18 | Telephone conference with Tim Solomon regarding overview of case and issues for UCC to consider. ($395/Hr) | 18DR | 0.50 | 197.50 |
| 05-22-18 | Review email from Carla McClurg regarding questions and comments on Vanden Bos & Chapman application to employ; Office conference with Robert J Vanden Bos regarding | 18DR | 0.20 | 79.00 |

**EXHIBIT A**

Account No.  9430 (Cont.)

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| | same. ($395/Hr) | | | |
| 05-22-18 | Review email from Carla McClurg regarding questions and comments on Dan Boverman's application to employ. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Prepare letter to Carl McClurg to respond to UST's questions--primarily related to employment issues. ($520/Hr) | 18RV | 2.70 | 1,404.00 |
| 05-23-18 | Discussed labor law implications of making disclosures of employee's financial affair as part of a Rule 2014 verified statement. ($520/Hr) | 18RV | 0.20 | 104.00 |
| 05-23-18 | Draft e-mail to Angela Tabat re: order on health insurance payments, moving forward on revised script re: benefits. ($375/Hr) | 18CC | 0.20 | 75.00 |
| 05-23-18 | Office conference with Douglas Ricks re: research assignment regarding an Order Approving Sale of Corporation.  (No Charge) ($0/Hr) | 18HH | 0.10 | 0.00 |
| 05-23-18 | Telephone conference with with Stef at Judge McKittrick's chambers; Draft Notice of Hearing - Utility Motion. ($250/Hr) | 18JH | 0.25 | 62.50 |
| 05-23-18 | Draft service list and labels for service of Notice of Hearing (No Charge)  ($0/Hr) | 18JH | 0.65 | 0.00 |
| 05-23-18 | Review Special Notice Request filed by Ashley Carter for the City of Portland. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review emails from Dan Boverman, Mike Anderson, and Todd Lyon regarding employment and union issues. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-23-18 | Telephone conference with Therese Nelson regarding insurance claim and health plan payment approvals. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-23-18 | Draft e-mail to Therese Nelson regarding proposed order on health plan payments. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Review, approve and sign notice of hearing on utility motion. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Office conference with law clerk (HH) regarding legal research on Tully's Coffee sale decision. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Review docket, order approving sale, and sale hearing transcript from Tully's Coffee sale. ($395/Hr) | 18DR | 0.35 | 138.25 |
| 05-23-18 | Exchange emails with Dan Boverman regarding appraisals and preparing schedules; Review equipment appraisal. ($395/Hr) | 18DR | 0.30 | 118.50 |
| 05-23-18 | Office conference with legal assistant (JH) regarding equipment appraisal and preparing schedules; Draft e-mail to legal assistant (JH) regarding same. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Review emails from Dan Boverman and Mark Buchert at FBCC regarding Phase I reports for real estate. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Review and revise employment application for Fisher Phillips (0.25); Review engagement agreement and Todd Lyon's CV (0.20); Review and respond to email from Todd regarding retainer and fee questions (0.20). ($395/Hr) | 18DR | 0.65 | 256.75 |
| 05-23-18 | Draft email to Al Kennedy re: cash collateral. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-23-18 | Draft email to Tim Solomon re: financial statements. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-23-18 | Review email from Dan Boverman re: weekly reports under cash collateral order. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Draft email to Nick Davidson re: disclosure information for 2014 statement. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Draft email to Dan Boverman re: weekly reports under cash collateral order. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: weekly reports. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: budget. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Tim Solomon re: budget. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Nick Henderson re: cash collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Draft email to Dan Boverman re: budget and motion for cash collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Draft email to Nick Henderson re: cash collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Nick Henderson re: Motion for Extension. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: Strada documents. ($395/Hr) | 18DR | 0.05 | 19.75 |

