IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC, and | 18-31644-pcm11 |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
| | SUPPLEMENT TO MONTHLY FEE STATEMENT AND REQUEST FOR PAYMENT FILED BY VANDEN BOS & CHAPMAN, LLP AND NOTICE THEREON |
| Debtors-in-Possession. | (May 10 to May 31, 2018) |

Vanden Bos & Chapman, LLP (the "Professional") hereby files this Supplement to its previously served Fee Statement (Dkt. No. 286) covering the period of May 10, 2018 to May 31, 2018 with the Court and requests that Debtor make payment on the Fee Statement in accordance with that certain "**Order Establishing Procedures for Payment of Interim Professional Fees" (Dkt #255) ("Order").**

**The purpose of this Supplement is to provide a corrected page 15 (copy attached as Exhibit A) to replace page 15 of the prior Monthly Fee Statement. All other terms of the prior Notice are unchanged.**

**NOTICE IS HEREBY GIVEN**, pursuant to Paragraph 3 of the Order, that unless a Notice Party objects to payment of the Fee Statement on or before a date that is **14 days** from the date of this Supplement, the Debtor(s) may pay, after retainers are exhausted, the Professional 80% of the fees and 100% of the expenses shown on the Billing Statement without further court approval or order. If a timely objection is made and is not withdrawn, the dispute may be submitted to the Bankruptcy Court by any party for resolution.

Objections, if any, must be in writing, must state the amount objected to and the basis of the objection, and must be served on the Notice Parties shown on the attached **Exhibit B**.

The undersigned certifies that on 7/2/18 a copy hereof was served pursuant to the Order Establishing Procedures for Payment of Interim Professional Fees (Dkt. No. 255), on: (a) the attorneys for the Debtors, (b) the Chairperson of the Committee and attorneys for the Committee, (c) the U.S. Trustee; (d) all parties holding an interest in cash collateral; and (e) all parties requesting special notice (collectively, the "Notice Parties").

SEE SERVICE LIST attached as **Exhibit B**.

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
　　Douglas R. Ricks, OSB #044026
　　Of Attorneys for Debtor-in-Possession
　　Sunshine Dairy Foods Management, LLC

Page 1 of 1　　SUPPLEMENT TO MONTHLY FEE STATEMENT AND REQUEST FOR PAYMENT FILED BY VANDEN BOS & CHAPMAN, LLP AND NOTICE THEREON (May 10 to May 31, 2018)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 290    Filed 07/02/18

SUMMARY OF FEES AND COSTS FOR VANDEN BOS AND CHAPMAN, LLP

SUNSHINE DAIRY FOODS MANAGEMENT, LLC

| | Date From | Date Through | Total Billed |
|---|---|---|---|
| Pre-Petition Services | 4/23/2018 | 5/9/2018 | $ 23,975.62 |
| Pre-Petition Costs | 4/23/2018 | 5/9/2018 | $ 1,717.00 |
| Risk Fee | | 5/9/2018 | $ 10,000.00 |
| Subtotal Earned Pre-Petition | | | $ 35,692.62 |

| | |
|---|---|
| Retainer Received | $ 100,000.00 |
| Funds Returned to Trust | |
| ("Post-Petition Retainer") | $ (40,000.00) |
| Balance of Pre-Petition Retainer | $ 60,000.00 |
| Less Amounts due Pre-Petition | $ (35,692.62) |

| | |
|---|---|
| Unused Pre-Petition Retainer Balance as of 5/9/18 ("Pre-Petition Retainer") | $ (24,307.38) |

| Attorney Fees | Date From | Date Through | Total Billed | If allowed % due | Due | Paid from Pre-Petition Retainer | Balance Due -80% Services | Running Balance 80% Due | Balance Unpaid - 20% Services | Running Balance 20% Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Services Provided | 5/10/2018 | 5/31/2018 | $ 34,625.00 | 80% | $ 27,700.00 | $ 22,760.12 | | | | |
| Costs Provided | 5/10/2018 | 5/31/2018 | $ 1,547.26 | 100% | $ 1,547.26 | $ 1,547.26 | | | | |
| Subtotal Due - May | | | $ 36,172.26 | | $ 29,247.26 | $ 24,307.38 | | | | |
| | | | | | | | | | | |
| Unpaid Services - 80% | 5/10/2018 | 5/31/2018 | | | | | $ 4,939.88 | * $ 4,939.88 | | |
| Unpaid Services - 20% | 5/10/2018 | 5/31/2018 | | | | | | | $ 6,925.00 | $ 6,925.00 |

*To be paid from Post-Petition Retainer upon approval

TRUST ACCOUNT

| | Transaction Amount | Running Balance |
|---|---|---|
| Post Petition Retainer Funds | $ 40,000.00 | $ 40,000.00 |

<u>In re Sunshine Dairy Foods Management, LLC</u>;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
<u>In re Karamanos Holdings, Inc.</u>;
Bankruptcy Case No. 18-31646-pcm11
Service List of Notice Parties

**Debtors:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Karamanos Holdings, Inc.
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**Chairperson of Official Creditor's Committee:**

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./ General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

**Parties Holding Lien on Cash Collateral:**

Citibank, N.A.
388 Greenwich St., 25th Flr,
Mail Drop 7
New York, NY 10013

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO 401 Charmany Dr
Madison, Wi 53719

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

**Exhibit B - Page 1 of 1**