**08/02/2018**                          **THURSDAY**                          **Judge Peter C McKittrick**

**1:30 PM 18-31644 pcm 11 bk**          **Sunshine Dairy Foods Management, LLC**

**Continued Case Management Conference**

Sunshine Dairy Foods                    ROBERT J VANDEN BOS

**(First Amended) Final Hearing and Motion For
Authority to Use Cash Collateral  (148)**

Sunshine Dairy Foods                    CHRISTOPHER N COYLE

Karamanos Holdings, Inc. - jtdb         NICHOLAS J HENDERSON

**Motion to Consolidate Case(s) 18-31646 with Lead Case
18-31644 MOTION FOR SUBSTANTIVE CONSOLIDATION OF
DEBTORS
Filed by Creditor Committee Official Committee of Unsecured
Creditors,
c/o Valley Falls Farms, LLC, Chair (SOLOMON, TIMOTHY) (306)**

Sunshine Dairy Foods                    CHRISTOPHER N COYLE

Official Committee of Unsecured         TIMOTHY A SOLOMON

Karamanos Holdings, Inc. - jtdb         NICHOLAS J HENDERSON

See sign in sheet attached

Evidentiary Hearing:          Yes: ☒ XX          No: ☐

1. No deadline for Plan and Disclosure Statement set

2. Cash Collateral Granted until and through, Monday, August 13, 2018. Continued hearing

   scheduled 8/13/18 @ 1:30 in Ctrm 1

3. Final hearing scheduled 10/19/18 @  9:00 in Ctrm 1 - 1 Day

4. The court will enter Scheduling Order

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☐ _____

DOCKET ENTRY:

In Re:

*Sunshine Dairy* (handwritten)

Debtor

Case # 18-31644

## List of Persons Attending

Hearing date 8/2/18

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Al Kennedy | FBCC |
| Carla McClurg | UST |
| Tim Solomon | Committee |
| Doug Ricks | Debtor |
| David Criswell | Oregon Milk Marketing Federation |
| Dan Bowerman | Debtor |
| Nicholas Henderson | Karamanos Holdings, Inc. |
| James Dumas | Estate of John D. Karamanos |