IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC, and | 18-31644-pcm11 |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
| Debtors-in-Possession. | NOTICE OF HEARING |

YOU ARE NOTIFIED THAT A HEARING to consider and act on the following:

1. Joint Motion for Approval of Bidding Procedures, Overbid Protection and Break-up Fee and Form and Manner of Notice of Bidding Procedures

**WILL BE HELD ON 08/24/18** AT **09:30 am** in **Courtroom No. 1**, **U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon**.

Testimony will not be received.

A copy of the Joint Motion for Approval of Bidding Procedures, Overbid Protection and Break-up Fee and Form and Manner of Notice of Bidding Procedures (**Docket #377**) was served upon you by first class mail on **08/13/18** and is not attached to this Notice. Should you need to request a copy of the Motion, please contact Jennifer Houck at Vanden Bos & Chapman, LLP at 503-241-4869 and a copy will be sent to you. **Objections must be filed with the U.S. Bankruptcy Court via ECF or the address listed above no later than 8/22/18 at 5:00 p.m.**

On **August 13, 2018** a copy of this notice was served on: (i) the United States Trustee for the District of Oregon, (ii) counsel to the Official Committee of Unsecured Creditors, (iii) Debtors' secured creditors and their counsel, (iv) counsel to the Initial Bidder, (v) the Internal Revenue Service, (vi) the Oregon Department of Revenue, (vii) the Securities and Exchange Commission, (viii) the US Attorney's Office, (ix) those parties having filed a notice of appearance and request for special notice pursuant to FRBP 2002, (x) those parties having expressed a bona fide interest in entering into a proposed transaction with Debtors for the sale of Debtors' assets or an investment in Debtors, and (xi) all non-debtor parties to executory contracts and leases, and (xii) any other party that may express an interest in bidding on Debtors' assets.

SEE ATTACHED LIST. **(The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)**

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
Douglas R. Ricks, OSB #044026
Of Attorneys for Debtors-in-Possession

Page 1 of 1   NOTICE OF HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 381    Filed 08/13/18

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Debtors:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Karamanos Holdings, Inc.
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

**Unsecured Creditors Committee:**

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./
General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

High Desert Milk
c/o Steven Tarbet, CFO
1033 Idaho Avenue
Burley, ID 83318

Electric Inc.
c/o Christopher C. Winston, President
P.O. Box 820386
Vancouver, WA 98682

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St.
Commerce, CA 90040

Stiebrs Farms, Inc
c/o Janis E. Stiebrs, President
P.O. Box 598
Yelm, WA 98597

**S.E.C.**

SEC
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles CA 90071-9591

**Secured Creditors:**

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719

First Business Capital Corp.
c/o Albert N. Kennedy
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204

First Business Capital Corp.
c/o Michael Fletcher
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204

Ford Motor Credit Company
PO Box 552679
Detroit, Mi 48255

Ford Motor Credit Company LLC
c/o CT Corp. System, RA
780 Commercial St SE Ste 100
Salem, OR 97301

Ford Motor Credit Company
c/o McCarthy Holthus
PO Box 552679
Detroit, MI 48255
VIA EMAIL: jbarrett@mccarthyholthus.com

Strada Capital Corporation
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653;

Strada Capital Corporation
c/o Christopher Parsons, R.A.
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653

LCA Bank Corporation
1375 Deer Valley Drive, Ste. 218
Park City UT 84060

LCA Bank Corporation
c/o Thomas T. Billings,
Registered Agent
15 West South Temple Ste 1700
Salt Lake City, UT 84101

Multnomah Assessment & Taxation
501 SE Hawthorne,1st Floor
P.O. Box 5007
Portland, OR 97208

Multnomah County Tax Assessor
Attn Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716
VIA EMAIL: dartcs@multco.us

Toyota Motor Credit Corporation
PO Box 5855
Carol Stream, Il 60197

Toyota Motor Credit Corp
6565 Headquarters Dr.
Plano, TX 75024

Toyota Motor Credit Corporation
c/o CT Corporation System, RA
780 Commercial St SE Ste 100
Salem, OR 97301

**Initial Bidder:**

Bill Warren
Wilmer Hale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA

**IRS**:

IRS
Attn: Attorney General
of United States
10th Constitution NW #4400
Washington, DC 20530

IRS
Attn: Civil Process Clerk
U.S. Attorney
District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

<u>In re Sunshine Dairy Foods Management, LLC</u>;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
<u>In re Karamanos Holdings, Inc.</u>;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Oregon Dept. of Revenue**:

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301

ODR
c/o Ellen Rosenblum, Attorney General
Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096

**U.S. Attorney's Office:**

U.S. Attorney,
District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

**The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.**