Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re<br><br>SUNSHINE DAIRY FOODS MANAGEMENT, LLC, and KARAMANOS HOLDINGS, INC.<br><br>        Debtors. | Bankruptcy Case<br>No. 18-31644-pcm11 (Lead Case)<br><br>18-31646-pcm11<br><br>SCHEDULING ORDER RE: MOTION FOR SUBSTANTIVE CONSOLIDATION OF DEBTORS (DOC. 306) |

The court held a preliminary hearing on August 2, 2018 on the Unsecured Creditors Committee's Motion to Substantively Consolidate the Jointly Administered Debtors into One Bankruptcy Estate (Doc. 306). For the reasons stated on the record and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. A final evidentiary hearing in this matter will be held October 19, 2018 at 9:00 a.m. at the United States Bankruptcy Court for the District of Oregon, 1001 SW 5th Ave., Suite 700, Portland, Oregon 97204, Courtroom No. 1.

2. The parties must complete discovery 14 days prior to the hearing.

Page 1 – SCHEDULING ORDER RE: MOTION FOR SUBSTANTIVE CONSOLIDATION OF DEBTORS (DOC. 306)

3. No later than October 10, 2018, the parties must:

(A) File and serve on all parties any further briefing, identifying the issues to be tried. Briefs shall not exceed 20 pages in length, unless the court authorizes an over-length brief. Any motion to authorize the filing of an over-length brief must be filed no later than 3 business days before the brief is due.

(B) Deliver to the court (do not electronically file) the original and two paper copies of all exhibits (except impeachment exhibits). Serve a copy of the exhibits on all parties. File and serve a list of those exhibits. Debtors' exhibits should be numbered and listed starting with "1." Creditor's exhibits should be lettered and listed starting with "A." Exhibits in excess of 10 pages should be tabbed and presented in a three-ring binder. If there are multiple parties or numerous exhibits, contact the Courtroom Deputy at 503-326-1566 for number assignments. Except for good cause shown, no exhibits will be received in evidence at the hearing unless presented in accordance with this order.

(C) Deliver to the court (do not electronically file) a copy of any deposition that will be offered as substantive evidence, with those portions sought to be admitted underlined. (This provision is not applicable to depositions used to refresh recollection or for impeachment.)

(D) File and serve a list of witnesses who will or may be called to testify, except those who will be called solely for impeachment purposes. Failure to disclose witnesses as required by this

paragraph may result in the witnesses being prohibited from testifying at the hearing. Any objections of the type described in Fed. R. Civ. P. 26(a)(3) must be served and filed within four days of filing and service of the witness list. Failure to timely disclose any such objection will be deemed a waiver of the objection.

2. This scheduling order shall not be modified except upon a showing of good cause and leave by the court. Requests for extension of any time limit or for setover of the evidentiary hearing must be by written motion supported by an affidavit stating sufficient facts demonstrating good cause, appropriate use of prior time, and that the extension/continuance was requested at the earliest time practical. The affidavit must indicate the number of prior extensions/continuances, that the moving party has consulted with opposing counsel regarding the request, and whether the opposing counsel consents or objects to the requested extension/continuance. The above procedure must be followed even if all parties stipulate to the extension/continuance.

###

Cc: all ECF participants