IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re ) Case Nos. 18-31644-pcm11 (Lead Case
) 18-31646-pcm11
)
Sunshine Dairy Foods Management, LLC, )
and ) NOTICE OF INTENT TO Sell Property,
Karamanos Holdings, Inc. ) Compensate Broker, and/or Pay any Secured
) Creditor's Fees and Costs; Motion for Authority to
) Sell Property Free and Clear of Liens; and Notice
Debtors-in-Possession. ) of Hearing

NOTICE IS GIVEN THAT Sunshine Dairy Foods Management, LLC ("Sunshine") and Karamanos Holdings, Inc. ("KHI"), collectively the Debtors-in- Possession ("Debtors"), intend to sell at auction the property described below and moves for authority to sell said property free and clear of all liens, claims, interests, and encumbrances pursuant to 11 USC §363(f) ("Notice"). The movant's, name, address, and telephone numbers are: Sunshine Dairy Foods Management, LLC, c/o Vanden Bos & Chapman, LLP, 319 SW Washington St., Suite 520, Portland, OR 97204, Attention: Douglas Ricks at (503) 241-4869 AND Karamanos Holdings, Inc., c/o Motschenbacher & Blattner, LLP, 117 SW Taylor St., Suite 300, Portland, OR 97204, Attention: Nicholas Henderson at (503) 417-0500.

IF YOU WISH TO OBJECT TO ANY ASPECT OF THE SALE OR FEES DISCLOSED IN PTS. 7 OR 15 YOU MUST BOTH: (1) ATTEND THE HEARING SET IN PT. 16 BELOW **AND**, (2) WITHIN 21 DAYS OF the service date in pt. 18 below, FILE with the clerk of Court, at 1001 SW Fifth Avenue. #700, Portland, OR 97204; BOTH: (a) a written response stating the specific facts upon which the objection is based, AND (b) proof that a copy of the response was served on the movant, the Debtors, (Capitalized terms not otherwise defined in this Notice shall be as defined in the Bid Procedures Order or the Bankruptcy Code.)

This document shall constitute the notice required by LBR 2002-1.B.

1.     The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are 363(f)(2).

2.     Buyer's Name & Relation to Debtor: Lyrical Foods, Inc. ("Lyrical") or such other offer Qualified Bidder that makes a higher and better offer pursuant to the Bid Procedures Order (as hereinafter defined) which offer is approved by order of the Bankruptcy Court ("Successful Bidder").   Apart from historical commercial and contractual relationships, Lyrical has no relationship to the Debtor.

3.     General description of the property: **SEE EXHIBIT 1**. All of the assets are available for sale in accordance with the proposed Order Approving Bid Procedures, Overbid Protection, Break Up Fee, and Form and Manner of Notice of Sale in the form entered by the Bankruptcy Court following the hearing scheduled for August 24, 2018 ("Bid Procedures Order").  The assets intended to be acquired by Lyrical are set forth in detail in an Asset Purchase Agreement by and among Lyrical and Debtors dated August 10, 2018 ("APA"). Copies of the Bid Procedures Order and the APA can be obtained by contacting Douglas Ricks at Vanden Bos & Chapman, LLP, 319 SW Washington St., Suite 520, Portland, OR 97204, Telephone: (503) 241-4869.  The sale may include such other or further assets as may be identified by a Qualified Bid in accordance with the Bid Procedures Order.

4.     The assets may be examined at: Sunshine Dairy Foods Management, LLC, 8440 NE Halsey St., Portland, OR 97220.

5.     Due Diligence information and materials concerning Debtor's assets and operations will be made available to potential bidders by contacting Dan Boverman with Boverman & Associates.  Mr. Boverman may be contacted at (503) 627-9905 or by e-mail (address available upon request).

6.     Other parties to the transaction and their relationship to the debtor will depend on who is the Successful Bidder at the auction to be held pursuant to the Bid Procedures Order.  Presently there are no other parties to the transaction.

7.     Gross sales price:  The final sales price may be determined at the Auction as set forth in the Bid Procedures Order. The purchase price set forth in the APA is $5,600,000, subject to certain adjustments. The APA limits Lyrical's obligation to assume liabilities and to pay claims against Debtors only to those liabilities and claims which are expressly assumed by Lyrical in accordance with Sections 2.3, 2.4, and 3.6 of the APA and outlined on Exhibits B and C to the APA. Sections 2.3, 2.4, and 3.6 of the APA are reprinted in full along with Exhibits B and C to the APA and attached to this Notice marked as **Exhibit 2**. **Exhibit 2** should be reviewed carefully by recipients of this Notice as Lyrical will not assume any liabilities and will not pay any claims against Debtors except as expressly stated in Sections 2.3, 2.4, and 3.6 of the APA and Exhibits B and C to the same.

If you object to these provisions, you need to file a timely objection and attend the hearing as set forth in this Notice.

8.     The sale ☐ is ☒ is not (**MARK ONE**) of substantially all of the debtor's assets. Terms and conditions of sale are set forth in the Bid Procedures Order.

9.     The sale shall be conducted in accordance with the Bid Procedures Order. In order to constitute a Qualified Bid, a Qualified Bidder must submit a bid in accordance with the requirements of the Bid Procedures Order so that the bid is received by Boverman & Associates, LLC, Attention Dan Boverman at 11285 SW Walker Rd., Portland, OR 97225 or by e-mail (address available upon request to 503-627-9905), AND Vanden Bos & Chapman LLP, Attention Douglas Ricks, at 319 SW Washington St., Suite 520, Portland, OR 97204 or doug@vbcattorneys.com or fax number 503-241-3731. The bid must be a Qualified Bid and must meet the requirements set forth in the Bid Procedures Order and be on the same or more favorable terms to the bankruptcy estate as the APA. All Qualified Bids must be received on or before 5:00 p.m. Pacific Standard time on September 6, 2018 ("Bid Deadline").

10.    A due diligence room has been established by Debtors via Dropbox™ and all potential bidders are encouraged to contact Dan Boverman at 503-627-9905 to make arrangements for due diligence review.

11.    If there is little or no equity for the estate after payment of any taxes, the reason for the sale is: to maximize the value of Debtors' assets.

Expenses and taxes resulting from the sale will be paid as follows: through bankruptcy court order or approval of a Plan of Reorganization.

12.    The reason for proposing the sale in advance of approval of a plan of reorganization is to maximize the value of Debtor as a going concern and minimize losses that would be sustained from continued operations.

13.    The following information relates to lien holders:

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount |
|---|---|---|
| First Business Capital Corp. | c/o Barbara Conley, Reg. Agent<br>401 Charmany Dr<br>Madison, WI 53719-1272 | $9,092,939.00 |

14.    The liens shall attach to the sale proceeds in the same order of priority they attach to the property. Net proceeds shall be held in trust until the court orders payment. Sale proceeds will be sufficient to pay all such liens.

15.    Lyrical is seeking a break-up fee in the amount of $150,000 and an expense reimbursement of up to $75,000.

16.    **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD ON September 17, 2018 at 9:00 a.m. in Courtroom No. 1 of the United States Bankruptcy Court for the District of Oregon, 1001 SW Fifth Avenue, 7th Floor, Portland, Oregon 97204, and testimony will be received if offered and admissible. If no timely objection is filed, the hearing may be cancelled and an order submitted. Parties are encouraged to check the hearing calendar at www.orb.uscourts.gov after the objection deadline has passed.**

17.    Debtor intends to seek a good faith finding under 11 USC § 363(m) for the Successful Bidder and a waiver of the 14-day stay provided by Bankruptcy Rule 6004(h).

18.    I certify that on August 21, 2018 a copy of this document, was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys, and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on August 21, 2018. A copy of the mailing list is attached to the original document filed with the Bankruptcy Court.

19.    FOR FURTHER INFORMATION CONTACT: Douglas Ricks, Vanden Bos & Chapman LLP, 319 SW Washington St., Suite 520, Portland, OR 97204, (503) 241-4869 OR Nicholas Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor St., Suite 300, Portland, OR 97204, (503) 417-0500.

DATED: <u>August 21, 2018</u>                              <u>/s / Douglas R. Ricks & /s/ Nicholas J. Henderson</u>
                                                                              Of Attorneys for Debtors-in-Possession

LEGAL DESCRIPTION

Lots 1 and 23, Block 1, NEW HAVEN (Plat Book 1188, Page 0012), in the City of Portland, County of Multnomah and State of Oregon.


