Douglas R. Ricks, OSB #044026
Robert J Vanden Bos, OSB #781002
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR  97204
Telephone:  503-241-4869
Fax:  503-241-3731

    Of Attorneys for Sunshine Dairy Foods Management, LLC
    Debtors-in-Possession

Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Attorneys for Karamanos Holdings, Inc.,
    Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sunshine Dairy Foods Management, LLC<br>and<br>Karamanos Holdings, Inc.,<br><br><br><br>                   Debtors-in-Possession. | Bankruptcy Case Nos.<br><br>18-31644-pcm11 (Lead Case)<br><br>18-31646-pcm11<br><br>DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND DETERMINE CURE AMOUNTS |

Debtor-in-Possession, Sunshine Dairy Foods Management, LLC ("Sunshine" or "Debtor"), requests entry of an order (1) authorizing Debtor to assume and assign the executory contracts and unexpired leases set forth on the attached **Exhibit A** (the "Contracts") and for a determination of the cure amounts on such Contracts, and (2)

Page 1 of 8     DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

establishing a notice procedure for the assumption and assignment of additional executory contracts and unexpired leases ("Additional Contracts") and a determination of the cure amounts on such Additional Contracts. In support of this Motion, Debtor represents as follows:

1. On May 9, 2018 (the "Petition Date"), Sunshine filed voluntary a petition under Chapter 11 of the United States Bankruptcy Code.

2. Pursuant to Sections 1107 and 1108 of the Code, Sunshine is continuing in possession of its property and is operating and managing Sunshine's business as a debtor-in-possession.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the standing order of reference of the District Court. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

4. Sunshine seeks authority to assume and assign the Contracts and a determination on cure amounts for such Contracts as set forth on the attached **Exhibit A** and to establish a notice procedure for the assumption, assignment, and cure cost determination with respect to any Additional Contracts.

5. The assumption and assignment of the Contracts at this time on the terms stated below, and the establishment of notice procedures with respect to any Additional Contracts, are appropriate and in the best interests of Sunshine's estate.

6. Pursuant to Code Sections 365 and 105, Debtor requests authority to assume and assign the Contracts and any Additional Contracts pursuant to terms of the proposed Order to be submitted by Debtor.

Page 2 of 8    DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY
CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

## BACKGROUND

7. On the Petition Date, Sunshine and Karamanos Holdings, Inc. ("KHI") (collectively "Debtors") filed two (2) voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. KHI manages Sunshine and related properties as debtors-in-possession pursuant to §§1107(a) of the Bankruptcy Code. No request for appointment of an examiner has been made, no request to remove Debtors as debtors-in-possession has been made, and no committees have been appointed or designated.

8. KHI owns 94% of the outstanding membership interest of Sunshine. KHI also owns Sunshine Dairy Enterprises, Inc. ("SDE"). SDE owns the remaining 6% of Sunshine's outstanding membership interest.

9. Sunshine is a limited liability company headquartered in Portland, Multnomah County, Oregon. KHI is an Oregon corporation headquartered in Portland, Multnomah County, Oregon. Debtors are in the business of manufacturing, packaging, and distributing dairy, non-dairy, and other related food products throughout the United States of America. The Debtors are the successors to the dairy delivery business founded in 1935 by John Karamanos.

10. Debtors have executed an Asset Purchase Agreement with Lyrical Foods, Inc. ("Lyrical") dated August 10, 2018 (the "APA") for the sale of certain assets to Lyrical (as defined in the APA, the "Acquired Assets").

11. On August 24, 2018, the Bankruptcy Court granted the Joint Motion for Approval of Bidding Procedures, Overbid Protection, Break Up Fee, and Form and Manner of Notice of Sale (an Order forthcoming together with the Bidding Procedures attached thereto, the "Bid Procedures Order").

