**Justin D. Leonard**, OSB 033736
    Direct:  971.634.0192
    Email:  jleonard@LLG-LLC.com
**Timothy A. Solomon**, OSB 072573
    Direct:  971.634.0194
    Email:  tsolomon@LLG-LLC.com
**LEONARD LAW GROUP LLC**
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
Fax:  971.634.0250

Attorneys for Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Sunshine Dairy Foods Management, LLC**;<br>and **Karamanos Holdings, Inc.**,<br><br>                        Joint Debtors | Case No. 18-31644-pcm11 (Lead Case)<br>Case No. 18-31646-pcm11<br><br>**NOTICE OF HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE THE JOINTLY ADMINISTERED DEBTORS INTO ONE BANKRUPTCY ESTATE** |

      As a creditor or other interested party in this case, you are hereby given notice that the Official Committee of Unsecured Creditors appointed in the Sunshine Dairy Foods Management, LLC chapter 11 case (the "**Committee**") has filed a motion (the "**Motion**") with the Court to substantively consolidate the bankruptcy estates of the two jointly-administered debtors listed in the caption above (the "**Debtors**") as of the date both bankruptcy cases were filed: May 9, 2018.

      <u>Substantive consolidation generally results in the pooling of assets and liabilities of both bankruptcy estates and could substantively affect the rights of creditors and interested parties.</u> The Debtors' cases were previously consolidated for joint administration.

      The Motion has been filed with the Court and may be inspected at the clerk's office at the address shown below, or upon request from the undersigned counsel at tsolomon@LLG-LLC.com or 971.634.0194.

      **YOU ARE NOTIFIED THAT A HEARING** to consider and act on the Motion, at which testimony and evidence will be received, **WILL BE HELD** on **October 19, 2018 at 9:00 a.m.** in Courtroom 1, United States Bankruptcy Court, 1001 SW Fifth Avenue, Seventh Floor, Portland, OR 97204.

      **YOU ARE FURTHER NOTIFIED** that the deadline to file an objection to the Motion is **October 10, 2018**. Objections must set forth the specific grounds for the objection and your relation to the case and must be filed with the clerk of court at 1001 SW 5th Ave #700, Portland,

**Page 1 -** NOTICE OF HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE THE JOINTLY ADMINISTERED DEBTORS INTO ONE BANKRUPTCY ESTATE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
www.leonard-law.com

Case 18-31644-pcm11    Doc 437    Filed 08/30/18

OR 97204 and served on Timothy A. Solomon, Leonard Law Group LLC, 1 SW Columbia, Ste. 1010, Portland, OR 97258.

DATED: August 30, 2018

LEONARD LAW GROUP LLC

By: /s/ Timothy A. Solomon
Timothy A. Solomon, OSB 072573
Counsel for Official Committee of Unsecured Creditors

On August 30, 2018, I will have served copies of this Notice via ECF and by mail to the entire creditor matrix in each Debtor's case.

LEONARD LAW GROUP LLC

By: /s/ Timothy A. Solomon
Timothy A. Solomon, OSB 072573

Page 2 - **NOTICE OF HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE THE JOINTLY ADMINISTERED DEBTORS INTO ONE BANKRUPTCY ESTATE**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
www.leonard-law.com

Case 18-31644-pcm11    Doc 437    Filed 08/30/18