| | | |
|---|---|---|
| 09/17/2018 | MONDAY | Judge Peter C McKittrick |
| 9:00 AM 18-31644 pcm 11 bk | Sunshine Dairy Foods Management, LLC | |

Notice of Intent to Sell Property, Compensate Broker, and/or Pay any Secured Creditors' Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Filed By Debtor Sunshine Dairy Foods Management, LLC (RICKS, DOUGLAS) (399)

| | |
|---|---|
| Sunshine Dairy Foods | ROBERT J VANDEN BOS |

Motion to Assume and Assign Executory Contracts and Determine Cure Amounts; and Notice of Hearing Thereon Filed By Debtor Sunshine Dairy Foods Management, LLC (RICKS, DOUGLAS) (418)

| | |
|---|---|
| Sunshine Dairy Foods | ROBERT J VANDEN BOS |

Joint Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement i and Deadline to Assume or Reject Leases of Nonresidential Real Property; Request for Judicial Notice /i Filed by Debtor Sunshine Dairy Foods Management, LLC (RICKS, DOUGLAS) (440)

| | |
|---|---|
| Sunshine Dairy Foods | CHRISTOPHER N COYLE |
| Karamanos Holdings, Inc. - jtdb | NICHOLAS J HENDERSON |

**See Sign in sheet attached**

Evidentiary Hearing:     Yes: ☐     No: ☒

1. **Approved. Mr Ricks to submit order. If Ms. McClurg does not agree to form of order, she may submit her version and court will rule on form.**

2. **Approved. Mr. Wolf's clients objection resolved by form of order.**

3. **Exclusivity for Plan/Disclosure Approved. Objection of Committee overruled; Exclusivity for contracts and leases approved with exception of Columbia Oregon 98th Industrial, LLC.**

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒ **Mr Ricks**

DOCKET ENTRY:

Run Date:     09/17/18

Case 18-31644-pcm11    Doc 457    Filed 09/17/18

In Re: Sunshine Dairy

Debtor

Case # 18-31644

## List of Persons Attending

Hearing date _____

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Carla McClurg | UST |
| Tim Solomon | Committee |
| Al Kennedy | FBCC |
| Alex Poust | Columbia prejoyoth 10 Industrial LLC |
| Doug Ricks | Debtor |
| Dan Boverman | Debtor |
| Nick Henderson | Debtor Karamanos Holdings, Inc. |
| phone Carlos Rasch | Mult. Co. |
| " James Dumas | Est of John Karamanos |
| " Tom Wolf | TCF Equipment |
| Stephen Arnot | Lyrical Foods |

Case 18-31644-pcm11    Doc 457    Filed 09/17/18