Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Bankruptcy Case Nos. |
| Sunshine Dairy Foods Management, LLC | 18-31644-pcm11 (Lead Case) |
| and | 18-31646-pcm11 |
| Karamanos Holdings, Inc. | ORDER AUTHORIZING SALE OF PROPERTY AT AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES |
| Debtors-in-Possession. | |

This matter is before the Court on the Debtors' Motion to Sell Property at Auction Free and Clear of All Liens, Claims and Encumbrances (Doc. No. 391) ("Motion"; and the Court having reviewed the Motion and Notice of Intent to Sell Property and Compensate Auctioneer ("Notice of Intent") (Doc No. 392), and being otherwise duly advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that

1.     Debtors may sell the Property included in **Exhibit A** in accordance with the terms of the Amended Order for Employment of Auctioneers GA Global Partners and Harry

Page 1 of 4     ORDER AUTHORIZING SALE OF PROPERTY AT AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 459    Filed 09/17/18

Davis, LLC (Dkt. No. 421) (the "Amended Order") after deductions allowed under the Amended Order, free and clear of all liens and encumbrances with the proceeds of the sale impressed with the liens of First Business Capital Corporation ("FBCC"), Toyota Industries Commercial Finance ("Toyota"), and Multnomah County (the "County") (collectively, the "Lien Creditors");

    2.    Debtors shall distribute the proceeds of the sale as follows:

        a.    First, as to the collateral of Toyota described on **Exhibit B**, to Toyota to pay the credit bid amounts set out on such exhibit based on the amount received from the sale of each collateral item;

        b.    Then, as to the titled vehicles listed on **Exhibit A** (Nos. 232, 233, 234, 235, 236, 237, 238, 238a, 238b, and 238c), to the Estate of Sunshine Dairy Foods Management, LLC in accordance with the amount received on account of the sale of such vehicles;

        c.    Then, to the allowed secured claim of the County against Karamanos Holdings, Inc. (Case No. 18-31646-pcm11, Claim No. 3-1);

        d.    Then, to the allowed secured claim of the County against Sunshine Dairy Foods Management, LLC (Case No. 18-31644-pcm11, Claim No. 40);

        e.    Then, to pay interest on the allowed secured claims of the County as allowable under 11 U.S.C. § 511(a); and

        f.    Finally, all remaining proceeds to FBCC.

    3.    In the event that any item on **Exhibit B** cannot be sold in an amount sufficient to satisfy the credit bid amount listed thereon, then such item(s) shall not be sold at auction

Page 2 of 4    ORDER AUTHORIZING SALE OF PROPERTY AT AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 459    Filed 09/17/18

and shall be surrendered to Toyota for it to liquidate such collateral as allowed under applicable nonbankruptcy law;

4. The proceeds of the sale described in Part 3.b., above, shall not be subject to and not impressed with the lien of FBCC as such lien is avoidable and, as evidenced by the stipulation below, FBCC agrees to such avoidance;

5. Pursuant to FRBP 6004(h) this Order is not stayed and sales of the auction are authorized to take place immediately upon entry of this Order; and

6. Within fifteen (15) days of the receipt and distribution of the sale proceeds from the auction, Debtors shall file a report with the Court of the amounts received and distributed in accordance with this Order and shall serve such report on the Lien Creditors, the United States Trustee, the Chairperson of the Creditors' Committee, and counsel to the Creditors' Committee.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

| VANDEN BOS & CHAPMAN, LLP | MOTSCHENBACHER & BLATTNER LLP |
|---|---|
| By:/s/Douglas R. Ricks<br>   Douglas R. Ricks, OSB #044026<br>   Of Attorneys for Debtor-in-Possession<br>   Sunshine Dairy Foods Management, LLC | By:/s/Nicholas J. Henderson<br>   Nicholas J. Henderson, OSB #074027<br>   Of Attorneys for Debtor-in-Possession<br>   Karamanos Holdings, Inc. |

IT IS SO STIPULATED:

| | |
|---|---|
| By:/s/Albert N. Kennedy<br>   Albert N. Kennedy, OSB #821429<br>   Of Attorneys for FBCC | By:/s/James K. Miersma<br>   James K. Miersma, OSB 021623<br>   Of Attorneys for Toyota Industries<br>   Commercial Finance |

Page 3 of 4    ORDER AUTHORIZING SALE OF PROPERTY AT AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 459    Filed 09/17/18

**First Class Mail:**

Sunshine Dairy Foods Management, LLC
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Karamanos Holdings, Inc.
Attn: Norman Davidson, III
801 NE 21st Ave.
Portland, OR 97232

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P. and
General Counsel Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062
(Un. Sec. Cred. Comm. Chairperson)

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 4 of 4     ORDER AUTHORIZING SALE OF PROPERTY AT AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 459    Filed 09/17/18

