UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) NOTICE OF MOTION FOR
) RELIEF FROM AUTOMATIC
) STAY IN A CHAPTER 11/12 CASE,
Debtor(s) ) AND OF HEARING THEREON

**YOU ARE NOTIFIED THAT**:

1. A motion was filed by _____ for relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 USC §362.

2. The name and address of the moving party's attorney (or moving party, if no attorney) are:

3. If you wish to resist the motion you must, within 14 days of the service date shown below, file a written response with the Clerk of the Bankruptcy Court and, if served in paper, a certificate showing a copy of the response has been served on the moving party's attorney.

4. <u>Contents of Response</u>. A response must state the facts upon which relief from the automatic stay is resisted. See <u>Local Form 720.50</u> for details.

5. **If you file a timely Response**:

   A Hearing on the motion will be held as follows:

   **Date:** _____ **Time:** _____

   **Location**: ☐ Courtroom # _____, _____

   ☐ Telephone Hearing  [**NOTE**: See <u>LBF 888</u>, Telephone Hearing Requirements]
   **Call In Number:**   (888) 684-8852
   **Access Code:**   ☐ 4950985 for Judge Trish M. Brown (tmb)
      ☐ 5870400 for Judge David W. Hercher (dwh)
      ☐ 1238244 for Judge Peter C. McKittrick (pcm)
      ☐ 3388495 for Judge Thomas M. Renn (tmr)
      ☐ Other _____

   NO TESTIMONY will be taken at the hearing.

6. **If a timely response is not filed**, then either:

   a. The court may sign an ex parte order, submitted by the moving party, granting relief from the stay;

<u>or</u>

   b. The stay will expire under the terms of 11 USC §362(e) 30 days after the motion was filed.

   CLERK, U.S. BANKRUPTCY COURT
   (If filing in paper and if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204. If it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401)

I certify that on _____ copies of (1) this Notice, (2) <u>Local Form 720.50</u> if this Notice was served on paper, (3) <u>Local Form 888</u> if this Notice was served on paper and a Telephone Hearing will be held, and (4) the Motion were served on the Debtor(s), U.S. Trustee, and on the following parties, if any: Trustee, Creditors' Committee Chairperson, and their respective attorneys.

_____
Signature of Moving Party or Attorney

1124 (8/28/17)

Russell D. Garrett, OSB # 882111
JORDAN RAMIS PC
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070
Fax: (503) 598-7373

    Attorney for Jennifer Newmarch and
    Hannah Newmarch

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Sunshine Dairy Foods Management, LLC;<br>and<br>Karamanos Holdings, Inc.<br><br>    Debtors. | Case No. 18-31644-pcm11 (Lead Case)<br>Case No. 18-31646-pcm11<br>(Jointly Administered)<br><br>Chapter 11<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT RELATES TO JENNIFER NEWMARCH AND HANNAH NEWMARCH |

    Jennifer Newmarch and Hannah Newmarch Creditors in this case, move for an Order Granting Relief from the Automatic Stay under 11 U.S.C. §362(d) as to Sunshine Dairy Foods Management, LLC (hereinafter "Debtor") in order to continue their claim in Thurston County Superior Court, Washington to the extent insurance proceeds exists.

1. The Debtor filed a Chapter 11 on May 9, 2018. Jennifer Newmarch and Hannah Newmarch are Creditors of the Debtor.

2. Creditors move for relief from the automatic stay pursuant to 11 U.S.C. §362(d) as to the Debtor as a consequence of a motor vehicle accident in which Terrance Birley, an

Page 1 - MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT RELATES TO JENNIFER NEWMARCH AND HANNAH NEWMARCH

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.rdg 3211667\MB/9/24/2018

Case 18-31644-pcm11    Doc 478    Filed 09/24/18

employee of the debtor caused physical and bodily injury to Creditors on or about August 29, 2014.

3. Creditors have a claim that is covered under Debtor's insurance coverage with one or more insurance carrier includes Travelers Insurance.

4. Relief from the Stay is requested in order to litigate the nature and extent of the claim against the Debtor and Debtor's employee in state court for the sole purpose of realizing on the insurance proceeds.

5. Pertinent data is as follows:

| | |
|---|---|
| Agreement Date: | Not applicable |
| Date of Lien: | Not applicable |
| Lien Perfection Date: | Not applicable |
| Original Amount of Debt: | Not applicable |
| Agreement Form: | Not applicable |
| Collateral: | Not applicable |
| Payment: | Not applicable |
| Nature of Default: | Not applicable |
| Net Principal Balance: | Not applicable |
| Value of Collateral: | Not applicable |
| Date of Last Payment: | Not applicable |
| Account Due For: | Not applicable |
| Total Nos. of Payments: | Not applicable |
| Total Sums in Default: | Not applicable |
| Equity: | Not applicable |

WHEREFORE, Creditors Jennifer Newmarch and Hannah Newmarch request that:

(1) The automatic stay be terminated immediately under 11 U.S.C. §362(d);

(2) The fourteen (14) day waiting period set forth in Fed. R. Bankr. P. 4001(a)(3) be waived; and

/////

/////

/////

/////

Page 2 - MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT RELATES TO JENNIFER NEWMARCH AND HANNAH NEWMARCH

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.rdg 3211667\*MB/9/24/2018*

Case 18-31644-pcm11    Doc 478    Filed 09/24/18

(3) Creditors Jennifer Newmarch and Hannah Newmarch be permitted to proceed in State Court against the Debtor to make a full determination as to any and all liability and damages with any determination of liability and damages for such action thereafter only enforced to the extent of applicable insurance coverage of the Debtor.

