

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

**DAVID W. HERCHER**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1538

COLLIN M. COLE
LAW CLERK

DORIA D. ARNTSEN
JUDICIAL ASSISTANT

November 2, 2018

VIA ECF ONLY

Tim Solomon          Nick Henderson          James Dumas

Re:   Sunshine Dairy Foods Management, LLC, 18-31644-pcm11
      Karamanos Holdings, Inc., 18-31646-pcm11 / Settlement Conference (AMENDED)

Counsel:

      This letter confirms you have agreed to attend a settlement conference with me on Monday, December 3, 2018, at 9 AM at the U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, Eighth Floor, Portland, Oregon. I understand that the subject will be the substantive consolidation motion, docket item 306 in the Sunshine (lead) case. By separate letter, I will address details of the conference.

                                  Very truly yours,

                                  *David W. Hercher*

                                DAVID W. HERCHER
                                Bankruptcy Judge

DWH:dda