Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Sunshine Dairy Foods Management, LLC
    Debtors-in-Possession

Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Attorneys for Karamanos Holdings, Inc.,
    Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC and | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc., | 18-31646-pcm11 |
| Debtors-in-Possession. | DEBTOR'S NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MOTION TO SET DEADLINE ALLOWING PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM |

    Debtor-in-Possession, Sunshine Dairy Foods Management, LLC ("Debtor") pursuant

to Sections 365 and 1108(a), of the Bankruptcy Code, hereby gives notice of Debtor's

Page 1 of 3    DEBTOR'S NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MOTION TO SET DEADLINE ALLOWING PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 545    Filed 11/13/18

rejection of the executory contracts and unexpired leases between the Debtor and the parties set forth on **Exhibit 1** (the "Contracts/Leases") which is attached to the proposed Order marked **Exhibit A**. Debtor moves the Court for entry of an Order in the form attached hereto as **Exhibit A** authorizing any of the parties listed on **Exhibit 1** attached thereto to be given 45 days following entry of the Order within which to file a claim for any damages sustained as a result of the rejection of the Contracts/Leases pursuant to FRBP 3002(c)(4) and 3003(c)(3).

## ARGUMENT

Under 11 U.S.C. Section 365(a), a debtor-in-possession has the authority, in the exercise of its business judgment, to reject any executory contract or unexpired lease if rejection is in the best interests of the bankruptcy estate. Arguably, the Contracts/Leases are within the definition of "executory contracts and unexpired leases," and therefore, out of abundance of caution, Debtor has filed this Motion to reject the Contract/Leases.

Here, the Debtor has ceased ongoing business operations and has no further need for the Contract/Leases set forth on **Exhibit 1**. There is no benefit to the bankruptcy estate from the continuation of the Contracts/Leases and Debtor has elected to reject the Contracts/Leases. Those executory contracts and unexpired leases that could provide benefit to the bankruptcy estate have already been assumed and assigned as part of earlier transactions authorized by the Court. Debtor has not located a party willing to accept assignment of the Contracts/Leases as would bring value to the bankruptcy estate.

WHEREFORE, Debtor prays as follows:

1. The Court enter the proposed Order in the form attached hereto as **Exhibit A**;

Page 2 of 3   DEBTOR'S NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MOTION TO SET DEADLINE ALLOWING PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 545    Filed 11/13/18

2. The Court authorize the parties set forth on **Exhibit 1** to the proposed Order (**Exhibit A**) to file a claim for any damages sustained as a result of the rejection of the Contracts/Leases pursuant to FRBP 3002(c)(4) and 3003(c)(3).

3. Nothing in this Motion or any order thereon shall impair, modify, or otherwise restrict any party from asserting or submitting a claim for administrative rent as would be allowed under 11 U.S.C. § 503.

Dated: <u>November 13, 2018</u>

                             VANDEN BOS & CHAPMAN, LLP

                             By:<u>/s/Douglas R. Ricks</u>
                                Douglas R. Ricks, OSB #044026
                                Of Attorneys for Debtor-in-Possession
                                Sunshine Dairy Foods Management, LLC

Page 3 of 3    DEBTOR'S NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MOTION TO SET DEADLINE ALLOWING PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 545    Filed 11/13/18

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC<br>Karamanos Holdings, Inc.<br><br>Debtors-in-Possession. | 18-31644-pcm11<br><br>18-31646-pcm11<br><br>**[PROPOSED]** ORDER SETTING DEADLINE FOR PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM |

Based on Debtor-in-Possession, Sunshine Dairy Foods Management, LLC's ("Debtor"), Notice of Rejection of Executory Contracts and Unexpired Leases; Motion to Set Deadline Allowing Parties to Rejected Executory Contracts and Unexpired Leases to File a Claim (Dkt. No. ____) ("Motion"), and the Court being otherwise fully advised, it is

ORDERED that:

1. Debtor's Motion is hereby granted; and

2. The holders of the executory contracts and unexpired leases listed on the

attached **Exhibit 1** will be allowed 45 days following entry of this Order within which to file a

Page 1 of 2   [PROPOSED] ORDER SETTING DEADLINE FOR PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit A - Page 1 of 6

Case 18-31644-pcm11    Doc 545    Filed 11/13/18

claim for any damages sustained as a result of the rejection of the executory contract and/or unexpired lease.

