Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SUNSHINE DAIRY FOODS MANAGEMENT, LLC<br><br>and<br><br>KARAMANOS HOLDINGS, INC.<br><br>Debtors-in-possession. | Case No: 18-31644-pcm11 (Lead Case)<br><br>18-31646-pcm11<br><br>(Chapter 11 Proceeding)<br><br>**ORDER GRANTING MOTION OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, FOR RELIEF FROM THE AUTOMATIC STAY** |

THIS MATTER came before the Court for hearing upon the Motion of Wells Fargo Vendor Financial Services, LLC [Dkt. 550]. The Notice was served on the debtors, U.S Trustee, Top 20 Largest Unsecured Creditors, and their respective attorneys, if any, on November 15, 2018. No written objections have been filed pursuant to LBR 9013-1(c), and no extensions of time have been granted. The Court, having reviewed the Motion, the Notice, the Court's files in this matter, and having heard the arguments of counsel, if any, at the hearing, and being fully advised,

Page 1 of 2 – ORDER GRANTING MOTION OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, FOR RELIEF OF THE AUTOMATIC STAY

ASSAYAG ❖ MAUSS
A Limited Liability Partnership
One Centerpointe Drive, Suite 170
Lake Oswego, OR 97035
Phone: (503) 624-6800
Fax: (503) 624-6888

Case 18-31644-pcm11    Doc 583    Filed 12/04/18

NOW THEREFORE,

IT IS HEREBY ORDERED THAT moving creditor Wells Fargo Vendor Financial Services, LLC ("Wells Fargo") shall have relief from the automatic stay of bankruptcy with respect to the Debtors and Debtors' estate herein to permit creditor to exercise its default rights and remedies with respect to the office equipment leased to Debtors pursuant to certain agreements between Debtors and Wells Fargo described in Wells Fargo's motion, and further described as follows:

(1) Konica Minolta 808 Copier System

(1) Konica Minolta 308 Copier System

(1) Lexmark C4150 Color Printer

(1) Konica Minolta C458 Color Copier System

(1) Konica Minolta C308 Color Copier System

IT IS FURTHER ORDERED THAT the 14 day stay period of BR 4001(a)(3) is hereby waived, and the relief granted herein shall take effect immediately upon entry of this order.

###

Proponent has provided notice as required by LBR 9021-1 and received no objections during the applicable circulation period which has now expired.

Presented by:

ASSAYAG ❖ MAUSS
A Limited Liability Partnership

By: */s/ Raminta A. Rudys*
  Michele Sabo Assayag, OSB 105578
  Raminta A. Rudys, OSB 066806
  Telephone: (503) 624-6800
  ramintar@amlegalgroup.com
  Attorneys for Wells Fargo Vendor Financial Services, LLC

Page 2 of 2 – ORDER GRANTING MOTION OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, FOR RELIEF OF THE AUTOMATIC STAY

ASSAYAG ❖ MAUSS
A Limited Liability Partnership
One Centerpointe Drive, Suite 170
Lake Oswego, OR 97035
Phone: (503) 624-6800
Fax: (503) 624-6888

Case 18-31644-pcm11    Doc 583    Filed 12/04/18