Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Sunshine Dairy Foods Management, LLC
    Debtors-in-Possession

Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

    Of Attorneys for Karamanos Holdings, Inc.,
    Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC and | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc., | 18-31646-pcm11 |
| Debtors-in-Possession. | DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO FILE 2015 REPORT FOR OCTOBER |

    Debtor-in-Possession, Sunshine Dairy Foods Management, LLC ("Debtor") moves the Court for an order extending the deadline of December 5, 2018 to file Debtor's 2015 Report for October 2018 to December 12, 2018. This extension is necessary based on the following:

Page 1 of 2    DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO FILE 2015 REPORT FOR OCTOBER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 586    Filed 12/05/18

1. Debtor's bookkeeper became ill shortly after her return from her vacation/honeymoon and the employee that was assisting the bookkeeper was out of the office on prearranged vacation. October's report also needs to incorporate recently updated information on the additional amounts unpaid to professionals and include additional sums owed on recently incurred debt.

2. Extending the 2015 Report deadline from December 5, 2018 through and including December 12, 2018 will not prejudice any of the other parties in this case. Creditors will not be prejudiced by the delay by receiving the financial reporting for October 2018 on December 12, 2018 rather than on December 5, 2018.

WHEREFORE, Debtor's Motion to Extend Time should be granted, and the Debtor permitted until December 12, 2018 to file its October 2015 Report.

VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor-in-Possession
    Sunshine Dairy Foods Management, LLC

Page 2 of 2   DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO FILE 2015 REPORT FOR OCTOBER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 586    Filed 12/05/18

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC and | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
| Debtors-in-Possession. | **[PROPOSED]** ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S 2015 REPORT FOR OCTOBER |

Based on Debtor-in-Possession's, Sunshine Dairy Foods Management, LLC ("Debtor"), Second Motion to extend the time to file Debtor's 2015 Report for October 2018, it is

ORDERED that the time within which the Debtor must file Debtor's 2015 Report for the month of October 2018 is extended through and including December 12, 2018.

###

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP

By: /s/Christopher N. Coyle
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Sunshine

**CERTIFICATION:** I certify that I have complied with the requirements of LBR 9021-1(a); the proposed form of order was served with the motion.

By: /s/Christopher N. Coyle
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Sunshine

**First Class Mail:**

Sunshine Dairy Foods Management, LLC
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

Karamanos Holdings, Inc.
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P. and
General Counsel Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062
(Un. Sec. Cred. Comm. Chairperson)

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2    [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S 2015 REPORT FOR OCTOBER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 586    Filed 12/05/18

In re Sunshine Dairy Foods Management, LLC
Ch 11 Bankruptcy Case No. 18-31644-pcm11(Lead Case)
In re Karamanos Holdings, Inc.;
Ch 11 Bankruptcy Case No. 18-31646-pcm11

CERTIFICATE - TRUE COPY

DATE: December 5, 2018

DOCUMENT: DEBTOR'S SECOND MOTION TO EXTEND DEADLINE TO FILE 2015 REPORT FOR OCTOBER

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S 2015 REPORT FOR OCTOBER

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| Sunshine Dairy Foods Management, LLC<br>c/o Daniel Boverman, CRO<br>11285 SW Walker Rd.<br>Portland, OR 97225 | Valley Falls Farm, LLC<br>c/o Bryan P. Coluccio, V.P. and General Counsel Keystone-Pacific, LLC<br>18555 SW Teton Avenue<br>Tualatin, OR 97062<br>(Un. Sec. Cred. Comm. Chairperson) | Sorrento Lactalis, Inc.<br>c/o Phillips Lytle LLP<br>Attn: Angela Z. Miller<br>125 Main Street<br>Buffalo, NY 14203 |
| Karamanos Holdings, Inc.<br>c/o Daniel Boverman, CRO<br>11285 SW Walker Rd.<br>Portland, OR 97225 | Scott Laboratories Inc.<br>Attn: Jill Skoff, Accting Assistant<br>PO Box 4559<br>Petaluma, CA 94955 | |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: December 5, 2018      VANDEN BOS & CHAPMAN, LLP


By:/s/Christopher N. Coyle
   Douglas R. Ricks, OSB #044026
   Christopher N. Coyle, OSB #073501
   Of Attorneys for Sunshine Dairy Foods Management, LLC