Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC<br>Karamanos Holdings, Inc.<br><br><br>Debtors-in-Possession. | 18-31644-pcm11<br><br>18-31646-pcm11<br><br>ORDER SETTING DEADLINE FOR PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM |

Based on Debtor-in-Possession, Sunshine Dairy Foods Management, LLC's ("Debtor"), Amended Notice of Rejection of Executory Contracts and Unexpired Leases; Motion to Set Deadline Allowing Parties to Rejected Executory Contracts and Unexpired Leases to File a Claim (Dkt. No. 571) ("Motion"), and the Court being otherwise fully advised, it is

ORDERED that:

1. Debtor's Motion is hereby granted; and

2. The holders of the executory contracts and unexpired leases listed on the attached **Exhibit 1** will be allowed 45 days following entry of this Order within which to file a

Page 1 of 2   ORDER SETTING DEADLINE FOR PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 593    Filed 12/12/18

claim for any damages sustained as a result of the rejection of the executory contract and/or unexpired lease.

 IT IS FURTHER ORDERED that nothing in this order shall impair, modify, or otherwise restrict any party from asserting or submitting a claim for administrative rent as would be allowed under 11 U.S.C. § 503 or impair, modify or otherwise restrict the Debtor in objecting to any claims filed pursuant to this Order or seeking a determination that property claimed by a lessor is property of the estate.

 IT IS FURTHER ORDERED that the automatic stay of 11 U.S.C. § 362 is terminated 14 days from the entry of this Order to the extent necessary for the holders of executory contracts and unexpired leases to recover property subject to such executory contracts or unexpired leases that are in possession of the Debtor. Notice of this Order shall be provided by the Debtor to the U.S. Trustee, Official Unsecured Creditor's Committee and their attorney, and holders of executory contracts and unexpired leases, and such parties will be permitted to lodge any objection to the relief from the stay within the 14-day period referenced above.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
 Douglas R. Ricks, OSB #044026
 Of Attorneys for Debtor-in-Possession
 Sunshine Dairy Foods Management, LLC

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2 ORDER SETTING DEADLINE FOR PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO FILE A CLAIM

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11 Doc 593 Filed 12/12/18

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Debtors:**

Sunshine Dairy Foods Management, LLC
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

Karamanos Holdings, Inc.
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

**Unsecured Creditors Committee:**

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./
General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

High Desert Milk
c/o Steven Tarbet, CFO
1033 Idaho Avenue
Burley, ID 83318

Electric Inc.
c/o Christopher C. Winston, President
P.O. Box 820386
Vancouver, WA 98682

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St.
Commerce, CA 90040

Stiebrs Farms, Inc
c/o Janis E. Stiebrs, President
P.O. Box 598
Yelm, WA 98597

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Leaseholders:**

All American First Aid & Safety
16055 SW Walker Rd Ste 196
Beaverton, OR 97006

All American First Aid & CPR, LLC
c/o Douglas F. Angell
Registered Agent
5075 SW Griffith Dr. Ste. 250
Beaverton, OR 97005

Americold
1440 Silverton Rd.
Woodburn, OR 97071

Americold Logistics, LLC
c/o C T Corporation System
Registered Agent
780 Commercial St. SE, Ste. 100
Salem, OR 97301

AR Arena Products, Inc.
2101 Mt. Read Blvd
Rochester, NY 14615

Arena Packaging, LLC
2101 Mt. Read Blvd
Rochester, NY 14615

Hanmi Bank
Assigned Claim Bank of California, NA
3660 Wilshire Blvd.
Los Angeles, CA 91001

Hanmi Bank
c/o Bonita I. Lee
President & COO
3660 Wilshire Boulevard
Los Angeles, California 90010

Beaver Sports Properties, LLC
c/o Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184

Beaver Sports Properties, LLC
c/o C T Corporation System
Registered Agent
780 Commercial St. SE, Ste. 100
Salem, OR 97301

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Canon U.S.A., Inc.
c/o Corporation Service Company
Registered Agent
1127 Broadway St., NE Ste. 310
Salem, OR 97310

