IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Bankruptcy Case Nos. |
| Sunshine Dairy Foods Management, LLC, and | 18-31644-pcm11 |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
| Debtors-in-Possession. | **DEBTORS' NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT** |

### NOTICE OF SETTLEMENT AND COMPROMISE

NOTICE IS GIVEN that Sunshine Dairy Foods Management, LLC ("Sunshine") and

Karamanos Holdings, Inc. ("KHI") (collectively, "Debtors"), with the support and consent of the

Official Committee of Unsecured Creditors (the "Committee") and the Estate of John D. Karamanos,

III (the "JDK Estate") request the Court's approval of a settlement in connection with the Motion to

Substantively Consolidate the Jointly Administered Debtors into One Bankruptcy Estate (the

"Consolidation Motion") [Doc No 306] filed by the Committee, the objections to the same filed by KHI

and the JDK Estate, and related claims between Debtors' estates (collectively, the "Disputes").

Attached as **Exhibit 1** is a proposed form of Order granting Debtors' Motion ("Proposed Order").

The Settlement Agreement negotiated and executed by the Debtors is attached hereto as **Exhibit A**

(the "Settlement Agreement") to Debtors' Proposed Order.  This Notice is provided pursuant to

FRBP 2002(a)(3).

YOUR ARE NOTIFIED that unless you file an objection to the proposed action no later than 21

days after the service date and set forth the specific grounds for the objection and your relation to

the case, with the Clerk of Court at 1001 SW 5th Ave. #700, Portland OR 97204 and serve it on

Debtors' counsel, Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington, #520,

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Portland, OR 97204, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.

## MOTION TO APPROVE SETTLEMENT

The Debtors, pursuant to FRBP 9019(a) move the Court for entry of an order approving the Settlement Agreement on the Consolidation Motion and the Disputes, and, in support, the Debtors represent and state as follows:

## JURISDICTION AND VENUE

1) On May 9, 2018, Debtors each filed voluntary petitions under Chapter 11 of Title 11 of the United States Code. *See* Doc No 1. On May 14, 2018, the Court entered an order directing that the Debtors' cases be jointly administered. *See* Doc No 33. On July 12, 2018, the Committee filed the Consolidation Motion seeking to combine the Debtors' jointly administered bankruptcy estates into a single estate. *See* Doc No 306.

2) The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue is proper in this Court pursuant to 28 U.S.C. § 1408.

3) The basis for the relief requested in this Motion include Section 105 of the Bankruptcy Code and FRBP 2002 and 9019.

## BACKGROUND AND SUMMARY OF THE AGREEMENT

4) The Debtors, the Committee, and the JDK Estate are involved in pending litigation on the Consolidation Motion and the related Disputes. The outcome of the Consolidation Motion could potentially increase or restrict the funds available to pay the claims of Sunshine's unsecured creditors. At the same time, the outcome of the Consolidation Motion could restrict or eliminate the funds available to the equity holders to pay the resulting capital gains and other taxes arising from the liquidation of the Debtors' capital assets.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

5) The Debtors, the Committee, the JDK Estate, and their respective counsel attended a judicial settlement conference on December 3, 2018 with the Honorable David W. Hercher.  As a result of that settlement conference, an agreement was reached to resolve the Consolidation Motion and the Disputes.  That agreement was reduced to writing after the settlement conference and was executed on December 21, 2018.

6) The terms of the Settlement Agreement are set forth on the attached **Exhibit A** and the material provisions are as follows:

a) Sunshine shall receive the remaining proceeds from the sale of the West Plant real estate (801, 915, and 959 NE 21st Ave., Portland, Oregon) after payment of costs of sale, prorations, property taxes, sales commissions, the secured claim of First Business Capital Corporation, and a distribution of $1,850,000 to KHI.

    i) The allocation of the proceeds is expressly conditioned upon the receipt of not less than $7,400,000 from the sale of the West Plant after payment of costs of sale, prorations, property taxes, and sales commissions.  If that threshold is not reached, then the Debtors will reduce their share of the proceeds equally (if the shortfall is less than $150,000) or will conduct further negotiations on the allocation (if the shortfall is more than $150,000).  If such negotiations fail to reach an agreement on the allocation, then either Sunshine or KHI may withdraw from the Settlement Agreement.

b) All fees and expenses incurred after November 30, 2018 by professionals employed by KHI shall be paid exclusively by KHI and not by Sunshine.  Boverman & Associates, LLC and Daniel J. Boverman, Chief Restructuring Officer of both KHI and Sunshine, shall divide their fees equally between KHI and Sunshine from December 1, 2018 through the closing on the sale of the West Plant.  As for fees and expenses incurred by KHI's professionals before November 30, 2018 and remaining unpaid as of the Effective Date, such fees and expenses shall be paid by KHI, except for any payment on account of such fees and expenses that

DEBTORS' NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

KHI's professionals are entitled to seek under the Order Establishing Procedures for Payment of Interim Professional Fees [Doc No 255].

c) The accountants and other tax professionals for Sunshine, KHI, and the JDK Estate shall cooperate in the preparation and filing of all necessary tax returns and any other schedules, reports, or other filings or dealings with any taxing authorities. The Board of KHI or, in the event of a corporate dissolution of KHI, such party as shall be designated by the Board of KHI to protect the interests of the shareholders with respect to tax-reporting by Sunshine, shall retain ultimate authority to approve the filing of tax returns on behalf of KHI and Sunshine or any liquidating trust that shall succeed it.

d) The claims against accountants, former officers, and independent contractors identified at pt. 75 on the Schedule A/B filed by Sunshine are retained by Sunshine. Provided, however, that if Sunshine recovers any funds on account of such claims, then such recovery, net of attorney's fees and costs, shall be divided equally between Sunshine, on the one hand, and for payment on any administrative expense claim filed by KHI against Sunshine, on the other hand, up to the allowed amount of such claim, and notwithstanding the releases provided under the Settlement Agreement.

e) The Debtors, with the support and consent of the Committee, shall cause the Consolidation Motion to be withdrawn without prejudice. Upon division of the sales proceeds of the West Plant based on the allocation described above, Sunshine and the Committee waive any right they might otherwise have to thereafter seek consolidation of the two estates and they further agree to not oppose a motion to dismiss the KHI bankruptcy case so long as dismissal is conditioned upon payment in full of all timely allowed claims and administrative expenses of the KHI estate.

f) Debtors hereby mutually release each other from all Released Claims. "Released Claims" mean any and all claims, demands, causes of action, actions, rights, liabilities, contract obligations, damages, attorneys' fees, costs, torts, suits, debts, sums of money, accountings,

DEBTORS' NOTICE OF SETTLEMENT AND COMPROMISE AND MOTION TO APPROVE SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

reckonings, bills, covenants, controversies, agreements, promises, variances, trespasses, extents, and executions whatsoever, at law or in equity or otherwise, whether direct or indirect, known or unknown, now owned or held, or at any time heretofore owned or held, against the persons and entities being released or any of them, in any capacity, which are or may be based upon any facts, acts, omissions, conduct, purchases, representations, contracts, agreements, events, causes, or matters of any kind arising out of or related to the subject matter of the Settlement Agreement.  Except as set forth in subsection (ii), below, the releases in this section extend to each of the Debtors and individuals who are currently, or who have in the last six (6) months been, the Debtors' officers, directors, members, shareholders, trustees, executors, beneficiaries, managers, employees, agents, experts, consultants, and attorneys (the "Released Parties").

i)   The releases do not extend to any claims that arise out of a failure to perform the Settlement Agreement, a breach of any provision of the Settlement Agreement, or in any way arising out of any of the other documents to be executed or delivered pursuant to the Settlement Agreement.

ii)  The releases are not intended to limit any claims that the Debtors may have against third parties who might be liable for damages to one or both of the Debtors for those types of claims identified in Section 6(d) above.

## ARGUMENT

7)  A bankruptcy court should approve a proposed settlement if the court finds the settlement "fair and equitable" based on an "educated estimate of the complexity, expense, and likely duration of . . . litigation, the possible difficulties of collecting on any judgment which might be obtained, and all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise." *TMT Trailer Ferry, 390 U.S. at 424. See also Martin v. Kane (In re A & C Props.),* 784 F.2d 1377, 1381 (9th Cir. 1986) (a compromise should be approved when it is "fair and equitable").

DEBTORS' NOTICE OF SETTLEMENT AND COMPROMISE AND
MOTION TO APPROVE SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

8) It is sufficient that the Court find that the settlement was negotiated in good faith and is reasonable, fair, and equitable. See *A & C Props.*, 784 F.2d at 1381. Accordingly, a settlement need only "be in the best interests of the estate and 'reasonable, given the particular circumstances of the case.'" *Goodwin v. Mickey Thompson Entm't Grp., Inc. (In re Mickey Thompson Entm't Grp., Inc.)*, 292 B.R. 415, 420 (B.A.P. 9th Cir. 2003) (internal citations omitted).

9) To determine whether a compromise is fair and equitable, the Ninth Circuit has held that a bankruptcy court should consider:

(a) [t]he probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*A & C Props.*, 784 F.2d at 1381 (quoting *Lambert v. Flight Transp. Corp. (In re Flight Transp. Corp. Sec. Litig.)*, 730 F.2d 1128, 1135 (8th Cir. 1984)).

10) First, the Settlement Agreement resolves the Consolidation Motion, which presented a complicated factual dispute that would require substantial further discovery, numerous witnesses, and documents spanning the Debtors' entire history. Litigating the Consolidation Motion to a conclusion would necessarily result in significant administrative expense to both Debtors without either side having a clear probability of success.

11) Second, the Settlement Agreement provides benefits to both Debtors' estates. Sunshine receives a share of the proceeds from the sale of the West Plant, KHI's most valuable asset, and receives a release of claims held by KHI, which includes lease rejection claims with a face amount due in excess of $11 Million. KHI receives a set sum from the sale of the West Plant, which will allow it and its equity holders to satisfy the resulting tax impact of asset liquidation in

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

the Chapter 11 case. It is further expected that the recovery from the West Plant sale will allow for the payment in full on all allowed claims against KHI.

12) Finally, the Settlement Agreement is the product of consent from both Debtors along with the Committee and the JDK Estate. The agreement of each of the relevant constituencies allows for a speedy and less expensive resolution of the Disputes than could have been reached in litigation.

13) As a result, the Settlement Agreement satisfies the *A & C Properties* factors and should be approved.

WHEREFORE, the Debtors respectfully requested that the Court enter an order, in the form attached hereto as **Exhibit 1**, approving the Settlement Agreement.

