Howard M. Levine, OSB No. 800730
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: hlevine@sussmanshank.com

Attorneys for NBP Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 18-31644-pcm11 (Lead Case) |
|---|---|
| Sunshine Dairy Foods Management, LLC and Karamanos Holdings, Inc., | and 18-31646-pcm11 |
| Debtors-in-Possession. | DECLARATION OF RYAN FEIGELSON |

I, Ryan Feigelson, declare as follows:

1. I am the Vice President of Development of NBP Capital, LLC ("NBP").

2. I make this declaration based on my personal knowledge and if called to testify, would testify as set forth in this declaration.

3. I negotiated NBP's purchase of the property identified on Exhibit A hereto (the "Real Property"), the final terms of which are reflected in a Real Estate Purchase and Sale Agreement by and among NBP Capital and Debtors dated November 27, 2018 ("PSA").

4. Except as set forth in the PSA and the Land Lease Agreement dated May 16, 2017 by and between Debtors and Verizon Wireless, LLC ("VAW") dba Verizon Wireless ("Verizon Lease"), neither I nor NBP received, gave, or promised any other consideration in exchange for, or in connection with the proposed purchase of the Real

**Page 1 of 2** - DECLARATION OF RYAN FEIGELSON

Property, or engaged in any collusive or fraudulent activity with any person or entity.

5. Other than the PSA and the Verizon Lease, neither I nor NBP have any other business dealings with the Debtors or their principals. Neither NBP nor any principal of NBP is an "insider" or an "affiliate" of the Debtors.

6. The negotiations for the purchase of the Real Property were conducted in good faith by me and my counsel, with the Debtors' representative Dan Boverman, Charles Safley of CBRE Inc., Capital Markets, the Debtors' real estate broker, and the Debtors' counsel.

7. It is critical that the order approving the purchase of the Real Property be entered, be immediately enforceable, and that the stay under Bankruptcy Rule 6004 be waived so that the sale can close as soon as possible so that the sale proceeds can be paid to the Debtors and secured creditors as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ryan Feigelson*

_____
Ryan Feigelson

*24929-001\DECLARATION OF RYAN FEIGELSON (03082437);1

# EXHIBIT A

## PARCEL 1:

All of Lots 1, 2, 3, 4, 5, 6, 7 and 8, Block 34, SULLIVAN'S ADDITION to the City of East Portland, City of Portland, Multnomah County, Oregon.

## PARCEL 2:

Beginning at the Southeast corner of Lot 4, Block 39, SULLIVAN'S ADDITION, City of Portland, Multnomah County, Oregon; thence North 88°12'16" West, along the South line of said Block 39, a distance of 64.59 feet; thence, leaving said South line, going North 38°08'00" East a distance of 124.14 feet to a point on the North line of Lot 6, said Block 39; thence South 88°12'16" East, along said North line, a distance of 11.32 feet; thence, leaving said North line, going South 23°41'30" East a distance of 110.78 feet to a point on the South line of said Block 39; thence North 88°12'16" West, along said South line, a distance of 67.96 feet to the point of beginning.

## PARCEL 3:

Beginning at the Northwest corner of Lot 2, Block 39, SULLIVAN'S ADDITION, City of Portland, Multnomah County, Oregon; thence South 88°12'16" East, along the North line of said Lot 2, a distance of 79.49 feet; thence, leaving said North line, going South 37°56'00" West a distance of 134.79 feet to a point on the West line of said Block 39; thence North 01°47'44" East, along said West line, a distance of 108.85 feet to the point of beginning.

{00229957:7}

Case 18-31644-pcm11    Doc 636    Filed 12/28/18
Case 18-31644-pcm11    Doc 665    Filed 01/28/19

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I, Janine E. Hume declare as follows: |
| 3 | I am employed in the County of Multnomah, state of Oregon; I am over the age of |
| 4 | eighteen years and am not a party to this action; my business address is 1000 S.W. |
| 5 | Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state. |
| 6 | I certify that on January 28, 2019, I served, **via first class mail**, a full and correct |
| 7 | copy of the foregoing **DECLARATION OF RYAN FEIGELSON**, to the parties of record, |
| 8 | addressed as follows: |

9  CBRE Group, Inc
   Wells Fargo Center
10 1300 Fifth Ave., #3000
   Portland, OR 97201
11
   Ernest Packaging Solutions
12 c/o Jennifer Delgadillo
   Director of Corp. Credit
13 5777 Smith Way St.
   Commerce, CA 90040
14
   High Desert Milk
15 c/o Steven Tarbet CFO
   1033 Idaho Avenue
16 Burley, ID 83318

17 Scott Laboratories Inc
   POB 4559
18 Petaluma, CA 94955-4559

19 Sorrento Lactalis, Inc.
   c/o Phillips Lytle LLP
20 Attn: Angela Z. Miller
   125 Main Street
21 Buffalo, NY 14203

22 Stiebrs Farms Inc.
   c/o Janis E. Stiebrs, President
23 PO Box 598
   Yelm, WA 98597
24
   Valley Falls Farm, LLC
25 c/o Bryan P. Coluccio
   Keystone-Pacific, LLC
26 18555 SW Teton Ave.
   Tualatin, OR 97062

CERTIFICATE OF SERVICE - Page 1

| | |
|---|---|
| 1 | I also certify that on January 28, 2019, I served the above-referenced |
| 2 | document(s) on all ECF participants as indicated on the Court's Cm/ECF system. |
| 3 | I swear under penalty of perjury that the foregoing is true and correct to the best |
| 4 | of my knowledge, information, and belief. |
| 5 | Dated: January 28, 2019. |
| 6 | |
| 7 | */s/ Janine E. Hume* |
| 8 | _____<br>Janine E. Hume, Legal Assistant |

CERTIFICATE OF SERVICE - Page 2