Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR  97204
Telephone:  503-241-4869
Fax:  503-241-3731

      Of Attorneys for Sunshine Dairy Foods Management, LLC,
      Debtor-in-Possession

Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

      Of Attorneys for Karamanos Holdings, Inc.,
      Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC and Karamanos Holdings, Inc., | 18-31644-pcm11 (Lead Case) |
| | 18-31646-pcm11 |
| Debtors-in-Possession. | CERTIFICATE OF SERVICE |

      I hereby certify that I prepared the foregoing copy of Order Re: Debtors' Motion to Approve Settlement (Dkt. No. 670) and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

      I hereby certify that I served a copy of the foregoing on:

| | | |
|---|---|---|
| Sunshine Dairy Foods Management, LLC Karamanos Holdings, Inc. c/o Daniel Boverman, CRO 11285 SW Walker Rd. Portland, OR  97225 | Valley Falls Farm, LLC c/o Bryan P. Coluccio, V.P. and General Counsel Keystone-Pacific, LLC 18555 SW Teton Avenue Tualatin, OR 97062 (Un. Sec. Cred. Comm. Chairperson) | Sorrento Lactalis, Inc. c/o Phillips Lytle LLP Attn: Angela Z. Miller 125 Main Street Buffalo, NY 14203 |

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

      I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: January 31, 2019        VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
     Douglas R. Ricks, OSB #044026
     Of Attorneys for Debtor-in-Possession
     Sunshine Dairy Foods Management, LLC

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11   Doc 676   Filed 01/31/19