Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos. |
|---|---|
| Sunshine Dairy Foods Management, LLC And | 18-31644-pcm11 (Lead Case) |
| Karamanos Holdings, Inc. | 18-31646-pcm11 |
|  | STIPULATED ORDER EXTENDING FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL |
| Debtors-in-Possession. |  |

Based on Paragraph 14 of this Court's prior Order (Docket No. 423 ) authorizing Debtors' use of the cash collateral of First Business Capital Corp. and Oregon Milk Marketing Federation (the "Secured Creditors") which permits an extension of the use of the Secured Creditors' cash collateral without further motion or notice upon stipulation of Debtors and the Secured Creditors, and based on the stipulation of Debtors and counsel for the Secured Creditors, endorsed hereon, it is

ORDERED that Debtors' right to use cash collateral is extended from February 9, 2019 through and including February 28, 2019 or the Effective Date of the Debtors' Plan of

Page 1 of 2    STIPULATED ORDER EXTENDING FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11    Doc 686    Filed 02/08/19

Reorganization, whichever is earlier, under the same terms and conditions of this Court's Final Order authorizing Debtors' use of cash collateral entered August 27, 2018 (Docket No. 423) ("Final Order") except as to the minimum Asset Base (as defined in the Final Order) which is reduced to $1,700,000.00. Further use of cash collateral shall be in accordance with the budget attached to this Order marked **Exhibit A**.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

IT IS SO STIPULATED:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor-in-Possession
   Sunshine Dairy Foods Management, LLC

MOTSCHENBACHER & BLATTNER LLP

By:/s/Nicholas J. Henderson
   Nicholas J. Henderson, OSB #074027
   Of Attorneys for Debtor-in-Possession
   Karamanos Holdings, Inc.

TONKON TORP LLP

By:/s/Albert N. Kennedy
   Albert N. Kennedy, OSB 821429
   Of Attorneys for First Business
   Capital Corp.

LANE POWELL PC

By:/s/David W. Criswell
   David W. Criswell, OSB 925930
   Of Attorneys for Oregon Milk
   Marketing Federation

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor-in-Possession
   Sunshine Dairy Foods Management, LLC

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2   STIPULATED ORDER EXTENDING FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 18-31644-pcm11   Doc 686   Filed 02/08/19

|  | Week 2/15/2019 | Week 2/22/2019 | Week 3/1/2019 |
|---|---|---|---|
| East Plant Sales | $ - | $ - | $ - |
| Proceeds from List Sale | 12,000 | | |
| West Plant Sales / Write Offs | | | |
| Sales | 12,000 | - | - |
| Beginning Cash | $ 1,676,412 | $ 1,613,112 | $ 1,604,112 |
| Collections - East | 25,000 | 25,000 | 25,000 |
| Collections - West | 12,000 | 5,000 | 5,000 |
| Collections | 37,000 | 30,000 | 30,000 |
| Available Cash | 1,713,412 | 1,643,112 | 1,634,112 |
| Materials in A/P | - | - | - |
| Total Raw Materials: | - | - | - |
| East Plant Departments: | | | |
| Other Overhead | | | |
| East Overhead A/P | - | - | - |
| Subtotal East Departments | - | - | - |
| West Plant Departments: | | | |
| Other Overhead | | | |
| West A/P | 5,000 | 5,000 | 5,000 |
| Delivery | | | |
| Warehouse | | | |
| S, G & A | 2,500 | 2,500 | 2,500 |
| Subtotal West Departments | 7,500 | 7,500 | 7,500 |
| Utilities: | | | |
| Portland Water: West | - | - | - |
| Utilities A/P Checks | 25,000 | | |
| Portland Water: East | | | |
| Subtotal Utilities: | 25,000 | - | - |
| Leases: | | | |
| Leases | 2,500 | 2,500 | 2,500 |
| Subtotal Leases: | 2,500 | 2,500 | 2,500 |
| Subtotal: Costs before Labor | 35,000 | 10,000 | 10,000 |

