Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sunshine Wind Down, LLC, and Karamanos Holdings, Inc.<br><br>Debtors-in-Possession. | Bankruptcy Case Nos.<br><br>18-31644-pcm11 (Lead Case)<br>18-31646-pcm11<br><br>ORDER AWARDING COMPENSATION AND REIMBURSEMENT TO PROFESSIONALS OF KARAMANOS HOLDINGS, INC. |

THIS MATTER came before the Court on the applications for final allowance of compensation and reimbursement of expenses filed by the professionals employed by Karamanos Holdings, Inc. ("KHI"). Specifically, this matter came before the Court on the applications for compensation filed by: (1) Motschenbacher & Blattner LLP, filed in Case No. 18-31646-pcm11 as Proof of Claim No. 11-1, (2) Brown/Armstrong, PC, filed in Case No. 18-31646-pcm11 as Proof of Claim No. 12-1; and (3) Boverman & Associates, LLC, filed in Case No. 18-31646-pcm11 as Proof of Claim No. 13-1 (together, the "Applications"). The Court, having reviewed the Applications and the Correspondence from Nicholas J. Henderson dated

Page 1 of 2
{00269382:2}

ORDER AWARDING FINAL COMPENSATION AND REIMBURSEMENT TO PROFESSIONALS KARAMANOS HOLDINGS, INC.

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 18-31644-pcm11    Doc 728    Filed 05/09/19

May 7, 2019 [ECF No. 727], and having considered the files and records in these cases, and now being fully advised,

HEREBY ORDERS THE FOLLOWING:

1. The Applications are GRANTED, and KHI's professionals are awarded the fees and expense reimbursements described on the attached **Schedule 1** as administrative expenses under 11 U.S.C. §503(b);

2. Each of KHI's professionals are authorized to apply retainers, if any, against such professional's claim for compensation and expense reimbursement to the extent such professional's application is approved by this order. KHI shall, unless otherwise agreed in writing by the professional, promptly pay the unpaid balance of the administrative expenses awarded by this order; and

3. The amounts described on Schedule 1 describe the fees and expenses incurred by KHI's professionals through and including the dates referenced on Schedule 1 (the "Application Dates"). If KHI's professionals seek additional compensation from the estate prior to dismissal, further applications for compensation and Court approval are required. Upon dismissal of its case, KHI may, without further court order, compensate its professionals at their regular hourly rates for services performed or for costs and expenses incurred in connection with this Chapter 11 case after the Application Dates described in Schedule 1.

###

Presented by:
Motschenbacher & Blattner LLP
Nicholas J. Henderson, OSB No. 074027
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Email: nhenderson@portlaw.com
   Of Attorneys for Karamanos Holdings, Inc.

Page 2 of 2　ORDER AWARDING FINAL COMPENSATION AND REIMBURSEMENT TO PROFESSIONALS KARAMANOS HOLDINGS, INC.
{00269382:2}

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 18-31644-pcm11　　Doc 728　　Filed 05/09/19

# SCHEDULE 1
# PROFESSIONAL FEES AND EXPENSE REIMBURSEMENTS AWARDED

| Name | Application Date | Fees | Expenses | Interim Payments/ Unapplied Retainers | Balance Due: |
|---|---|---|---|---|---|
| Motschenbacher & Blattner LLP | 3/31/2019 | $195,588.50 | $10,702.93 | ($109,470.10) | $96,821.33 |
| Brown/Armstrong PC | 3/31/2019 | $10,835.00 | $0.00 | $0.00 | $10,835.00 |
| Boverman & Assoc., LLC | 2/12/2019 | $21,856.25 | $0.00 | $0.00 | $21,856.25 |

{00269382:2}

SCHEDULE 1 TO ORDER AWARDING FINAL COMPENSATION AND REIMBURSEMENT TO PROFESSIONALS OF KARAMANOS HOLDINGS, INC.

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 18-31644-pcm11    Doc 728    Filed 05/09/19