| 05/14/2019 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

**1:30 PM 18-31644 pcm 11 bk**    **Sunshine Dairy Foods Management, LLC**

**Disclosure Statement Filed by Debtor Sunshine Dairy Foods Management, LLC (RICKS, DOUGLAS) (705)**

| Sunshine Dairy Foods | CHRISTOPHER N COYLE |
|---|---|
| | DOUG RICKS |
| | DAN BOVERMAN |
| | TIM SOLOMON - COMMITTEE |

Evidentiary Hearing:    Yes: ☐    No: ☒ XX

**Debtor to make changes to Disclosure Statement as discussed on the record. Amended Disclosure Statement due by May 28, 2019. Confirmation hearing scheduled for July 16, 2019 at 1:30 in Ctrm. 1.**

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

DOCKET ENTRY: