## POST-CONFIRMATION DISBURSEMENT REPORT

Debtor: Sunshine Wind Down, LLC      Reporting Month: Dec-19

Case No.: 18-31644

| Bank Name<br>Account Number | East West MMA<br>5500011424 | East West<br>55-00010689 | | | Totals |
|---|---|---|---|---|---|
| Beginning G/L Balance | 1,761,286.84 | 393,179.44 | | | 2,154,466.28 |
| Receipts<br>Transfers In<br>Other: Interest | 201.95 | 600,000.00 | | | -<br>600,000.00<br>201.95<br>- |
| Total Receipts | 201.95 | 600,000.00 | - | - | 600,201.95 |
| Disbursements<br>Transfers Out<br>Other: Bank Fees | 600,000.00 | 543,635.85<br>42.96 | | | 543,635.85<br>600,000.00<br>42.96<br>- |
| Total Disbursements | 600,000.00 | 543,678.81 | - | - | 1,143,678.81 |
| Ending G/L Balance | 1,161,488.79 | 449,500.63 | - | - | 1,610,989.42 |

Please provide Answers to the following questions:

1. Did the debtor sell any real property or other assets during this reporting period?    No

   If yes, were the gross proceeds of the sale included in one of the reported bank accounts? _____

2. Did another party, other than the debtor, make disbursements for, or for the benefit of, the debtor during this reporting period?    No

   If yes, provide detail of the disbursements.

3. At the end of the reporting period, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?    No

---

### DEBTOR'S CERTIFICATION OF DISBURSEMENT INFORMATION

I certify under penalty of purjury that to the best of my knowledge the disbursement information provided for this reporting period is complete, true, and accurate.

Debtor's Signature _____ Date 1/20/20

The debtor, plan agent or administrator, must sign this disbursement report. Only an officer or director has authority to sign a report for a corporate debtor and only a general partner has authority to sign a report for a partnership debtor.