**EXHIBIT A**

Case 18-31644-pcm11    Doc 286    Filed 06/29/18

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-23-18 | Draft email to Nick Henderson re: motion for extension. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Michael Anderson re: employees. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-23-18 | Review email from Therese Nelson re: Strada equipment. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Draft email to Todd Lyon re: application to employ. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: leased equipment. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Mark Buchert re: environmental report. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Draft email to Jennifer re: equipment appraisal. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: equipment brokers. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Mark Buchert re: Phase I. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: equipment appraisals. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Dan Boverman re: real estate brokers. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Draft email to Therese Nelson re: supplemental order. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-23-18 | Review email from Todd Lyon re: employees and WARN Act. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Research Assignment re: [redacted]. ($130/Hr) | 18HH | 0.50 | 65.00 |
| 05-24-18 | Begin drafting Schedule A/B ($250/Hr) | 18JH | 1.00 | 250.00 |
| 05-24-18 | Review email from Dan Boverman re: payment for milk deliveries. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Dan Boverman re: real estate appraisals. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Draft email to Dan Boverman re: appraisals and discussion with committee counsel. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Draft email to Tim Solomon re: motion for extension of time. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Dan Boverman re: cash collateral and brokers. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-24-18 | Draft email to Dan Boverman re: cash collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Todd Lyon re: funds in trust. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Brandy Bond re: insurance cancellation notice. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Stephanie Davis re: WARN Act. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Therese Nelson re: payroll report. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Therese Nelson re: payroll order. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-24-18 | Review email from Brandy Bond re: insurance cancellation notice. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Email to Doug Ricks regarding status of drafting response to Carla McClurg on her questions pertaining to the employment application and the rule 2014 statement. (No Charge)  ($0/Hr) | 18RV | 0.10 | 0.00 |
| 05-25-18 | Office conference with Douglas R. Ricks regarding health insurance order; Draft e-mail to Angela Tabits re: the same. ($375/Hr) | 18CC | 0.20 | 75.00 |
| 05-25-18 | Draft memo re: Order Approving Sale of Corporation research analysis.   ($130/Hr) | 18HH | 2.00 | 260.00 |
| 05-25-18 | Legal Research re: Order Approving Sale.  ($130/Hr) | 18HH | 0.50 | 65.00 |
| 05-25-18 | Office conference with Doug Ricks re: Research assignment of executory contracts performance. ($130/Hr) | 18HH | 0.30 | 39.00 |
| 05-25-18 | Legal research re: self insured executory contracts.  ($130/Hr) | 18HH | 0.95 | 123.50 |
| 05-25-18 | Review Special Notice Request filed by Stephen Leatham for Andersen Plastics, Inc. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review Application to Employ Leonard Law Group LLC as Counsel for the Unsecured Creditors Committee of Sunshine Dairy Foods Management, LLC. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review PDF File with Audio File Attachment. (No Charge) ($0/Hr) | 18DR | 0.05 | 0.00 |
| 05-25-18 | Telephone conference with Jessica at US Bank regarding secured debt claim. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-25-18 | Office conference with Tim Solomon and Dan Boverman regarding case overview, plan going forward, and current issues. ($395/Hr) | 18DR | 2.10 | 829.50 |
| 05-25-18 | Telephone conference with Rick Hall regarding collections for Sunshine. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-25-18 | Review email from Matthew Bossier re: Boon Chapman contract. ($395/Hr) | 18DR | 0.05 | 19.75 |

**EXHIBIT A**

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-25-18 | Draft email to Tim Solomon re: overbids. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Therese Nelson re: registers for FSA cards. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Therese Nelson re: debit cards, response from Bev Cap. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Therese Nelson re: FSA accounts. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Therese Nelson re: Boon Chapman policy. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Therese Nelson re: funding of FSA accounts. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Therese Nelson re: FSA accounts, cancelled. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Therese Nelson re: registers for health plan claims. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Tony Summers re: no bid from Darigold. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Dan Boverman re: no bid from Darigold. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Tony Summers re: bid - from Darigold. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Dan Boverman re: reclamation demand from Domino Foods. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-25-18 | Draft email to Bob re: Rule 2014 Statement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Ashley Rusher re: reclamation claim by Domino Foods. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Matthew Bossier re: Boon Chapman contract. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Matthew Bossier re: Boon Chapman contract. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Brandy Bond re: insurance cancellation notice. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Carla McClurg re: order on motion to extend time. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Al Kennedy re: cash collateral. ($395/Hr) | 18DR | 0.25 | 98.75 |
| 05-25-18 | Review email from Therese Nelson re: insurance and health plans. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Nick Henderson re: motion regarding BankDirect. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Nick Henderson re: motion regarding BankDirect. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Review email from Dan Boverman re: cash collateral and brokers. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-25-18 | Draft email to Al Kennedy re: cash collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Draft email to legal assistant (JH) re: punch list for schedules and SOFA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Review email from Tim Solomon re: employees and WARN Act. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Review email from Dan Boverman re: schedules and SOFA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Review email from Dan Boverman re: sugar and reclamation claim. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Review email from Dan Boverman re: application to employ, UCC counsel and comments from Davidson. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Review email from Dan Boverman re: cell tower lease. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-28-18 | Review emails from Norman Davidson re: application to employ. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-28-18 | Review email from Dan Boverman re: application to employ UCC counsel. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Revise letter to Carla McClurg regarding Rule 2014 Statement ($520/Hr) | 18RV | 0.25 | 130.00 |
| 05-29-18 | Office conference with Doug Ricks regarding Rule 2014 disclosures and letter to Carla McClurg. ($520/Hr) | 18RV | 0.20 | 104.00 |
| 05-29-18 | Legal research re: analysis of Order Approving Sales Motion and elements of a successful bid acceptance. ($130/Hr) | 18HH | 1.30 | 169.00 |
| 05-29-18 | Continue legal research re: analysis of Order Approving Sales Motion ($130/Hr) | 18HH | 0.80 | 104.00 |
| 05-29-18 | Office conference with Doug Ricks re: Approval of Sale Order analysis questions. ($130/Hr) | 18HH | 0.15 | 19.50 |
| 05-29-18 | Draft Memo re: Order Approving Sale. ($130/Hr) | 18HH | 0.65 | 84.50 |
| 05-29-18 | Legal research re: executory contracts termination upon bankruptcy. ($130/Hr) | 18HH | 0.35 | 45.50 |
| 05-29-18 | Continued drafting Memorandum in Support of Approval of Sale. ($130/Hr) | 18HH | 0.20 | 26.00 |
| 05-29-18 | Reviewed financial statements and 2016 tax returns and worked on drafting Statement of Financial Affairs ($250/Hr) | 18JH | 0.50 | 125.00 |
| 05-29-18 | Review email from Dan Boverman re: health care checks. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to Tara McCarthy re: accounts payable. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: employment of Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |

**EXHIBIT A**

Account No.     9430 (Cont.)

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-29-18 | Review email from Oren Haker re: employment of Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from John Ostrander re: PermaCold reclamation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to Carla McClurg re: employment application. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to John Ostrander re: PermaCold reclamation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to Dan Boverman re: employment of Stoel RIves. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from John Ostrander re: PermaCold reclamation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Therese Nelson re: hold harmless agreement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Therese Nelson re: insurance and health plan. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Matthew Bossier re: insurance and health plan. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: Strada lease. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Carla McClurg re: employment application. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Mary Morrissey re: Strada lease. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: Strada lease. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: interest in trucks from Alpenrose. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: subpoena Boon Chapman. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to legal assistant (JH) re: schedules and SOFA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: intake form. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: schedules and SOFA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to Norman Davidson re: need completed intake form. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Norman Davidson re: Abe v Sunshine. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to Therese Nelson re: Boon Chapman. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Therese Nelson re: Boon Chapman. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: 401k contributions and matching. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Norman Davidson re: KHI duties and responsibilities. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: 401k contributions. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Draft email to Dan Boverman re: 401k contributions and matching. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Brandy Bond re: insurance cancellation notice. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-29-18 | Review email from Dan Boverman re: order on employee benefits. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review responsive correspondence to United States Trustee. (No Charge) ($0/Hr) | 18CC | 0.15 | 0.00 |
| 05-30-18 | Draft memo re: Order Approving Sale analysis. ($130/Hr) | 18HH | 0.90 | 117.00 |
| 05-30-18 | Legal research re: self insured health plan's continued performance of executory contract during bankruptcy process. ($130/Hr) | 18HH | 1.05 | 136.50 |
| 05-30-18 | Continued drafting memo re: Order Approving Sale analysis. ($130/Hr) | 18HH | 0.85 | 110.50 |
| 05-30-18 | Continued legal research re: self insured health plan's discontinued performance of executory contract during bankruptcy process. ($130/Hr) | 18HH | 1.00 | 130.00 |
| 05-30-18 | Work on drafting Schedule G detail and Schedule A/B ($250/Hr) | 18JH | 3.00 | 750.00 |
| 05-30-18 | Review Notice of Hearing; confirm docketed properly. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review Notice of Hearing; confirm docketed properly. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review letter from NW Natural re: Additional Assurance Request. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review letter from Blanco Tackabery re: invoices. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review Supplemental Disclosures for Rule 2014 Verified Statement for Proposed Professional. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review emails from Nick Davidson, Dan Boverman and legal assistant (JH) regarding intake form and schedule preparation. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-30-18 | Telephone conference with Scott Jensen regarding closing Alpenrose sale and addendum to APA. ($395/Hr) | 18DR | 0.15 | 59.25 |
| 05-30-18 | Office conference with legal assistants (SC,KW) regarding handling of returned notices. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-30-18 | Review and respond to email from Therese Nelson regarding notice of non-renewal on commercial insurance policy. ($395/Hr) | 18DR | 0.10 | 39.50 |

**EXHIBIT A**

Account No.   9430 (Cont.)