Also known as:  8440 NE Halsey St., Portland, OR  97220

**Exhibit 1 - Page 1 of 5**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

**Acquired Assets**

All assets at or relating to the operation of the Business, including, but not limited to:

| Item # | Description | Location |
|--------|-------------|----------|
| 1 | Acquired Property (fee simple real property interest) | 8440 NE Halsey Street, Portland, OR 97220 |
| 2 | Active Inventories (Not excess or obsolete) | Acquired Property |
| 3 | Office Supplies | Acquired Property |
| 4 | Equipment (as listed below) | Acquired Property |
| 5 | Furniture and Fixtures | Acquired Property |
| 6 | Documents and Data | Acquired Property |
| 7 | Cabinetry | Acquired Property |
| 8 | Chemicals and Production Supplies | Acquired Property |
| 9 | Signage | Acquired Property |
| 10 | All Intellectual Property of the Sellers | N/A |

| Equipment | | |
|-----------|-------------|----------|
| Item # | Description | Location |
| 1 | Boiler | Acquired Property |
| 2 | Air Compressor | Acquired Property |
| 3 | Air Compressor | Acquired Property |
| 4 | Ammonia Room Equipment | Acquired Property |
| 5 | (4) Tank Mix System | Acquired Property |
| 6 | (3) Tank Mix System | Acquired Property |
| 7 | Osgood Filler (Some Repair Needed) | Acquired Property |

**Exhibit 1 - Page 2 of 5**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

| 8 | Osgood Filler (Some Repair Needed) | Acquired Property |
|---|---|---|
| 9 | Metal Detector | Acquired Property |
| 10 | Domino Coder | Acquired Property |
| 11 | Domino Coder | Acquired Property |
| 12 | Cup Conveyor | Acquired Property |
| 13 | A&F Case Packer | Acquired Property |
| 14 | A&F Case Packer | Acquired Property |
| 15 | Pallet Jack | Acquired Property |
| 16 | Pallet Jack | Acquired Property |
| 17 | Combi | Acquired Property |
| 18 | Case Erector | Acquired Property |
| 19 | Platform Scale | Acquired Property |
| 20 | CIP System | Acquired Property |
| 21 | Metal Detector, Domino Coders, Conveyor On line 1 | Acquired Property |
| 22 | Liquifier | Acquired Property |
| 23 | 5000 Gallon Tank | Acquired Property |
| 24 | 5000 Gallon Tank | Acquired Property |
| 25 | CIP Rinse Tank | Acquired Property |
| 26 | APV Heat Exchanger | Acquired Property |
| 27 | COP Tank | Acquired Property |
| 28 | 1500 Gallon Tank | Acquired Property |
| 29 | 1500 Gallon Tank | Acquired Property |
| 30 | 2000 Gallon Tank | Acquired Property |

**Exhibit 1 - Page 3 of 5**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

| 31 | 2000 Gallon Tank | Acquired Property |
|---|---|---|
| 32 | 2000 Gallon Tank | Acquired Property |
| 33 | Pallet Jack | Acquired Property |
| 34 | Lift Truck | Acquired Property |
| 35 | 3000 Gallon Tank | Acquired Property |
| 36 | Homogenizer | Acquired Property |
| 37 | HTST | Acquired Property |
| 38 | Pumps and. Valves for Tanks | Acquired Property |
| 39 | Chiller | Acquired Property |
| 40 | Glycol System | Acquired Property |
| 41 | Scissors Lift | Acquired Property |
| 42 | Lift Truck | Acquired Property |
| 43 | 20000 Silo | Acquired Property |
| 44 | 20000 Silo | Acquired Property |
| 45 | 10000 Gallon Tank | Acquired Property |
| 46 | Piping, Hose, Magnet, Heat Exchanger | Acquired Property |
| 47 | Machine Shop | Acquired Property |
| 48 | Murzan Pump | Acquired Property |
| 49 | Murzan Pump | Acquired Property |
| 50 | Domino Coder | Acquired Property |
| 51 | Domino Coder | Acquired Property |
| 52 | Pick up items | Acquired Property |
| 53 | Lift Truck | Acquired Property |
| 54 | 2100 Gallon Tank: | Acquired Property |

**Exhibit 1 - Page 4 of 5**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

| 55 | 2100 Gallon Tank | Acquired Property |
|----|------------------|-------------------|
| 56 | Square Storage Tank | Acquired Property |
| 57 | 1500 Gallon Tank | Acquired Property |
| 58 | Separator | Acquired Property |
| 59 | Murzan Pump | Acquired Property |
| 60 | Murzan Pump | Acquired Property |
| 61 | DAF | Acquired Property |

**Exhibit 1 - Page 5 of 5**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

# EXHIBIT 2

2.3     <u>Assumed Liabilities</u>.  At the Closing, Purchaser shall assume and have sole responsibility for the Assumed Liabilities.

2.4     <u>Excluded Liabilities</u>.  For the avoidance of doubt, notwithstanding any other terms, provisions and conditions of this Agreement, Purchaser shall not assume, or otherwise be responsible or liable for, the Excluded Liabilities.

3.6     <u>Alteration and Amendment of Exhibits; Cure Costs</u>.  Notwithstanding anything to the contrary contained in this Agreement, Purchaser may, by notice to Sellers, at any time on or before the Closing Date, in its sole discretion:  (a) alter or amend <u>Exhibit A</u> to this Agreement by removing an Acquired Asset, and (b) add any Executory Contract to <u>Exhibit B</u> to this Agreement, <u>provided</u>, <u>however</u>, Sellers or Purchaser (as determined in accordance with <u>Section 2.5(b)</u> hereof) shall pay the Cure Costs associated with all Assumed Executory Contracts listed on <u>Exhibit B</u> as of the Closing Date up to an aggregate amount not to exceed $1,000,000; <u>provided</u>, <u>further</u>, to the extent an objection is filed by the Closing Date to the Notice of Proposed Assumed Executory Contracts concerning an Executory Contract listed on <u>Exhibit B</u> as of the Closing Date, such Executory Contract may be removed from <u>Exhibit B</u> on the Closing Date and Purchaser shall not be obligated to pay any Cure Costs in respect of such Executory Contract unless and until such objection is resolved and such Executory Contract is assumed by and assigned to Purchaser, subject to the limitation Purchaser's liability on aggregate Cure Costs set forth above in <u>Section 3.6(b)</u>.  Subject to <u>Section 9.5</u>, the Exhibits to this Agreement, as they may have been amended by Purchaser in accordance with the immediately preceding sentence or as otherwise permitted by this Agreement, shall constitute the Exhibits as of any applicable date.

**Exhibit 2 - Page 1 of 3**

Case 18-31644-pcm11     Doc 399     Filed 08/21/18

**EXHIBIT B**

**Assumed Executory Contracts**

| Name of Contracting Party | Title | Date Entered Into |
|---|---|---|
| Gerber Products Company | Supply Agreement | December 1, 2009 |
| Ripple Foods, Inc. | Co-Packing Agreement | September 15, 2017, as amended |
| Local No. 305 (Teamsters, Dairy, Bakery & Food Processors, Industrial, Technical & Automotive) | Plant and Drive Agreement | March 1, 2014 |
| Local No. 305 (Teamsters, Dairy, Bakery & Food Processors, Industrial, Technical & Automotive) | Labor Agreement | September 1, 2016 |

**Exhibit 2 - Page 2 of 3**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

**EXHIBIT C**

**Assumed Liabilities**

The term "Assumed Liabilities" means, collectively, all of the following:

1.    The obligations of Sellers arising after the Closing Date under any Assumed Executory Contract (listed on <u>Exhibit B</u> to this Agreement).

2.    Obligations with respect to the Acquired Assets to the extent that such obligations accrue and are required to be performed from and after the Closing Date.

3.    The Permitted Encumbrances.

**Exhibit 2 - Page 3 of 3**

Case 18-31644-pcm11    Doc 399    Filed 08/21/18

Label Matrix for local noticing
0979-3
Case 18-31646-pcm11
District of Oregon
Portland
Tue Aug 21 08:45:18 PDT 2018

BankDirect Capital Finance
150 N Field Dr #190
Lake Forest, IL 60045-2594

(p)CITY OF PORTLAND
OFFICE OF CITY ATTORNEY
RM 430
1221 SW 4TH AVE
PORTLAND OR 97204-1991

Committee of Unsecured Creditors of Sunshine
c/o Leonard Law Group LLC
1 SW Colmbia
Suite 1010
Portland, OR 97258-2024

Estate of John D. Karamanos III
c/o Norman Davidson IV
630 W Duarte Rd., Suite 208
Arcadia, CA 91007-7604

First Business Capital Corp.
Attn: Mark Buchert, VP-Account Executive
401 Charmany Dr.
Madison, WI 53719-1272

First Business Capital Corp.
c/o Albert N. Kennedy
Tonkon Torp LLP
888 SW Fifth Avenue, #1600
Portland, OR 97204-2099

NICHOLAS J HENDERSON
Motschenbacher & Blattner, LLP
117 SW Taylor Street
Ste 300
Portland, OR 97204-3029