Page 3 of 8   DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

12. On August 21, 2018, Debtors served a Notice of Intent to Sell Property, Compensate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing ("Sale Notice") and a Notice of Intent to Assume and Assign Executory Contracts and Determine Cure Amounts; Notice of Hearing Thereon ("Assumption Notice"). In accordance with the Sale Notice, Assumption Notice, APA, and Bid Procedures Order, Debtors intend to seek approval of a sale of the Acquired Assets to Lyrical or such other bidder as may be the Successful Bidder (as defined in the Bid Procedures Order) before the Court on September 17, 2018.

13. Sunshine intends to assume and assign (a) to Lyrical those Contracts identified on Exhibit B to the APA (and also attached hereto as **Exhibit B**), as may be modified in accordance with the terms of the APA (including the addition of any other Contracts and/or Additional Contracts), or (b) to the Successful Bidder those Contracts and Additional Contracts that the Successful Bidder identifies in its bid, as may be modified by that bidder at any auction held pursuant to the Sale Notice and Bid Procedures Order. Debtor seeks to an order on this Motion considered at a hearing before the Court on September 17, 2018 in conjunction with the hearing on the sale of the Acquired Assets set forth in the Sale Notice.

**CONTRACTS TO BE ASSUMED AND ASSIGNED**

14. Exhibit A lists, with respect to each Contract or Additional Contract, the amounts that the Debtor has determined will be, as of the closing date of the sale to Lyrical or other Successful Bidder, as the case may be, the amounts necessary to be paid by the Debtor pursuant to Section 365 of the Bankruptcy Code in order to cure any existing

Page 4 of 8   DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

breaches and default in accordance with Sections 365(b) and 365(f)(2) of the Bankruptcy Code or to provide any adequate assurance of future performance required under Section 365(b)(1)(C) of the Bankruptcy Code and assume and assign such Contract to Lyrical or the Successful Bidder (the "Cure Amount").

15. The deadline for any counterparty to any Contract to object to the assumption and assignment of its respective Contract or to the Cure Amount set forth on Exhibit A shall be September 11, 2018 (the "Contract Objection Deadline").

16. On September 6, 2018, additional parties may seek to become "Qualified Bidders" and submit "Qualified Bids" to the Debtors as those terms are defined in the Bid Procedures Order. One of the requirements of a Qualified Bid is that the Qualified Bidder submit a complete list of executory contracts and unexpired leases to be assumed and assigned in accordance with its proposed bid.

17. On September 7, 2018, Debtor will notify all executory contract counterparties of the intent of each other Qualified Bidder with respect to the assumption and assignment of Contracts and any Additional Contracts. Any counterparty to any Additional Contract that the Debtor seeks to assume and assign, including any Additional Contract designated by Lyrical pursuant to the terms of the APA, will have until the date that is fourteen (14) days from the date of the sending of notice of the Debtor's intent to assume and assign such Additional Contract (which notice shall include the proposed Cure Amount with respect thereto) to object to the assumption and assignment or proposed Cure Amount with respect to such Additional Contract (the "Additional Contract Objection Deadline," and together with the Contract Objection Deadline, the "Objection Deadline").

Page 5 of 8   DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY
          CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

18. A final determination of which Contracts and Additional Contracts will be assumed and assigned to the Successful Bidder will be made at the conclusion of the bidding process on September 13, 2018. Debtor intends to reject any executory contracts that are not assigned to the purchaser of the assets.

## RELIEF REQUESTED

19. Any objection by a counterparty to a Contract or Additional Contract must be filed and served upon the Debtor by the applicable Objection Deadline and must specify the grounds for such objection, including stating the alleged cure amount (including, on a transaction by transaction basis, calculations and detail of specific charges and dates, and any other amounts receivable or payable supporting such alleged cure amount) if the counterparty disagrees with the proposed Cure Amount and any other defaults or termination events that the counterparty alleges must be cured to effect assumption and assignment of such Contract or Additional Contract.