| Sunshine Dairy Auction Catalog | | |
|---|---|---|
| Item Number | Quantity | Description |
| 1 | 1 | Graco S/S Diaphragm Pump, Series D05B |
| 2 | 1 | Graco S/S Diaphragm Pump, Series J04B |
| 3 | 1 | Domino Ink Jet Coder, Model A300 |
| 4 | 1 | Domino Ink Jet Coder, Model A300 |
| 5 | 1 | Domino Ink Jet Coder, Model A300 |
| 6 | 3 | S/S Wash Baskets |
| 7 | 2 | S/S Wash Baskets |
| 8 | 5 | S/S Wash Baskets |
| 9 | 3 | S/S Wash Baskets |
| 10 | 1 | 23" x 42" S/S Work Table |
| 11 | 1 | 24" x 66" S/S Top Work Table |
| 12 | 2 | 2" S/S Air Blow Downs, Clamp Type |
| 13 | 3 | 2" S/S Butterfly Valves, Clamp Type |
| 14 | 1 | Tri Clover 2" S/S Ball Check Valve, Clamp Type |
| 15 | 93 | 1.5" to 3" S/S Clamps |
| 16 | 35 | S/S Caps, Elbows and Reducers, up to 3", Clamp Type |
| 17 | 1 | Portable S/S Funnel Blender with TriClover 5 HP Pump |
| 18 | 2 | Anderson Digital Right Angle Thermometers |
| 19 | 3 | Anderson Digital Straight Thermometers |
| 20 | 1 | Tel-Tru Tank Thermometer and Clear Vue Right Angle Thermometer |
| 21 | 1 | S/S Case Side and Portable Steps |
| 22 | 1 | S/S Milk Can |
| 23 | 1 | Assorted S/S Connectors, up to 3", with S/S Table |
| 24 | 1 | S/S Milk Bossy |
| 25 | 1 | S/S Milk Bossy |
| 26 | 1 | S/S Milk Bossy |
| 27 | 1 | Federal 15-Valve Gallon/ Half Gallon Filler, S/N 1585GWS3/155L614, with 5-Head Screw Capper and Cap Feeder |
| 28 | 1 | 20+' S/S Frame Product Conveyor with 3.75" Plastic Table Top Chain and Drive |
| 29 | 1 | Dual S/S Drop Caser |
| 30 | 1 | 20' + S/S Frame Product Conveyor with 3.75" Plastic Table Top Chain, Drive and Debagging Table |
| 31 | 1 | Universal Labeler Model L15 |
| 32 | 1 | Label-Aire Labeler Model 3015ND-1000-6 1/2-L |
| 33 | 1 | S/S Gripper Jug Elevator |
| 34 | 1 | 120'+ Alpine Style Gallon Jug Conveyor |
| 35 | 1 | Rebuilt 2016 Evergreen Half Gallon Filler Model H5, S/N 3141, with CIP Pans and Juice Valves |
| 36 | 1 | 70'+ 2-Lane S/S Product Conveyor with 3.25" Plastic Table Top Chain, 45° and 90° Turns, and Drives |
| 37 | 1 | Haab S/S Half Gallon Caser |

| # | Qty | Description |
|---|---|---|
| 38 | 1 | Pneumatic Case Stacker |
| 39 | 1 | 2016 Rebuilt Evergreen Quart Filler Model QPC11, S/N 7151, with Allen Bradley Compact Logix L30ER Controls, Air Valves, Juice Valves and CIP Pans |
| 40 | 1 | 100'+ S/S Frame Product Conveyor with 3.25" Plastic Table Top Chain, 45° and 90° Turns, and Drives |
| 41 | 1 | Haab S/S Half Gallon Caser |
| 42 | 1 | Pneumatic Case Stacker |
| 43 | 1 | 100'+ with (4) Runs, Case Handling System with (2) Case Stackers and Drive |
| 44 | 1 | Best Pack Top and Bottom Case Sealer, Model MSDE22-2, S/N 041064 |
| 45 | 1 | 18' Long, 3-Sections S/S Case Washer with (3) Pumps and Infeed Conveyor |
| 46 | 1 | Strahman Wash Station |
| 47 | 1 | Portable Filler COP Tank with Pump |
| 48 | 1 | Portable Filler COP Tank with S/S Clad Pump |
| 49 | 1 | S/S Frame Steps |
| 50 | 1 | Klenzode Model TJR Portable S/S Foam Cleaning System |
| 51 | 1 | Gaulin 2-Stage Homogenizer Model 3500-175 MS452.5TPS, S/N 12859960 |
| 52 | 1 | Bulk Bid: 53 to 60- 3,500 GPH Milk Pasteurizer with APV S/S Plate Heat Exchanger, Holding Tube, Balance Tanks, WCB Flow Divert Valve, Air Valves, Pumps, RTD Sensors, and AGC Plates |
| 53 | 1 | APV S/S Plate Heat Exchanger, Model SR350-S, S/N 7377 with (2) Dividers and AGC Plates |
| 54 | 1 | 3" S/S Nested Holding Tube |
| 55 | 1 | WCB 2" Flow Diversion Valve |
| 56 | 1 | Alfa Laval 5 HP Pump with Sterling 1,745 RPM S/S Clad Motor and 2" x 3" S/S Head, Clamp Type |
| 57 | 1 | (4) Tri Clover and other Air Valves, RTD Sensors and S/S Pipe |
| 58 | 1 | S/S Balance Tank |
| 59 | 1 | WCB 5 HP Pump with 2" x 3" S/S Head, Clamp Type |
| 60 | 2 | Masterflex Easy Load Vitamin Pumps |
| 61 | 1 | Feldmeier 5,000 Gallon S/S In and Out Dome Top Insulated Tank with Horizontal Agitator, S/N N-428-04, 89" D x 236" H |
| 62 | 1 | Feldmeier 5,000 Gallon S/S In and Out Dome Top Insulated Tank with Horizontal Agitator, S/N N-429-04, 89" D x 236" H |
| 63 | 1 | Feldmeier 4,500 Gallon S/S In and Out Dome Top Jacketed Tank with Vertical Agitator, S/N N-431-04, 89" D x 216" H |
| 64 | 1 | Feldmeier 4,500 Gallon S/S Dome Top Jacketed Vertical Tank with Vertical Agitator, S/N N-430-04, 89" D x 216" H |
| 65 | 2 | Tri Clover Type 761, 2.5" Air Valves, Clamp Type |
| 66 | 2 | Tri Clover Type 761, 2.5" Air Valves, Clamp Type |
| 67 | 2 | Tri Clover Type 761, 2.5" Air Valves, Clamp Type |
| 68 | 2 | Tri Clover Type 761, 2.5" Air Valves, Clamp Type |
| 69 | 1 | Tri Clover Type 761, 2.5" 2-Way Air Valves, Clamp Type |
| 70 | 1 | Tri Clover Type 761, 2.5" 2-Way Air Valves, Clamp Type |
| 71 | 1 | Tri Clover Type 761, 2.5" 2-Way Air Valves, Clamp Type |