Dated this 24th day of September, 2018.

JORDAN RAMIS PC

By: /s/ Russell D. Garrett
Russell D. Garrett, OSB # 882111
Attorney for Jennifer Newmarch and
Hannah Newmarch

Page 3 - MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT RELATES TO JENNIFER NEWMARCH AND HANNAH NEWMARCH

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.rdg 3211667\MB/9/24/2018

Case 18-31644-pcm11    Doc 478    Filed 09/24/18

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT RELATES TO JENNIFER NEWMARCH AND HANNAH NEWMARCH on:

| | |
|---|---|
| Carla Gowen McClurg<br>Office of the US Trustee<br>620 SW Main St., Room 213<br>Portland, OR 97205<br>email: carla.mcclurg@usdoj.gov | Valley Falls Farm, LLC<br>c/o: Bryan P. Coluccio<br>Keystone Pacific, LLC<br>18555 SW Teton Avenue<br>Tualatin, OR 97062<br>   *Creditor Comm. Chair* |
| High Desert Milk<br>c/o: Steven Tarbet, CFO<br>1033 Idaho Avenue<br>Burley, ID 83318<br>   *Creditor Committee* | Electric, Inc.<br>c/o: Christopher C. Winston, President<br>PO Box 820386<br>Vancouver, WA 98682<br>   *Creditor Committee* |
| John H. Chambers<br>Dunn Carney LLP<br>851 SW Sixth Avenue<br>Suite 1500<br>Portland, OR 97204<br>email: jchambers@dunncarney.com<br>   *Attorneys for Electric, Inc.* | Ernest Packaging Solutions<br>c/o: Jennifer Delgadillo<br>Director of Corp. Credit<br>5777 Smith Way St<br>Commerce, CA 90040<br>   *Creditor Committee* |
| Stiebrs Farms, Inc.<br>c/o: Janis E. Stiebrs, President<br>PO Box 598<br>Yelm, WA 98597 | Official Committee of Unsecured Creditors, c/o Valley Falls Farms, LLC Chair<br>Leonard Law Group, LLC<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258<br>   *Creditor Committee* |
| Justin D. Leonard<br>Leonard Law Group, LLC<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258<br>email: jleonard@llg-llc.com<br>   *Attorneys for Official Committee of Unsecured Creditors, c/o Valley Farms, LLC* | Timothy A. Solomon<br>Leonard Law Group, LLC<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258<br>email: tsolomon@llg-llc.com<br>   *Attorneys for Official Committee of Unsecured Creditors, c/o Valley Farms, LLC* |

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.rdg 3211667\MB/9/24/2018

| Sunshine Dairy Foods Management, LLC aka Sunshine Dairy Foods<br>801 NE 21st Avenue<br>Portland, OR 97232<br>MULTNOMAH-OR<br>Tax ID/EIN: 20-8186415 | Christopher N. Coyle<br>319 SW Washington Street, Suite 520<br>Portland, OR 97204<br>email: vbcattorney4@yahoo.com<br>   *Attorneys for Sunshine Dairy Foods Manaagement, LLC aka Sunshine Dairy Foods* |
|---|---|
| Douglas R. Ricks<br>319 SW Washington Street, Suite 520<br>Portland, OR 97204<br>email: vbcservicedougr@yahoo.com<br>   *Attorneys for Sunshine Dairy Foods Management, LLC aka Sunshine Dairy Foods* | Robert J. Vanden Bos<br>319 SW Washington Street, Suite 520<br>Portland, OR 97204<br>email: vbcservice@yahoo.com<br>   *Attorneys for Sunshine Dairy Foods Management, LLC aka Sunshine Dairy Foods* |
| U.S. Trustee, Portland<br>620 SW Main Street, Suite 213<br>Portland, OR 97205<br>   *U.S. Trustee* | Jonas V. Anderson<br>Office of the United States Trustee<br>405 E. 8th Avenue, Suite 1100<br>Eugene, OR 97401<br>email: jonas.v.anderson@usdoj.gov<br>   *Attorneys for U.S. Trustee, Portland* |

[X] by electronic transmission and first class mail, postage prepaid.

DATED: September 24, 2018.

                                                      By: /s/ Russell D. Garrett
                                                           Russell D. Garrett, OSB # 882111
                                                           Attorney for Jennifer Newmarch and Hannah Newmarch

CERTIFICATE OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.rdg 3211667\MB/9/24/2018

Case 18-31644-pcm11    Doc 478    Filed 09/24/18