IT IS FURTHER ORDERED that nothing in this order shall impair, modify, or otherwise restrict any party from asserting or submitting a claim for administrative rent as would be allowed under 11 U.S.C. § 503.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession
    Sunshine Dairy Foods Management, LLC

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2   **[PROPOSED]** ORDER SETTING DEADLINE FOR PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**Exhibit A - Page 2 of 6**

Case 18-31644-pcm11   Doc 545   Filed 11/13/18

# LEASES AND EXECUTORY CONTRACTS
# TO BE REJECTED

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 1 | All American First Aid & Safety<br>16055 SW Walker Rd Ste 196<br>Beaverton, OR 97006 | First Aid Kit Maintenance, Past Due 1,062.36 (Monthly or As Needed) |
| 2 | Americold<br>1440 Silverton Rd.<br>Woodburn, OR 97071 | Storage Agreement -Off Site Cold Storage |
| 3 | AR Arena Products, Inc.<br>2101 Mt. Read Blvd<br>Rochester, NY 14615 | Totes for East Plan; Past due $20,630.81; monthly payments of $3,735.00; 6 more months (May 2018 - Oct 2018) on one, 7 more months on the other (May - Nov) |
| 4 | Hanmi Bank<br>Assigned Claim **Bank of California, NA**<br>3660 Wilshire Blvd.<br>Los Angeles, CA 91001 | UCC #90963365;Agreement #10-013357/9-BRO-1197 8 dated 8/25/16; Lease of (10) Microsoft Dynamics-NAV/JustFoo dERP-10 Full Users; (0.198) 24% (possible duplicate of UCC 90963776) |
| 5 | Hanmi Bank<br>Assigned Claim **Bank of California, NA**<br>3660 Wilshire Blvd.<br>Los Angeles, CA 91001 | UCC #90963776; Agreement #10-013357/9-BRO-1197 8 dated 8/25/16; Lease of (10) Microsoft Dynamics-NAV/JustFoo dERP-10 Full Users; (0.198) 24% Enhancement |
| 6 | Beaver Sports Properties, LLC<br>c/o Leafield Communications, LLC<br>P.O. Box 843038<br>Kansas City, MO 64184 | Advertising Contract;$7,083.33 monthly - Ends June 2020 |
| 7 | Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Lease of Scanners; Past due $2,139.14; Monthly Payments of $1,099.77. Last scheduled payment 4/20/20 on scanner agreement. |
| 8 | Cintas Corporation - 463<br>PO Box 650838<br>Dallas, TX 75265 | Uniform Contract; Past due $22,910.25; Monthly payments of $8,207.44 expires 8/1/2019. |
| 9 | Columbia Oregon 98th Ave Industrial LLC<br>PO Box 848138-076<br>Dallas, TX 75284 | DC Lease; Past due$21,830.03; Payment of 20,441.04 due 5/31/18; monthly payments of$22,000 - Expires 3/1/2020 |