Cintas Corporation - 463
PO Box 650838
Dallas, TX 75265

Cintas Corporation 3
c/o Corporation Service Company
Registered Agent
1127 Broadway St., NE Ste. 310
Salem, OR 97310

Columbia Oregon 98th Ave
  Industrial LLC
PO Box 848138-076
Dallas, TX 75284

Columbia Oregon 98th Industrial LLC
c/o Corporation Service Company
Registered Agent
1127 Broadway St., NE Ste. 310
Salem, OR 97310

Eroad Inc.
7618 SW Mohawk Street
Tualatin, OR 97062

Eroad, Inc.
c/o Jill D. Laney
Registered Agent
888 SW Fifth Ave., Ste. 500
Portland, OR 97204

Freewire Broadband
7327 SW Barnes Rd #701
Portland, OR 97225

Freewire Broadband, LLC
c/o Bill Briscoe
Registered Agent
5465 SW Western Ave. Ste. E
Beaverton, OR 97005

Harvest Food Solutions, LLC
501 SE Columbia Shores Blvd
Ste 525
Vancouver, WA 98661

Harvest Food Solutions, LLC
c/o TT Administrative Services, LLC
Registered Agent
888 SW Fifth Ave., Ste. 1600
Portland, OR 97204

In re  Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

IGI Resources, Inc.
12124 Collections Center Drive
Chicago, IL 60693

IGI Resources, Inc.
c/o C T Corporation System
Registered Agent
780 Commercial St. SE, Ste. 100
Salem, OR  97301

Imperfect Produce Sub Lease
1616 Donner Ave
San Francisco, CA 94124

Imperfect Produce, Inc.
c/o The Corporation Trust Company
Registered Agent
Corporation Trust Ctr 1209 Orange St
Wilmington DE 19801

J & D
12300 SE Carpenter Dr.
Clackamas, OR 97015

J & D Refrigerated Services
c/o Matt Rossman, Authorized Agent
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR 97035

J & D Refrigerated Services, abn
J & N Ventures, Inc.
c/o Matt Rossman, Reg. Agent
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR 97035

Karamanos Holdings, Inc.
801 NE 21st Ave
Portland, OR 97232

KPA Services, LLC
PO Box 301526
Dallas, TX 75303

KPA Services, LLC
c/o Corporation Service Company, dba
CSC - Lawyers Inco
211 E. 7th St., Ste. 620
Austin, TX  78701

McKinney Trailer Rentals
12008 Inverness Dr
Portland, OR 97220

McKinney Trailer Rentals
c/o Mark Bedard
Authorized Representative
8400 Slauson Ave.
Pico Rivera, CA 90660

McKinney Trailer Rentals, abn
McKinney Vehicle Services, Inc.
c/o Paul Orr, Registered Agent
12008 NE Inverness Dr.
Portland, OR 97220

Pacific Office Automation
14747 NW Greenbrier Parkway
Beaverton, OR 97006

Pacific Office Automation Inc.
c/o Terry Newsom
Registered Agent
14747 NW Greenbrier Parkway
Beaverton, OR 97006

Paetec
PO Box 9001013
Louisville, KY 40290

Paetec Communications, LLC
c/o C T Corporation System
Registered Agent
780 Commercial St. SE, Ste. 100
Salem, OR  97301

Penske Truck Leasing Company LP
PO Box 7429
Pasadena, CA 91110-7429

Penske Truck Leasing Co., LP
c/o Corporation Service Company
Registered Agent
1127 Broadway St., NE Ste. 310
Salem, OR  97310

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250

Pitney Bowes Global
Financial Services, LLC
c/o C T Corporation System, Reg. Agt.
780 Commercial St. SE, Ste. 100
Salem, OR 97301

Sprague Pest Control
PO Box 2222
Tacoma, WA 98401

Sprague Pest Control
c/o A. H. Treleven, III
Authorized Representative
2725 Pacific Ave.
Tacoma, WA 98402

Sprague Pest Control
abn W.B. Sprague Company, Inc.
c/o C T Corporation System
Registered Agent
780 Commercial St. SE, Ste. 100
Salem, OR  97301