DATED this 24th day of December, 2018

MOTSCHENBACHER & BLATTNER LLP                  VANDEN BOS & CHAPMAN, LLP

By:/s/Nicholas J. Henderson_____            By:/s/Douglas R. Ricks_____
   Nicholas J. Henderson, OSB #074027              Douglas R. Ricks, OSB #044026
   Of Attorneys for Karamanos Holdings, Inc.       Of Attorneys for Sunshine Dairy Foods
                                                    Management, LLC


I certify that on **12/26/18** a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and [unless movant is a chapter 7 trustee] that a copy was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties (including those requesting special notice) as listed in the Court's records that were obtained on **12/26/18**, a copy of which is attached to the original document filed with the Bankruptcy Court. SEE ATTACHED LIST. **(The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)**

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks_____
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Sunshine Dairy Foods
   Management, LLC

DEBTORS' NOTICE OF SETTLEMENT AND COMPROMISE AND
                                    MOTION TO APPROVE SETTLEMENT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sunshine Dairy Foods Management, LLC,<br>and<br>Karamanos Holdings, Inc.<br><br><br>Debtors-in-Possession. | Bankruptcy Case Nos.<br><br>18-31644-pcm11<br><br>18-31646-pcm11<br><br>[PROPOSED ORDER] RE:<br>DEBTORS' MOTION TO APPROVE<br>SETTLEMENT |

Based on Debtors' Notice of Settlement and Compromise and Motion to Approve

Settlement (Dkt. No. ___) ("Motion"), and the Court being otherwise fully advised, it is

ORDERED that the Motion is granted and the Settlement Agreement attached hereto

as **Exhibit A** is approved.

### ###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

/ / /

/ / /

Page 1 of 2      [PROPOSED ORDER] RE: DEBTORS' MOTION TO
APPROVE SETTLEMENT
**Exhibit 1 - Page 1 of 9**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 622    Filed 12/26/18

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the
requirement of LBR 9021-1(a); Order was
attached to Motion.

By:/s/ Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

Sunshine Dairy Foods Management, LLC
Attn:  Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR  97225

Karamanos Holdings, Inc.
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR  97225

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P. and
General Counsel Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062
(Un. Sec. Cred. Comm. Chairperson)

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

Scott Laboratories Inc.
Attn:  Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA  94955

**Electronic Mail:**

The foregoing was served on all CM/ECF
participants through the Court's Case
Management/Electronic Case File system.

[PROPOSED ORDER] RE: DEBTORS' MOTION TO
                    APPROVE SETTLEMENT
**Exhibit 1 - Page 2 of 9**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

# Settlement Agreement and Release of Claims

1.     ***Parties***.  This Settlement Agreement and Release of Claims ("Settlement Agreement") is made and entered into on the last day set forth on the signature pages hereto (the "Effective Date"), by and between the Bankruptcy Estate of Sunshine Dairy Foods Management, LLC ("Sunshine") and the Bankruptcy Estate of Karamanos Holdings, Inc. ("KHI" and, together with Sunshine, the "Debtors"),  each of which is sometimes referred to as a "Party" and all of which are collectively referred to as the "Parties" and who all agree as follows:

2.     ***Recitals***.  This Settlement Agreement is entered into with respect to the following facts:

a.     *Bankruptcy*.  Sunshine and KHI each filed a Chapter 11 Bankruptcy Petition on May 9, 2018 in the United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Cases").  Sunshine's case was assigned Case No. 18-31644-pcm11, and KHI's case was assigned Case No. 18-31646-pcm11.  By order of the Bankruptcy Court, the Bankruptcy Cases are jointly administered, with Sunshine's case as the lead case.

b.     *The Litigation.*  On July 12, 2018, the Official Committee of Unsecured Creditors (the "Committee") filed a motion to substantively consolidate the jointly administered Bankruptcy Cases into a single estate (the "Consolidation Motion").  KHI and Estate of John D. Karamanos, III the "JDK Estate"), opposed the Consolidation Motion.

c.     *The Settlement Conference.*  On December 3, 2018, the Parties, their counsel, the Chair of the Committee, Counsel for the Committee, and a member of the KHI Board of Directors and representative of the JDK Estate participated in a judicial settlement conference with the Honorable David W. Hercher in an attempt to resolve the Consolidation Motion by agreement.

d.     The Parties, with the consent and support of the Committee, and the JDK Estate have now reviewed and investigated their rights, claims, and interests with respect to themselves, the Bankruptcy Cases, the Consolidation Motion, and all matters thereafter arising or so related.  In order to avoid the cost and expense of litigation, the Parties hereto, acting in good faith, desire to fully and forever settle, resolve, and dispose of any and all claims, demands and/or causes of action asserted, existing, or claimed to exist as between themselves by reason of any dispute, matter, or thing, relating to and arising from the matters subject to this Settlement Agreement, existing prior to, and including through the date of this release, and to provide for the full and final resolution of the disputes subject to this Settlement Agreement, including the Bankruptcy Cases, the Consolidation Motion, any and all current litigation, and the Parties' right and interests herein.

{00231203:1}

*Settlement Agreement and Release of Claims*
*Sunshine Dairy Foods Management, LLC / Karamanos Holdings, Inc.*                    Page 1
**Exhibit 1 - Page 3 of 9**
**Exhibit A - Page 1 of 7**

Case 18-31644-pcm11    Doc 622    Filed 12/26/18

3. ***Promises, Covenants, and Releases***.  In consideration of the promises, covenants, and releases contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is acknowledged by each Party hereto, the Parties promise, covenant, agree, and release as follows:

a.  Recitals "a" through "d," in section 2 above, are hereby incorporated by this reference as though fully set forth at length herein.

b.  Except as expressly outlined herein, this Settlement Agreement is to resolve all claims between the Parties as it relates to the Bankruptcy Cases and the Consolidation Motion.

c.  Title to the real property located at located at 801, 915, and 959 NE 21st Ave., Portland, Oregon (the "West Plant") is held by KHI. The proceeds from its sale, after payment of costs of sale, prorations, property taxes, and sales commissions (the "Net Proceeds"), shall be distributed as follows, subject to the conditions set forth in Paragraph 3(d) below:

(1)  First, First Business Capital Corp. ("FBCC") shall receive the full balance of the amounts owed to FBCC by the Debtors, estimated to be approximately $4.9 million.

(2)  Second, KHI shall receive Net Proceeds in the amount of $1,850,000.00.

(3)  Third, all remaining Net Proceeds shall be distributed to Sunshine.

d.  The distribution of proceeds outlined in Paragraph 3(c) above is subject to the Net Proceeds totaling not less than $7,400,000 (the "Settlement Threshold"). If the Net Proceeds are less than the Settlement Threshold, then:

(1)  If the shortfall is less than or equal to $150,000, the Parties shall reduce their respective shares of the proceeds equally to complete the sale.

(2)  If such shortfall is more than $150,000, then the Parties will make a good faith effort to allocate the shortfall between KHI and Sunshine, in consultation with the Committee.  If an agreement on the allocation cannot be reached by the Parties, then the matter will be submitted to mediation with Judge Hercher.

(3)  If the Parties cannot come to an agreement regarding a method to address the shortfall in the sales proceeds, then each one of them shall have the right to withdraw from this Settlement Agreement and the withdrawal of any Party shall render the Agreement void.

e.  All fees and expenses incurred after November 30, 2018 by professionals employed by KHI shall be paid exclusively by KHI and not by Sunshine.  Boverman & Associates, LLC and Daniel J. Boverman, Chief Restructuring Officer of both KHI and Sunshine,

{00231203:1}

*Settlement Agreement and Release of Claims*
*Sunshine Dairy Foods Management, LLC / Karamanos Holdings, Inc.*                    Page 2
**Exhibit 1 - Page 4 of 9**
**Exhibit A - Page 2 of 7**

Case 18-31644-pcm11     Doc 622     Filed 12/26/18

shall divide their fees equally between KHI and Sunshine from December 1, 2018 through the closing on the sale of the West Plant.  As for fees and expenses incurred by KHI's professionals before November 30, 2018 and remaining unpaid as of the Effective Date, such fees and expenses shall be paid by KHI, except for any payment on account of such fees and expenses that KHI's professionals are entitled to seek under the Order Establishing Procedures for Payment of Interim Professional Fees (Dkt No 255).

f.    The accountants and other tax professionals for Sunshine, KHI, and the JDK Estate shall cooperate in the preparation and filing of all necessary tax returns and any other schedules, reports, or other filings or dealings with any taxing authorities. The Board of KHI or, in the event of a corporate dissolution of KHI, such party as shall be designated by the Board of KHI to protect the interests of the shareholders with respect to tax-reporting by Sunshine, shall retain ultimate authority to approve the filing of tax returns on behalf of KHI and Sunshine or any liquidating trust that shall succeed it.

g.    The claims against accountants, former officers, and independent contractors identified at pt. 75 on the Schedule A/B filed by Sunshine are retained by Sunshine.  Provided, however, that if Sunshine recovers any funds on account of such claims, then such recovery, net of attorney's fees and costs, shall be divided equally between Sunshine, on the one hand, and for payment on any administrative expense claim filed by KHI against Sunshine, on the other hand, up to the allowed amount of such claim, and notwithstanding any release of such claim as shall be provided in paragraph n. below.

h.    The claims against accountants, former officers, and independent contractors identified at pt. 74 on the Schedule A/B filed by KHI are retained by KHI without any requirement to share or otherwise pay any recovery on such claims or portion thereof to Sunshine.

i.    After the Parties have filed appropriate pleadings seeking approval of this Settlement Agreement in the Bankruptcy Cases, the Parties, with the support and consent of the Committee, shall cause the Consolidation Motion to be withdrawn without prejudice. Upon division of the sales proceeds of the West Plant pursuant to subparagraphs (c) and (d) above, Sunshine and the Committee shall waive any right they might otherwise have to thereafter seek consolidation of the two estates and they further agree to not oppose a motion to dismiss the KHI bankruptcy case so long as dismissal is conditioned upon payment in full of all timely allowed claims and administrative expenses of the KHI estate.

j.    All Parties agree to act in good faith to achieve the provisions of this Settlement Agreement.

k.    Each Party will be responsible for its own attorneys' fees and costs, except where otherwise agreed within this Settlement Agreement.

l.    <u>Time is of the Essence</u>.  All documents required to carry out the terms of this Settlement Agreement, shall be timely reviewed, executed, and returned no later than 5:00 P.M on

{00231203:1}

*Settlement Agreement and Release of Claims*
*Sunshine Dairy Foods Management, LLC / Karamanos Holdings, Inc.*    Page 3
**Exhibit 1 - Page 5 of 9**
**Exhibit A - Page 3 of 7**

Case 18-31644-pcm11   Doc 622   Filed 12/26/18

December 21, 2018 to the office of Douglas R. Ricks, attorney for Sunshine, Vanden Bos & Chapman, LLP, 319 SW Washington St., Ste. 520, Portland, OR 97204, Fax: 503 241-3731; doug@vbcattorneys.com.

m.   Effectiveness:  The Settlement Agreement, the promises and covenants contained herein, and all documents required to carry out the terms of the Settlement Agreement are not deemed valid and effective until all parties execute the Settlement Agreement, and the Settlement Agreement is approved by the Bankruptcy Court.  Once fully executed and so approved, the Settlement Agreement shall be forever binding upon the Parties.

n.   Release.  Except as expressly provided in this Settlement Agreement, the Parties hereby mutually release each other from all Released Claims.  "Released Claims" mean any and all claims, demands, causes of action, actions, rights, liabilities, contract obligations, damages, attorneys' fees, costs, torts, suits, debts, sums of money, accountings, reckonings, bills, covenants, controversies, agreements, promises, variances, trespasses, extents, and executions whatsoever, at law or in equity or otherwise, whether direct or indirect, known or unknown, now owned or held, or at any time heretofore owned or held, against the persons and entities being released or any of them, in any capacity, which are or may be based upon any facts, acts, omissions, conduct, purchases, representations, contracts, agreements, events, causes, or matters of any kind arising out of or related to the subject matter of the Settlement Agreement.  Except as set forth in subsection (2), below, the releases in this section extend to each of the Parties and individuals who are currently, or who have in the last six (6) months been, the Parties' officers, directors, members, shareholders, trustees, executors, beneficiaries, managers, employees, agents, experts, consultants, and attorneys (the "Released Parties").