**Exhibit A - Page 1 of 2**

|  | Week 2/15/2019 | Week 2/22/2019 | Week 3/1/2019 |
|---|---|---|---|
| <u>Employee Payroll and Benefits:</u> | | | |
| Pension / Teamsters | | | |
| East Payroll/Benfts Forecast | | | |
| Subtotal Payroll and Benefits: | - | - | - |
| **Subtotal: Disbursements Above** | **35,000** | **10,000** | **10,000** |
| <u>Insurance, Legal, Acct and Other:</u> | | | |
| Insurance | - | - | - |
| Legal, CRO and Acctg. | **15,300** | | |
| US Trustee Fees | **21,000** | - | - |
| Contract Personnel - Mgmt | **4,000** | **4,000** | **4,000** |
| Cont Pers - A/P & Trans services | | | |
| Self insured Med/Stop Loss | **5,000** | **5,000** | **5,000** |
| Contingency | **20,000** | **20,000** | **20,000** |
| 503 (b) (9) Claims | | | |
| West Plant Clean Up | - | - | - |
| Subtotal: | **65,300** | **29,000** | **29,000** |
| Total Disbursements | **100,300** | **39,000** | **39,000** |
| Increase (Decrease) in Cash | (63,300) | (9,000) | (9,000) |
| Ending Cash | $ 1,613,112 | $ 1,604,112 | $ 1,595,112 |
| | | | |
| <u>Asset Base Calculation:</u> | | | |
| Beginning A/R | $ 577,908 | $ 552,908 | $ 522,908 |
| Sales | 12,000 | - | - |
| Adjustments | | | |
| Collections | (37,000) | (30,000) | (30,000) |
| Ending A/R | $ 552,908 | $ 522,908 | $ 492,908 |
| Ending Cash Balance | $ 1,613,112 | $ 1,604,112 | $ 1,595,112 |
| Total | $ 2,166,020 | $ 2,127,020 | $ 2,088,020 |

In re Sunshine Dairy Foods Management, LLC;
Bankruptcy Case No. 18-31644-pcm11 (Lead Case);
In re Karamanos Holdings, Inc.;
Bankruptcy Case No. 18-31646-pcm11
Service List

**Debtors:**

Sunshine Dairy Foods Management, LLC
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

Karamanos Holdings, Inc.
c/o Daniel Boverman, CRO
11285 SW Walker Rd.
Portland, OR 97225

**Unsecured Creditors Committee:**

Valley Falls Farm, LLC
c/o Bryan P. Coluccio, V.P./
General Counsel
Keystone-Pacific, LLC
18555 SW Teton Avenue
Tualatin, OR 97062

High Desert Milk
c/o Steven Tarbet, CFO
1033 Idaho Avenue
Burley, ID 83318

Electric Inc.
c/o Christopher C. Winston, President
P.O. Box 820386
Vancouver, WA 98682

Ernest Packaging Solutions
c/o Jennifer Delgadillo
Director of Corp. Credit
5777 Smith Way St.
Commerce, CA 90040

Stiebrs Farms, Inc
c/o Janis E. Stiebrs, President
P.O. Box 598
Yelm, WA 98597

**Lien Holders:**

Citibank, NA
c/o Barbara Desoer - CEO
701 East 60th Street North
Sioux Falls, SD 57104

First Business Capital Corp.
401 Charmany Dr.
Madison, WI 53719

First Business Capital Corp.
c/o Chuck Batson, President & CEO 401 Charmany Dr
Madison, Wi 53719

Elm Services
PO Box 15270
Irvine, CA 92623-5270

EverBank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

EverBank Commercial Finance, Inc.
c/o Frederick Wolfert, CEO
10 Waterview Blvd.
Parsippany, NJ 07054

Hanmi Bank
Assigned Claim Bank of California, NA
3660 Wilshire Blvd.
Los Angeles, CA 91001

Hanmi Bank
Attn: C. J. Kum, CEO & Pres.
3660 Wilshire Blvd.
Los Angeles, CA 91001

Hanmi Bank
c/o Orion First Financial, LLC
5403 Olympic Drive, Suite 200
Gig Harbor, WA 98335

ADS Group
PO Box 15270
Irvine, CA 92623

TCF Equipment Finance
11100 Wayzata Blvd. #801
Minnetonka, MN 55305

TCF Equipment Finance
c/o Gary A. Peterson, President/CEO
11100 Wayzata Blvd. #801
Minnetonka, MN 55305

Strada Capital Corporation
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653

Strada Capital Corporation
c/o Christopher Parsons, R.A.
23046 Avenida de la Carlota,
Ste 350
Laguna Hills, CA 92653

LCA Bank Corporation
1375 Deer Valley Drive, Ste. 218
Park City UT 84060

LCA Bank Corporation
c/o Thomas T. Billings, Registered Agent
15 West South Temple Ste 1700
Salt Lake City, UT 84101

Multnomah Assessment & Taxation
501 SE Hawthorne,1st Floor
P.O. Box 5007
Portland, OR 97208

Multnomah County Tax Assessor Attn
Angelika Loomis, Agent
PO Box 2716
Portland, OR 97208-2716

**Special Notice:**

Scott Laboratories Inc.
Attn: Jill Skoff, Accting Assistant
PO Box 4559
Petaluma, CA 94955

Sorrento Lactalis, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller
125 Main Street
Buffalo, NY 14203

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.