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 05-30-18 | Telephone conference with Eric Hartwig regarding Alpine Distributing. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-30-18 | Review email from Kevin Chapman re: health insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Draft email to Therese Nelson re: health insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Therese Nelson re: health insurance. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Tara McCarthy re: guarantees. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Tara McCarthy re: disclosure information. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Michael Anderson re: UHF Purchasing. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Draft email to Tara McCarthy re: disclosure information. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Draft email to Dan Boverman re: UHF Purchasing. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Lynn Rowe Larsen re: UHF Purchasing. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Michael Anderson re: Bev Cap broker. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Draft email to Dan Boverman re: intake form. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Dan Boverman re: insurance replacement policy. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Dan Boverman re: insurance replacement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Therese Nelson re: insurance notice. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-30-18 | Review email from Norman Davidson re: schedules and SOFA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review e-mail from Doug Ricks re: health insurance; Review e-mail from Kevin Chapman re: the same. ($375/Hr) | 18CC | 0.10 | 37.50 |
| 05-31-18 | Telephone conference with Nyle Leftwich re: Boon Chapman status, concerns. ($375/Hr) | 18CC | 0.40 | 150.00 |
| 05-31-18 | Legal research re: Insurance executory contracts ipso facto provisions. ($130/Hr) | 18HH | 0.75 | 97.50 |
| 05-31-18 | Legal research re: continuing obligations in executory contracts in bankruptcy. ($130/Hr) | 18HH | 1.00 | 130.00 |
| 05-31-18 | Legal research re: self insurance retention discharge. ($130/Hr) | 18HH | 0.70 | 91.00 |
| 05-31-18 | Legal research re: bankruptcy of self insurer and performance of insurance company in indemnity. ($130/Hr) | 18HH | 1.65 | 214.50 |
| 05-31-18 | Legal research re: insurance law statues in OR and Texas. ($130/Hr) | 18HH | 0.35 | 45.50 |
| 05-31-18 | Work on drafting Schedule A/B and Schedule G. ($250/Hr) | 18JH | 3.60 | 900.00 |
| 05-31-18 | Review and analysis of asset information for Schedule B. ($250/Hr) | 18JH | 1.75 | 437.50 |
| 05-31-18 | Draft Memo to Professional Todd A. Lyon regarding information needed to complete Rule 2014 Verified Statement of Proposed Professional ($250/Hr) | 18SC | 0.30 | 75.00 |
| 05-31-18 | Draft initial Rule 2014 Verified Statement for Proposed Professional - Todd A. Lyon. ($250/Hr) | 18SC | 0.20 | 50.00 |
| 05-31-18 | Download matix for client and matrix for Karamanos Holdings, Inc. to provide to Professional Todd A. Lyon for conflicts check. ($250/Hr) | 18SC | 0.20 | 50.00 |
| 05-31-18 | Email to Todd A. Lyon regarding Memo to Professional with attachments. ($250/Hr) | 18SC | 0.20 | 50.00 |
| 05-31-18 | Review and respond to email from Mike Anderson regarding customer contract with Navigator. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-31-18 | Telephone conference with Mike Anderson regarding addendum to APA. ($197.5/Hr) | 18DR | 0.20 | 39.50 |
| 05-31-18 | Review email from Michael Anderson re: UHF Purchasing. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Dan Boverman re: cash collateral budget. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Michael Anderson re: Alpenrose transaction. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to legal assistant (SC) re: cash collateral budget. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Therese Nelson re: real and personal property schedules. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Norman Davidson re: employment of Stoel Rives. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-31-18 | Review email from Michael Anderson re: Alpenrose transfer. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Nick Henderson re: insurance policies and BankDirect. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Dan Boverman re: weekly reporting. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Therese Nelson re: shortage. ($395/Hr) | 18DR | 0.05 | 19.75 |

**EXHIBIT A**

From 05-10-18 thru 05-31-18                                                                                                                                    Page 12

Case 18-31644-pcm11    Doc 286    Filed 06/29/18

Account No. 9430 (Cont.)