IRS
PO Box 7346
Philadelphia PA 19101-7346

Karamanos Holdings, Inc.
801 NE 21st Ave.
Portland, OR 97232-2209

LCA Bank Corporation
1375 Deer Valley Drive, Suite 218
Park City, UT 84060-5236

CARLA GOWEN MCCLURG
DOJ-Ust
Office of the US Trustee
620 SW Main Street, Room 213
Portland, OR 97205-3026

Multnomah County Tax Assessor
501 SE Hawthorne Blvd., Suite 175
Portland, OR 97214-3577

Multnomah County Tax Assessor
PO Box 2716
Portland, OR 97208-2716

Multnomah County-DART
Assessment, Recording & Taxation
P.O. BOX 2716
PORTLND, OR 97208-2716

Norman Davidson III
630 Duarte Rd., #208
Arcadia, CA 91007-7604

TIMOTHY A SOLOMON
Leonard Law Group LLC
1 SW Columbia
Suite 1010
Portland, OR 97258-2024

Strada Capital Corp.
23046 Avenida de la Carlota
Suite 350
Laguna Hills, CA 92653-1528

Sunshine Dairy Foods Management, LLC
801 NE 21st Ave.
Portland, OR 97232-2280

TCF Equipment Finance A Division of TCF Nati
5200 SW Meadows Rd., Ste 150
Lake Oswego, OR 97035-0066

US Trustee, Portland
620 SW Main St #213
Portland, OR 97205-3026

Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069-4417

Wells Fargo Vendor
Financial Services, LLC
ATTN: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Portland
City Attorney's Office
1221 SW 4th Ave Rm 430
Portland OR 97204

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22

Label Matrix for local noticing
0979-3
Case 18-31644-pcm11
District of Oregon
Portland
Tue Aug 21 08:44:25 PDT 2018

1464 N Winnifred St
981 Powell Ave SW, Suite 135
Renton, WA 98057-2926

48forty Solutions, LLC
PO Box 849729
Dallas, TX 75284-9729

A & I Distributors
P O Box 1999
Billings, MT 59103-1999

A&E Conveyor Systems
121 P Rickman Industrial Drive
Canton, GA 30115-9099

ADM Corn Processing Division
PO Box 95202
Grapevine, TX 76099-9752

ADS Group
PO Box 15270
Irvine, CA 92623-5270

JONAS V ANDERSON
Office of the United States Trustee
405 E. 8th Avenue
Ste 1100
Eugene, OR 97401-2728

AR Arena Products, Inc.
2101 Mt. Read Blvd
Rochester, NY 14615-3708

AS&P Billing Services
PO Box 733746
Dallas, TX 75373-3745

AT & T
P O Box 105068
Atlanta, GA 30348-5068

Access Information Holdings, LLC
P O Box 398306
San Francisco, CA 94139-8306

Accountemps
P O Box 743295
Los Angeles, CA 90074-3295

Acranet-Clearstar
521 West Maxwell Avenue
Spokane, WA 99201-2417

Aflac Group Insurance
PO Box 84069
Columbus, GA 31908-4069

Airgas
P O Box 951873
Dallas, TX 75395-1873

Albina Fuel
801 Main Street
Vancouver, WA 98660-3133

(c)ALFORD, JOHNATHAN
19100 E BURNSIDE ST APT 336
PORTLAND OR  97233-5861

All American First Aid & Safety
16055 SW Walker Rd Ste 196
Beaverton, OR 97006-4942

Allied Purchasing Co.
PO Box 1249
Mason City, IA 50402-1249

Allied Purshasing
PO Box 1249
Mason City, IA 50402-1249

Alpine Food Distributing
PO Box 22529
Milwaukie, OR 97269-2529

Alpine Food Distributing, Inc.
PO Box 22529
Milwaukie

Alpine Food Distributing, Inc.
520 SW Sixth Ave Ste 1200
Portland, OR 97204-1510

Amcane Sugar, LLC
PO Box 674996
Detroit, MI 48267-4996

American Express
P O Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Northwest Recovery Solutions
PO Box 9235
Nampa, ID 83652-9235

Americold Logistics LLC
25587 Network Place
Chicago, IL 60673-1255

Ametek Brookfield
PO Box 419319
Boston, MA 02241-9319

Amundson, Lavere
11005 NE 76th St, #30
Vancouver, WA 98662-3954

Andersen Plastics
PO Box 310
Battle Ground, WA 98604-0310

Applied Industrial Technologies
PO Box 100538
Pasadena, CA 91189-0538

Applied Industrial Technologies
c/o Dianne Misenko
One Applied Plaza
Cleveland, OH 44115-2519

Arbuthnot, Stephen
15172 SW Sapphire
Beaverton, OR 97007-8305

Arenas, Damian
8000 NE HWY 99 #106
Vancouver, WA 98665-8844

Ashley S. Rusher
Blanco Tackabery & Matamoros, PA
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Aspy, Katie
9105 SE 32ND AVE APT 15
Portland, OR 97222-5674

Atlasta Lock & Safe CO., Inc.
702 SE Grand Ave
Portland, OR 97214-2299

Austin, Dale
10390 Sw Crestwood Ct
Beaverton, OR 97008-6641

Automotive & Industrial Distributors of
900 1st Avenue North
Billings, MT 59101-2662

Baez Hernandez, Carlos
167 NE 25th Avenue #207
Hillsboro, OR 97124-6368

Balboa Capital Corporation
575 Anton Boulevard
12th Floor
Costa Mesa, CA 92626-7169

Banc of California, N.A.
3 Macarthur Pl., Ste 100
Santa Ana, CA 92707-6068

Bankdirect Capital Finance
150 N Field Dr #190
Lake Forest, IL 60045-2594

Barry Callebaut USA LLC
28543 Network Place
Chicago, IL 60673-1285

Batugo, Kevin
15296 SE Johnson Rd.
Clackamas, OR 97015-9406

Beaver Sports Properties, LLC
c/o Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184-3038

Beck, Chris
22802 NE 174th St
Brush Prairie, WA 98606-8102

Benefithelp Solutions
P O Box 5817
Portland, Or 97228-5817

Bev Cap Management, LLC
120 W Virginia St Suite 200
Mckinney, TX 75069-4496

Bigelow, Nicole
39805 Davis St
Sandy, OR 97055-8376

Birley, Terrance
1707 NW 3rd St
Battleground, WA 98604-4352

Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205-3359

Bluetarp Financial
PO Box 105525
Atlanta, GA 30348-5525

Boatman, Jon
18436 Southeast Yamhill Circle
Portland, OR 97233-5557

Bobb, Louis
1259 NE Hogan Place
Gresham, OR 97030-4100

Boiler & Combustion Service, Inc.
PO Box 22919
Portland, OR 97269-2919

Boon Chapman
9401 Amberglen Blvd
Austin, TX 78729-1191

Brandon D. Smith, Esq.
140 Geary Street, 7th Floor
San Francisco, CA 94108-5617

Brett L. Wittner
Morton McGoldrick, P.S.
820 A Street, Suite 600
Tacoma, WA 98402-5293

Burbach, Michael
3112 St Johns Blvd
Vancouver, WA 98661-3723

CARY R CADONAU
1200 SW Main St
Portland, OR 97205-2040

ASHLEY CARTER
City Attorney's Office
1221 SW Fourth Avenue
Ste 430
Portland, OR 97204-1991

CBRE Group, Inc
Wells Fargo Center
1300 SW Fifth Ave #3000
Portland, OR 97201-5688

CHEP Pallecon Solutions
PO Box 7408180
Chicago, IL 60674-8180

CIT Bank NA
PO Box 593007
San Antonio, TX 78259-0200

CIT Finance, LLC
PO Box 593007
San Antonio, TX 78259-0200

CIT Technology Fin Serv, Inc.
PO Box 100706
Pasadena, CA 91189-0003

CHRISTOPHER N COYLE
319 SW Washington St #520
Portland, OR 97204-2690

CREST FOODS CO., INC
PO BOX 371
ASHTON, IL 61006-0371

DAVID W CRISWELL
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158

CRS Data Solutions
PO Box 2764
Portland, OR 97208-2764

Caballero, Ernesto
8316 N. Lombard St. PMB 439
Portland, OR 97203-3727

Camfil USA, Inc.
3302 Solutions Center
Chicago, IL 60677-3003

Campa, David
101 SE 199th
Portland, OR 97233-6019

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Financial Services, Inc.
158 Gaither Drive #200
Mt Laurel, NJ 08054-1716