20. Unless a counterparty or any other entity properly and timely files an objection to the assumption of its Contract or Additional Contract by the applicable Objection Deadline, the Debtor may assume and assign such Contract or Additional Contract in accordance with the provisions of the APA and this Motion, subject to the occurrence of the closing, without further order or notice of hearing, subject only to the payment of the Cure Costs (as set forth in the APA or any other purchase agreement approved by the Court, as applicable). If an objection is filed and served by the applicable Objection Deadline, and the objection cannot be resolved consensually, then the objection shall be heard at the sale hearing or, with respect to any Additional Contract for which the Objection Deadline has not

Page 6 of 8    DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY
CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

expired prior to the sale hearing and as to which the objector requires additional time before a hearing, such other date as the Court may determine.

21. The Debtor requests that unless a counterparty files an objection to this Motion or any subsequent notice with respect to an Additional Contract asserting a claim for any amounts due and owing under an executory contract and/or unexpired lease in an amount different than the Cure Amount referenced in this Motion or such subsequent notice with respect to an Additional Contract (the "Disputed Cure Amount") by the applicable Objection Deadline, such counterparty to the applicable Contract or Additional Contract shall be forever barred from asserting a Cure Amount different from that set forth in this Motion or such subsequent notice and from asserting any additional cure or other amounts with respect to its Contract or Additional Contract, relating to the period prior to assignment.

22. Pursuant to the Bid Procedures Order, the second or otherwise best qualified bid submitted by the bid deadline as modified by a that bidder at the auction, shall remain open and irrevocable through the consummation of the final agreements and closing of the sale with the Successful Bidder. The Debtor intends to seek a conditional order approving the assumption and assignment of executory contracts to the Successful Bidder. To the extent the Successful Bidder fails to close then the conditional order will provide that the executory contracts identified by the second highest or otherwise best qualified bidder shall be those contracts which shall be assumed and assigned to the second highest bidder.

23. Sunshine asserts that assumption and assignment of the Contracts and adoption of the notice procedures described herein with respect to Additional Contracts at this time is appropriate and in the best interest of its estate.

Page 7 of 8  DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY
CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

24. Debtor requests that the 14-day stay provided by Bankruptcy Rule 6006(d) be waived.

WHEREFORE, the Sunshine requests an order authorizing Sunshine's assumption and assignment of the Contracts as described on **Exhibit A** and implementing notice procedures with respect to Additional Contracts and pursuant to the proposed Order to be submitted by the Debtor, and for such further relief as the Court deems just and proper.

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor-in-Possession
   Sunshine Dairy Foods Management, LLC

Page 8 of 8   DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY
              CONTRACTS AND DETERMINE CURE AMOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 418    Filed 08/24/18

| NO. | Name of Contracting Party | Title | Date Entered Into | Cure Amounts |
|---|---|---|---|---|
| 1 | ADS Group<br>PO Box 15270<br>Irvine, CA 92623 | Lease assigned from Balboa Capital Corporation -UCC #91069271; Balboa Acct No. 214006-005 - Lease of 4 Trailers; Quarterly Payments of $8785.35<br>5 Qtrly Payments | | $0.00 |
| 2 | AR Arena Products, Inc.<br>2101 Mt. Read Blvd<br>Rochester, NY 14615 | Totes for East Plan | | $21,715.15 |
| 3 | Balboa Capital Corp<br>575 Anton Blvd 12th Floor<br>Costa Mesa, CA 92626 | Alternate Address - Leases serviced through Elm Services, ADS Group and Hanmi Bank (assigned to Banc of California) | | |
| 4 | Hanmi Bank<br>Assigned Claim Bank of California, NA<br>3660 Wilshire Blvd.<br>Los Angeles, CA 91001 | UCC #90963365;Agreement #10-013357/9-BRO-1197 8 dated 8/25/16; Lease of (10) Microsoft Dynamics-NAV/JustFoo dERP-10 Full Users; (0.198) 24% (possible duplicate of UCC 90963776) | | $3,123.15 |
| 5 | Hanmi Bank<br>Assigned Claim Bank of California, NA<br>3660 Wilshire Blvd.<br>Los Angeles, CA 91001 | UCC #90963776; Agreement #10-013357/9-BRO-1197 8 dated 8/25/16; Lease of (10) Microsoft Dynamics-NAV/JustFoo dERP-10 Full Users; (0.198) 24% Enhancement | | $0.00 |
| 6 | Columbia Oregon 98th Ave Industrial LLC<br>PO Box 848138-076<br>Dallas, TX 75284 | DC Lease | | $22,047.95 |
| 7 | Elm Services<br>PO Box 15270<br>Irvine, CA 92623 | Lease assigned from Balboa Capital Corporation - UCC #90451311; Balboa Acct No. 214006-001 - Lease of East Plant Filler; 2 Quarterly payments of $8,223/Qtr 2 Qtrly Payments | | $19,985.90 |
| 8 | Elm Services<br>PO Box 15270<br>Irvine, CA 92623 | Lease assigned from Balboa Capital Corporation - UCC #90548548; Balboa Acct No. 214006-002 -Lease of A&E Case Erector + Taper; Quarterly payments of$11,122.03 - 7 Qtrly Payments | | $25,057.97 |
| 9 | Gerber Products Company | Supply Agreement | December 1, 2009 | |