| | | |
|---|---|---|
| 72 | 2 | Tri Clover Type 761, 2.5" 2-Way Air Valves, Clamp Type |
| 73 | 1 | Tri Clover Type 761, 1.5" S/S 2-Way Air Valve, Clamp Type |
| 74 | 1 | 2.5" S/S Ball Check Valve with Air Blow Down, Clamp Type |
| 75 | 1 | 2.5" S/S Ball Check Valve with Air Blow Down, Clamp Type |
| 76 | 1 | Fristam 5 HP Circulating Pump with Sterling 1,745 RPM S/S Clad Motor, Model FPX1741, 2"x 2.5" S/S Head, Clamp Type |
| 77 | 1 | Fristam 5 HP Circulating Pump with Sterling 1,745 RPM S/S Clad Motor, Model FPX1741, 2"x 2.5" S/S Head, Clamp Type |
| 78 | 1 | Fristam 5 HP Circulating Pump with Sterling 1,745 RPM S/S Clad Motor, Model FPX1741, 2"x 2.5" S/S Head, Clamp Type |
| 79 | 1 | Tri Clover 3 HP Circulating Pump with S/S Clad Motor and 1.5" x 3" S/S Head, Clamp Type |
| 80 | 1 | Tri Clover 3 HP Circulating Pump with Baldor 1,760 RPM S/S Clad Motor and 2" x 2.5" S/S Head, Clamp Type |
| 81 | 1 | Anderson Model AJ 300 Chart Recorder |
| 82 | 1 | Anderson Model AJ 300 Chart Recorder |
| 83 | 1 | Feldmeier 2,000 Gallon S/S Dome Top Cone Bottom Processor, S/N N-432-04, Side Sweep Agitator, Baffle Spray Ball and Tri Clover Air Valve, 68" D x 197" H |
| 84 | 1 | Feldmeier 2,000 Gallon S/S Dome Top Cone Bottom Processor, S/N 5328-A1, Side Sweep Agitator and Spray , 68" D x 197" H |
| 85 | 35 | Tri Clover Type 761, 2" S/S Air Valves, In Manifold with Solenoids |
| 86 | 1 | Tri Clover Type 761, 3" S/S 3-Way Air Valve, Clamp Type |
| 87 | 1 | Air Valve Solenoids, Measure Tech Level Sensors, Regulators and S/S Enclosures |
| 88 | 1 | 91" x 97" x 124" S/S Frame Platform with Ladder |
| 89 | 1 | 1,000 Gallon S/S Dome Top Processor with Bottom Sweep Agitator, Baffle and Spray Ball, 86" D x 77" H |
| 90 | 1 | Tri Clover 5 HP Pump with Sterling 1, 745 RPM S/S Clad Motor and 1.5" x 2" S/S Head, Clamp Type |
| 91 | 2 | Tri Clover Type 761 1.5" S/S Air Valves, Clamp Type |
| 92 | 1 | Anderson Chart Recorder Model ACR 700 |
| 93 | 1 | Allen Bradley Panel View 1000 with S/S Enclosure |
| 94 | 1 | Allen Bradley Panel View 1000 with S/S Enclosure |
| 95 | 1 | Allen Bradley Panel View 1250 with S/S Enclosure |
| 96 | 1 | Allen Bradley SLC 5/04 CPU Level Sensors, Allen Bradley Panel View 1000, Anderson AJ-300 Chart Recorder and Anderson Differential Pressure Sensor |
| 97 | 1 | Tetra Pak Alfast Standardizer Model Plus with Mag Flow Meters and Air Valve |
| 98 | 1 | Anderson Chart Recorder Model AJ-300 |
| 99 | 1 | 900'+ 2" to 3" S/S Pipe with Many Straight Runs, Hangers, and Flow Verter Station, Clamps and Valves (Not Including Items Lotted Elsewhere or Pipe That Is Part of Systems) |
| 100 | 1 | WCB Size 30 Positive Displacement Pump with 2" S/S Head, Mounted on S/S Base |

| | | |
|---|---|---|
| 101 | 1 | Fristam 5 HP Circulating Pump with Sterling 1,745 RPM S/S Clad Motor, Model FPX1741, 1.5"x 3"  S/S Head, Clamp Type |
| 102 | 1 | Tri Flow 1.5 HP Circulating Pump with Baldor 1,725 RPM Motor and 1.5" x 3" S/S Head, Clamp Type |
| 103 | 1 | Ecolab Sabre Chemical Feed System |
| 104 | 1 | Strahman Wash Station Model M-159 |
| 105 | 1 | Feldmeier 10,000 Gallon All S/S  Jacketed Silo, S/N N-433-04, with Horizontal Agitator |
| 106 | 2 | Tri Clover Type 761, 3" S/S 2- Way Air Valves, Clamp Type |
| 107 | 1 | Tri Clover Type 761, 2.5" S/S 3-Way Air Valves, Clamp Type |
| 108 | 1 | Fristam 5 HP Circulating Pump with Sterling 1,745 RPM S/S Clad Motor, Model FPX1741, 1.5"x 2"  S/S Head, Clamp Type |
| 109 | 1 | Dairy Craft 25,000 Gallon S/S Jacketed Silo with Horizontal Agitator, S/N 73J842 |
| 110 | 1 | Fristam 5 HP Circulating Pump with Baldor 1,750 RPM Motor,  2.5"x 2"  S/S Head, Clamp Type |
| 111 | 2 | Tri Clover Type 761, 3" S/S 3- Way Air Valves, Clamp Type |
| 112 | 1 | Mueller 20,000 Gallon S/S Jacketed Silo, S/N 250513, with Horizontal Agitator |
| 113 | 2 | Tri Clover Type 761, 3" S/S 2- Way Air Valves, Clamp Type |
| 114 | 1 | Fristam 5 HP Circulating Pump with Baldor 1,750 RPM S/S Clad Motor, Model FPX 3544 with  2.5"x 3"  S/S Head, Clamp Type |
| 115 | 1 | Allen Bradley Panel View 600 Controls with S/S Enclosure and Air Valve Solenoids |
| 115a | 1 | 2" S/S Plug Valves, Butterfly Valves and S/S Pipe, Located Outside |
| 116 | 1 | GEA Ammonia Chilled Water Plate Heat Exchanger, Located Outside |
| 117 | 1 | 2,500 Gallon Vertical Plastic Tank, Located Outside |
| 118 | 1 | 1,000 Gallon Steel Ammonia Dump Tank, Located Outside |
| 119 | 1 | Bradley Emergency Eye Wash Station and Shower, Located Outside |
| 120 | 1 | S/S Pipe Rack, Located Outside |
| 121 | 1 | Allen Bradley Logix 5572 PLC with Panel View Plus Controller and S/S Enclosure |
| 122 | 1 | Allen Bradley Logix 5561 PLC with S/S Enclosure |
| 123 | 1 | Allen Bradley SLC 5/04 CPU with Enclosure |
| 124 | 1 | (2) Enclosures, Allen Bradley Powerflex 40 VFD, Fuji AF-300 P11 VFD and Relays |
| 125 | 2 | Fuji Af-300 P11 VFDs with Enclosure |
| 126 | 3 | Anderson Chart Recorders, Model ACR 700 |
| 127 | 1 | Allen Bradley SLC 5/04 CPU with Allen Bradley Starters, Brakes and S/S Enclosure |
| 128 | 1 | Feldmeier 4,500 Gallon All S/S In and Out Vertical Dome Top Jacketed Tank with Horizontal Agitator, S/N N-473-00, 213" H x 94" D |
| 129 | 2 | Tri Clover Type 761, 3" S/S 2- Way Air Valves, Clamp Type |