## LEASES AND EXECUTORY CONTRACTS
## TO BE REJECTED

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 10 | Eroad Inc.<br>7618 SW Mohawk Street<br>Tualatin, OR 97062 | Contract for GPS in Trucks; Past due$4,698; Monthly payments of $1,566 |
| 11 | Freewire Broadband<br>7327 SW Barnes Rd #701<br>Portland, OR 97225 | Contract for WiFi; 1 month past due; $975 monthly; 36 month agreement, 12/10/15, 9/16/15, 10/14/15 signed agreements, not sure if renewed |
| 12 | Harvest Food Solutions, LLC<br>501 SE Columbia Shores Blvd, Ste 525<br>Vancouver, WA 98661 | Hosting/Servicing of ERP System;  past Due $4,820.00 - can be terminated with notice. |
| 13 | IGI Resources, Inc.<br>12124 Collections Center Drive<br>Chicago, IL 60693 | Natural Gas - renewed on a yearly basis. |
| 14 | Imperfect Produce Sub Lease<br>1616 Donner Ave<br>San Francisco, CA 94124 | Sublease of Cold Storage Facility located at Sunshine DC, 16117 SW 98th Ave Bldg B, Clackamas OR 97015 to Imperfect Produce Expires 3/1/2020 |
| 15 | J & D<br>12300 SE Carpenter Dr.<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage |
| 16 | Karamanos Holdings, Inc.<br>801 NE 21st Ave<br>Portland, OR 97232 | KHI (Equipment Lease) - Obligation stems from a 5/1/07 lease that was further amended on 5/9/08, 1/1/11, and 1/1/12 and relates to the lease of equipment for debtor's operations with a stated cost value of $9,731,942.  Lease payments, under the most recent amendment, are $26,961.17 per month. All pre-petition lease payments have been deferred.  Values listed in Schedule A/B. Expired |
| 17 | Karamanos Holdings, Inc.<br>801 NE 21st Ave<br>Portland, OR 97232 | KHI (Commercial Lease) - Obligation stems from a 5/1/07 lease that relates to the lease of real property and improvements for debtor's operations located at 801 NE 21st Ave., Portland, OR; 915 NE 21st Ave., Portland, OR; 925 NE 25th Ave., Portland, OR; and 8440 NE Halsey St, Portland, OR.  Base rent payments as of the date of the petition are$40,373.49 with additional rent payments for taxes, insurance, and utilities. Debtor paid $200,000 to KHI on May 8, 2018 on account of such lease; all outstanding pre-petition lease payments have been deferred. |
| 18 | KPA Services, LLC<br>PO Box 301526<br>Dallas, TX 75303 | Online Training System |

## LEASES AND EXECUTORY CONTRACTS
## TO BE REJECTED

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 19 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Contract #45610 Unit#538961 - Lease of 53ft Reefer Roll; $.05/mile, $950/mth Expires 8/31/18 |
| 20 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Unit #53963; lease of 53ft Reefer Roll - Expires 8/1/18 |
| 21 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Unit #541560  Contract #42981  Rental of 53ft Van 102 in Swing; $200/week |
| 22 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Contract #48675 Unit #532239 - Rental of 53ft Reefer Roll; $.06/mile$1,250/mth |
| 23 | Pacific Office Automation<br>14747 NW Greenbrier Parkway<br>Beaverton, OR 97006 | Service contract on Printers; $562.51 past due; $150 per month - 60 month terms, starting: 1/14 |
| 24 | Pacific Office Automation<br>PO Box 51043<br>Los Angeles, CA 90051 | Service contract on Printers; $2,300 per month - 60 month terms, starting: 2/14 |
| 25 | Paetec<br>PO Box 9001013<br>Louisville, KY 40290 | Phone System; $2,000 per month; Past due$1,597.01 ending 6/2020<br>(agreement began 6/15 for 60 mo) |
| 26 | Penske Truck Leasing Company LP<br>PO Box 7429<br>Pasadena, CA 91110-7429 | Trust Fleet Rentals -See Exhibit I for details |
| 27 | Pitney Bowes Global Financial<br>PO Box 371887<br>Pittsburgh, PA 15250 | Lease of Postage Meter;  $630 per month - Ends January 2019 |
| 28 | Sprague Pest Control<br>PO Box 2222<br>Tacoma, WA 98401 | Pest control services  - month to month after the initial year of 11/14 -11/15 |
| 29 | Sunshine DC<br>16117 SW 98th Ave, Bldg B<br>Clackamas, OR 97015 | Storage Lease - Off Site Cold Storage |

## LEASES AND EXECUTORY CONTRACTS
## TO BE REJECTED

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 30 | SVZ-USA, Inc.<br>c/o Jonathan Edwards<br>Earl Law Group PLLC<br>1334 S Pioneer Way<br>Moses Lake, WA 98837 | Contract for strawberry puree. 1507954 -Organic Strawberry Puree Packaging -aseptic, cartons, 44 lb. fill; Volume -22,000 lbs./month -264,000 lbs/year - Validity dates-11/1/2017 -10/31/2018; Price - $1.38/lb., FOB Othello, WA |
| 31 | Upward Technology<br>2636 NW 26th Ave, Ste 201<br>Portland, OR 97210 | IT Provider; $8,500 per month; Past due $14,990.50 - Effective 8/22/17, ends 8/22/18, master agreement says can terminate with 60 days notice |
| 32 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | Autoclave Table Top;$150 per month; $981.49 past Due - Expires 4/1/2022 |
| 33 | Verifract<br>1680 Meridan Ave, Suite 402<br>Miami Beach, FL 33139-2718 | Red Zone - Production Reporting; $18,187 past due; $12,059.04 due 7/2/18 Term 1/1/16 - 12/1/17, auto renewed on 1/1/18 for 2 more years. |
| 34 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | Autoclave Table Top; |
| 35 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120 | Toyota Forklift; Past Due $369.38<br>Expires 8/1/2022 |
| 36 | Workforce QA<br>1430 South Main Street, Suite C<br>Salt Lake City, UT 84115 | Precuationary -Information Unavailable at time of filing |
| 37 | Wymore Transfer Company aka Wy-5<br>12061 SE Hwy 212<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage |
| 38 | Wymore Transfer Company, Inc.<br>12651 SE Capps Rd<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage |

In re Sunshine Dairy Foods Management, LLC
Ch 11 Bankruptcy Case No. 18-31644-pcm11(Lead Case)
In re Karamanos Holdings, Inc.;
Ch 11 Bankruptcy Case No. 18-31646-pcm11

CERTIFICATE - TRUE COPY

DATE:  November 13, 2018

DOCUMENT:  DEBTOR'S NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MOTION TO SET DEADLINE ALLOWING PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: November 13, 2018

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
  Douglas R. Ricks, OSB #044026
  Of Attorneys for Debtor-in-Possession
  Sunshine Dairy Foods Management, LLC

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Debtors:**

Sunshine Dairy Foods Management, LLC
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

Karamanos Holdings, Inc.
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

**Unsecured Creditors Committee:**

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./
General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

High Desert Milk
c/o Steven Tarbet, CFO
1033 Idaho Avenue
Burley, ID 83318

Electric Inc.
c/o Christopher C. Winston, President
P.O. Box 820386
Vancouver, WA 98682

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St.
Commerce, CA 90040

Stiebrs Farms, Inc
c/o Janis E. Stiebrs, President
P.O. Box 598
Yelm, WA 98597

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Leaseholders:**

All American First Aid & Safety
16055 SW Walker Rd Ste 196
Beaverton, OR 97006

Americold
1440 Silverton Rd.
Woodburn, OR 97071

AR Arena Products, Inc.
2101 Mt. Read Blvd
Rochester, NY 14615

Hanmi Bank
Assigned Claim Bank of
California, NA
3660 Wilshire Blvd.
Los Angeles, CA 91001

Beaver Sports Properties, LLC
c/o Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Cintas Corporation - 463
PO Box 650838
Dallas, TX 75265

Columbia Oregon 98th Ave
  Industrial LLC
PO Box 848138-076
Dallas, TX 75284

Eroad Inc.
7618 SW Mohawk Street
Tualatin, OR 97062

Freewire Broadband
7327 SW Barnes Rd #701
Portland, OR 97225

Harvest Food Solutions, LLC
501 SE Columbia Shores Blvd,
Ste 525
Vancouver, WA 98661

IGI Resources, Inc.
12124 Collections Center Drive
Chicago, IL 60693

Imperfect Produce Sub Lease
1616 Donner Ave
San Francisco, CA 94124

J & D
12300 SE Carpenter Dr.
Clackamas, OR 97015

Karamanos Holdings, Inc.
801 NE 21st Ave
Portland, OR 97232

KPA Services, LLC
PO Box 301526
Dallas, TX 75303

McKinney Trailer Rentals
12008 Inverness Dr
Portland, OR 97220

Pacific Office Automation
14747 NW Greenbrier Parkway
Beaverton, OR 97006

Paetec
PO Box 9001013
Louisville, KY 40290

Penske Truck Leasing Company LP
PO Box 7429
Pasadena, CA 91110-7429

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250

Sprague Pest Control
PO Box 2222
Tacoma, WA 98401

Sunshine DC
16117 SW 98th Ave, Bldg B
Clackamas, OR 97015

SVZ-USA, Inc.
c/o Jonathan Edwards
Earl Law Group PLLC
1334 S Pioneer Way
Moses Lake, WA 98837

Upward Technology
2636 NW 26th Ave, Ste 201
Portland, OR 97210

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

Verifract
1680 Meridan Ave, Suite 402
Miami Beach, FL 33139-2718

Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120

Workforce QA
1430 South Main Street, Suite C
Salt Lake City, UT 84115