Sunshine DC
16117 SW 98th Ave, Bldg B
Clackamas, OR 97015

SVZ-USA, Inc.
c/o Jonathan Edwards
Earl Law Group PLLC
1334 S Pioneer Way
Moses Lake, WA 98837

SVZ USA Washington, Inc.
c/o David Stewart, Reg. Agent
1700 N. Broadway Ave.
Othello, WA 99344-8918

TCF Equipment Finance,
A Div. of TCF National Bank
Attn: Craig R. Dahl, President & CEO
200 Lake Street East
Wayzata, Minnesota 55391

Upward Technology
2636 NW 26th Ave, Ste 201
Portland, OR 97210

Upward Technology
c/o Ethan Dunham
Authorized Representative
PO Box 12532
Portland, OR 97212

Upward Technololgy,
abn for Redpine Inc.
Ethan Dunham, Reg. Agent
2006 NE Tillamook
Portland, OR 97212

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

<u>In re Sunshine Dairy Foods Management, LLC</u>;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
<u>In re Karamanos Holdings, Inc.</u>;
Bankruptcy Case No. 18-31646-pcm11
Service List

US Bank Equipment Finance
c/o U.S. Bank, N.A., Corp Hdqrts
Attn: Andrew Cecere, Pres. & CEO
777 East Wisconsin Avenue
Milwaukee, WI 53202

Verifacts
1680 Meridan Ave, Suite 402
Miami Beach, FL 33139-2718

Verifacts Recovery Network, Inc.
c/o James A. Gabler, Reg. Agent
28850 Covell Rd.
Sterling, IL 61081

Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120

Wells Fargo Equipment Finance, Inc.
c/o Corporation Service Company
Registered Agent
1127 Broadway St., NE Ste. 310
Salem, OR 97310

Workforce QA
1430 South Main Street, Suite C
Salt Lake City, UT 84115

WorkforceQA, LLC
c/o Stuart Fredman, Reg. Agent
6995 Union Park Ctr Ste 100
Salt Lake City, UT 84047

Wymore Transfer Company aka Wy-5
12061 SE Hwy 212
Clackamas, OR 97015

Wymore Transfer Company, Inc.
12651 SE Capps Rd
Clackamas, OR 97015

Wymore Transfer Co.
c/o Michael A. Cox, Reg. Agent
7420 SW Bridgeport Rd., Ste 101
Tigard, OR 97224

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

# LEASES AND EXECUTORY CONTRACTS
# TO BE REJECTED

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 1 | All American First Aid & Safety<br>16055 SW Walker Rd Ste 196<br>Beaverton, OR 97006 | First Aid Kit Maintenance, Past Due 1,062.36 (Monthly or As Needed) |
| 2 | Americold<br>1440 Silverton Rd.<br>Woodburn, OR 97071 | Storage Agreement -Off Site Cold Storage |
| 3 | AR Arena Products, Inc.<br>2101 Mt. Read Blvd<br>Rochester, NY 14615 | Totes for East Plan; Past due $20,630.81; monthly payments of $3,735.00; 6 more months (May 2018 - Oct 2018) on one, 7 more months on the other (May - Nov) |
| 4 | Hanmi Bank<br>Assigned Claim **Bank of California, NA**<br>3660 Wilshire Blvd.<br>Los Angeles, CA 91001 | UCC #90963365;Agreement #10-013357/9-BRO-1197 8 dated 8/25/16; Lease of (10) Microsoft Dynamics-NAV/JustFoo dERP-10 Full Users; (0.198) 24% (possible duplicate of UCC 90963776) |
| 5 | Hanmi Bank<br>Assigned Claim **Bank of California, NA**<br>3660 Wilshire Blvd.<br>Los Angeles, CA 91001 | UCC #90963776; Agreement #10-013357/9-BRO-1197 8 dated 8/25/16; Lease of (10) Microsoft Dynamics-NAV/JustFoo dERP-10 Full Users; (0.198) 24% Enhancement |
| 6 | Beaver Sports Properties, LLC<br>c/o Leafield Communications, LLC<br>P.O. Box 843038<br>Kansas City, MO 64184 | Advertising Contract;$7,083.33 monthly - Ends June 2020 |
| 7 | Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Lease of Scanners; Past due $2,139.14; Monthly Payments of $1,099.77.  Last scheduled payment 4/20/20 on scanner agreement. |
| 8 | Cintas Corporation - 463<br>PO Box 650838<br>Dallas, TX 75265 | Uniform Contract; Past due $22,910.25; Monthly payments of $8,207.44 expires 8/1/2019. |
| 9 | Columbia Oregon 98th Ave Industrial LLC<br>PO Box 848138-076<br>Dallas, TX 75284 | DC Lease; Past due$21,830.03; Payment of 20,441.04 due 5/31/18; monthly payments of$22,000 - Expires 3/1/2020 |