(1)   Notwithstanding the foregoing, the releases as set forth above shall not extend to any claims that arise out of a failure to perform this Settlement Agreement, a breach of any provision of this Settlement Agreement, or in any way arising out of any of the other documents to be executed or delivered pursuant to this Settlement Agreement.

(2)   Notwithstanding the broad definitions of "Released Claims" and "Released Parties" provided above, the releases in this Settlement Agreement are not intended to limit any claims that the Parties may have against third parties who might be liable for damages to one or both of the Parties for those types of claims identified in Sections 3(g) and 3(h) of this Settlement Agreement.

o.   Authority. The Parties each represent and warrant that they have full power and actual authority to enter into this Settlement Agreement and to carry out all actions required of them by this Settlement Agreement.  All persons executing this Settlement Agreement in representative capacities represent and warrant that they have full power and authority to bind their respective corporations, partnerships, and companies.  Provided, however, that the Parties expressly acknowledge that the terms and effectiveness of this Settlement Agreement is conditioned upon providing notice in the Bankruptcy Cases and obtaining the approval of the Bankruptcy Court as provided in Federal Rule of Bankruptcy Procedure 9019.  The Parties shall, with the consent and support of the Committee, jointly provide such notice and seek to obtain such approval within seven (7) days of the Effective Date.

{00231203:1}

*Settlement Agreement and Release of Claims*
*Sunshine Dairy Foods Management, LLC / Karamanos Holdings, Inc.*                    Page 4
**Exhibit 1 - Page 6 of 9**
**Exhibit A - Page 4 of 7**

Case 18-31644-pcm11    Doc 622    Filed 12/26/18

p.    <u>Governing Law</u>. This Settlement Agreement shall in all respects be interpreted, enforced, and governed by and under the laws of the State of Oregon. The language of all parts of this Settlement Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties.

q.    <u>Exclusive Forum</u>. Any future proceeding to interpret, enforce, construe, adjudicate, or otherwise related to this Settlement Agreement shall be brought in the United States Bankruptcy Court for the District of Oregon. Any proceeding initiated in a different forum shall be immediately dismissed upon request by the Party against whom such proceeding is initiated. A Party initiating a proceeding in an improper forum which is dismissed in accordance with this Paragraph shall be liable to the Party that requests the dismissal for the attorneys' fees and costs incurred with such a request, as provided in Paragraph "r" of this Settlement Agreement.

r.    <u>Attorneys' Fees</u>. Should it be necessary for any Party to this Settlement Agreement to initiate legal proceedings to adjudicate any issues arising hereunder or under any document required to carry out the terms of this Settlement Agreement and make it effective, the Party or Parties to such legal proceedings who substantially prevail shall be entitled to reimbursement of their attorneys' fees, costs, expenses, and disbursements (including the fees and expenses of expert and fact witnesses) reasonably incurred or made by the substantially prevailing parties in preparing, prosecuting, appealing, petitioning for review, and in enforcing any judgment or award, from the Party or Parties who do not substantially prevail.

s.    <u>Severability</u>. This Settlement Agreement, and the documents required to carry out the terms of this Settlement Agreement and make it effective, do not violate any federal or state statute, rule, regulation, or common law known; but any provision which is found to be invalid or in violation of any statute, rule, regulation, or common law shall be considered null and void, with the remaining provisions remaining viable and in effect. Notwithstanding the foregoing, the Parties acknowledge and agree that this Settlement Agreement and the releases provided for above are each necessary to this settlement; without either of these the Parties would not agree to this settlement.

t.    <u>Counterparts</u>. This Settlement Agreement may be executed in any number of identical counterparts, notwithstanding that all Parties have not signed the same counterpart, with the same effect as if all parties had signed the same document. All counterparts shall be construed as and shall constitute one and the same agreement. **Facsimile and electronic (e.g., PDF) copies of signature pages shall be equal to original signatures.**

u.    <u>Participation in Drafting</u>. All of the Parties have participated in the drafting of this Settlement Agreement. No ambiguity shall be construed against any Party based upon a claim that the Party drafted the ambiguous language.

v.    <u>Waiver</u>. A waiver of any provision of this Settlement Agreement shall operate as a waiver only for the specific occasion as to which the waiver is given, and the provisions of this Settlement Agreement shall otherwise continue to be fully effective and operable as to any other occasion or occasions.

w.    <u>Complete Agreement</u>. This Settlement Agreement is the final and complete expression of the agreement of the Parties on these subjects. This Settlement Agreement may not be modified, interpreted, amended, waived, or revoked orally, but only by writing signed by all Parties.

{00231203:1}

*Settlement Agreement and Release of Claims*
*Sunshine Dairy Foods Management, LLC / Karamanos Holdings, Inc.*         Page 5
**Exhibit 1 - Page 7 of 9**
**Exhibit A - Page 5 of 7**

Case 18-31644-pcm11     Doc 622     Filed 12/26/18

This Settlement Agreement supersedes and replaces all prior agreements, discussions, and representations on these subjects, all of which are merged into, and superseded by, this Settlement Agreement. No Party is entering into this Settlement Agreement in reliance on any oral or written promises, inducements, representations, understandings, interpretations, or agreements other than those contained in this Settlement Agreement.

x.    Full Understanding; Independent Legal Counsel.  The Parties each acknowledge, represent, and agree that they have read this Settlement Agreement and the Exhibit attached hereto; that they fully understand the terms thereof; that they have been fully advised by their legal counsel, accountants, and other advisors with respect thereto; and that this Settlement Agreement is executed by them upon the advice and recommendation and with the approval of their independent legal counsel.

y.    Change of Circumstances.  It is understood by the Parties that if the facts or law with respect to which the foregoing releases are given hereafter turn out to be other than or different from the facts or law now known to be or believed by the Parties to be true, then the Parties expressly assume the risk of the facts or law turning out to be different, and agree that the foregoing releases shall be in all respects effective and not subject to termination or rescission for any such differences in facts or law.

z.    Successors and Assigns.  This Settlement Agreement shall be binding on, and shall inure to the benefit of, the Parties hereto and their heirs, respective administrators, representatives, successors, and assigns, including, but not limited to, any trustees that may be appointed in the Bankruptcy Cases.

aa.    Compromise of Disputed Claims.  It is understood and agreed that this Settlement Agreement is the compromise of disputed claims, and that the terms of settlement contained herein and the releases executed by the Parties are not intended to be and shall not be construed as admissions of any liability or responsibility whatsoever and each released Party expressly denies any liability or responsibility whatsoever.


SUNSHINE DAIRY FOODS                     DATED:_____, 2018.
MANAGEMENT, LLC


_____

By:_____

Its: _____

KARAMANOS HOLDINGS, INC.            DATED:_____, 2018.


_____

By:_____

Its: _____

{00231203:1}
_____

FORM AND CONTENT APPROVED BY:

VANDEN BOS & CHAPMAN, LLP

_____
Douglas R. Ricks, OSB #044026
Attorney for Sunshine Dairy Foods Management, LLC
319 SW Washington St., Ste. 520
Portland, OR 97204
(503) 241-4869; Fax (503) 241-3731
doug@vbcattorneys.com

MOTSCHENBACHER & BLATTNER, LLP

_____
Nicholas J. Henderson, OSB # 074027
Attorney for Karamanos Holdings, Inc.
117 SW Taylor St., Ste. 300
Portland OR  97204
(503) 417-0508; Fax (503) 417-0528
nhenderson@portlaw.com

DUMAS & KIM, APC

_____
James A. Dumas
Attorneys for Estate of John D. Karamanos, III
3435 Wilshire Boulevard, Ste. 990
Los Angeles, CA 91401
(213) 368-5000, jdumas@dumas-law.com

{00231203:1}

*Settlement Agreement and Release of Claims*
*Sunshine Dairy Foods Management, LLC / Karamanos Holdings, Inc.*                    Page 7
**Exhibit 1 - Page 9 of 9**
**Exhibit A - Page 7 of 7**
Case 18-31644-pcm11    Doc 622    Filed 12/26/18

```
Label Matrix for local noticing          BankDirect Capital Finance          (p)CITY OF PORTLAND
0979-3                                    150 N Field Dr #190                 OFFICE OF CITY ATTORNEY
Case 18-31646-pcm11                       Lake Forest, IL 60045-2594          RM 430
District of Oregon                                                            1221 SW 4TH AVE
Portland                                                                      PORTLAND OR 97204-1991
Wed Dec 26 09:16:59 PST 2018

Committee of Unsecured Creditors of Sunshine  Estate of John D. Karamanos III     First Business Capital Corp.
c/o Leonard Law Group LLC                 c/o Norman Davidson IV              Attn: Mark Buchert, VP-Account Executive
1 SW Colmbia                              630 W Duarte Rd., Suite 208         401 Charmany Dr.
Suite 1010                                Arcadia, CA 91007-7604              Madison, WI 53719-1272
Portland, OR 97258-2024

First Business Capital Corp.              NICHOLAS J HENDERSON                IRS
c/o Albert N. Kennedy                     Motschenbacher & Blattner, LLP     PO Box 7346
Tonkon Torp LLP                           117 SW Taylor Street               Philadelphia PA 19101-7346
888 SW Fifth Avenue, #1600                Ste 300
Portland, OR 97204-2099                   Portland, OR 97204-3029

Karamanos Holdings, Inc.                  LCA Bank Corporation               Multnomah County Tax Assessor
801 NE 21st Ave.                          1375 Deer Valley Drive, Suite 218  501 SE Hawthorne Blvd., Suite 175
Portland, OR 97232-2209                   Park City, UT 84060-5236           Portland, OR 97214-3577

Multnomah County Tax Assessor            Multnomah County-DART               Norman Davidson III
PO Box 2716                               Assessment, Recording & Taxation   630 Duarte Rd., #208
Portland, OR 97208-2716                   P.O. BOX 2716                      Arcadia, CA 91007-7604
                                          PORTLND, OR 97208-2716

(p)OREGON DEPARTMENT OF TRANSPORTATION    KATHYRN PERKINS                    TIMOTHY A SOLOMON
355 CAPITOL ST NE MS #21                  DOJ-Ust                            Leonard Law Group LLC
SALEM OR 97301-3871                       700 Stewart Street                 1 SW Columbia
                                          Suite 5103                         Suite 1010
                                          Seattle, WA 98101-4438             Portland, OR 97258-2024

Strada Capital Corp.                      Sunshine Dairy Foods Management, LLC   TCF Equipment Finance A Division of TCF Nati
23046 Avenida de la Carlota               801 NE 21st Ave.                   5200 SW Meadows Rd., Ste 150
Suite 350                                 Portland, OR 97232-2280            Lake Oswego, OR 97035-0066
Laguna Hills, CA 92653-1528

US Trustee, Portland                      Wells Fargo Bank, N.A.             Wells Fargo Vendor
620 SW Main St #213                       300 Tri-State International, Suite 400   Financial Services, LLC
Portland, OR 97205-3026                   Lincolnshire, IL 60069-4417        ATTN: Kimberly Park
                                                                             1010 Thomas Edison Blvd SW
                                                                             Cedar Rapids, IA 52404-8247


          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


City of Portland                          Oregon Department of Transportation   End of Label Matrix
City Attorney's Office                    355 Capitol St NE MS#21            Mailable recipients    23
1221 SW 4th Ave Rm 430                    Salem, OR  97301                   Bypassed recipients     0
Portland OR 97204                                                            Total                  23
```