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05-31-18 | Draft email to Dan Boverman re: cash collateral budget update. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Todd Lyon re: potential work. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Nyle Leftwich re: health insurance agreement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from John Ostrander re: PermaCold reclamation. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to John Ostrander re: PermaCOld reclamation. ($395/Hr) | 18DR | 0.20 | 79.00 |
| 05-31-18 | Review email from Therese Nelson re: status request. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Oren Haker re: employment of Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Michael Anderson re: Alpenrose. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Michael Anderson re: Alpenrose. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Tim Solomon re: updated budget and order. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-31-18 | Draft email to Michael Anderson re: addendum to Alpenrose APA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Michael Anderson re: addendum to Alpenrose APA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Michael Anderson re: addendum to Alpenrose APA. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Nick Henderson re: amended 2014 statement. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Tara McCarthy re: guarantees. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Tara McCarthy re: Balboa Capital. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Norman Davidson re: disclosure information. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Al Kennedy re: cash collateral budget and order. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-31-18 | Draft email to Nick Henderson re: schedules and meeting. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Dan Boverman re: cash collateral budget update. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Dan Boverman re: cash collateral budget update. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Norman Davidson re: employment of Stoel Rives. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Dan Boverman re: Oren Haker emails. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Dan Boverman re: budget. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Review email from Nick Henderson re: cash collateral. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Michael Anderson re: draft addendum to Alpenrose APA. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-31-18 | Draft email to Nick Henderson re: amended 2014 statement. ($395/Hr) | 18DR | 0.10 | 39.50 |
| 05-31-18 | Draft email to Nick Henderson re: amended cash collateral motion. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to Dan Boverman re: weekly statements. ($395/Hr) | 18DR | 0.05 | 19.75 |
| 05-31-18 | Draft email to legal assistant (SC) re: amended 2014 statement. ($395/Hr) | 18DR | 0.05 | 19.75 |

Total Hours: 107.25
Total Services: $34,625.00

| Attorney | Hours | Amount |
|---|---|---|
| Ann K. Chapman ($450/hr) | 0.60 | $270.00 |
| Christopher N. Coyle ($0/hr) | 0.25 | $0.00 |
| Christopher N. Coyle ($187.5/hr) | 1.40 | $262.50 |
| Christopher N. Coyle ($375/hr) | 15.90 | $5,962.50 |
| Douglas R. Ricks ($0/hr) | 2.85 | $45.00 |
| Douglas R. Ricks ($197.5/hr) | 1.00 | $197.50 |
| Douglas R. Ricks ($395/hr) | 53.40 | $21,093.00 |
| Hamza Hashmi ($0/hr) | 0.10 | $0.00 |
| Hamza Hashmi ($130/hr) | 15.95 | $2,073.50 |
| Jennifer Houck ($0/hr) | 0.65 | $0.00 |
| Jennifer Houck ($250/hr) | 10.35 | $2,587.50 |
| Kirstin Wetzel ($135/hr) | 0.00 | $0.00 |
| Robert J Vanden Bos ($0/hr) | 0.10 | $0.00 |
| Robert J Vanden Bos ($520/hr) | 3.55 | $1,846.00 |
| Sara Cobb ($250/hr) | 1.15 | $287.50 |
| | 107.25 | $34,625.00 |

**EXHIBIT A**

Account No.    9430 (Cont.)

              COSTS ADVANCED & INCURRED

| Date | Description | Amount |
|---|---|---:|
| 05-10-18 | USBC - Filing fee for Amendment | 31.00 |
| 05-10-18 | USBC - Motion to Sell Free and Clear | 181.00 |
| 05-15-18 | State of Oregon - UCC Search Fee | 15.00 |
| 05-31-18 | Postage costs for May, 2018 | 715.61 |
| 05-31-18 | Phocopy charges for month of May, 2018 | 604.65 |
| | **Total Costs:** | **$1,547.26** |
| | **TOTAL FEES AND COSTS:** | **$36,172.26** |

**EXHIBIT A**

**S U M M A R Y**

| | | |
|---|---:|---:|
| Previous Balance | 25,692.62 | |
| Less Payments Received | -60,000.00 | |
| | ---------- | |
| **Previous Unpaid Balance:** | | **-34,307.38** |
| Current Services Provided | 34,625.00 | |
| Current Costs Advanced | 1,547.26 | |
| | ---------- | |
| **Total Current Charges:** | | **36,172.26** |
| | | ------------ |
| **AMOUNT DUE:** | | **$1,864.88** |
| | | ============ |

**EXHIBIT A**

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List of Notice Parties

**Debtors:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Karamanos Holdings, Inc.
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**Chairperson of Official Creditor's Committee:**
Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./
General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

**Parties Holding Lien on Cash Collateral:**

Citibank, N.A.
388 Greenwich St., 25th Flr,
Mail Drop 7
New York, NY 10013

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO 401
Charmany Dr
Madison, Wi 53719

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

EXHIBIT B - Page 1 of 1