Castillo, Johnny
1506 SE Kobus Way
Hillsboro, OR 97123-5367

Cates, David
12212 SE Raymond St
Portland, OR 97236-4232

Center, Christopher
5231 SE Malden Dr
Portland, OR 97206-0842

CenturyLink
PO Box 91155
Seattle, WA 98111-9255

Chambers, Sandy
18200 NE Flanders
Portland, OR 97230-7244

Charm Sciences Inc.
659 Andover Street
Lawremce, MA 01843-1032

Charm Sciences, Inc.
659 Andover St
Lawrence, MA 01843-1032

Chorn, James
2243 SE 105th AVE
Portland, OR 97216-3046

Cintas Corporation - 463
PO Box 650838
Dallas, TX 75265-0838

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104-0493

(p)CITY OF PORTLAND
OFFICE OF CITY ATTORNEY
RM 430
1221 SW 4TH AVE
PORTLAND OR 97204-1991

Clatsop Fleet Service, Inc
2040 SE Airport Lane
Warrenton, OR 97146-7401

Claudia Rambanales
c/o Law Offices of Jacob Emrani
1516 South Broadway
Los Angeles, CA 90015-3031

Clow Roofing & Siding Inc.
434 N Tillamook Street
Portland, OR 97227-1898

Cole-Parmer Instrument Company, LLC
13927 Collections Center Drive
Chicago, IL 60693-0139

Columbia Oregon 98th Ave Industrial LLC
PO Box 848138-076
Dallas, TX 75284-0001

Comcast
PO Box 34744
Seattle, WA 98124-1744

Conan Fin Org, LLC
17606 Sydni Ct
Lake Oswego, OR 97035-5588

Country Lane Dairy
18555 SW Teton Ave
Tualatin, OR 97062-8842

Country Lane Dairy
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St
Tualatin, OR 97062-8619

Courier Direct, Inc.
PO Box 3448
Tualatin, OR 97062-3448

Crandall, John
843 SE Walnut St
Hillsboro, OR 97123-4533

Crest Foods Co. Inc
Attn: Accounts Receivable
PO Box 371
Ashton, IL 61006-0371

Crollard, Dennis
5308 NE 68th St
Vancouver, WA 98661-1488

Crollard, Travis
3815 NE 87th Place
Vancouver, WA 98662-6869

DSM Nutritional Products, Inc.
3927 Collection Center Drive
Chicago, IL 60693-0039

JAMES A. DUMAS II
Dumas & Kim, APC.
3435 Wilshire Blvd #990
Suite 990
Los Angeles, CA 90010-1998

Daco Corporation
8825 S 184th Street
Kent, WA 98031-1232

Dairy Connection Inc.
501 Tasman Street Suite B
Madison, WI 53714-3173

Danielski, David
3006 SE 16th St
Gresham, OR 97080-9245

Danisco USA, Inc
PO Box 32020
New York, NY 10087-2020

Davidson, Howard
8923 Ne 41st Ave
Vancouver, WA 98665-5303

Davis, Christopher
205 SE 5th Ave
Battle Ground, WA 98604-8320

Dean, Brian
845 G St.
Washougal, WA 98671-1327

Dejarnett Sales, Inc.
45 82nd Drive, Suite 49
Gladstone, OR 97027-2562

Domino Foods, Inc
PO Box 79066
City Of Industry, CA 91716-9066

Domino Foods, Inc.
Blanco Tackabery & Matamoros, PA
c/o Ashley S. Rusher
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

JONATHAN CHISATO EDWARDS
Earl Law Group PLLC
1334 S Pioneer Way
Moses Lake, WA 98837-2410

Eberhards
P O Box 845
Redmond, OR 97756-0186

Ecolab Inc.
655 LONE OAK DR - A1
Eagan, MN 55121-1649

Edgar A. Weber & Company
PO Box 546
Wheeling, IL 60090-0546

Edmunson, Brian
15092 SE Pioneer Dr
Clackamas, OR 97015-6365

Edwards, Kisa
4927 NE Grand Avenue
Portland, OR 97211-3925

Electric Inc.
c/o Christopher C. Winston, President
PO Box 820386
Vancouver, WA 98682-0008

Electric Inc.
PO BOX 820386
Vancouver, WA 98682-0008

Ellima Discovery, Inc
390 N Sepulveda Blvd Suite 2080
El Segundo, CA 90245-4401

Elm Services
PO Box 15270
Irvine, CA 92623-5270

Elution Technologies
480 Hercules Drive
Colchester, VT 05446-5948

Eric C Hartwig
520 SW Sixth Ave Ste 1200
Portland, OR 97204-1510

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St
Commerce, CA 90040-1507

Ernest Packaging Solutions
5777 Smithway St
Commerce, CA 90040-1507

Ernest Packaging Solutions
9255 NE Alderwood Rd.
Portland, OR 97220-1343

Eroad Inc.
7618 SW Mohawk Street
Tualatin, OR 97062-8121

Eurofins DQCI, LLC
PO Box 11407
Birmingham, AL 35246-5569

Ever Fresh Fruit Company
John Logan c/o Ever Fresh Fruit Co
PO Box 1177
Sandy, OR 97055-1177

EverBank Commerical Finance
10 Waterview Blvd
Parsippany, NJ 07054-1286

EverFresh Fruit Co.
PO Box 1177
Sandy, OR 97055-1177

Evergreen Packaging Inc.
PO Box 845430
Dallas, TX 75284-5430

Exova #774214
4214 Solutions Center
Chicago, IL 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

Exova Inc
2395 Speakman Drive
Mississauga, Ontario L5K 1B3 Canada

Express Personnel Services
PO Box 4427
Portland, OR 97208-4427

F&H Food Equipment Co.
PO Box 3985
Springfield, MO 65808-3985

FEDEX
PO BOX 7221
Pasadena, CA 91109-7321

FEDEX FREIGHT
PO BOX 21415
Pasadena, CA 91185-0001

JOSEPH A FIELD
Field Jerger LLP
621 SW Morrison Street
Ste 510
Portland, OR 97205-3808

SCOTT D FINK
Weltman Weinberg & Reis Co
323 W Lakeside Ave #200
Cleveland, OH 44113-1009

MICHAEL W FLETCHER
888 SW 5th Ave #1600
Portland, OR 97204-2030

FREEWIRE BROADBAND LLC
5465 SW WESTERN AVE
Suite E
Beaverton, OR 97005-4179

Falk, Alysha
14600 NE 87th Street
Vancouver, WA 98682-2829

Far West Distributors, Inc.
1617 N. Plaza Drive
Visalia, CA 93291-8887

Farm Power Misty Meadow, LLC
1934 S Wall St
Mount Vernon, WA 98273-6509

Farm Power Tillamook, LLC
1934 South Wall St
Mount Vernon, WA 98273-6509

Farr, Lawrence
14205 NE 10th Ave
Vancouver, WA 98685-1301

Fastenal
P O Box 1286
Winona, MN 55987-7286

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-9902

Federal Milk Market Administrator
Market Administrator
1930 220th St SE #J102
Bothell, WA 98021-8408

Firmenich Inc.
PO Box 7247-8502
Philadelphia, PA 19170-8502

First Business Capital Corp.
c/o Tonkon Torp LLP
ATTN: Albert N. Kennedy
888 SW 5th Ave., Suite 1600
Portland, OR 97204-2099

First Business Capital Corp.
Attn: Mark Buchert, VP-Account Executive
401 Charmany Dr
Madison, Wi 53719-1272

First Business Capital Corp.
c/o Albert N. Kennedy
Tonkon Torp LLP
888 SW Fifth Avenue, #1600
Portland, OR 97204-2099

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719-1272

Foodline Piping Products
225 Edgewood Avenue
West Berlin, NJ 08091-2615

Ford Motor Credit Co.
PO Box 552679
Detroit, MI 48255-2679

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o CT Corp. System, RA
780 Commerical St SE Ste 100
Salem, OR 97301-3465

Forry, Brandon
6421 SE Morrison St.
Portland, OR 97215-1945

Forsman, Pentti
18654 SW Shaw St.
Aloha, OR 97078-1211

Fortin, Patricia
3111 NE 76th Ave
Portland, OR 97213-6501

Fred, John
17823 SE Division St
Portland, OR 97236-1063

Freewire Broadband
7327 SW Barnes Rd #701
Portland, OR 97225-6119

Fry, Mitchell
3532 SW Beaverton Hillsdale Hwy
Portland, OR 97221-3810

GNT USA, Inc.
660 White Plains Road
Tarrytown, NY 10591-5107

Gillco Ingredients
1701 La Costa Meadows Drive
San Marcos, CA 92078-5105

Ginger People
215 Reindollar Ave
Marina, CA 93933-3804

Givaudan Flavors Corporation
ATTN: Will Romanowicz
1199 Edison Drive
Cincinnati, OH 45216-2265

Glorybee Foods, Inc.
PO Box 2744
Eugene, OR 97402-0277

Grainger
PO Box 419267
Kansas City, MO 64141-6267

Graphic Packaging International Inc.
PO Box 404170
Atlanta, GA 30384-4170

Greiner Packaging Corp.
225 Enterprise Way
Pittston, PA 18640-5035

Grupo Phoenix
18851 NE 29th Ave, Suite 601
Aventura, FL 33180-2844

Gullberg, Choei
4735 N Mississippi Avenue
Portland, OR 97217-3140

Gutierrez, Anthony
4761 N. Girard St
Portland, OR 97203-4633

ERIC C HARTWIG
Zarosinski Hartwig P.C.
520 SW Sixth Ave
Ste 1200
Portland, OR 97204-1510