**Assumed Executory Contracts**

| | | | | |
|---|---|---|---|---|
| 10 | J & D<br>12300 SE Carpenter Dr.<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage | | $5,306.36 |
| 11 | Local No. 305 (Teamsters, Dairy, Bakekry & Food Processors, Industrial, Technical & Automotive) | Plant and Drive Agreement | March 1, 2014 | $0.00 |
| 12 | Local No. 305 (Teamsters, Dairy, Bakekry & Food Processors, Industrial, Technical & Automotive) | Labor Agreement | September 1, 2016 | $0.00 |
| 13 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Contract #45610 Unit#538961 - Lease of 53ft Reefer Roll; $.05/mile, $950/mth Expires 8/31/18 | | $7,179.87 |
| 14 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Unit #53963; lease of 53ft Reefer Roll - Expires 8/1/18 | | |
| 15 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Unit #541560  Contract #42981   Rental of 53ft Van 102 in Swing; $200/week | | |
| 16 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Contract #48675 Unit #532239 - Rental of 53ft Reefer Roll; $.06/mile$1,250/mth | | |
| 17 | Pacific Office Automation<br>14747 NW Greenbrier Parkway<br>Beaverton, OR 97006 | Service contract on Printers | | $1,072.04 |
| 18 | Pacific Office Automation<br>PO Box 51043<br>Los Angeles, CA 90051 | Service contract on Printers; $2,300 per month - 60 month terms, starting: 2/14 | | $2,789.35 |
| 19 | Peak | Supply Agreement | | |
| 20 | Penske Truck Leasing Company LP<br>PO Box 7429<br>Pasadena, CA 91110-7429 | TruckFleet Rentals -See Exhibit I for details | | $62,235.75 |
| 21 | Reser's | Supply Agreement | | |

**Assumed Executory Contracts**

| # | | Co-Packing Agreement | September 15, 2017, as amended | |
|---|---|---|---|---|
| 22 | Ripple Foods, Inc. | | | |
| 23 | Strada Capital Corporation<br>23046 Avenida De La Carlota #350<br>Laguna Hills, CA 92653 | Equipment Agreement | | $10,150.20 |
| 24 | Summit Funding Group, Inc.<br>Lease Administration Group<br>PO Box 63-6488<br>Cincinnati, OH 45263 | Lease of MilkoScan Mars system - UCC 90718706; Monthly payments of $737.69 - Expires 6/1/2021 | | $670.63 |
| 25 | SVZ-USA, Inc.<br>c/o Jonathan Edwards<br>Earl Law Group PLLC<br>1334 S Pioneer Way<br>Moses Lake, WA 98837 | Contract for strawberry puree. 1507954 -Organic Strawberry Puree Packaging -aseptic, cartons, 44 lb. fill; Volume -22,000 lbs./month -264,000 lbs/year - Validity dates-11/1/2017 -10/31/2018; Price - $1.38/lb., FOB Othello, WA | | |
| 26 | TCF Equipment Finance<br>11100 Wayzata Blvd #801<br>Hopkins, MN 55305 | Lease assigned from Balboa Capital Corporation - UCC #91069288; Balboa Acct No. 214006-006 -Lease of handhelds and printers; no payments due in 2018 Ends with Q1 2019 payment | | $10,522.63 |
| 27 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | Autoclave Table Top | | $612.40 |
| 28 | Wymore Transfer Company aka Wy-5<br>12061 SE Hwy 212<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage | | $8,258.70 |
| 29 | Wymore Transfer Company, Inc.<br>12651 SE Capps Rd<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage | | |

# EXHIBIT B

## Assumed Executory Contracts

| Name of Contracting Party | Title | Date Entered Into | Cure Amounts |
|---|---|---|---|
| Gerber Products Company | Supply Agreement | December 1, 2009 | $0.00 |
| Ripple Foods, Inc. | Co-Packing Agreement | September 15, 2017, as amended | $0.00 |
| Local No. 305 (Teamsters, Dairy, Bakekry & Food Processors, Industrial, Technical & Automotive) | Plant and Drive Agreement | March 1, 2014 | $0.00 |
| Local No. 305 (Teamsters, Dairy, Bakekry & Food Processors, Industrial, Technical & Automotive) | Labor Agreement | September 1, 2016 | $0.00 |

<u>In re Sunshine Dairy Foods Management, LLC</u>
Ch 11 Bankruptcy Case No. 18-31644-pcm11(Lead Case)
<u>In re Karamanos Holdings, Inc.</u>;
Ch 11 Bankruptcy Case No. 18-31646-pcm11

CERTIFICATE - TRUE COPY

DATE:       August 24, 2018

DOCUMENT:   DEBTOR'S MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND DETERMINE CURE AMOUNTS

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

    Dated: August 24, 2018

                                VANDEN BOS & CHAPMAN, LLP

                                By:<u>/s/Douglas R. Ricks</u>
                                   Douglas R. Ricks, OSB #044026
                                   Of Attorneys for Debtor-in-Possession
                                   Sunshine Dairy Foods Management, LLC

In re  Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Debtors:**

Sunshine Dairy Foods Management, LLC
Attn:  Norman Davidson, III
801 NE 21st Ave.
Portland, OR  97232

Karamanos Holdings, Inc.
Attn:  Norman Davidson, III
801 NE 21st Ave.
Portland, OR  97232

**Unsecured Creditors Committee:**

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./
General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

High Desert Milk
c/o Steven Tarbet, CFO
1033 Idaho Avenue
Burley, ID 83318

Electric Inc.
c/o Christopher C. Winston, President
P.O. Box 820386
Vancouver, WA 98682

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St.
Commerce, CA 90040

Stiebrs Farms, Inc
c/o Janis E. Stiebrs, President
P.O. Box 598
Yelm, WA 98597

**S.E.C.**

SEC
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles CA 90071-9591

**Secured Creditors:**

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI  53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719

First Business Capital Corp.
c/o Albert N. Kennedy
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR  97204

First Business Capital Corp.
c/o Michael Fletcher
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR  97204

Ford Motor Credit Company
PO Box 552679
Detroit, Mi 48255

Ford Motor Credit Company LLC
c/o CT Corp. System, RA
780 Commercial St SE Ste 100
Salem, OR 97301

Ford Motor Credit Company
c/o McCarthy Holthus
PO Box 552679
Detroit, MI 48255
VIA EMAIL: jbarrett@mccarthyholthus.com

Strada Capital Corporation
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA  92653;

Strada Capital Corporation
c/o Christopher Parsons, R.A.
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA  92653

LCA Bank Corporation
1375 Deer Valley Drive, Ste. 218
Park City UT  84060

LCA Bank Corporation
c/o Thomas T. Billings,
Registered Agent
15 West South Temple Ste 1700
Salt Lake City, UT 84101

Multnomah Assessment & Taxation
501 SE Hawthorne,1st Floor
P.O. Box 5007
Portland, OR  97208

Multnomah County Tax Assessor
Attn Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716
VIA EMAIL: dartcs@multco.us