| # | Qty | Description |
|---|---|---|
| 130 | 1 | Fristam 5 HP Circulating Pump with Baldor 1,750 RPM S/S Clad Motor, Model FPX 3544 with 2.5"x 3" S/S Head, Clamp Type |
| 131 | 1 | Fristam 5 HP Circulating Pump with Sterling 1,745 RPM S/S Clad Motor, Model FPX 3522 with 2"x 2" S/S Head, Clamp Type |
| 132 | 3 | Anderson Chart Recorders Model AJ-300 and ACR 700 |
| 133 | 1 | 74" S/S Jet Spray Wash Trough with Pump |
| 134 | 1 | Tri Clover Type 761, 2" 3-Way Air Valve and 2" Ball Check Valve with Air Blow Down, Clamp Type |
| 135 | 1 | Tri Clover Type 761, 2" S/S 3-Way Air Valve, Clamp Type |
| 136 | 1 | 56" S/S Jet Spray COP Trough with Tri Clover S/S Clad Pump |
| 137 | 1 | Feldmeier 3,600 Gallon All S/S 2-Compartment Rectangular Insulated Tank, 1800 Gallon Per Compartment, (1) Compartment with Vertical Agitator, 9'9.5" L x 96" W x 110" H (Outside Dimensions) |
| 138 | 1 | Feldmeier 3,600 Gallon All S/S 2-Compartment Rectangular Insulated Tank, 1800 Gallon Per Compartment, 9'9.5" L x 96" W x 110" H (Outside Dimensions) |
| 139 | 1 | Fristam 1 HP Circulating Pump with Sterling 1,750 RPM S/S Clad Motor, Model FPX 711 with 1.5"x 2" S/S Head, Clamp Type |
| 140 | 1 | Fristam 1 HP Circulating Pump with Sterling 1,750 RPM S/S Clad Motor, Model FPX 711 with 1.5"x 2" S/S Head, Clamp Type |
| 141 | 1 | Fristam 1 HP Pump with Baldor 1,750 RPM Motor, Model FPX 3521 with 2.5"x 2" S/S Head, Clamp Type |
| 142 | 4 | Tri Clover Type 761, 2" S/S 3-Way Air Valves, Clamp Type |
| 143 | 4 | WCB 2" S/S Air Valves in Manifold |
| 144 | 4 | WCB 2" S/S Air Valves in Manifold |
| 145 | 4 | WCB 2" S/S Air Valves in Manifold |
| 146 | 8 | WCB 2" S/S Air Valves in Manifold |
| 147 | 12 | WCB 2" S/S Air Valves in Manifold |
| 148 | 1 | Strahman Wash Station Model M-156 |
| 149 | 1 | 15' x 29' S/S Frame Platform with Stairs |
| 150 | 1 | Zebra Label Printer Model 1055L with P/C |
| 151 | 1 | Refrigerator, Microwave and Cabinets |
| 152 | 1 | S/S Sink, Eyes Wash Station, S/S Tables, Etc. |
| 153 | 1 | Assorted Brushes and Buckets |
| 154 | 1 | S/S Flow Verter Station |
| 155 | 1 | Suction and Discharge Hoses |
| 156 | 1 | Best Flex Expandable Conveyor |
| 157 | 1 | Allen Bradley Starters and VFD with (2) Enclosures |
| 158 | 1 | Assorted Boots |
| 159 | 1 | Gaulin 2-Stage Homogenizer Model 1000 MC18- 2.5TPS, S/N 11818831 |
| 160 | 1 | Bulk Bid: 161 to 168- Cherry Burrell Pasteurizer with Plate Heat Exchanger, WCB Flow Divert Valve, Holding Tube, Pumps and Controls |