**Exhibit 1 - Page 1 of 4**

Case 18-31644-pcm11    Doc 593    Filed 12/12/18

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 10 | Eroad Inc. 7618 SW Mohawk Street Tualatin, OR 97062 | Contract for GPS in Trucks; Past due$4,698; Monthly payments of $1,566 |
| 11 | Freewire Broadband 7327 SW Barnes Rd #701 Portland, OR 97225 | Contract for WiFi; 1 month past due; $975 monthly; 36 month agreement, 12/10/15, 9/16/15, 10/14/15 signed agreements, not sure if renewed |
| 12 | Harvest Food Solutions, LLC 501 SE Columbia Shores Blvd, Ste 525 Vancouver, WA 98661 | Hosting/Servicing of ERP System; past Due $4,820.00 - can be terminated with notice. |
| 13 | IGI Resources, Inc. 12124 Collections Center Drive Chicago, IL 60693 | Natural Gas - renewed on a yearly basis. |
| 14 | Imperfect Produce Sub Lease 1616 Donner Ave San Francisco, CA 94124 | Sublease of Cold Storage Facility located at Sunshine DC, 16117 SW 98th Ave Bldg B, Clackamas OR 97015 to Imperfect Produce Expires 3/1/2020 |
| 15 | J & D 12300 SE Carpenter Dr. Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage |
| 16 | Karamanos Holdings, Inc. 801 NE 21st Ave Portland, OR 97232 | KHI (Equipment Lease) - Obligation stems from a 5/1/07 lease that was further amended on 5/9/08, 1/1/11, and 1/1/12 and relates to the lease of equipment for debtor's operations with a stated cost value of $9,731,942. Lease payments, under the most recent amendment, are $26,961.17 per month. All pre-petition lease payments have been deferred. Values listed in Schedule A/B. Expired |
| 17 | Karamanos Holdings, Inc. 801 NE 21st Ave Portland, OR 97232 | KHI (Commercial Lease) - Obligation stems from a 5/1/07 lease that relates to the lease of real property and improvements for debtor's operations located at 801 NE 21st Ave., Portland, OR; 915 NE 21st Ave., Portland, OR; 925 NE 25th Ave., Portland, OR; and 8440 NE Halsey St, Portland, OR. Base rent payments as of the date of the petition are$40,373.49 with additional rent payments for taxes, insurance, and utilities. Debtor paid $200,000 to KHI on May 8, 2018 on account of such lease; all outstanding pre-petition lease payments have been deferred. |
| 18 | KPA Services, LLC PO Box 301526 Dallas, TX 75303 | Online Training System |