Label Matrix for local noticing
0979-3
Case 18-31644-pcm11
District of Oregon
Portland
Wed Dec 26 09:15:15 PST 2018

1464 N Winnifred St
981 Powell Ave SW, Suite 135
Renton, WA 98057-2926

48forty Solutions, LLC
PO Box 849729
Dallas, TX 75284-9729

A & I Distributors
P O Box 1999
Billings, MT 59103-1999

A&E Conveyor Systems
121 P Rickman Industrial Drive
Canton, GA 30115-9099

ADM Corn Processing Division
PO Box 95202
Grapevine, TX 76099-9752

ADS Group
PO Box 15270
Irvine, CA 92623-5270

JONAS V ANDERSON
Office of the United States Trustee
405 E. 8th Avenue
Ste 1100
Eugene, OR 97401-2728

AR Arena Products, Inc.
2101 Mt. Read Blvd
Rochester, NY 14615-3708

AS&P Billing Services
PO Box 733746
Dallas, TX 75373-3745

AT & T
P O Box 105068
Atlanta, GA 30348-5068

Access Information Holdings, LLC
P O Box 398306
San Francisco, CA 94139-8306

Accountemps
Robert Half
ATTN: Karen Lima
POB 5024
San Ramon, CA 94583-5024

Acranet-Clearstar
521 West Maxwell Avenue
Spokane, WA 99201-2417

Aflac Group Insurance
PO Box 84069
Columbus, GA 31908-4069

Airgas
P O Box 951873
Dallas, TX 75395-1873

Albina Fuel
801 Main Street
Vancouver, WA 98660-3133

Alex I. Poust
1211 SW 5th Avenue, 19th floor
Portland, OR 97204-3735

(c)ALFORD, JOHNATHAN
19100 E BURNSIDE ST APT 336
PORTLAND OR  97233-5861

All American First Aid & Safety
16055 SW Walker Rd Ste 196
Beaverton, OR 97006-4942

Allied Purchasing Co.
PO Box 1249
Mason City, IA 50402-1249

Allied Purshasing
PO Box 1249
Mason City, IA 50402-1249

Alpine Food Distributing
PO Box 22529
Milwaukie, OR 97269-2529

Alpine Food Distributing, Inc.
PO Box 22529
Milwaukie

Alpine Food Distributing, Inc.
520 SW Sixth Ave Ste 1200
Portland, OR 97204-1510

Amcane Sugar, LLC
PO Box 674996
Detroit, MI 48267-4996

American Express
P O Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Northwest Recovery Solutions
PO Box 9235
Nampa, ID 83652-9235

Americold Logistics LLC
25587 Network Place
Chicago, IL 60673-1255

Ametek Brookfield
PO Box 419319
Boston, MA 02241-9319

Amundson, Lavere
11005 NE 76th St, #30
Vancouver, WA 98662-3954

Andersen Plastics
PO Box 310
Battle Ground, WA 98604-0310

Applied Industrial Technologies
PO Box 100538
Pasadena, CA 91189-0538

Applied Industrial Technologies
c/o Dianne Misenko
One Applied Plaza
Cleveland, OH 44115-2519

Arbuthnot, Stephen
15172 SW Sapphire
Beaverton, OR 97007-8305

Arenas, Damian
8000 NE HWY 99 #106
Vancouver, WA 98665-8844

Ashley S. Rusher
Blanco Tackabery & Matamoros, PA
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Aspy, Katie
9105 SE 32ND AVE APT 15
Portland, OR 97222-5674

Atlasta Lock & Safe CO., Inc.
702 SE Grand Ave
Portland, OR 97214-2299

Austin, Dale
10390 Sw Crestwood Ct
Beaverton, OR 97008-6641

Automotive & Industrial Distributors of
900 1st Avenue North
Billings, MT 59101-2662

Baez Hernandez, Carlos
167 NE 25th Avenue #207
Hillsboro, OR 97124-6368

Balboa Capital Corporation
575 Anton Boulevard
12th Floor
Costa Mesa, CA 92626-7169

Banc of California, N.A.
3 Macarthur Pl., Ste 100
Santa Ana, CA 92707-6068

Bankdirect Capital Finance
150 N Field Dr #190
Lake Forest, IL 60045-2594

Barry Callebaut USA LLC
28543 Network Place
Chicago, IL 60673-1285

Batugo, Kevin
15296 SE Johnson Rd.
Clackamas, OR 97015-9406

Beaver Sports Properties, LLC
c/o Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184-3038

Beck, Chris
22802 NE 174th St
Brush Prairie, WA 98606-8102

Benefithelp Solutions
P O Box 5817
Portland, Or 97228-5817

Bev Cap Management, LLC
120 W Virginia St Suite 200
Mckinney, TX 75069-4496

Bigelow, Nicole
39805 Davis St
Sandy, OR 97055-8376

Birley, Terrance
1707 NW 3rd St
Battleground, WA 98604-4352

Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205-3359

Bluetarp Financial
PO Box 105525
Atlanta, GA 30348-5525

Boatman, Jon
18436 Southeast Yamhill Circle
Portland, OR 97233-5557

Bobb, Louis
1259 NE Hogan Place
Gresham, OR 97030-4100

Boiler & Combustion Service, Inc.
PO Box 22919
Portland, OR 97269-2919

Boon Chapman
9401 Amberglen Blvd
Austin, TX 78729-1191

Brandon D. Smith, Esq.
140 Geary Street, 7th Floor
San Francisco, CA 94108-5617

Brett L. Wittner
Morton McGoldrick, P.S.
820 A Street, Suite 600
Tacoma, WA 98402-5293

Burbach, Michael
3112 St Johns Blvd
Vancouver, WA 98661-3723

CARY R CADONAU
1200 SW Main St
Portland, OR 97205-2040

ASHLEY CARTER
City Attorney's Office
1221 SW Fourth Avenue
Ste 430
Portland, OR 97204-1991

CBRE Group, Inc
Wells Fargo Center
1300 SW Fifth Ave #3000
Portland, OR 97201-5688

JOHN H CHAMBERS
Dunn Carney LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204-1357

CHEP Pallecon Solutions
PO Box 7408180
Chicago, IL 60674-8180

CIT Bank NA
PO Box 593007
San Antonio, TX 78259-0200

CIT Finance, LLC
PO Box 593007
San Antonio, TX 78259-0200

CIT Technology Fin Serv, Inc.
PO Box 100706
Pasadena, CA 91189-0003

CHRISTOPHER N COYLE
319 SW Washington St #520
Portland, OR 97204-2690

CREST FOODS CO., INC
PO BOX 371
ASHTON, IL 61006-0371

DAVID W CRISWELL
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158

CRS Data Solutions
PO Box 2764
Portland, OR 97208-2764

Caballero, Ernesto
8316 N. Lombard St. PMB 439
Portland, OR 97203-3727

Camfil USA, Inc.
3302 Solutions Center
Chicago, IL 60677-3003

Campa, David
101 SE 199th
Portland, OR 97233-6019

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Financial Services, Inc.
158 Gaither Drive #200
Mt Laurel, NJ 08054-1716

Castillo, Johnny
1506 SE Kobus Way
Hillsboro, OR 97123-5367

Cates, David
12212 SE Raymond St
Portland, OR 97236-4232

Center, Christopher
5231 SE Malden Dr
Portland, OR 97206-0842

CenturyLink
PO Box 91155
Seattle, WA 98111-9255

Chambers, Sandy
18200 NE Flanders
Portland, OR 97230-7244

Charm Sciences Inc.
659 Andover Street
Lawremce, MA 01843-1032

Charm Sciences, Inc.
659 Andover St
Lawrence, MA 01843-1032

Chorn, James
2243 SE 105th AVE
Portland, OR 97216-3046

Cintas Corporation - 463
PO Box 650838
Dallas, TX 75265-0838

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104-0493

(p)CITY OF PORTLAND
OFFICE OF CITY ATTORNEY
RM 430
1221 SW 4TH AVE
PORTLAND OR 97204-1991

Clow Roofing & Siding Inc.
434 N Tillamook Street
Portland, OR 97227-1898

Columbia Oregon 98th Industrial, LLC
c/o Alex I. Poust
1211 SW 5th Avenue, 19th floor
Portland, OR 97204-3731

Country Lane Dairy
18555 SW Teton Ave
Tualatin, OR 97062-8842

Crandall, John
843 SE Walnut St
Hillsboro, OR 97123-4533

Crollard, Travis
3815 NE 87th Place
Vancouver, WA 98662-6869

Daco Corporation
8825 S 184th Street
Kent, WA 98031-1232

Danisco USA, Inc
PO Box 32020
New York, NY 10087-2020

Dean, Brian
845 G St.
Washougal, WA 98671-1327

Domino Foods, Inc.
Blanco Tackabery & Matamoros, PA
c/o Ashley S. Rusher
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Clatsop Fleet Service, Inc
2040 SE Airport Lane
Warrenton, OR 97146-7401

Cole-Parmer Instrument Company, LLC
13927 Collections Center Drive
Chicago, IL 60693-0139

Comcast
PO Box 34744
Seattle, WA 98124-1744

Country Lane Dairy
c/o Keystone-Pacific, LLC
Kaye N. Barnes, RA
9955 SW Potano St
Tualatin, OR 97062-8619

Crest Foods Co. Inc
Attn: Accounts Receivable
PO Box 371
Ashton, IL 61006-0371

DSM Nutritional Products, Inc.
3927 Collection Center Drive
Chicago, IL 60693-0039

Dairy Connection Inc.
501 Tasman Street Suite B
Madison, WI 53714-3173

Davidson, Howard
8923 Ne 41st Ave
Vancouver, WA 98665-5303

Dejarnett Sales, Inc.
45 82nd Drive, Suite 49
Gladstone, OR 97027-2562

JONATHAN CHISATO EDWARDS
Earl Law Group PLLC
1334 S Pioneer Way
Moses Lake, WA 98837-2410

Claudia Rambanales
c/o Law Offices of Jacob Emrani
1516 South Broadway
Los Angeles, CA 90015-3031