NICHOLAS J HENDERSON
Motschenbacher & Blattner, LLP
117 SW Taylor Street
Ste 300
Portland, OR 97204-3029

Haines, Christopher
3903 SW Wilbard St.
Portland, OR 97219-6194

Hammer, Gary
12032 SW Westbury Terr
Tigard, OR 97223-1651

Harrington Industrial Plastics
PO Box 5128
Chino, CA 91708-5128

Harvest Food Solutions, LLC
501 SE Columbia Shores Boulevard, Suite
Vancouver, WA 98661-8099

Hernandez, Alfredo
20833 SW Imperial Place
Beaverton, OR 97003-1847

High Desert Milk
c/o Steven Tarbet CFO
1033 Idaho Avenue
Burley, ID 83318-4923

High Desert Milk, Inc.
1033 Idaho St
Burley, ID 83318-4923

Hilton Supply Management
7926 Jones Branch Dr., Ste #400
McLean, VA 22102-3370

Huber, Troy
9900 SE Lawnfield Rd, #87
Clackamas, OR 97015-9617

Huber, Tyler
7650 SE McBride St.
Milwaukie, OR 97222-1273

Huebner, Cynthia
4617 NE St Johns Rd #H127
Vancouver, WA 98661-2562

Hygiena LLC
1801 W Olympic Blvd
Pasadena, CA 91199-2007

IGI Resources, Inc.
12124 Collections Center Drive
Chicago, IL 60693-0121

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
Attn: Civil Process Clerk
U.S. Attorney, District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Idaho Milk Products Inc.
2249 South Tiger Drive
Jerome, ID 83338-5080

Imperfect Produce Sub Lease
1616 Donner Ave
San Francisco, CA 94124-3220

Independent Retirement Consult
6500 SW Macadam Avenue, Suite 185
Portland, OR 97239-3570

Indoor Billboard/NW
PO Box 17555
Portland, OR 97217-0555

Indoor Billboard/Northwest, Inc.
P.O. Box 17555
Portland, OR 97217
Portland, OR 97217-0555

Ingredion
PO Box 742206
Los Angeles, CA 90074-2206

Ingredion Incorporated
5 Westbrook Corporate Center
Westchester, IL 60154-5795

Inspired Results
3437 Monumentum Place
Chicago, IL 60689-0001

J&D Refrigerated Services
PO Box 1605
Clackamas, OR 97015-1605

SCOTT L JENSEN
1200 SW MAIN ST
PORTLAND, OR 97205-2040

Jackson Lewis, P.C.
1133 Westchester Avenue Suite S125
West Harrison, NY 10604-3516

Jaimes, Enrique
7936 SE 64th Avenue
Portland, OR 97206-9673

Jenkins, Chad
1509 22nd Ave Apt#24
Forest Grove, OR 97116-1662

Jogue Inc./Northville Labs
PO Box 190
Northville, MI 48167-0190

John H. Chambers
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204-1352

Johnson, Gordon
14908 NW 21st Avenue
Vancouver, WA 98685-1245

Jonathan Edwards
1334 S Pioneer Way
Moses Lake, WA 98837-2410

Jones, Terry
12220 SE Long Street
Portland, OR 97236-7710

Jubitz Fleet Services
PO Box 11251
Portland, OR 97211-0251

Jubitz Travel Center
PO Box 11133
Portland, OR 97211-0133

KBTG, Inc.
c/o Johnston Mitchell
Coers Mitchell Law LLC
2100 NE Broadway, Ste 105
Portland, Oregon 97232-1500

ALBERT N KENNEDY
888 SW 5th Ave #1600
Portland, OR 97204-2030

KPA Services, LLC
PO Box 301526
Dallas, TX 75303-1526

Kaio, Kenneth
7579 SW Roanoke Dr N
Wilsonville, OR 97070-6821

Karamanos Holdings
630 West Duarte Road, #208
Arcadia, CA 91007-7604

Karamanos Holdings, Inc.
801 NE 21st Ave.
Portland, OR 97232-2209

Karamanos, Benjamin
6514 SW 50th Avenue
Portland, OR 97221-2844

Karamanos, John
9239 NW Burntknoll Court
Portland, OR 97229-6551

Kerry Ingredients & Flavours
File 57038
Los Angeles, CA 90074-0001

Key Bank National Association
11211 SW Fifth Ave., Suite 505
Portland, OR 97204

Khalifa, Yusef
13926 SE Alimaria Dr
Clackamas, OR 97015-6349

Kidder Matthews
One SW Columbia St., Ste 950
Portland, OR 97258-2010

Kool Pak LLC
4550 SW Kruse Way, Suite 350
Lake Oswego, OR 97035-3588

Kool Pak, LLC
PO Box 1450
Minneapolis, MN 55485-7939

Kormanos Holdings, Inc.
801 NE 21st Ave
Portland, OR 97232-2209

Kunkel, Ashley
1261 SE Olvera Place
Gresham, OR 97080-9133

Kuntzmann, Christopher
1539 NE Vista Way
Gresham, OR 97030-4249

LCA Bank Corporation
1375 Deer Valley Dr #218
Park City, UT 84060-5236

LCA Bank Corporation
c/o Thomas T. Billings, RA
15 West South Temple Ste 1700
Salt Lake City, UT 84101-1549

GARRETT SHEA LEDGERWOOD
Hershner Hunter LLP
180 East 11th Avenue
Eugene, OR 97401-3584

LTI, Inc.
8631 Depot Road
Lynden, WA 98264-9301

Lamoule
819 SE Grant St
Portland, OR 97214-4524

Landscape Management & Services
3511 NE 109th Avenue
Vancouver, WA 98682-7722

Larsen's Creamery, Inc.
16940 SE 130th Avenue
Clackamas, OR 97015-8900

Larsen's Creamery, Inc.
Scott L. Jensen, Brownstein Rask LLP
1200 SW Main Street
Portland, OR 97205-2040

Leek, Brian
1412 Meadowlark Pl
Molalla, OR 97038-8303

Les Schwab
2952 NE Sandy Boulevard
Portland, OR 97232-2457

Levy-Center, Jacob
9310 SE 65th Avenue
Milwaukie, OR 97222-2501

Liborio, Arnold
1973 SE 122nd Ave. #10
Portland, OR 97233-1344

Lochmead Dairy, Inc.
1120 Ivy Street
Junction City, OR 97448-1933

Lockwood, Amanda
1537 NE 19th Avenue
Portland, OR 97232-1421

Loomis Armored Service, Inc.
Dept. Ch. 10500
Palatine, IL 60055-0500

Love, Levi
10713 NE 88th Street
Vancouver, WA 98662-3173

Lubrication Engineers, Inc.
PO Box 16025
Wichita, KS 67216-0025

Lucas Foods, Inc.
c/o Robert LeChevallier, Buckley Law PC
5300 Meadows Rd #200
Lake Oswego OR 97035-8225

Lynn Rowe Larsen
Taft Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland,, OH 44114-2317

CARLA GOWEN MCCLURG
DOJ-Ust
Office of the US Trustee
620 SW Main Street, Room 213
Portland, OR 97205-3026

ASHLEY J MCDONALD
Brownstein Rask
1200 SW Main St.
Portland, OR 97205-2040

JAMES K MIERSMA
McCarthy Holthus LLP
108 First Avenue South
Suite 300
Seattle, WA 98104-2104

JOHNSTON A MITCHELL
2100 NE Broadway Street, Ste 105
Portland, OR 97232-1500

MRV Dairy Solutions
26382 Via De Anza
San Juan Capistrano, CA 92675-4723

(p)MACKENZIE ENGINEERING INC
1515 SE WATER AVE SUITE 100
PORTLAND OR 97214-3487

Mallory Safety & Supply LLC
PO Box 2068
Longview, WA 98632-8190

Mane Inc.
2501 Henkle Drive
Lebanon OH 45036-7794

Matison, Jacob
18340 SW Wheeler Crt
Aloha, OR 97078-1653

Maverick Welding Supplies Inc.
PO Box 1570
Oregon City, OR 97045-0570

Mayfield Farms, LLC
18555 SW Teton Ave
Tualatin, OR 97062-8842

Mayfield Farms, LLC
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St
Tualatin, OR 97062-8619