Toyota Motor Credit Corporation
PO Box 5855
Carol Stream, Il 60197

Toyota Motor Credit Corp
6565 Headquarters Dr.
Plano, TX 75024

Toyota Motor Credit Corporation
 c/o CT Corporation System, RA
780 Commercial St SE Ste 100
Salem, OR 97301

 **Initial Bidder:**

Bill Warren
Wilmer Hale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA

**IRS**:

IRS
Attn: Attorney General
of United States
10th Constitution NW #4400
Washington, DC 20530

IRS
Attn: Civil Process Clerk
U.S. Attorney
District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Oregon Dept. of Revenue**:

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301

ODR
c/o Ellen Rosenblum, Attorney General
Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096

**U.S. Attorney's Office:**

U.S. Attorney,
District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

**Non-Debtor Parties to Executory Contracts and Leases:**

ADS Group
PO Box 15270
Irvine, CA 92623

All American First Aid & Safety
16055 SW Walker Rd Ste 196
Beaverton, OR 97006

Americold
1440 Silverton Rd.
Woodburn, OR 97071

AR Arena Products, Inc.
2101 Mt. Read Blvd
Rochester, NY 14615

Balboa Captial Corp
575 Anton Blvd 12th Floor
Costa Mesa, CA 92626

Beaver Sports Properties, LLC
c/o Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Cintas Corporation - 463
PO Box 650838
Dallas, TX 75265

Columbia Oregon 98th Ave
  Industrial LLC
PO Box 848138-076
Dallas, TX 75284

Elm Services
PO Box 15270
Irvine, CA 92623

Eroad Inc.
7618 SW Mohawk Street
Tualatin, OR 97062

Harvest Food Solutions, LLC
501 SE Columbia Shores Blvd
Suite 525
Vancouver, WA 9866

IGI Resources, Inc.
12124 Collections Center Dr.
Chicago, IL 60693

J & D
12300 SE Carpenter Dr.
Clackamas, OR 97015

KPA Services, LLC
PO Box 301526
Dallas, TX 75303

McKinney Trailer Rentals
12008 Inverness Dr
Portland, OR 97220

Pacific Office Automation
14747 NW Greenbrier Pkwy
Beaverton, OR 97006

Pacific Office Automation
PO Box 41602
Philadelphia, PA 19101

Pacific Office Automation
PO Box 51043
Los Angeles, CA 90051

Paetec
PO Box 9001013
Louisville, KY 40290

Penske Truck Leasing Company LP
PO Box 7429
Pasadena, CA 91110-7429

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250

Sprague Pest Control
PO Box 2222
Tacoma, WA 98401

Summit Funding Group, Inc.
Lease Administration Group
PO Box 63-6488
Cincinnati, OH 45263

Sunshine DC
16117 SW 98th Ave, Bldg B
Clackamas, OR 97015

TCF Equipment Finance
11100 Wayzata Blvd #801
Hopkins, MN 55305

Toyota Industries
Attn: Commercial Finance
PO Box 660926
Dallas, TX 75266

Toyota Industries
Attn: Commercial Finance
PO Box 660926
Dallas, TX 75266

Toyota Lift Northwest
Attn: Mail Stop 98
PO Box 4100
Portland, OR 97208

Toyota Motor Industries
Commercial Finance, Inc.
PO Box 9050
Coppell, TX 75019

Upward Technology
2636 NW 26th Ave, Ste 201
Portland, OR 97210

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

Verifract
5301 Blue Lagoon Dr., Ste 180
Miami, FL 33126

Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120

Workforce QA
1430 South Main Street, Suite C
Salt Lake City, UT 84115

<u>In re Sunshine Dairy Foods Management, LLC</u>;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
<u>In re Karamanos Holdings, Inc.</u>;
Bankruptcy Case No. 18-31646-pcm11
Service List

Wymore Transfer Company
aka Wy-5
12061 Se Hwy 212
Clackamas, OR 97015

Wymore Transfer Company, Inc
12651 SE Capps Rd
Clackamas, OR 97015

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

**The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.**