| | | |
|---|---|---|
| 161 | 1 | Cherry Burrell S/S Plate Heat Exchanger Model 4355BH, S/N 90227XA, with (2) Dividers |
| 162 | 1 | 2.5" S/S Nested Holding Tube |
| 163 | 1 | WCB 2" Flow Diversion Valve Set |
| 164 | 1 | Tri Clover Air Valves, RTD Sensors and Pipping |
| 165 | 1 | S/S Balance Tank |
| 166 | 1 | Fristam7.5 HP Pump with Baldor 1,770 RPM Motor and 1.5" x 2" S/S Head, Clamp Type |
| 167 | 1 | Fristam 3 HP Pump with 2" x 2.5" S/S Head, Clamp Type |
| 168 | 1 | Allen Bradley SLC 5/04 CPU with Panel View 1,000 Controller, Anderson Chart Recorder and Temperature Read Out |
| 169 | 1 | 300'+ of 2" S/S Pipe with Flow Verter Station, Many Straight Runs and Plug Valve, IN THIS ROOM ONLY |
| 170 | 1 | Feldmeier 2,500 Gallon S/S Single Shell Dome Top Cone Bottom Blend Tank, S/N N-592-03, 112" H x 98" D |
| 171 | 1 | Feldmeier 2,500 Gallon S/S Single Shell Dome Top Cone Bottom Blend Tank, S/N N-593-03, 112" H x 98" D |
| 172 | 2 | Tri Clover Type 761, 2.5" Air Valves, Clamp Type |
| 173 | 2 | Tri Clover Type 761, 2.5" Air Valves, Clamp Type |
| 174 | 1 | Fristam 5 HP Circulating Pump with Baldor S/S Clad Motor and 1.5" x 2.5" S/S Head, Clamp Type |
| 175 | 1 | Fristam 5 HP Circulating Pump with Baldor 1,750 RPM Motor and 1.5" x 2.5" S/S Head, Clamp Type |
| 176 | 1 | Endress Hauser Pro Mag H 2" Flow Verter with Tri Clover Air Valve, Clamp Type |
| 177 | 1 | Anderson 2" S/S Milk Flow Meter, Clamp Type |
| 178 | 1 | F51 Water Filter |
| 179 | 1 | Feldmeier 300 Gallon S/S Single Shell Liquefier, S/N E-596-03, with Offset Motor and Tri Clover Air Valve, 48" x 48" x 80" H |
| 180 | 1 | Allen Bradley SLC 5/04 CPU with Panel View 600 Controller and S/S Enclosure |
| 181 | 1 | Mettler Toledo S/S Digital Scale |
| 182 | 1 | 68" x 68" S/S Filter Hood |
| 183 | 1 | 88" Wide Rite Hite Speed Roll-Up Door |
| 184 | 1 | Tri Clover Positive Displacement Pump, Model PRE300 |
| 185 | 1 | Fristam 5 HP Circulating Pump with Sterling S/S Clad Motor and 2" x 2.5" S/S Head, Clamp Type |
| 186 | 1 | Air Valve and S/S On Line Filter |
| 187 | 1 | 139" x 139" S/S Frame Platform with Steps |
| 188 | 1 | Toyota Hydraulic Pallet Jack |
| 189 | 1 | Mueller 2,000 Gallon S/S Dome Top Cone Bottom Processor with Scrape Surface Agitator, 153" D x 91" D |
| 190 | 1 | Cherry Burrell 2,000 Gallon S/S Dome Top Cone Bottom Processor, S/N E 200-88, with Side Sweep Agitator, 153" D x 91" D |
| 190A | 1 | S/S Platform with Ladder |
| 190B | 1 | Tri Clover 5 HP Circulating Pump with Baldor 1,750 RPM S/S Clad Motor and 1.5" x 2" S/S Head, Clamp Type |

| | | |
|---|---|---|
| 191 | 1 | Chester Jonson 1,000 Gallon S/S Dome Top Cone Bottom Processor, S/N 36993, 120" H x 96" D |
| 192 | 1 | Thermaline S/S Plate Heat Exchanger Model T13CH, S/N 4246 |
| 193 | 1 | Baldor VFD with S/S Enclosure |
| 194 | 1 | 3-Compartment x 200 Gallon, Total 600 Gallon, S/S Flavor Tank with Vertical Agitator, 115" L x 46" W x 80" H |
| 195 | 1 | Osgood 16oz, 16-Station, 2-Up Rotary Cup Filler Model 2001, S/N 181422 with Allen Bradley Controls and Tamper Evident Wrapper |
| 196 | 1 | Osgood 8oz, 16oz, 32oz and 5lb, 2-Up, 16-Station Rotary Cup Filler Model 2100-R, S/N 18155 with Allen Bradley Controls and Tamper Evident Wrapper |
| 197 | 1 | 98" S/S Jet Spray COP Tank with Tri Clover S/S Clad Pump |
| 198 | 1 | Anderson Chart Recorder Model AJ-300 |
| 199 | 1 | S/S Sink and Eye Wash Station |
| 200 | 1 | S/S Flow Verter Station with (4) Plug Valves |
| 201 | 1 | Safeline Metal Detector with 5" x 6" Aperture |
| 202 | 1 | 120'+ S/S Accumulating Product Conveyor with 180° Turns, 3.25" Plastic Table Top Chain and Drive |
| 203 | 1 | Sabel Case Packer Model SE-10, S/N 998 |
| 204 | 1 | Videojet Labeler Model P 3400 with Rewinder |
| 205 | 1 | Portable Stairs |
| 206 | 1 | Feldmeier ALL S/S Vertical Dome Top Dome Bottom Single Shell Sugar Tank, S/N N-612-02, 170" H x 129" D |
| 207 | 1 | Viking 3 HP Sugar Pump Model AL125 |
| 208 | 1 | Quincy Northwest 125 HP Screw Air Compressor Model QNW-V-125 F/S, S/N 0906514530 with Toshiba VFD |
| 209 | 1 | Manchester Vertical Air Receiver |
| 210 | 1 | Mettler Toledo S/S Digital Platform Scale |
| 211 | 1 | S/S Flow Verter Station Valves and Pipe, In Sugar Tank Area Only |
| 212 | 1 | Level Controllers, Regulators and Solenoid |
| 213 | 8 | Pallet Racking Sections |
| 214 | 18 | Pallet Racking Sections |
| 215 | 1 | Wulftec Pallet Wrapper Model WLPA-200, S/N 7759-1-0203 |
| 216 | 1 | Wulftec Pallet Wrapper Model WLPA-200, S/N 8462-1-0403 |
| 217 | 1 | Vertical Ammonia Receiver with Valves |
| 218 | 1 | Hansen Auto Purger |
| 219 | 1 | (2) Chemical Feed Pumps and Controller |
| 220 | 1 | Fuji HVAC Control Panel Model AF-300P11 |
| 221 | 1 | Klenzode Micro Master Pump Unit with Filter |
| 222 | 1 | 20' x 30' x 14 Modular Freezer with 3-Fan Ammonia Blower and Pallet Racking |
| 223 | 1 | 96" Wide Rytec High Speed Roll Up Door |
| 224 | 1 | Contents of Shipping Office, Dell P/C, Monitors, Desk, Chair and Cabinets |
| 225 | 1 | 96" Wide Rytec High Speed Roll Up Door |
| 226 | 1 | AED Defribrillator |
| 227 | 33 | Sections of Pallet Racking |