Exhibit 1 - Page 2 of 4

Case 18-31644-pcm11    Doc 593    Filed 12/12/18

**LEASES AND EXECUTORY CONTRACTS**
**TO BE REJECTED**

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 19 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Contract #45610 Unit#538961 - Lease of 53ft Reefer Roll; $.05/mile, $950/mth Expires 8/31/18 |
| 20 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Unit #53963; lease of 53ft Reefer Roll - Expires 8/1/18 |
| 21 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Unit #541560 Contract #42981 Rental of 53ft Van 102 in Swing; $200/week |
| 22 | McKinney Trailer Rentals<br>12008 Inverness Dr<br>Portland, OR 97220 | Contract #48675 Unit #532239 - Rental of 53ft Reefer Roll; $.06/mile$1,250/mth |
| 23 | Pacific Office Automation<br>14747 NW Greenbrier Parkway<br>Beaverton, OR 97006 | Service contract on Printers; $562.51 past due; $150 per month - 60 month terms, starting: 1/14 |
| 24 | Pacific Office Automation<br>PO Box 51043<br>Los Angeles, CA 90051 | Service contract on Printers; $2,300 per month - 60 month terms, starting: 2/14 |
| 25 | Paetec<br>PO Box 9001013<br>Louisville, KY 40290 | Phone System; $2,000 per month; Past due$1,597.01 ending 6/2020<br>(agreement began 6/15 for 60 mo) |
| 26 | Penske Truck Leasing Company LP<br>PO Box 7429<br>Pasadena, CA 91110-7429 | Trust Fleet Rentals -See Exhibit I for details |
| 27 | Pitney Bowes Global Financial<br>PO Box 371887<br>Pittsburgh, PA 15250 | Lease of Postage Meter; $630 per month - Ends January 2019 |
| 28 | Sprague Pest Control<br>PO Box 2222<br>Tacoma, WA 98401 | Pest control services - month to month after the initial year of 11/14 -11/15 |
| 29 | Sunshine DC<br>16117 SW 98th Ave, Bldg B<br>Clackamas, OR 97015 | Storage Lease - Off Site Cold Storage |

Exhibit 1 - Page 3 of 4

Case 18-31644-pcm11    Doc 593    Filed 12/12/18

**LEASES AND EXECUTORY CONTRACTS
TO BE REJECTED**

| NO. | LESSOR | DESCRIPTION OF LEASES/EXECUTORY CONTRACTS TO BE REJECTED |
|---|---|---|
| 30 | SVZ-USA, Inc.<br>c/o Jonathan Edwards<br>Earl Law Group PLLC<br>1334 S Pioneer Way<br>Moses Lake, WA 98837 | Contract for strawberry puree. 1507954 -Organic Strawberry Puree Packaging -aseptic, cartons, 44 lb. fill; Volume -22,000 lbs./month -264,000 lbs/year - Validity dates-11/1/2017 -10/31/2018; Price - $1.38/lb., FOB Othello, WA |
| 31 | TCF Equipment Finance,<br>A Div. of TCF National Bank<br>Attn: Craig R. Dahl, President & CEO<br>200 Lake Street East<br>Wayzata, Minnesota 55391 | Assigned by Elm Services, LLC to TCF Equipment Finance, Equipment Lease 214006-007, and any other leases between TCF Equipment Finance and Debtor. |
| 32 | Upward Technology<br>2636 NW 26th Ave, Ste 201<br>Portland, OR 97210 | IT Provider; $8,500 per month; Past due $14,990.50 - Effective 8/22/17, ends 8/22/18, master agreement says can terminate with 60 days notice |
| 33 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | Autoclave Table Top;$150 per month; $981.49 past Due - Expires 4/1/2022 |
| 34 | Verifract<br>1680 Meridan Ave, Suite 402<br>Miami Beach, FL 33139-2718 | Red Zone - Production Reporting; $18,187 past due; $12,059.04 due 7/2/18 Term 1/1/16 - 12/1/17, auto renewed on 1/1/18 for 2 more years. |
| 35 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | Autoclave Table Top; |
| 36 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120 | Toyota Forklift; Past Due $369.38<br>Expires 8/1/2022 |
| 37 | Workforce QA<br>1430 South Main Street, Suite C<br>Salt Lake City, UT 84115 | Precuationary -Information Unavailable at time of filing |
| 38 | Wymore Transfer Company aka Wy-5<br>12061 SE Hwy 212<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage |
| 39 | Wymore Transfer Company, Inc.<br>12651 SE Capps Rd<br>Clackamas, OR 97015 | Storage Agreement -Off Site Cold Storage |

**Exhibit 1 - Page 4 of 4**

Case 18-31644-pcm11    Doc 593    Filed 12/12/18