Columbia Oregon 98th Ave Industrial LLC
PO Box 848138-076
Dallas, TX 75284-0001

Conan Fin Org, LLC
17606 Sydni Ct
Lake Oswego, OR 97035-5588

Courier Direct, Inc.
PO Box 3448
Tualatin, OR 97062-3448

Crollard, Dennis
5308 NE 68th St
Vancouver, WA 98661-1488

JAMES A. DUMAS II
Dumas & Kim, APC.
3435 Wilshire Blvd #990
Suite 990
Los Angeles, CA 90010-1998

Danielski, David
3006 SE 16th St
Gresham, OR 97080-9245

Davis, Christopher
205 SE 5th Ave
Battle Ground, WA 98604-8320

Domino Foods, Inc
PO Box 79066
City Of Industry, CA 91716-9066

Eberhards
P O Box 845
Redmond, OR 97756-0186

Ecolab Inc.
655 LONE OAK DR - A1
Eagan, MN 55121-1649

Edgar A. Weber & Company
PO Box 546
Wheeling, IL 60090-0546

Edmunson, Brian
15092 SE Pioneer Dr
Clackamas, OR 97015-6365

Edwards, Kisa
4927 NE Grand Avenue
Portland, OR 97211-3925

Electric Inc.
c/o Christopher C. Winston, President
PO Box 820386
Vancouver, WA 98682-0008

Electric Inc.
PO BOX 820386
Vancouver, WA 98682-0008

Ellima Discovery, Inc
390 N Sepulveda Blvd Suite 2080
El Segundo, CA 90245-4401

Elm Services
PO Box 15270
Irvine, CA 92623-5270

Elution Technologies
480 Hercules Drive
Colchester, VT 05446-7917

Eric C Hartwig
520 SW Sixth Ave Ste 1200
Portland, OR 97204-1510

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St
Commerce, CA 90040-1507

Ernest Packaging Solutions
5777 Smithway St
Commerce, CA 90040-1507

Ernest Packaging Solutions
9255 NE Alderwood Rd.
Portland, OR 97220-1343

Eroad Inc.
7618 SW Mohawk Street
Tualatin, OR 97062-8121

Eurofins DQCI, LLC
PO Box 11407
Birmingham, AL 35246-5569

Ever Fresh Fruit Company
John Logan c/o Ever Fresh Fruit Co
PO Box 1177
Sandy, OR 97055-1177

EverBank Commerical Finance
10 Waterview Blvd
Parsippany, NJ 07054-1286

EverFresh Fruit Co.
PO Box 1177
Sandy, OR 97055-1177

Evergreen Packaging Inc.
PO Box 845430
Dallas, TX 75284-5430

Exova #774214
4214 Solutions Center
Chicago, IL 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

Exova Inc
2395 Speakman Drive
Mississauga, Ontario L5K 1B3 Canada

Express Personnel Services
PO Box 4427
Portland, OR 97208-4427

F&H Food Equipment Co.
PO Box 3985
Springfield, MO 65808-3985

FEDEX
PO BOX 7221
Pasadena, CA 91109-7321

FEDEX FREIGHT
PO BOX 21415
Pasadena, CA 91185-0001

JOSEPH A FIELD
Field Jerger LLP
621 SW Morrison Street
Ste 510
Portland, OR 97205-3808

SCOTT D FINK
Weltman Weinberg & Reis Co
323 W Lakeside Ave #200
Cleveland, OH 44113-1009

MICHAEL W FLETCHER
888 SW 5th Ave #1600
Portland, OR 97204-2030

FREEWIRE BROADBAND LLC
5465 SW WESTERN AVE
Suite E
Beaverton, OR 97005-4179

Falk, Alysha
14600 NE 87th Street
Vancouver, WA 98682-2829

Far West Distributors, Inc.
1617 N. Plaza Drive
Visalia, CA 93291-8887

Farm Power Misty Meadow, LLC
1934 S Wall St
Mount Vernon, WA 98273-6509

Farm Power Tillamook, LLC
1934 South Wall St
Mount Vernon, WA 98273-6509

Farr, Lawrence
14205 NE 10th Ave
Vancouver, WA 98685-1301

Fastenal
P O Box 1286
Winona, MN 55987-7286

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-9902

Federal Milk Market Administrator
Market Administrator
1930 220th St SE #J102
Bothell, WA 98021-8408

Firmenich Inc.
PO Box 7247-8502
Philadelphia, PA 19170-8502

First Business Capital Corp.
c/o Tonkon Torp LLP
ATTN: Albert N. Kennedy
888 SW 5th Ave., Suite 1600
Portland, OR 97204-2099

First Business Capital Corp.
Attn: Mark Buchert, VP-Account Executive
401 Charmany Dr
Madison, Wi 53719-1272

First Business Capital Corp.
c/o Albert N. Kennedy
Tonkon Torp LLP
888 SW Fifth Avenue, #1600
Portland, OR 97204-2099

First Business Capital Corp.
c/o Chuck Batson, President & CEO
401 Charmany Dr
Madison, Wi 53719-1272

First Capital Corporation
c/o Albert N. Kennedy
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204-2099

Foodline Piping Products
225 Edgewood Avenue
West Berlin, NJ 08091-2615

Ford Motor Credit Co.
PO Box 552679
Detroit, MI 48255-2679

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o CT Corp. System, RA
780 Commerical St SE Ste 100
Salem, OR 97301-3465

Forry, Brandon
6421 SE Morrison St.
Portland, OR 97215-1945

Forsman, Pentti
18654 SW Shaw St.
Aloha, OR 97078-1211

Fortin, Patricia
3111 NE 76th Ave
Portland, OR 97213-6501

Fred, John
17823 SE Division St
Portland, OR 97236-1063

Freewire Broadband
7327 SW Barnes Rd #701
Portland, OR 97225-6119

Fry, Mitchell
3532 SW Beaverton Hillsdale Hwy
Portland, OR 97221-3810

GNT USA, Inc.
660 White Plains Road
Tarrytown, NY 10591-5107

Gillco Ingredients
1701 La Costa Meadows Drive
San Marcos, CA 92078-5105

Ginger People
215 Reindollar Ave
Marina, CA 93933-3804

Givaudan Flavors Corporation
ATTN: Will Romanowicz
1199 Edison Drive
Cincinnati, OH 45216-2265

Glorybee Foods, Inc.
PO Box 2744
Eugene, OR 97402-0277

Grainger
PO Box 419267
Kansas City, MO 64141-6267

Graphic Packaging International Inc.
PO Box 404170
Atlanta, GA 30384-4170

Greiner Packaging Corp.
225 Enterprise Way
Pittston, PA 18640-5035

Grupo Phoenix
18851 NE 29th Ave, Suite 601
Aventura, FL 33180-2844

Gullberg, Choei
4735 N Mississippi Avenue
Portland, OR 97217-3140

Gutierrez, Anthony
4761 N. Girard St
Portland, OR 97203-4633

ERIC C HARTWIG
Zarosinski Hartwig P.C.
520 SW Sixth Ave
Ste 1200
Portland, OR 97204-1510

NICHOLAS J HENDERSON
Motschenbacher & Blattner, LLP
117 SW Taylor Street
Ste 300
Portland, OR 97204-3029

Haines, Christopher
3903 SW Wilbard St.
Portland, OR 97219-6194

Hammer, Gary
12032 SW Westbury Terr
Tigard, OR 97223-1651

Harrington Industrial Plastics
PO Box 5128
Chino, CA 91708-5128

Harvest Food Solutions, LLC
501 SE Columbia Shores Boulevard, Suite
Vancouver, WA 98661-8099

Hernandez, Alfredo
20833 SW Imperial Place
Beaverton, OR 97003-1847

High Desert Milk
c/o Steven Tarbet CFO
1033 Idaho Avenue
Burley, ID 83318-4923

High Desert Milk, Inc.
1033 Idaho St
Burley, ID 83318-4923

Hilton Supply Management
7926 Jones Branch Dr., Ste #400
McLean, VA 22102-3370

Huber, Troy
9900 SE Lawnfield Rd, #87
Clackamas, OR 97015-9617

Huber, Tyler
7650 SE McBride St.
Milwaukie, OR 97222-1273

Huebner, Cynthia
4617 NE St Johns Rd #H127
Vancouver, WA 98661-2562

Hygiena LLC
1801 W Olympic Blvd
Pasadena, CA 91199-2007

IGI Resources, Inc.
12124 Collections Center Drive
Chicago, IL 60693-0121

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
Attn: Civil Process Clerk
U.S. Attorney, District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936

IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Idaho Milk Products Inc.
2249 South Tiger Drive
Jerome, ID 83338-5080

Imperfect Produce Sub Lease
1616 Donner Ave
San Francisco, CA 94124-3220

Independent Retirement Consult
6500 SW Macadam Avenue, Suite 185
Portland, OR 97239-3570

Indoor Billboard/NW
PO Box 17555
Portland, OR 97217-0555

Indoor Billboard/Northwest, Inc.
P.O. Box 17555
Portland, OR 97217
Portland, OR 97217-0555

Ingredion
PO Box 742206
Los Angeles, CA 90074-2206

Ingredion Incorporated
5 Westbrook Corporate Center
Westchester, IL 60154-5795

Inspired Results
3437 Monumentum Place
Chicago, IL 60689-0001

| | | |
|---|---|---|
| J&D Refrigerated Services<br>PO Box 1605<br>Clackamas, OR 97015-1605 | SCOTT L JENSEN<br>1200 SW MAIN ST<br>PORTLAND, OR 97205-2040 | Jackson Lewis, P.C.<br>1133 Westchester Avenue Suite S125<br>West Harrison, NY 10604-3516 |
| Jaimes, Enrique<br>7936 SE 64th Avenue<br>Portland, OR 97206-9673 | Jenkins, Chad<br>1509 22nd Ave Apt#24<br>Forest Grove, OR 97116-1662 | Jogue Inc./Northville Labs<br>PO Box 190<br>Northville, MI 48167-0190 |
| John H. Chambers<br>851 SW Sixth Avenue<br>Suite 1500<br>Portland, OR 97204-1352 | Johnson, Gordon<br>14908 NW 21st Avenue<br>Vancouver, WA 98685-1245 | Jonathan Edwards<br>1334 S Pioneer Way<br>Moses Lake, WA 98837-2410 |
| Jones, Terry<br>12220 SE Long Street<br>Portland, OR 97236-7710 | Jubitz Fleet Services<br>PO Box 11251<br>Portland, OR 97211-0251 | Jubitz Travel Center<br>PO Box 11133<br>Portland, OR 97211-0133 |
| KBTG, Inc.<br>c/o Johnston Mitchell<br>Coers Mitchell Law LLC<br>2100 NE Broadway, Ste 105<br>Portland, Oregon 97232-1500 | ALBERT N KENNEDY<br>888 SW 5th Ave #1600<br>Portland, OR 97204-2030 | KPA Services, LLC<br>1380 Forest Park Cir #14D<br>Lafayette, CO 80026-3378 |
| KPA Services, LLC<br>PO Box 301526<br>Dallas, TX 75303-1526 | Kaio, Kenneth<br>7579 SW Roanoke Dr N<br>Wilsonville, OR 97070-6821 | Karamanos Holdings<br>630 West Duarte Road, #208<br>Arcadia, CA 91007-7604 |
| Karamanos Holdings, Inc.<br>801 NE 21st Ave.<br>Portland, OR 97232-2209 | Karamanos Holdings, Inc.<br>c/o Daniel Boverman, CRO<br>11285 SW Walker Rd.<br>Portland, OR 97225-4461 | Karamanos, Benjamin<br>6514 SW 50th Avenue<br>Portland, OR 97221-2844 |
| Karamanos, John<br>9239 NW Burntknoll Court<br>Portland, OR 97229-6551 | Kerry Ingredients & Flavours<br>File 57038<br>Los Angeles, CA 90074-0001 | Key Bank National Association<br>11211 SW Fifth Ave., Suite 505<br>Portland, OR 97204 |
| Khalifa, Yusef<br>13926 SE Alimaria Dr<br>Clackamas, OR 97015-6349 | Kidder Matthews<br>One SW Columbia St., Ste 950<br>Portland, OR 97258-2010 | Kool Pak LLC<br>4550 SW Kruse Way, Suite 350<br>Lake Oswego, OR 97035-3588 |
| Kool Pak, LLC<br>PO Box 1450<br>Minneapolis, MN 55485-7939 | Kormanos Holdings, Inc.<br>801 NE 21st Ave<br>Portland, OR 97232-2209 | Kunkel, Ashley<br>1261 SE Olvera Place<br>Gresham, OR 97080-9133 |