McCarthy, Tara
18168 Newell Crest Dr.
Oregon City, OR 97045-2874

McGuire Bearing Company
947 SE Market Street
Portland, OR 97214-3574

McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690

Measure-Tech, Inc.
PO Box 499
Ariel, WA 98603-0499

Medosweet Farms of Oregon, Inc.
P O Box 749
Kent, WA 98035-0749

Mercantum (U.S.) Corp.
225 Broadway, 37Th Floor
New York, NY 10007-3044

Metro Overhead Door
2525 NE Columbia Boulevard
Portland, OR 97211-2053

Mettler Toledo
22670 Network Place
Chicago, IL 60673-1226

Mettler-Toledo Safeline, Inc.
22677 Network Place
Chicago, IL 60673-1226

Meyer, Zachary
1460 SE Willow Drive, Suite A
Warrenton, OR 97146-7350

Miller Paint Co. Inc.
12812 NE Whitaker Way
Portland, OR 97230-1110

Minuteman Press Lloyd Center
1015 NE Broadway Street
Portland, OR 97232-1230

Mitchell Lewis & Staver Co.
9935 SW Commerce Circle
Wilsonville, OR 97070-8608

Mocon, Inc
PO Box 1450 - NW 8244
Minneapolis, MN 55485-8244

Moss Adams LLP
PO Box 101822
Pasadena, CA 91189-0050

Multnomah County
501 SE Hawthorne Blvd
Portland, OR 97214-3587

Multnomah County Circuit Court
PO Box 78
Portland, OR 97207-0178

Multnomah County Dept. of Assessment, Record
501 SE Hawthorne Blvd
Room 175
Portland, OR 97214-3577

Multnomah County Division of
P O Box 2716
Portland, OR 97208-2716

Multnomah County Tax Assessor
Attn Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716

Multnomah County-DART
Assessment, Recording & Taxation
P.O.Box 2716
PORTLND, OR 97208-2716

Murutes, Michael
21322 NE Weidler Cir
Fairview, OR 97024-8732

NIPR LLC
718 Griffin Ave PMB 17
Enumclaw, WA 98022-3418

TIMOTHY F. NIXON
200 S Washington St #100
Suite 100
Green Bay, WI 54301-4298

NW Natural Gas
PO Box 6017
Portland, OR 97228-6017

Nass, Kari
12575 SW Pathfinder Ct
Tigard, OR 97223-5155

National Container Group
PO Box 5649
Carol Stream, IL 60197-5649

National Food Corporation
808 134th Street SW, Bldg. B, Suite 116
Everett, WA 98204-2300

Navigator Group Purchasing, Inc.
Attn: Gloria Barr, General Counsel
c/o Managed Health Care Associates, Inc.
25-A Vreeland Road, Suite 200
Florham Park, NJ 07932-1903

Neilan, Brigg
24050 SE Stark St.
Apt. 1033
Gresham, OR 97030-8105

Nelson Jameson
PO Box 1147
Marshfield, WI 54449-7147

Nestle Quality Assurance Inc.
445 State Street
Fremont, MI 49413-1000

Nestle USA
PO Box 841933
Dallas, TX 75284-1933

Nordson Corp
11475 Lakefield Drive
Duluth, GA 30097-1557

| | | |
|---|---|---|
| Nordson Corporation<br>300 Nordson Dr<br>Amherst, OH 44001<br>Amherst, OH 44001-2422 | Northwest Control Company Inc.<br>PO Box 22919<br>Portland, OR 97269-2919 | Northwest Food Processors Assoc.<br>8338 NE Alderwood Road, Suite 160<br>Portland, OR 97220-6811 |
| Northwest Natural Gas Company<br>PO Box 6017<br>Portland, OR 97228-6017 | NuBiome, Inc.<br>PO Box 60087<br>Palo Alto, CA 94306-0087 | ODOT/MCTD<br>3930 Fairview Industrial Dr SE<br>Salem, OR 97302-1166 |
| ODR<br>ATTN: Bankruptcy Unit<br>955 Center St NE<br>Salem, OR 97301-2555 | ODR<br>c/o Ellen Rosenblum, Attorney General<br>Oregon Department of Justice<br>1162 Court St, NE<br>Salem, OR 97301-4096 | ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 |
| Office Depot Credit Plan<br>P O Box 78004<br>Phoenix, AZ 85062-8004 | Official Committee of Unsecured Creditors, c<br>Leonard Law Group LLC<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258-2024 | Oil Filter Service Company<br>615 SE Market Street<br>Portland, OR 97214-3522 |
| Oilseeds<br>8 Jackson St<br>San Francisco, CA 94111-2022 | Oliveria, Christopher<br>51726 SW Old Portland Rd.<br>Scappoose, OR 97056-4000 | Oregon Dairy Products Commission<br>10505 SW Barbur Blvd, Suite 201<br>Portland, OR 97219-6853 |
| Oregon Department Of Agriculture<br>PO Box 4395, Unit 17<br>Portland, OR 97208-4395 | Oregon Employment Department<br>875 Union Street NE<br>Salem, OR 97311-0800 | Oregon Milk Marketing Federation<br>c/o David W. Criswell<br>Lane Powell, PC<br>601 SE Second Avenue, Suite 2100<br>Portland, OR 97204 |
| Oregon Tilth, Inc.<br>2525 SE 3rd Street<br>Corvallis, OR 97333-1641 | Organic West Milk, Inc.<br>129 W Main Street<br>Ripon, CA 95366-2419 | Osgood Industries, Inc.<br>P.O. Box 71745<br>Chicago, IL 60694-1745 |
| P & L Johnson Mechanical Inc.<br>PO Box 595<br>Astoria, OR 97103-0595 | PB Leiner<br>DEPT CH 19836<br>Palatine, IL 60055-0001 | PDF Seal<br>503 Acorn St<br>Deer Park, NY 11729-3601 |
| PPV, Inc.<br>PO Box 5935, Drawer # 2254<br>Troy, MI 48007-5935 | Pacific Coast Americas, LLC<br>PO Box 168<br>Monrovia, CA 91017-0168 | Pacific Foods Of Oregon, Inc.<br>19480 SW 97th Ave<br>Tualatin, OR 97062-8505 |
| Pacific Foods of Oregon, LLC<br>Attn: James Guyon<br>One Campbell Place<br>Camden, NJ 08103-1701 | Pacific Office Automation<br>14747 NW Greenbrier Parkway<br>Beaverton, OR 97006-5601 | Pacific Office Automation<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |

Pacific Office Automation
PO Box 51043
Los Angeles, CA 90051-5343

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Pacific Power
PO Box 25308
Salt Lake City, UT 84125-0308


Paetec
PO Box 9001013
Louisville, KY 40290-1013

Palaoro, Jeromie
19462 S Wild Bill Ct
Oregon City, OR 97045-7743

Paris, Christopher
11828 Southeast Pine Street
Portland, OR 97216-3752


Paul Brong Machine Works, Inc.
421 NE 12th Avenue
Portland, OR 97232-2786

Pennick, Doug
2606 E 26th Street
Vancouver, WA 98661-4502

Pennick, Evan
410 SE 95th Ave
Vancouver, WA 98664-3421


Pennick, Justin
410 SE 95th Ave
Vancouver, WA 98664-3421

Pennick, Kevin
2760 NE 7th Avenue
Portland, OR 97212-3119

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563


Penske Truck Leasing Company LP
PO Box 7429
Pasadena, CA 91109-7429

Peralta, Benjamin
230 NE 100th Avenue, #16
Portland, OR 97220-4427

Perez, Michael
17407 SW Inkster Dr.
Sherwood, OR 97140-8240


PermaCold, Inc.
c/o Elliott, Ostrander & Preston
Att: John Ostrander
707 SW Washington, Suite 1500
Portland, OR 97205-3532

Permacold Engineering Inc.
Attn: Shauna Ray
2945 NE Argyle Street
Portland, OR 97211-1948

Pete's Fresh Milk Delivery, LLC
27441 68th Ave S
Kent, WA 98032-7262


Peter Finley Fry
303 NW Uptown Terrace #1B
Portland, OR 97210-5500

Petersen, David
9406 NE 26th Ct.
Vancouver, WA 98665-9594

Phillips, Douglas
11625 SW 5th St., #1
Beaverton, OR 97005-2972


Pickens, Belinda
POB 6324
Vancouver, WA 98668-6324

Pierce, Michael
54703 Brodala Way
Scappoose, OR 97056-2136

Pingo, Ryan
6437 SE 137th Ave
Portland, OR 97236-7235


Piper, Steven
13447 SE Bush St
Portland, OR 97236-3323

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Platt Electric, Inc
PO Box 418759
Boston, MA 02241-8759