| # | Qty | Description |
|---|---|---|
| 228 | 2 | Evapco 2-Fan Ammonia Cooler Blowers |
| 229 | 3 | Evapco 2-Fan Ammonia Cooler Blowers, Located at Far End of Cooler |
| 230 | 3 | Evapco 3-Fan and 4-Fan Ammonia Cooler Blowers, Located in Far End of the Cooler |
| 231 | 1 | 1000' + of Case Conveyor |
| 232 | 1 | 1996 International 24' T/A Refrigerated Route Truck with Kidron Cold Plate Body and Diesel Engine, VIN #: 1HTCAAR2TH277500 |
| 233 | 1 | 2001 International 22' S/A Refrigerated Route Truck with Morgan Body, TK RD 11SR Refrigerated Unit and Diesel Engine, VIN # 1HTSDAAN61H334746 |
| 234 | 1 | 2001 International 23' S/A Refrigerated Route Truck with Kidron 22' Cold Plate Body and DT4668, Diesel Engine, VIN# 1HTSDAAN91N346566 |
| 235 | 1 | 1992 International S/A Refrigerated Route Truck with Hackney 20' Cold Plate Body and Diesel Engine, VIN # 1HTSDPCN1HH42991 |
| 236 | 1 | 2001 International 23' S/A Refrigerated Route Truck with Kidron 22' Cold Plate Body and DT4668, Diesel Engine, VIN# 1HTSDAAN61H348713 |
| 237 | 1 | 2008 Ford Model #-250 Super Duty Refrigerated Van with ATC Refrigeration Unit, VIN# 1FTNE24W68DA86839 |
| 238 | 1 | 2007 Chevy Refrigerate Van with ATC Refrigerated Unit, VIN# 1GCGG25U471245812 |
| 238a | 1 | 2008 Chevy Van, VIN# 1GCFG15X981223631 |
| 238b | 1 | 2013 Ford Fusion, VIN # 3FA6P0D9XDR279600 |
| 238c | 1 | 2012 KIA Sedona EX, VIN # KNDMH4C79C6493947 |
| 239 | 1 | Evapco Cooling Tower, Model ATC601B, S/N 6303337, with Platform and Noise Reduction Enclosure, Located on Roof |
| 240 | 1 | 3-Tank CIP System with Feldmeier S/S Dome Top Tanks, Tri Clover Type 761 Air Valves, Shell and Tube Heat Exchanger, Endress Hauser Flow Meter, Fristam Pump and Cabinets |
| 241 | 1 | 2-Tank CIP System with Tri Clover Pump, On Line Filter, Tri Clover Type 762 Air Valve and Check Valve |
| 242 | 1 | 2-Tank CIP System with Tri Clover Pump, On Line Filter, Tri Clover Type 762 Air Valve and Check Valve |
| 243 | 1 | C/J Ammonia Ice Builder Model XM-11-8-22.5, S/N 1476 with Air Agitator |
| 244 | 1 | Lockerbie Air Agitator Ammonia Ice Builder Model FR 2158, S/N 335 |
| 245 | 4 | Assorted Tanks |
| 246 | 10 | Assorted Chilled Water Pumps |
| 247 | 1 | Vilter 75 HP 6-Cyclinder Ammonia Compressor, Model A11k446B with Siemens Starter |
| 248 | 1 | Vilter 40 HP 4-Cyclinder Ammonia Compressor, Model A90k434B |
| 249 | 1 | Mycom 30 HP 4-Cylinder Ammonia Compressor Model M4-AM |
| 250 | 1 | Fiberglass Glycol Holding Tank with 7.5 HP and 10 HP Sulzer Pumps |
| 251 | 1 | Graco Husky Model 1040 Diaphragm Pump |
| 252 | 1 | (5) Diaphragm Pumps, Chemical Feed Pump, Filters and Control Master Jr Model 200A |
| 253 | 1 | G/D 75 HP Screw Air Compressor Type Electra-Saver II, Model EBMSLC |
| 254 | 1 | Zeks Refrigerated Air Dryer Model 600HSFA4, S/N 324993, with Trap |

| # | Qty | Description |
|---|---|---|
| 255 | 1 | Quincy Northwest 40 HP Screw Air Compressor Model 1Q-F-40-M, S/N 960185 |
| 256 | 1 | Horizontal Air Receiver with Zeks Trap |
| 257 | 1 | 2006 FES GEA 150 HP Screw Ammonia Compressor Model 125GM, JOB# 06320011, with RAM Motor, 480 Volt Disconnect and ABB VFD |
| 258 | 1 | Vilter 75 HP 6-Cyclinder Ammonia Compressor, Size 446 |
| 259 | 1 | York 75 HP Rotary Ammonia Compress |
| 260 | 1 | Ammonia Intercooler Low Pressure Receiver and Accumulator |
| 261 | 1 | (2) 2-Door Cabinets and (2) Shelves |
| 262 | 1 | Diaphragm Pump and Feed Pump |
| 262a | 1 | Cool Air Ammonia Leak Detector |
| 263 | 1 | Pro S/S Water Set with Pump and Control Valve |
| 264 | 1 | Bossy Cart Steel Angle and Motor |
| 265 | 1 | Skat Blast Sandblast Cabinet |
| 266 | 1 | Assorted Box Tubing, PVC Pipe and Sheet Rock |
| 267 | 1 | Electric Pallet Jack Parts Machine |
| 268 | 1 | Rigid Shop Vac |
| 269 | 1 | Assorted Pipe Stands and Steel Railing |
| 270 | 1 | Miller Econo Twin HF Welder |
| 271 | 1 | NEW S/S Case Stacker Frame |
| 272 | 1 | Lempco Size 60 Hydraulic Press |
| 273 | 1 | Dake 10 Ton Hydraulic Press |
| 274 | 1 | 48" x 96" x 1" Steel Work Table with Vise and Cabinet |
| 275 | 1 | Makita Shop Saw |
| 276 | 1 | Jet 1.5 HP Belt Sander and Disc Sander |
| 277 | 1 | 1,000 Gallon S/S Farm Tank with Tri Clover Pump and Check Valve |
| 277a | 1 | Portable S/S Foamer |
| 278 | 1 | Domino Ink Jet Coder, Model A300 |
| 279 | 1 | Domino Ink Jet Coder, Model A300 |
| 280 | 1 | Domino Ink Jet Coder, Model A300 |
| 281 | 1 | Domino Ink Jet Coder, Model A300 |
| 282 | 1 | Domino Ink Jet Coder, Model A300, Parts Machine |
| 283 | 1 | Hightlight Magnum Top and Bottom Case Sealer |
| 284 | 1 | Best Pack Top and Bottom Case Sealer, Model MSDE22-2, S/N 041066 |
| 285 | 1 | WCB Size 130 Positive Displacement Pump, Mounted on S/S Base |
| 286 | 1 | Alfa Laval Positive Displacement Pump Head and Drive |
| 287 | 19 | S/S HTST Plates |
| 287a | 3 | NEW S/S Product Conveyor Section |
| 288 | 5 | NEW Iron Man and other Gear Reducing Drives |
| 289 | 6 | Baldor and other Gear Reducing Drives and Motors |
| 290 | 3 | WCB 2 HP Pumps with S/S Clad Motors |
| 291 | 1 | NEW Gast Vacuum Pump |
| 292 | 15 | ARO and other Diaphragm Pumps with Rack |
| 293 | 1 | NEW Baldor 20 HP, 3,520 RPM Motor |
| 294 | 1 | Leeson 10 HP, 3,525 RPM Motor |
| 295 | 1 | Baldor and other Motors (Up to 15 HP)and Pump Heads |
| 296 | 1 | (21) Assorted Baldor and other Motors, Up to 1.5 HP, with Rack |