Kuntzmann, Christopher
1539 NE Vista Way
Gresham, OR 97030-4249

LCA Bank Corporation
1375 Deer Valley Dr #218
Park City, UT 84060-5236

LCA Bank Corporation
c/o Thomas T. Billings, RA
15 West South Temple Ste 1700
Salt Lake City, UT 84101-1549

GARRETT SHEA LEDGERWOOD
Hershner Hunter LLP
180 East 11th Avenue
Eugene, OR 97401-3584

JUSTIN D LEONARD
Leonard Law Group LLC
1 SW Columbia, Ste. 1010
Portland, OR 97258-2024

HOWARD M LEVINE
1000 SW Broadway #1400
Portland, OR 97205-3066

LTI, Inc.
8631 Depot Road
Lynden, WA 98264-9301

Lamoule
819 SE Grant St
Portland, OR 97214-4524

Landscape Management & Services
3511 NE 109th Avenue
Vancouver, WA 98682-7722

Larsen's Creamery, Inc.
16940 SE 130th Avenue
Clackamas, OR 97015-8900

Larsen's Creamery, Inc.
Scott L. Jensen, Brownstein Rask LLP
1200 SW Main Street
Portland, OR 97205-2040

Leek, Brian
1412 Meadowlark Pl
Molalla, OR 97038-8303

Les Schwab
2952 NE Sandy Boulevard
Portland, OR 97232-2457

Levy-Center, Jacob
9310 SE 65th Avenue
Milwaukie, OR 97222-2501

Liborio, Arnold
1973 SE 122nd Ave. #10
Portland, OR 97233-1344

Lochmead Dairy, Inc.
1120 Ivy Street
Junction City, OR 97448-1933

Lockwood, Amanda
1537 NE 19th Avenue
Portland, OR 97232-1421

Loomis Armored Service, Inc.
Dept. Ch. 10500
Palatine, IL 60055-0500

Love, Levi
10713 NE 88th Street
Vancouver, WA 98662-3173

Lubrication Engineers, Inc.
PO Box 16025
Wichita, KS 67216-0025

Lucas Foods, Inc.
c/o Robert LeChevallier, Buckley Law PC
5300 Meadows Rd #200
Lake Oswego OR 97035-8225

Lynn Rowe Larsen
Taft Stettinius & Hollister LLP
200 Public Square
Suite 3500
Cleveland,, OH 44114-2317

ASHLEY J MCDONALD
Brownstein Rask
1200 SW Main St.
Portland, OR 97205-2040

JAMES K MIERSMA
McCarthy Holthus LLP
108 First Avenue South
Suite 300
Seattle, WA 98104-2104

JOHNSTON A MITCHELL
2100 NE Broadway Street, Ste 105
Portland, OR 97232-1500

SONIA A MONTALBANO
707 SW Washington St #1500
Portland, OR 97205-3532

MRV Dairy Solutions
26382 Via De Anza
San Juan Capistrano, CA 92675-4723

(p)MACKENZIE ENGINEERING INC
1515 SE WATER AVE SUITE 100
PORTLAND OR 97214-3487

Mallory Safety & Supply LLC
PO Box 2068
Longview, WA 98632-8190

Mane Inc.
2501 Henkle Drive
Lebanon OH 45036-7794

```
Matison, Jacob                          Maverick Welding Supplies Inc.          Mayfield Farms, LLC
18340 SW Wheeler Crt                    PO Box 1570                             18555 SW Teton Ave
Aloha, OR 97078-1653                    Oregon City, OR 97045-0570              Tualatin, OR 97062-8842


Mayfield Farms, LLC                     McCarthy, Tara                          McGuire Bearing Company
c/o Keystone-Pacific, LLC               18168 Newell Crest Dr.                  947 SE Market Street
Kaye N. Barnes, RA                      Oregon City, OR 97045-2874              Portland, OR 97214-3574
9955 SW Potano St
Tualatin, OR 97062-8619


McMaster-Carr Supply Company            Measure-Tech, Inc.                      Medosweet Farms of Oregon, Inc.
PO Box 7690                             PO Box 499                              P O Box 749
Chicago, IL 60680-7690                  Ariel, WA 98603-0499                    Kent, WA 98035-0749


Mercantum (U.S.) Corp.                  Metro Overhead Door                     Mettler Toledo
225 Broadway, 37Th Floor                2525 NE Columbia Boulevard              22670 Network Place
New York, NY 10007-3044                 Portland, OR 97211-2053                 Chicago, IL 60673-1226


Mettler-Toledo Safeline, Inc.           Meyer, Zachary                          Miller Paint Co. Inc.
22677 Network Place                     1460 SE Willow Drive, Suite A           12812 NE Whitaker Way
Chicago, IL 60673-1226                  Warrenton, OR 97146-7350                Portland, OR 97230-1110


Minuteman Press Lloyd Center            Mitchell Lewis & Staver Co.             Mocon, Inc
1015 NE Broadway Street                 9935 SW Commerce Circle                 PO Box 1450 - NW 8244
Portland, OR 97232-1230                 Wilsonville, OR 97070-8608              Minneapolis, MN 55485-8244


Moss Adams LLP                          Multnomah County                        Multnomah County Circuit Court
PO Box 101822                           501 SE Hawthorne Blvd                   PO Box 78
Pasadena, CA 91189-0050                 Portland, OR 97214-3587                 Portland, OR 97207-0178


Multnomah County Dept. of Assessment, Record   Multnomah County Division of     Multnomah County Tax Assessor
501 SE Hawthorne Blvd                   P O Box 2716                            Attn Angelika Loomis, Agent
Room 175                                Portland, OR 97208-2716                 PO Box 2716
Portland, OR 97214-3577                                                         Portland, OR 97208-2716


Multnomah County-DART                   Murutes, Michael                        NIPR LLC
Assessment, Recording & Taxation        21322 NE Weidler Cir                    718 Griffin Ave PMB 17
P.O.Box 2716                            Fairview, OR 97024-8732                 Enumclaw, WA 98022-3418
PORTLND, OR 97208-2716


TIMOTHY F. NIXON                        NW Natural Gas                          Nass, Kari
200 S Washington St #100                PO Box 6017                             12575 SW Pathfinder Ct
Suite 100                               Portland, OR 97228-6017                 Tigard, OR 97223-5155
Green Bay, WI 54301-4298
```

National Container Group
PO Box 5649
Carol Stream, IL 60197-5649

National Food Corporation
808 134th Street SW, Bldg. B, Suite 116
Everett, WA 98204-2300

Navigator Group Purchasing, Inc.
Attn:  Gloria Barr, General Counsel
c/o Managed Health Care Associates, Inc.
25-A Vreeland Road, Suite 200
Florham Park, NJ 07932-1903

Neilan, Brigg
24050 SE Stark St.
Apt. 1033
Gresham, OR 97030-8105

Nelson Jameson
PO Box 1147
Marshfield, WI 54449-7147

Nestle Quality Assurance Inc.
445 State Street
Fremont, MI 49413-1000

Nestle USA
PO Box 841933
Dallas, TX 75284-1933

Nordson Corp
11475 Lakefield Drive
Duluth, GA 30097-1557

Nordson Corporation
300 Nordson Dr
Amherst, OH  44001
Amherst, OH 44001-2422

Northwest Control Company Inc.
PO Box 22919
Portland, OR 97269-2919

Northwest Food Processors Assoc.
8338 NE Alderwood Road, Suite 160
Portland, OR 97220-6811

Northwest Natural Gas Company
PO Box 6017
Portland, OR 97228-6017

NuBiome, Inc.
PO Box 60087
Palo Alto, CA 94306-0087

ODOT/MCTD
3930 Fairview Industrial Dr SE
Salem, OR 97302-1166

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301-2555

ODR
c/o Ellen Rosenblum, Attorney General
Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096

ODR Bkcy
955 Center St NE
Salem OR 97301-2555

Office Depot Credit Plan
P O Box 78004
Phoenix, AZ 85062-8004

Official Committee of Unsecured Creditors, c
Leonard Law Group LLC
1 SW Columbia, Suite 1010
Portland, OR 97258-2024

Oil Filter Service Company
615 SE Market Street
Portland, OR 97214-3522

Oilseeds
8 Jackson St
San Francisco, CA 94111-2022

Oliveria, Christopher
51726 SW Old Portland Rd.
Scappoose, OR 97056-4000

Oregon Dairy Products Commission
10505 SW Barbur Blvd, Suite 201
Portland, OR 97219-6853

Oregon Department Of Agriculture
PO Box 4395, Unit 17
Portland, OR 97208-4395

(p)OREGON DEPARTMENT OF TRANSPORTATION
355 CAPITOL ST NE MS #21
SALEM OR 97301-3871

Oregon Employment Department
875 Union Street NE
Salem, OR 97311-0800

Oregon Milk Marketing Federation
c/o David W. Criswell
Lane Powell, PC
601 SE Second Avenue, Suite 2100
Portland, OR 97204

Oregon Tilth, Inc.
2525 SE 3rd Street
Corvallis, OR 97333-1641

Organic West Milk, Inc.
129 W Main Street
Ripon, CA 95366-2419

Osgood Industries, Inc.
P.O. Box 71745
Chicago, IL 60694-1745

P & L Johnson Mechanical Inc.
PO Box 595
Astoria, OR 97103-0595

ANDREW P PARKS
800 Willamette St #800
Eugene, OR 97401-2996

PB Leiner
DEPT CH 19836
Palatine, IL 60055-0001

PDF Seal
503 Acorn St
Deer Park, NY 11729-3601

KATHYRN PERKINS
DOJ-Ust
700 Stewart Street
Suite 5103
Seattle, WA 98101-4438

ALEX I POUST
1211 SW 5th Ave #1600-1900
Portland, OR 97204-3735

PPV, Inc.
PO Box 5935, Drawer # 2254
Troy, MI 48007-5935

Pacific Coast Americas, LLC
PO Box 168
Monrovia, CA 91017-0168

Pacific Foods Of Oregon, Inc.
19480 SW 97th Ave
Tualatin, OR 97062-8505

Pacific Foods of Oregon, LLC
Attn: James Guyon
One Campbell Place
Camden, NJ 08103-1701