Pommerening, Jordan
315 SE 40th St
Troutdale, OR 97060-2570

Portland Disposal & Recycling Inc.
7202 NE 42nd Avenue
Portland, OR 97218-1195

Portland General Electric
PO Box 4438
Portland, OR 97208-4438

Prather, Dean
782 Moneda Ct., N
Keizer, OR 97303-5875

Price, James
1331 N Sarstoga St
Portland, OR 97217-5438

Pro Sales, Inc.
917 Valley Ave NW
Puyallup, WA 98371-2528

Pro-Western Plastics LTD
30 Riel Drive
St. Albert, AB T8N 3Z7
Canada

Provvista
PO Box 601154
Pasadena, CA 91189-1154

QCS Insurance Company
c/o SRS
18835 N. Thompson Peak Parkway Suite 210
Scottsdale, AZ 85255-6254

QCS Purchasing, LLC
901 Warrenville Rd #405
Lisle, IL 60532-4309

QCS Purchasing, LLC
PO Box 87618
Chicago, IL 60680-0618

Quality Chekd Dairies, Inc.
PO Box 6500
Chicago, IL 60680-6500

Quinton, Hunter
2056 SE 113th Ave
Portland, OR 97216-3619

CARLOS A RASCH
Multnomah County Attorney's Office
501 SE Hawthorne Blvd.
Suite 500
Portland, OR 97214-3501

DOUGLAS R RICKS
319 SW Washington St #520
Portland, OR 97204-2620

RMMJ Services Inc.
3307 Evergreen Way, Ste. 707-231
Washougal, WA 98671-2062

Rardin, Edward
2340 NE Rene Avenue
Gresham, OR 97030-3204

Raya, Stephen
3675 SE Brendon Ct
Milwaukie, OR 97267-5642

Recology
1850 NE Lafayette Ave
Mcminnville, OR 97128-3434

Reddaway Inc.
26401 Network Place
Chicago, IL 60673-1264

Reed, Michael
2570 NE Timothy Ln
Hillsboro, OR 97124-6296

Regala, Reynato
10 NE 162nd Ave #23
Portland, OR 97230-5878

Republic Services #472
PO Box 78829
Phoenix, AZ 85062-8829

Revelle, Kayla
35739 E Crown Point Hwy
Corbett, OR 97019-8691

Revive Brands
3900 Cypress Dr
Petaluma, CA 94954-5694

Richards, Michael
12705 SE Gladstone St
Portland, OR 97236-3633

Rick Wolf
388 S 10th St
Kalama, WA 98625-9770

Robertson, Mary
7415 N Fessenden St
Portland, OR 97203-1723

Rocky Mountain Power
PO Box 25308
Salt Lake City, UT 84125-0308

Rodda, Richard
6009 NE 39th Street
Vancouver, WA 98661-3221

Rodriguez, Katie
7767 SE Harrison St
Milwaukie, OR 97222-1139

Rogers Machinery Company Inc.
PO Box 230429
Portland, OR 97281-0429

Roto-Rooter
28655 SW Boones Ferry Road
Wilsonville, OR 97070-8216

Rumiano Cheese Company
PO Box 863
Willows, CA 95988-0863

Ryan, Patrick
2620 SW Hume St
Portland, OR 97219-3916

TIMOTHY A SOLOMON
Leonard Law Group LLC
1 SW Columbia
Suite 1010
Portland, OR 97258-2024

SVZ-USA Inc.
1700 N Broadway Ave
Othello, WA 99344-8918

SVZ-USA, Inc.
1700 N. Broadway
PO Box 715
Othello, WA 99344-0715

Safeguard Business Systems, dba Inspired Res
981 Powell Ave SW, Suite 135
Renton, WA 98057-2926

Salvage, Joshua
22920 W Bluff Dr.
West Linn, OR 97068-8257

Sammons, Matthew
42706 Hillcrest Loop Road
Astoria, OR 97103-8444

Sampson, Jack
4549 SE Knapp St
Portland, OR 97206-8331

Sanderson Safety Supply Co.
1101 SE 3rd Avenue
Portland, OR 97214-3399

Satanand, Steven
1608 NE Failing St
Portland, OR 97212-1343

Scott L. Jensen
Brownstein Rask LLP
1200 SW Main Street
Portland, OR 97205-2040

Scott Laboratories Inc
POB 4559
Petaluma, CA 94955-4559

Scott Laboratories Inc
1480 Cader Lane
Petaluma, CA 94954-7001

Sensient Flavors LLC
5115 Sedge Blvd
Hoffman Estates, IL 60192-3708

Separators Inc.
Dept CH 19595
Palatine, IL 60055-0001

Shepherd, Kristina
8121 SE Woodstock Blvd
Portland, OR 97206-5877

Silliker, Inc.
3155 Paysphere Circle
Chicago, IL 60674-0031

Silvia Del Campo
c/o Law Offices of Jacob Ermani
1516 South Broadway
Los Angeles, CA 90015-3031

Simplex Grinnell LP
Dept. Ch. 10320
Palatine, IL 60055-0320

SimplexGrinnell
50 Technology Dr
Attn: Bankruptcy
Westminster, MA 01441-0001

Sims, Emma
18200 NE  Couch St., #219
Portland, OR 97230-7271

Siquina, Agustin
8925 N Newell Ave #106
Portland, OR 97203-2863

Siquina, Juan
8316 N. Lombard St
PMB 296
Portland, OR 97203-3727

Smith Teamaker LLC
110 SE Washington St
Portland, OR 97214-2127

Smith, Roger
548 Bryant Hill Rd
Woodland, WA 98674-9278

Sofia Vasquez
c/o Law Offices of Jacob Emrani
1516 South Broadway
Los Angeles, CA 90015-3031

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn:  Angela Z. Miller
125 Main Street
Buffalo, NY 14203-2887

Sorrento Lactalis, Inc.
2376 South Park Avenue
Buffalo, NY 14220-2670

Souvanna, Luang
20615 SW Ravenswood St
Beaverton, OR 97078-5434

Spady, Gregory
POB 87508
Vancouver, WA 98687-7508

Speer, Michael
165 SW Gabbert Rd
Gresham, OR 97080-5220

Sprague Pest Control
PO Box 2222
Tacoma, WA 98401-2222

Spring Valley Dairy Inc.
PO Box 20970
Keizer, OR 97307-0970

Springfield Creamery
29440 Airport Road
Eugene, OR 97402-9537

Springfield Creamery, Inc.
c/o Hershner Hunter LLP, ATTN: GSL
180 East 11th Ave.
Eugene, OR 97401-3537

Spurdy, Aaron
470 NW Bella Vista Dr
Gresham, OR 97030-6633

Statco Eng. & Fabricators
PO Box 29901
Phoenix, AZ 85038-0901

State Of Washington
P O Box 47464
Olympia, WA 98504-7464

Stiebrs Farms Inc.
c/o Janis E. Stiebrs, President
PO Box 598
Yelm, WA 98597-0598

Stiebrs Farms, Inc.
PO Box 598
Yelm, WA 98597-0598

Stoel Rives, LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205-2587

Strada Capital Corporation
23046 Avenida De La Carlota #350
Laguna Hills, CA 92653-1528

Strada Capital Corporation
c/o Christopher Parsons, RA
23046 Avenida De La Carlota, #350
Laguna Hills, CA 92653-1528

Stumptown Coffee Roasters
100 SE Salmon Street
Portland, OR 97214-3370

Sturm Elevator, Inc.
PO Box 3008
Clackamas, OR 97015-3008

Summit Funding Group, Inc.
4680 Parkway Drive #300
Mason, OH 45040-7979

Summit Funding Group, Inc.
Lease Administration Group
PO Box 63-6488
Cincinnati, OH 45263-6488

Sunshine Dairy Foods Management, LLC
801 NE 21st Ave
Portland, OR 97232-2280

Swank & Swine, LLC
8630 SW Scholls Ferry Rd
Beaverton, OR 97008-6621

Sweet Oregon Berry Company
3005 Bypass Highway 18
Dayton, OR 97114

Sygma-Portland
13019 SE Jennifer St Suite 404
Clackamas, OR 97015-9061

TCF Equipment Finance
11100 Wayzata Blvd #801
Hopkins, MN 55305-5503

TCF Equipment Finance
11100 Wayzata Blvd, Ste 801
Hopkins, MN 55305-5503

TCF Equipment Finance A Division of TCF Nati
5200 SW Meadows Rd. Ste 150
Lake Oswego, OR 97035-0066

TED A TROUTMAN
5075 SW Griffith Dr.
STE 220
Beaverton, OR 97005-3045

Taylor-Made Labels, Inc..
P O Box 1000, Dept 148
Memphis, TN 38148-0148

Tetra Pak
DEPT CH 10803
Chicago, IL 60055-0803

Tetra Pak Inc.
Brian R. Anderson
Nexsen Pruet, PLLC
POB 3463
Greensboro, NC 27402-3463

The Standard Steel Companies
PO Box 4828
Portland, OR 97208-4828

Thermo Fluids, Inc
PO Box 7170
Pasadena, CA 91109-7170

Tic Gums, Inc.
4609 Richlunn Drive
Belcamp, MD 21017-1228

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Industries
Attn: Commercial Finance
PO Box 660926
Dallas, TX 75266-0926