| | | |
|---|---|---|
| 296a | 1 | (17) Assorted Baldor and other Motors, Gear Drives, and Pump, Up to 5 HP |
| 297 | 1 | (2) Racks with Suction and Discharge Hose |
| 298 | 1 | NEW S/S Case Drive Pan Splitter |
| 299 | 4 | NEW Roll Case Conveyor Chain |
| 300 | 1 | Case Conveyor Sprockets, Plastic Table Top Chain, Electrical Components, Wire, and More with Racks |
| 301 | 1 | Assorted Light Bulbs and Conduit |
| 302 | 1 | Protectoseal Flammable Storage Cabinet |
| 303 | 1 | 8-Door Locker Section |
| 304 | 1 | Assorted Fans, Door Hinges, Hardware, and More with Shelf |
| 305 | 1 | Butterfly Valves, Gate Valve, Pipe Fillings and More with Hardware |
| 306 | 1 | Assorted Federal Filler Change Parts |
| 307 | 1 | Air Valve Actuators, Plug Valves, Hardware and more with Shelf |
| 308 | 1 | Assorted Filters, Gear Motors and Vacuum Pump Parts with Shelf |
| 309 | 1 | Turner, CR, FAG, AXIS, SKF, Timken and other Bearings with Shelf |
| 310 | 1 | Fristam Pump Parts, Gaskets, Tri Clover Pump Parts and more with Shelf |
| 311 | 1 | Assorted Air Cylinders, Regulators and Fillings with Shelf |
| 312 | 1 | Barrel Pump, PVC Pipe Fillings, Plexiglass and More |
| 313 | 1 | Assorted Forklift Parts with (4) 2-Door Cabinets and Wall Mounted Cabinet |
| 314 | 1 | Evergreen Quart Filler Parts with Hardware, Seals and More with Shelf |
| 315 | 1 | Evergreen 1/2 Gallon Filler Parts with Eyes, Hardware, Belts and More with Shelf |
| 316 | 1 | Osgood Filler Parts with Cup Feed, Parts, Fill Cylinders, Air Cylinders and more with Shelf |
| 317 | 1 | Hardware Couplers, Sprockets, Bearings and more with Shelf |
| 318 | 1 | Gaulin M545 Parts with Plungers, Connecting Rod, Tools and more with Shelf |
| 319 | 1 | (4) Hardware Bins, Cap Head Screws, Washers and more |
| 320 | 1 | 3-Door Locker Section |
| 321 | 3 | Evergreen Filler Clutches |
| 322 | 1 | Process Data Mag Flow Meter, Model PD340 |
| 323 | 1 | Weight Set, 1 to 10 LB |
| 324 | 1 | Mettler Toledo S/S Digital Over Under Scale |
| 325 | 1 | Mettler Toledo 15# Capacity S/S Digital Over Under Scale |
| 326 | 1 | Mettler Toledo 50# Capacity S/S Digital Over Under Scale |
| 327 | 2 | Anderson Chart Recorders Model AJ300 |
| 328 | 1 | NEW Anderson Chart Recorder Model ACR700 |
| 329 | 4 | Fristam and Tri Clover S/S Pump Heads |
| 330 | 1 | Anderson RTD Pressure Sensor Model TFP33300514247 |
| 331 | 1 | NEW Anderson 5,000 LB Capacity Oil Filled Homogenizer Pressure Gauge |
| 332 | 3 | S/S Agitator Shaft |
| 333 | 1 | Steel Work Bench with Wilton Vise |
| 334 | 1 | Craftsmen 12-Drawer Portable Tool Box |
| 335 | 1 | Craftsmen 6-Drawer Portable Tool Box |
| 336 | 1 | Craftsmen 6-Drawer Portable Tool Box |