Pacific Office Automation
14747 NW Greenbrier Parkway
Beaverton, OR 97006-5601

Pacific Office Automation
PO Box 41602
Philadelphia, PA 19101-1602

Pacific Office Automation
PO Box 51043
Los Angeles, CA 90051-5343

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Pacific Power
PO Box 25308
Salt Lake City, UT 84125-0308

Paetec
PO Box 9001013
Louisville, KY 40290-1013

Palaoro, Jeromie
19462 S Wild Bill Ct
Oregon City, OR 97045-7743

Paris, Christopher
11828 Southeast Pine Street
Portland, OR 97216-3752

Paul Brong Machine Works, Inc.
421 NE 12th Avenue
Portland, OR 97232-2786

Pennick, Doug
2606 E 26th Street
Vancouver, WA 98661-4502

Pennick, Evan
410 SE 95th Ave
Vancouver, WA 98664-3421

Pennick, Justin
410 SE 95th Ave
Vancouver, WA 98664-3421

Pennick, Kevin
2760 NE 7th Avenue
Portland, OR 97212-3119

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563

Penske Truck Leasing Company LP
PO Box 7429
Pasadena, CA 91109-7429

Peralta, Benjamin
230 NE 100th Avenue, #16
Portland, OR 97220-4427

Perez, Michael
17407 SW Inkster Dr.
Sherwood,  OR 97140-8240

PermaCold Engineering, Inc.
c/o Elliott, Ostrander & Preston
Att Bill Drew
707 SW Washington, Suite 1500
Portland, OR 97205-3532

Permacold Engineering Inc.
Attn: Shauna Ray
2945 NE Argyle Street
Portland, OR 97211-1948

Pete's Fresh Milk Delivery, LLC
27441 68th Ave S
Kent, WA 98032-7262

Peter Finley Fry
303 NW Uptown Terrace #1B
Portland, OR 97210-5500

Petersen, David
9406 NE 26th Ct.
Vancouver, WA 98665-9594

Phillips, Douglas
11625 SW 5th St., #1
Beaverton, OR 97005-2972

Pickens, Belinda
POB 6324
Vancouver, WA 98668-6324

Pierce, Michael
54703 Brodala Way
Scappoose, OR 97056-2136

Pingo, Ryan
6437 SE 137th Ave
Portland, OR 97236-7235

Piper, Steven
13447 SE Bush St
Portland, OR 97236-3323

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Platt Electric, Inc
PO Box 418759
Boston, MA 02241-8759

Pommerening, Jordan
315 SE 40th St
Troutdale, OR 97060-2570

Portland Disposal & Recycling Inc.
7202 NE 42nd Avenue
Portland, OR 97218-1195

Portland General Electric
PO Box 4438
Portland, OR 97208-4438

Prather, Dean
782 Moneda Ct., N
Keizer, OR 97303-5875

Price, James
1331 N Sarstoga St
Portland, OR 97217-5438

Pro Sales, Inc.
917 Valley Ave NW
Puyallup, WA 98371-2528

Pro-Western Plastics LTD
30 Riel Drive
St. Albert, AB T8N 3Z7
Canada

Provvista
PO Box 601154
Pasadena, CA 91189-1154

QCS Insurance Company
c/o SRS
18835 N. Thompson Peak Parkway Suite 210
Scottsdale, AZ 85255-6254

QCS Purchasing, LLC
901 Warrenville Rd #405
Lisle, IL 60532-4309

QCS Purchasing, LLC
PO Box 87618
Chicago, IL 60680-0618

Quality Chekd Dairies, Inc.
PO Box 6500
Chicago, IL 60680-6500

Quinton, Hunter
2056 SE 113th Ave
Portland, OR 97216-3619

CARLOS A RASCH
Multnomah County Attorney's Office
501 SE Hawthorne Blvd.
Suite 500
Portland, OR 97214-3501

DOUGLAS R RICKS
319 SW Washington St #520
Portland, OR 97204-2620

RMMJ Services Inc.
3307 Evergreen Way, Ste. 707-231
Washougal, WA 98671-2062

DANIEL A ROSS
2001 Western Ave #400
Seattle, WA 98121-3132

RAMINTA A. RUDYS
Assayag Mauss, LLP
One Center Pointe Drive
Suite 170
Lake Oswego, OR 97035-8655

Rardin, Edward
2340 NE Rene Avenue
Gresham, OR 97030-3204

| | | |
|---|---|---|
| Raya, Stephen<br>3675 SE Brendon Ct<br>Milwaukie, OR 97267-5642 | Recology<br>1850 NE Lafayette Ave<br>Mcminnville, OR 97128-3434 | Reddaway Inc.<br>26401 Network Place<br>Chicago, IL 60673-1264 |
| Reed, Michael<br>2570 NE Timothy Ln<br>Hillsboro, OR 97124-6296 | Regala, Reynato<br>10 NE 162nd Ave #23<br>Portland, OR 97230-5878 | Republic Services #472<br>PO Box 78829<br>Phoenix, AZ 85062-8829 |
| Revelle, Kayla<br>35739 E Crown Point Hwy<br>Corbett, OR 97019-8691 | Revive Brands<br>3900 Cypress Dr<br>Petaluma, CA 94954-5694 | Richards, Michael<br>12705 SE Gladstone St<br>Portland, OR 97236-3633 |
| Rick Wolf<br>388 S 10th St<br>Kalama, WA 98625-9770 | Robertson, Mary<br>7415 N Fessenden St<br>Portland, OR 97203-1723 | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125-0308 |
| Rodda, Richard<br>6009 NE 39th Street<br>Vancouver, WA 98661-3221 | Rodriguez, Katie<br>7767 SE Harrison St<br>Milwaukie, OR 97222-1139 | Rogers Machinery Company Inc.<br>PO Box 230429<br>Portland, OR 97281-0429 |
| Roto-Rooter<br>28655 SW Boones Ferry Road<br>Wilsonville, OR 97070-8216 | Rumiano Cheese Company<br>PO Box 863<br>Willows, CA 95988-0863 | Ryan, Patrick<br>2620 SW Hume St<br>Portland, OR 97219-3916 |
| TIMOTHY A SOLOMON<br>Leonard Law Group LLC<br>1 SW Columbia<br>Suite 1010<br>Portland, OR 97258-2024 | SVZ-USA Inc.<br>1700 N Broadway Ave<br>Othello, WA 99344-8918 | SVZ-USA, Inc.<br>1700 N. Broadway<br>PO Box 715<br>Othello, WA 99344-0715 |
| Safeguard Business Systems, dba Inspired Res<br>981 Powell Ave SW, Suite 135<br>Renton, WA 98057-2926 | Salvage, Joshua<br>22920 W Bluff Dr.<br>West Linn, OR 97068-8257 | Sammons, Matthew<br>42706 Hillcrest Loop Road<br>Astoria, OR 97103-8444 |
| Sampson, Jack<br>4549 SE Knapp St<br>Portland, OR 97206-8331 | Sanderson Safety Supply Co.<br>1101 SE 3rd Avenue<br>Portland, OR 97214-3399 | Satanand, Steven<br>1608 NE Failing St<br>Portland, OR 97212-1343 |
| Scott L. Jensen<br>Brownstein Rask LLP<br>1200 SW Main Street<br>Portland, OR 97205-2040 | Scott Laboratories Inc<br>POB 4559<br>Petaluma, CA 94955-4559 | Scott Laboratories Inc<br>1480 Cader Lane<br>Petaluma, CA 94954-7001 |

Sensient Flavors LLC
5115 Sedge Blvd
Hoffman Estates, IL 60192-3708

Separators Inc.
Dept CH 19595
Palatine, IL 60055-0001

Shepherd, Kristina
8121 SE Woodstock Blvd
Portland, OR 97206-5877

Silliker, Inc.
3155 Paysphere Circle
Chicago, IL 60674-0031

Silvia Del Campo
c/o Law Offices of Jacob Ermani
1516 South Broadway
Los Angeles, CA 90015-3031

Simplex Grinnell LP
Dept. Ch. 10320
Palatine, IL 60055-0320

SimplexGrinnell
50 Technology Dr
Attn: Bankruptcy
Westminster, MA 01441-0001

Sims, Emma
18200 NE  Couch St., #219
Portland, OR 97230-7271

Siquina, Agustin
8925 N Newell Ave #106
Portland, OR 97203-2863

Siquina, Juan
8316 N. Lombard St
PMB 296
Portland, OR 97203-3727

Smith Teamaker LLC
110 SE Washington St
Portland, OR 97214-2127

Smith, Roger
548 Bryant Hill Rd
Woodland, WA 98674-9278

Sofia Vasquez
c/o Law Offices of Jacob Emrani
1516 South Broadway
Los Angeles, CA 90015-3031

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn:  Angela Z. Miller
125 Main Street
Buffalo, NY 14203-2887

Sorrento Lactalis, Inc.
2376 South Park Avenue
Buffalo, NY 14220-2670

Souvanna, Luang
20615 SW Ravenswood St
Beaverton, OR 97078-5434

Spady, Gregory
POB 87508
Vancouver, WA 98687-7508

Speer, Michael
165 SW Gabbert Rd
Gresham, OR 97080-5220

Sprague Pest Control
PO Box 2222
Tacoma, WA 98401-2222

Spring Valley Dairy Inc.
PO Box 20970
Keizer, OR 97307-0970

Springfield Creamery
29440 Airport Road
Eugene, OR 97402-9537

Springfield Creamery, Inc.
c/o Hershner Hunter LLP, ATTN: GSL
180 East 11th Ave.
Eugene, OR 97401-3537

Spurdy, Aaron
470 NW Bella Vista Dr
Gresham, OR 97030-6633

Statco Eng. & Fabricators
PO Box 29901
Phoenix, AZ 85038-0901

State Of Washington
P O Box 47464
Olympia, WA 98504-7464

Stiebrs Farms Inc.
c/o Janis E. Stiebrs, President
PO Box 598
Yelm, WA 98597-0598

Stiebrs Farms, Inc.
PO Box 598
Yelm, WA 98597-0598

Stoel Rives, LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205-2587

Strada Capital Corporation
22431 Antonio Parkway #B160-610
Rancho Santa Margarita, CA 92688-2804

Stumptown Coffee Roasters
100 SE Salmon Street
Portland, OR 97214-3370

Sturm Elevator, Inc.
PO Box 3008
Clackamas, OR 97015-3008

Summit Funding Group, Inc.
4680 Parkway Drive #300
Mason, OH 45040-7979

Summit Funding Group, Inc.
Lease Administration Group
PO Box 63-6488
Cincinnati, OH 45263-6488

Sunshine Dairy Foods Management, LLC
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225-4461