Toyota Industries Commercial Finance, Inc.
c/o Weltman, Weinberg & Reis Co. LPA
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1009

Toyota Lift Northwest
Attn: Mail Stop 98
PO Box 4100
Portland, OR 97208-4100

Toyota Motor Credit Corp
6565 Headquarters Dr.
Plano, TX 75024-5965

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Toyota Motor Credit Corporation
c/o CT Corporation System, RA
780 Commercial St SE Ste 100
Salem, OR 97301-3465

Toyota Motor Industries Commerical
Finance, Inc.
PO Box 9050
Coppell, TX 75019-9050

Travel Card Commercial Fueling,
a division of Truck 'N Travel
c/o Andrew P. Parks
800 Willamette Street, Suite 800
Eugene, OR 97401-2996

Travelcard Commercial Fueling
PO Box 71458
Springfield, OR 97475-0198

Tree Top Inc.
PO Box 248
Selah, WA 98942-0248

Tribeca Transport
1415 Port Way
Woodland, WA 98674-9583

Trogdon, Michael
33201 SE Kelso Rd
Boring, OR 97009-9059

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099

UHF Purchasing - MHA Inc.
PO Box 789
Florham Park, NJ 07932-0789

UPS
PO Box 894820
Los Angeles, CA 90189-4820

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

US Trustee, Portland
620 SW Main St #213
Portland, OR 97205-3026

Umpqua Dairy Products Co.
PO Box 1306
Roseburg, OR 97470-0320

Unified Grocers
PO Box 60064
City Of Industry, CA 91716-0064

United Brands, Inc.
170 Associated Road
South San Francisco, CA 94080-6016

United Site Services of Nevada, Inc.
P O Box 53267
Phoenix, AZ 85072-3267

University Of Nebraska-Lincoln
PO Box 886205
Lincoln, NE 68588-6205

Upward Technology
2636 NW 26th Ave,Suite 201
Portland, OR 97210-1848

ROBERT J VANDEN BOS
319 SW Washington #520
Portland, OR 97204-2620

VMS Aseptic Filling
PO Box 10252
Largo, FL 33773-0252

VMS USA Inc.
P.O. Box 10252
Largo, FL 33773-0252

| | | |
|---|---|---|
| Valley Falls Farm, LLC<br>c/o Bryan P. Coluccio<br>Keystone-Pacific, LLC<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 | Valley Falls Farm, LLC<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 | Valley Falls Farm, LLC<br>c/o Keystone-Pacific, LLC<br>Kaye N. Barnes, RA<br>9955 SW Potano St<br>Tualatin, OR 97062-8619 |
| Ventura Foods, LLC<br>2281 Shadetree Circle<br>Brea, CA 92821-4402 | Verifract<br>1680 Meridan Ave, Suite 402<br>Miami Beach, FL 33139-2718 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Vinyard, Michael<br>15504 NE 48th St<br>Vancouver, WA 98682-5203 | Vivolac Cultures Corporation<br>6108 West Stoner Drive<br>Greenfield, IN 46140-7383 | W.W. Grainger, Inc.<br>401 South Wright Road W4E C37<br>Janesville, WI 53546-8729 |
| WA Department of Revenue<br>Attn: Doug Houghton<br>2101 4th Ave Ste 1400<br>Seattle, WA 98121-2300 | THOMAS K WOLF<br>5200 SW Meadows Rd., Ste 150<br>Lake Oswego, OR 97035-0066 | Waste Management<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023-3109 |
| Waste Management of Oregon<br>PO Box 541065<br>Los Angeles, CA 90054-1065 | Wayne Peterson<br>200 Main Street<br>Fairview, OR 97024-3705 | Weatherly, Marylyn<br>15631 S Tioga Rd.<br>Oregon City, OR 97045-9528 |
| Welch, Marcus<br>10211 SE Clinton St.<br>Portland, OR 97266-1350 | Wells Fargo Bank, N.A.<br>300 Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069-4417 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120-7777 |
| Wells Fargo Vendor Financial Services, LLC<br>Attn.: Kimberly Park<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | Western Conference of Teamsters<br>Pension Trust Fund<br>Russell J. Reid, Attorney<br>100 W Harrison St N Tower #300<br>Seattle, WA 98119-4116 | Western States Equipment Co.<br>PO Box 3805<br>Seattle, WA 98124-3805 |
| Will H. Knox Company, Inc.<br>6034 NE 60th Avenue<br>Portland, OR 97218-2910 | Willamette View<br>13021 SE River Rd<br>Portland, OR 97222-8063 | Williams, Anthony<br>12807 SE Cooper St.<br>Portland, OR 97236-8901 |
| Williams, Mattison<br>6635 N. Columbia Way<br>Portland, OR 97203-1806 | Windsor, Marc<br>3136 SE 175th Place<br>Portland, OR 97236-1102 | Windstream (Paetec)<br>P O Box 9001013<br>Louisville, KY 40290-1013 |
| Winters, John<br>18621 Boynton St<br>Oregon City, OR 97045-3912 | Wolf, Richard<br>388 South 10th Street<br>Kalama, WA 98625-9770 | Workforce QA<br>1430 South Main Street, Suite C<br>Salt Lake City, UT 84115-5338 |

```
Wright, Frank                        Wymore Transfer Company           Wymore Transfer Company, Inc
13232 SE Bush St                     7420 SW Bridgeport Road           PO Box 519
Portland, OR 97236-3320              Suite 101                         Clackamas, OR 97015-0519
                                     Tigard, OR 97224-7790


XPO Logistics                        Xenium Resources                  Young, Troy
PO Box 5160                          7401 SW Washo Court, Suite 200    11545 SE Lincoln Ct.
Portland, OR 97208-5160              Tualatin, OR 97062-8343           Portland, OR 97216-3652


Zentis North America, LLC            iPROMOTEu                         iTi Tropicals, Inc.
75 Remittance Drive Suite 6026       Dept LA 23232                     1 Walnut Grove Drive
Chicago, IL 60675-6026               Pasadena, CA 91185-0001           Horsham, PA 19044-2201


iTi tropicals, Inc.
30 Gordon Avenue
Lawrenceville, NJ 08648-1033
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
City of Portland                     (d)City of Portland               Ford Motor Credit Company LLC
City of Portland                     City Attorney's Office            PO Box 62180
City Attorney's Office               1221 SW 4th Ave Rm 430            Colorado Springs, CO 80962
1221 SW 4th Ave Rm 430               Portland OR 97204
Portland, OR 97204


IRS                                  Mackenzie                         Pacific Power
Attn: Attorney General of United States  PO Box 14310                  1033 NE 6th Avenue
10th Constitution NW #4400           Portland, OR 97293                Portland, OR 97256-0001
Washington, DC 20530


(d)Portland Water Bureau             Toyota Financial Services         (d)Toyota Motor Credit Corporation
PO Box 4216                          PO Box 5855                       PO Box 5855
Portland, OR 97208-4216              Carol Stream, IL 60197            Carol Stream, Il 60197
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Alford, Johnathan
19100 E. Burnside St. APT E336
Portland, OR 97233
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alpenrose Dairy, Inc.

(d)Clow Roofing & Siding Co.
434 N Tillamook St.
Portland, OR 97227-1898

(u)Country Lane Dairy, LLC

(d)Country Lane Dairy, LLC
18555 SW Teton Ave
Tualatin, OR 97062-8842

(d)Electric, Inc.
PO Box 820386
Vancouver, WA 98682-0008

(u)Estate of John D. Karamanos, III

(d)Foodline Piping Products Co.
225 Edgewood Avenue
West Berlin, NJ 08091-2615

(d)Ford Motor Credit Co.
PO Box 552679
Detroit, Mi 48255-2679

(u)KBTG, Inc. (dba Sierra Organics)

(u)Larsen's Creamery

(du)Larsen's Creamery, Inc.

(u)Mayfield Farm, LLC

(d)NIPR, LLC
718 Griffin Ave
PMB 17
Enumclaw, WA 98022-3418

(u)Oregon Milk Marketing Federation

(d)SVZ-USA, Inc.
1700 N. Broadway
PO Box 715
Othello, WA 99344-0715

(d)Scott Laboratories, Inc.
PO Box 4559
Petaluma, CA 94955-4559

(d)Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203-2887

(u)Springfield Creamery, Inc.

(d)Springfield Creamery, Inc.
c/o Hershner Hunter LLP, ATTN: GSL
180 East 11th Ave.
Eugene, OR 97401-3537

(u)TCF Equipment Finance, Inc.

(u)Toyota Industries Commercial Finance

(du)Toyota Industries Commercial Finance, Inc

(u)Umpqua Dairy Products Company

(u)Valley Falls Farms, LLC

End of Label Matrix
Mailable recipients    519
Bypassed recipients     24
Total                  543