| | | |
|---|---|---|
| 337 | 1 | Pedestal Fan |
| 338 | 1 | 2-Way Radios and I-Pad Protector |
| 339 | 1 | (2) Work Tables, (3) 4-Drawer File Cabinets, Book Cases and Chairs, Paperwork NOT Included |
| 341 | 1 | Novis Platform Scale |
| 342 | 1 | (3) Section Pallet Racking and (4) 2-Door Cabinets |
| 343 | 1 | Assorted Lab Glassware and (2) 2-Door Cabinets |
| 344 | 1 | Microwave, Coffee Makers, Refrigerator, Table and Chairs |
| 345 | 1 | Boiler with Ray Oil Burners |
| 346 | 1 | Cyclotherm Boiler |
| 347 | 1 | Boiler Feed System with (2) Tanks and Feed Pumps |
| 348 | 1 | 2-Tank S/S CIP System with Tri Clover Pump, Tri Clover Type 761 Air Valves, Online Filter and Check Valve |
| 349 | 1 | LMI Boiler Conductivity Meter |
| 350 | 3 | Allen Bradley 1336 VFDs |
| 351 | 1 | Guardian Emergency Eye Wash Station and Shower |
| 352 | 1 | Shell and Tube Heat Exchanger with Condensate Trap and Pump |
| 352a | 1 | Bell and Gossett Shell and Tube Heat Exchanger with Pump |
| 353 | 1 | Assorted Towel Dispenser, Soap Dispenser and Supplies with Shelf and (2) Cabinets |
| 354 | 1 | 2-Wheel Dollie |
| 355 | 1 | LMI Liquitron 3P 5000 Control |
| 356 | 1 | 15" x 253" Inclined Power Belt Conveyor |
| 356a | 1 | Pedestal Drill Press |
| 356b | 1 | Rigid Model 300 Pipe Machine |
| 356c | 1 | Burning Cart with Torch and Gauges |
| 356d | 5 | Carts |
| 357 | 1 | Milkoscan Model 550, S/N 2410200307 |
| 358 | 1 | NEW Laser Scanner Parts and Components |
| 359 | 1 | My Fuge and VWR Stir Plate |
| 360 | 1 | Orion Digital PH Meter, Julabo Heater, Dyno Scale, Weights and Components |
| 361 | 1 | Assorted Glassware, Thermometers, Pipettes and more |
| 361a | 1 | Quebec Colony Counter, Hot Water Bath, AND Digital Scale, and Wine Refractometer 0-to-50 Percent BRX |
| 362 | 1 | Mettler Digital Scale Model AE 100 |
| 363 | 1 | Thermolyne Hot Plate Type 2200 |
| 364 | 1 | CEM Labware 9,000 Microwave Moisture Solids Analyzer |
| 365 | 1 | HP Laser Jet 1,320 Printer |
| 366 | 1 | Assorted Syringes, Thermometer, Test Kits, Gloves and More |
| 367 | 1 | (2) Sink Spray Units and Water Filter |
| 368 | 1 | (2) Lab Stool Tables, Paper Cutter, File Cabinets and Table |
| 369 | 1 | Reach-In Freezer |
| 369a | 1 | Norlake 4-Door Cooler |
| 370 | 1 | Conference Table with Glass Top, (2) White Boards, (13) Folding Chairs and Flat Screen Monitor |
| 371 | 1 | Defibrillator and First Aid Kit |

| | | |
|---|---|---|
| 371a | 1 | Office Partition, Chairs and Desk |
| 372 | 1 | (5) Dell Flat Screen Monitors |
| 372a | 1 | L-Shaped Desk, (4) Chairs and 4-Drawer File Cabinet |
| 373 | 1 | (3) L-Shaped Desks |
| 374 | 2 | Dell and HP Flat Screen Monitors with Keyboards |
| 375 | 1 | LG 43" Flat Screen |
| 376 | 1 | Refrigerator, Microwave, Table and Chairs |
| 377 | 11 | Shop Vac and Mop Bucket |
| 378 | 1 | Assorted Office Supplies, Paper Cutters and more |
| 379 | 1 | Desk, Credenza, Book Case, (2) Cow Chairs, (3) Odd Chairs, Square Table and Plant |
| 380 | 1 | Dell Flat Screen Monitor with Keyboard and Docking Station |
| 381 | 1 | 5-drawer Lateral File Cabinet |
| 382 | 1 | Wooden L-Shaped Desk, White Board, Chair and 2-Drawer File Cabinet |
| 383 | 2 | Dell Flat Screen Monitor with Keyboard and Docking Station |
| 384 | 1 | L-Shaped Desk with Chair |
| 385 | 1 | Dell Flat Screen Monitor with Keyboard and Docking Station |
| 386 | 4 | Dell Latitude E5430 Lap Tops |
| 387 | 11 | I-Pads |
| 388 | 1 | 2-Door Cabinet, File Cabinet, Safe and Office Supplies |
| 389 | 1 | L-Shaped Desk and Chair |
| 390 | 1 | Office Partitions, Work Stations, L-Shaped Desks, Credenza, Chairs, Book Case and 2-Drawer File Cabinet |
| 391 | 3 | Dell and Hannspree Flat Screen Monitors |
| 392 | 2 | Dell Flat Screen Monitors with Keyboard and CPU |
| 393 | 1 | Dell Flat Screen Monitor with CPU |
| 394 | 2 | Dell Flat Screen Monitors with Keyboard |
| 395 | 1 | Brother Intellifax 4100 Fax Machine |
| 396 | 2 | Orion Monitors with Camera |
| 397 | 1 | Dell Flat Screen Monitor, Keyboard, Speakers, Router, Chairs and Cabinet |
| 398 | 1 | L-Shaped Desk, Chairs and 4-Drawer Cabinet |
| 398a | 2 | Bug Zappers |
| 398b | 1 | Nissan Hyrdaulic Pallet Jack |
| 398c | 1 | Toyota Hydraulic Pallet Jack |
| 398d | 1 | Toyota Hydraulic Pallet Jack |
| 398e | 1 | Toyota Hydraulic Pallet Jack with Self Contained Charger |
| 399 | 3 | Office Work Stations |
| 400 | 3 | Office Work Stations |
| 401 | 1 | (2) 4-Drawer File Cabinets and 2-Drawer Lateral File Cabinet |
| 402 | 1 | Table and Chairs |
| 403 | 1 | Haier Dishwasher Model HDR18PA |
| 404 | 1 | Frigidaire Electric Range |
| 405 | 1 | GE Refrigerator |
| 406 | 1 | Magic Chef Reach-In Freezer |
| 407 | 1 | Microwave and Keurig |
| 408 | 1 | Table, Chairs and Vacuum Cleaner |

| 409 | 1 | (2) 2-Drawer File Cabinets, 4-Drawer File Cabinet, Office Supplies and Rack (2-Drawer Fire Proof File Cabinet is NOT included) |

# EXHIBIT B
# Leased Equipment from
# Toyota Industries Commercial Finance

| Lease No. | Description | Amount Owed |
|---|---|---|
| #50213278 (WWR#40085605) | Lease of one (1) Toyota forklift, model #7HBW23-53677 | $2,217.95 |
| #50217271 (WWR#40085603) | Lease of two (2) Toyota forklifts, model #7HBW23-54342 and 54350 | $3,214.62 |
| #50234382 (WWR#40085598) | Lease of one (1) Toyota forklift, model #7HBW23-54626 | $2,984.78 |
| #50240114 (WWR#40085601) | Lease of two (2) Toyota forklifts, model #7HBW23-54655 and 54656 | $4,549.30 |
| #50241972 (WWR#40085600) | Lease of two (2) Toyota forklifts, model #8HBW23-11417 and 11356 | $5,282.30 |