Swank & Swine, LLC
8630 SW Scholls Ferry Rd
Beaverton, OR 97008-6621

Sweet Oregon Berry Company
3005 Bypass Highway 18
Dayton, OR 97114

Sygma-Portland
13019 SE Jennifer St Suite 404
Clackamas, OR 97015-9061

TCF Equipment Finance
11100 Wayzata Blvd #801
Hopkins, MN 55305-5503

TCF Equipment Finance
11100 Wayzata Blvd, Ste 801
Hopkins, MN 55305-5503

TCF Equipment Finance A Division of TCF Nati
5200 SW Meadows Rd. Ste 150
Lake Oswego, OR 97035-0066

TED A TROUTMAN
5075 SW Griffith Dr.
STE 220
Beaverton, OR 97005-3045

Taylor-Made Labels, Inc..
P O Box 1000, Dept 148
Memphis, TN 38148-0148

Tetra Pak
DEPT CH 10803
Chicago, IL 60055-0803

Tetra Pak Inc.
Brian R. Anderson
Nexsen Pruet, PLLC
POB 3463
Greensboro, NC 27402-3463

The Standard Steel Companies
PO Box 4828
Portland, OR 97208-4828

Thermo Fluids, Inc
PO Box 7170
Pasadena, CA 91109-7170

Tic Gums, Inc.
4609 Richlunn Drive
Belcamp, MD 21017-1228

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Industries
Attn: Commercial Finance
PO Box 660926
Dallas, TX 75266-0926

Toyota Industries Commercial Finance, Inc.
c/o Weltman, Weinberg & Reis Co. LPA
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1009

Toyota Lift Northwest
Attn: Mail Stop 98
PO Box 4100
Portland, OR 97208-4100

Toyota Motor Credit Corp
6565 Headquarters Dr.
Plano, TX 75024-5965

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Toyota Motor Credit Corporation
c/o CT Corporation System, RA
780 Commercial St SE Ste 100
Salem, OR 97301-3465

Toyota Motor Industries Commerical
Finance, Inc.
PO Box 9050
Coppell, TX 75019-9050

Travel Card Commercial Fueling,
a division of Truck 'N Travel
c/o Andrew P. Parks
800 Willamette Street, Suite 800
Eugene, OR 97401-2996

Travelcard Commercial Fueling
PO Box 71458
Springfield, OR 97475-0198

Tree Top Inc.
PO Box 248
Selah, WA 98942-0248

Tribeca Transport
1415 Port Way
Woodland, WA 98674-9583

Trogdon, Michael
33201 SE Kelso Rd
Boring, OR 97009-9059

| | | |
|---|---|---|
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | UHF Purchasing - MHA Inc.<br>PO Box 789<br>Florham Park, NJ 07932-0789 | UPS<br>PO Box 894820<br>Los Angeles, CA 90189-4820 |
| US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Umpqua Dairy Products Co.<br>PO Box 1306<br>Roseburg, OR 97470-0320 |
| Unified Grocers<br>PO Box 60064<br>City Of Industry, CA 91716-0064 | United Brands, Inc.<br>170 Associated Road<br>South San Francisco, CA 94080-6016 | United Site Services of Nevada, Inc.<br>P O Box 53267<br>Phoenix, AZ 85072-3267 |
| University Of Nebraska-Lincoln<br>PO Box 886205<br>Lincoln, NE 68588-6205 | Upward Technology<br>2636 NW 26th Ave,Suite 201<br>Portland, OR 97210-1848 | ROBERT J VANDEN BOS<br>319 SW Washington #520<br>Portland, OR 97204-2620 |
| VMS Aseptic Filling<br>PO Box 10252<br>Largo, FL 33773-0252 | VMS USA Inc.<br>P.O. Box 10252<br>Largo, FL 33773-0252 | Valley Falls Farm, LLC<br>c/o Bryan P. Coluccio<br>Keystone-Pacific, LLC<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 |
| Valley Falls Farm, LLC<br>18555 SW Teton Ave<br>Tualatin, OR 97062-8842 | Valley Falls Farm, LLC<br>c/o Keystone-Pacific, LLC<br>Kaye N. Barnes, RA<br>9955 SW Potano St<br>Tualatin, OR 97062-8619 | Ventura Foods, LLC<br>2281 Shadetree Circle<br>Brea, CA 92821-4402 |
| Verifract<br>1680 Meridan Ave, Suite 402<br>Miami Beach, FL 33139-2718 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Vinyard, Michael<br>15504 NE 48th St<br>Vancouver, WA 98682-5203 |
| Vivolac Cultures Corporation<br>6108 West Stoner Drive<br>Greenfield, IN 46140-7383 | W.W. Grainger, Inc.<br>401 South Wright Road W4E C37<br>Janesville, WI 53546-8729 | WA Department of Revenue<br>Attn: Doug Houghton<br>2101 4th Ave Ste 1400<br>Seattle, WA 98121-2300 |
| THOMAS K WOLF<br>5200 SW Meadows Rd., Ste 150<br>Lake Oswego, OR 97035-0066 | Waste Management<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023-3109 | Waste Management of Oregon<br>PO Box 541065<br>Los Angeles, CA 90054-1065 |
| Wayne Peterson<br>200 Main Street<br>Fairview, OR 97024-3705 | Weatherly, Marylyn<br>15631 S Tioga Rd.<br>Oregon City, OR 97045-9528 | Welch, Marcus<br>10211 SE Clinton St.<br>Portland, OR 97266-1350 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>300 Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069-4417 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120-7777 | Wells Fargo Vendor Financial Services, LLC<br>Assayag Mauss, LLP<br>1 Centerpointe Drive, Suite 170<br>Lake Oswego, OR 97035-8655 |
| Wells Fargo Vendor Financial Services, LLC<br>Attn.: Kimberly Park<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | Western Conference of Teamsters<br>Pension Trust Fund<br>Russell J. Reid, Attorney<br>100 W Harrison St N Tower #300<br>Seattle, WA 98119-4116 | Western States Equipment Co.<br>PO Box 3805<br>Seattle, WA 98124-3805 |
| Will H. Knox Company, Inc.<br>6034 NE 60th Avenue<br>Portland, OR 97218-2910 | Willamette View<br>13021 SE River Rd<br>Portland, OR 97222-8063 | Williams, Anthony<br>12807 SE Cooper St.<br>Portland, OR 97236-8901 |
| Williams, Mattison<br>6635 N. Columbia Way<br>Portland, OR 97203-1806 | Windsor, Marc<br>3136 SE 175th Place<br>Portland, OR 97236-1102 | Windstream (Paetec)<br>P O Box 9001013<br>Louisville, KY 40290-1013 |
| Winters, John<br>18621 Boynton St<br>Oregon City, OR 97045-3912 | Wolf, Richard<br>388 South 10th Street<br>Kalama, WA 98625-9770 | Workforce QA<br>1430 South Main Street, Suite C<br>Salt Lake City, UT 84115-5575 |
| Wright, Frank<br>13232 SE Bush St<br>Portland, OR 97236-3320 | Wymore Transfer Company<br>7420 SW Bridgeport Road<br>Suite 101<br>Tigard, OR 97224-7790 | Wymore Transfer Company, Inc<br>PO Box 519<br>Clackamas, OR 97015-0519 |
| XPO Logistics<br>PO Box 5160<br>Portland, OR 97208-5160 | Xenium Resources<br>7401 SW Washo Court, Suite 200<br>Tualatin, OR 97062-8343 | Young, Troy<br>11545 SE Lincoln Ct.<br>Portland, OR 97216-3652 |
| Zentis North America, LLC<br>75 Remittance Drive Suite 6026<br>Chicago, IL 60675-6026 | iPROMOTEu<br>Dept LA 23232<br>Pasadena, CA 91185-0001 | iTi Tropicals, Inc.<br>1 Walnut Grove Drive<br>Horsham, PA 19044-2201 |
| iTi tropicals, Inc.<br>30 Gordon Avenue<br>Lawrenceville, NJ 08648-1033 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
City of Portland                    (d)City of Portland              Ford Motor Credit Company LLC
City of Portland                    City Attorney's Office            PO Box 62180
City Attorney's Office              1221 SW 4th Ave Rm 430            Colorado Springs, CO 80962
1221 SW 4th Ave Rm 430              Portland OR 97204
Portland, OR 97204


IRS                                 Mackenzie                        Oregon Department of Transportation
Attn: Attorney General of United States   PO Box 14310               355 Capitol St NE  MS#21
10th Constitution NW #4400          Portland, OR 97293               Salem, OR  97301
Washington, DC 20530


Pacific Power                       (d)Portland Water Bureau         Toyota Financial Services
1033 NE 6th Avenue                  PO Box 4216                      PO Box 5855
Portland, OR 97256-0001             Portland, OR 97208-4216          Carol Stream, IL 60197



(d)Toyota Motor Credit Corporation
PO Box 5855
Carol Stream, Il 60197




            Addresses marked (c) above for the following entity/entities were corrected
              as required by the USPS Locatable Address Conversion System (LACS).


Alford, Johnathan
19100 E. Burnside St. APT E336
Portland, OR 97233




      The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Alpenrose Dairy, Inc.            (d)Clow Roofing & Siding Co.     (u)Columbia Oregon 98th Industrial, LLC
                                    434 N Tillamook St.
                                    Portland, OR 97227-1898


(u)Country Lane Dairy, LLC          (d)Country Lane Dairy, LLC       (d)Electric, Inc.
                                    18555 SW Teton Ave               PO Box 820386
                                    Tualatin, OR 97062-8842          Vancouver, WA 98682-0008


(u)Estate of John D. Karamanos, III (d)Foodline Piping Products Co.  (d)Ford Motor Credit Co.
                                    225 Edgewood Avenue              PO Box 552679
                                    West Berlin, NJ 08091-2615       Detroit, Mi 48255-2679
```

(u)KBTG, Inc. (dba Sierra Organics)    (u)Larsen's Creamery    (du)Larsen's Creamery, Inc.

(u)Mayfield Farm, LLC    (u)NBP Capital, LLC    (d)NIPR, LLC
718 Griffin Ave
PMB 17
Enumclaw, WA 98022-3418

(u)Oregon Milk Marketing Federation    (u)Permacold Engineering Inc    (d)SVZ-USA, Inc.
1700 N. Broadway
PO Box 715
Othello, WA 99344-0715

(d)Scott Laboratories, Inc.    (d)Sorrento Lactalis, Inc.    (u)Springfield Creamery, Inc.
PO Box 4559    c/o Phillips Lytle LLP
Petaluma, CA 94955-4559    Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203-2887

(d)Springfield Creamery, Inc.    (u)TCF Equipment Finance, Inc.    (u)Toyota Industries Commercial Finance
c/o Hershner Hunter LLP, ATTN: GSL
180 East 11th Ave.
Eugene, OR 97401-3537

(du)Toyota Industries Commercial Finance, Inc    (u)Toyota Motor Credit Corporation    (u)Travel Card Commercial Fueling dba Truck ï

(u)Umpqua Dairy Products Company    (u)Valley Falls Farms, LLC    End of Label Matrix
Mailable recipients    534
Bypassed recipients    29
Total    563